_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
September 01, 2015

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:                                    )     Case No. 15-14956-abl
                                          )
MARC JOHN RANDAZZA,                       )     Chapter 11
                                          )
        Debtor.                           )     Hearing Date: October 7, 2015
_____ )     Hearing Time: 1:30 p.m.

**ORDER SCHEDULING STATUS CONFERENCE**

A status conference is scheduled for **October 7, 2015, at 1:30 p.m.**, pursuant to 11 U.S.C. § 105(d), in the Foley Federal Building and United States Courthouse, 300 Las Vegas Boulevard South, Third Floor, Courtroom #1, Las Vegas, Nevada, 89101.

**IT IS HEREBY ORDERED** that at least five days before the status conference, the debtor must file a status report on efforts to develop a plan of reorganization, including an estimate of when a plan will be filed, and any reason why the filing of a plan may be delayed. The status report must include a proposed budget. The status report, including the budget, is limited to five pages.

The Court may make any other orders as are appropriate and authorized under 11 U.S.C. § 105(d)(2) at the status hearing.

Notice and copies sent to:

    ALL PARTIES VIA BNC MAILING MATRIX.

                                        # # #

1