United States Bankruptcy Court
District of Nevada

In re:                                                        Case No. 15-14956-abl
MARC JOHN RANDAZZA                                            Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2        User: valenzuel        Page 1 of 2        Date Rcvd: Aug 31, 2015
                            Form ID: B9E            Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2015.
db          +MARC JOHN RANDAZZA,   10955 IRIS CANYON LANE,   LAS VEGAS, NV 89135-1720
9567037     +ACCTCORP OF SOUTHERN N,  ATTN: BANKRUPTCY DEPT/MANAGING AGENT,   4955 S DURANGO DR STE 17,
             LAS VEGAS, NV 89113-0152
9567042     +CHAMPION MOVERS,   ATTN: BANKRUPTCY DEPT/MANAGING AGENT,   4420 ANDREWS ST., STE. C,
             NORTH LAS VEGAS, NV 89081-2754
9567035     +CLARK COUNTY ASSESSOR,   C/O BANKRUPTCY CLERK,   500 S. GRAND CENTRAL PKWY,   BOX 551401,
             LAS VEGAS, NV 89155-4502
9567036     +CLARK COUNTY TREASURER,   C/O BANKRUPTCY CLERK,   500 S. GRAND CENTRAL PKWY,   P.O. BOX 551220,
             LAS VEGAS, NV 89155-1220
9567044      CLARK COUNTY WATER RECLAMATION,   ATTN: BANKRUPTCY DEPT/ MANAGING AGENT,   PO BOX 98526,
             LAS VEGAS, NV 89193-8526
9567045      CLAY DOUGLAS,   ROSSELO 224 ATICO,   BARCELONA, SPAIN
9567047     +CRYSTAL L. COX,   PO BOX 2027,   PORT TOWNSEND, WA 98368-0099
9567048     +EXCELSIOR MEDIA CORPORATION,   C/O LITTLER MENDELSON,
             ATTN: WENDY M. KRINCEK & ETHAN D. THOMAS,   3960 HOWARD HUGHES PKWY., SUITE 300,
             LAS VEGAS, NV 89169-5937
9567049      GREENSHIRE OFFICE CENTER, LLC,   3265 S. TOWN CENTER DRIVE, SUITE 100,   LAS VEGAS, NV 89135
9567050     +HUTCHISON & STEFFEN ATTORNEYS,   ATTN: BANKRUPTCY DEPT/MANAGING AGENT,
             10080 WEST ALTA DRIVE, SUITE 200,   LAS VEGAS, NV 89145-8724
9567051     +J. MALCOLM DEVOY, ESQ.,   RANDAZZA LEGAL GROUP,   3625 S. TOWN CENTER DRIVE #150,
             LAS VEGAS, NV 89135-3055
9567052     +JASON GIBSON,   C/O LITTLER MENDELSON,   ATTN: WENDY M. KRINCEK & ETHAN D. THOMAS,
             3960 HOWARD HUGHES PKWY., SUITE 300,   LAS VEGAS, NV 89169-5937
9567053     +JENNIFER RANDAZZA,   10955 IRIS CANYON LANE,   LAS VEGAS, NV 89135-1720
9567054     +JIM SCHUTT,   C/O MICHAEL TAFICANTE, ESQ.,   GRANT FRIDKIN,   5551 RIDGEWOOD DRIVE, SUITE 501,
             NAPLES, FL 34108-2719
9567055     +KAIN SPIELMAN, P.A.,   ATTN: BANKRUPTCY DEPT/MANAGING AGENT,   900 SOUTHEAST THIRD AVENUE,
             SUITE 205,   FORT LAUDERDALE, FL 33316-1118
9567056     +LAS VEGAS VALLEY WATER DISTRICT,   ATTN: BANKRUPTCY DEPT. / MANAGING AGENT,
             1001 S. VALLEY VIEW BLVD.,   LAS VEGAS, NV 89107-4447
9567057      LAW OFFICES OF CLYDE DEWITT,   CLYDE DEWITT,   ATTN: BANKRUPTCY DEPT/MANAGING AGENT,
             PO BOX 26185,   LAS VEGAS, NV 89126-0185
9567058     +LIBERTY MEDIA HOLDINGS, LLC,   C/O LITTLER MENDELSON,
             ATTN: WENDY M. KRINCEK & ETHAN D. THOMAS,   3960 HOWARD HUGHES PKWY., SUITE 300,
             LAS VEGAS, NV 89169-5937
9567059     +LUKE CHARLES LIROT, PA,   LUKE CHARLES LIROT, ESQ.,   ATTN: BANKRUPTCY DEPT/MANAGING AGENT,
             2240 BELLAIR RD.,   SUITE 190,   CLEARWATER, FL 33764-1703
9567034     +NEVADA DEPT. OF TAXATION,   BANKRUPTCY SECTION,   555 E. WASHINGTON AVENUE #1300,
             LAS VEGAS, NV 89101-1046
9567061     +NV ENERGY,   ATTN: BANKRUPTCY DEPT. / MANAGING AGENT,   PO BOX 30086,   RENO, NV 89520-3086
9567062     +ROCA LABS, INC.,   C/O LAW OFFICES OF APRIL S. GOODWIN, P.A,   PO BOX 10213,
             LARGO, FL 33773-0213
9567063     +RONALD D. GREEN, ESQ.,   RANDAZZA LEGAL GROUP,   3625 S. TOWN CENTER DRIVE #150,
             LAS VEGAS, NV 89135-3055
9567064     +ROYAL BLUE POOLS,   9850 S. MARYLAND PKWY,   LAS VEGAS, NV 89183-7146
9567065     +SOUTHWEST GAS CORPORATION,   ATTN: BANKRUPTCY DEPT/MANAGING AGENT,   PO BOX 98890,
             LAS VEGAS, NV 89193-8890
9567066     +SPECIALIZED LOAN SERVICE,   ATTN: BANKRUPTCY DEPT/MANAGING AGENT,   8742 LUCENT BLVD STE 300,
             HIGHLANDS RANCH, CO 80129-2386
9567067      TONY COE,   C/O SAUNDERS 1865 INTERNATIONAL LIMITED,   38-40 GLOUCESTER ROAD,   LONDON SW7 4QU,
             UNITED KINGDOM
9567069     +WEIDE & MILLER, LTD.,   F. CHRISTOPHER AUSTIN, ESQ.,   ATTN: BANKRUPTCY DEPT/MANAGING AGENT,
             7251 W. LAKE MEAD BLVD., SUITE 530,   LAS VEGAS, NV 89128-8373

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: carey@lzlawnv.com Sep 01 2015 02:26:07     ZACHARIAH LARSON,   LARSON & ZIRZOW,
             810 S. CASINO CENTER BLVD. #101,   LAS VEGAS, NV 89101
ust         +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Sep 01 2015 02:26:29     U.S. TRUSTEE - LV - 11,
             300 LAS VEGAS BOULEVARD S.,   SUITE 4300,   LAS VEGAS, NV 89101-5803
9567038     +EDI: AMEREXPR.COM Sep 01 2015 02:13:00   AMEX,   ATTN: BANKRUPTCY DEPT/MANAGING AGENT,
             PO BOX 297871,   FORT LAUDERDALE, FL 33329-7871
9567039     +EDI: BANKAMER.COM Sep 01 2015 02:13:00   BANK OF AMERICA,
             ATTN: BANKRUPTCY DEPT/ MANAGING AGENT,   PO BOX 15019,   WILMINGTON, DE 19850-5019
9567040     +EDI: TSYS2.COM Sep 01 2015 02:13:00   BARCLAYS BANK DELAWARE,
             ATTN: BANKRUPTCY DEPT/MANAGING AGENT,   125 S WEST ST,   WILMINGTON, DE 19801-5014
9567041      E-mail/Text: bklaw2@centurylink.com Sep 01 2015 02:26:38     CENTURY LINK,
             ATTN: BANKRUPTCY DEPT/MANAGING AGENT,   P.O. BOX 2961,   PHOENIX, AZ 85062-2961
9567043     +EDI: CITICORP.COM Sep 01 2015 02:13:00   CITIBANK,   ATTN: BANKRUPTCY DEPT/MANAGING AGENT,
             P.O. BOX 6241,   SIOUX FALLS, SD 57117-6241
9567046     +EDI: WFNNB.COM Sep 01 2015 02:13:00   COMENITYCAPITAL/VIRGAM,
             ATTN: BANKRUPTCY DEPT/MANAGING AGENT,   3100 EASTON SQUARE PL,   COLUMBUS, OH 43219-6232
9567033     +EDI: IRS.COM Sep 01 2015 02:13:00   INTERNAL REVENUE SERVICE,
             ATTN: BANKRUPTCY DEPT/MANAGING AGENT,   P.O. BOX 7346,   PHILADELPHIA, PA 19101-7346

```
District/off: 0978-2          User: valenzuel          Page 2 of 2                Date Rcvd: Aug 31, 2015
                              Form ID: B9E              Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
9567060      +EDI: TSYS2.COM Sep 01 2015 02:13:00        MCYDSNB,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,
              9111 DUKE BLVD,   MASON, OH 45040-8999
9567032      +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Sep 01 2015 02:26:29        UNITED STATES TRUSTEE,
              300 LAS VEGAS BLVD., SOUTH #4300,   LAS VEGAS, NV 89101-5803
9567068       E-mail/Text: paralegal@firstamendment.com Sep 01 2015 02:26:38        WALTERS LAW GROUP,
              LARRY WALTERS, ESQ.,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,   195 W. PINE AVENUE,
              LONGWOOD, FL 32750-4104
                                                                                    TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9567030*     +MARC JOHN RANDAZZA,    10955 IRIS CANYON LANE,   LAS VEGAS, NV 89135-1720
9567031*      ZACHARIAH LARSON,    LARSON & ZIRZOW, LLC,   810 S. CASINO CENTER BLVD. #101,
              LAS VEGAS, NV 89101
                                                                     TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2015 at the address(es) listed below:
```
              U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
              ZACHARIAH  LARSON   on behalf of Debtor MARC JOHN RANDAZZA carey@lzlawnv.com,
              mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com
                                                                     TOTAL: 2
```

**B9E (Official Form 9E)** (Chapter 11 Individual or Joint Debtor Case) (12/12)      Case Number **15–14956–abl**

---

## UNITED STATES BANKRUPTCY COURT District of Nevada

### Notice of
### Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 8/28/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice. Case documents may be viewed at www.nvb.uscourts.gov.

**Important Notice to Individual Debtors:** Debtors who are individuals must provide government–issued photo identification and proof of social security number at the meeting of creditors. Failure to do so may result in dismissal of their case.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
MARC JOHN RANDAZZA
aka MARCO RANDAZZA
10955 IRIS CANYON LANE
LAS VEGAS, NV 89135

| | |
|---|---|
| Case Number:<br>15–14956–abl<br>Judge: AUGUST B. LANDIS | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–6762 |
| Attorney for Debtor(s) (name and address):<br>ZACHARIAH LARSON<br>LARSON & ZIRZOW<br>810 S. CASINO CENTER BLVD. #101<br>LAS VEGAS, NV 89101<br>Telephone number:  (702) 382–1170 | |

### Meeting of Creditors

Date:  **October 1, 2015**      Time:  **01:00 PM**
Location:  **300 Las Vegas Blvd., South, Room 1500, Las Vegas, NV 89101**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **90 days after the date**    For a governmental unit: **180 days after order for relief entered first set for the meeting of creditors**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 11/30/15

### Deadline to File a Complaint Objecting to Discharge of the Debtor:
*First date set for hearing on confirmation of plan.*
Notice of that date will be sent at a later time.

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Telephone number:  (702) 527–7000 | **For the Court:**<br>Clerk of Court:<br>*Mary A Schott*<br>Mary A. Schott |
| Hours Open:  Monday – Friday 9:00 AM – 4:00 PM | Date:  8/31/15 |

# EXPLANATIONS

B9E (Official Form 9E) (12/12)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A PROOF OF CLAIM MAY BE FILED ELECTRONICALLY AT THE BANKRUPTCY COURT'S WEBSITE (http://www.nvb.uscourts.gov) or a Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and you may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. <br> *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). Unless the court orders otherwise, however, the discharge will not be effective until completion of all payments under the plan. A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 1141(d)(3), you must file a complaint with the required filing fee in the bankruptcy clerk's office not later than the first date set for the hearing on confirmation of the plan. You will be sent another notice informing you of that date. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or at www.nvb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices