```
                               United States Bankruptcy Court
                                      District of Nevada
In re:                                                                      Case No. 15-14956-abl
MARC JOHN RANDAZZA                                                          Chapter 11
       Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0978-2            User: valenzuel               Page 1 of 2             Date Rcvd: Sep 01, 2015
                                Form ID: pdf910               Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2015.
db             +MARC JOHN RANDAZZA,    10955 IRIS CANYON LANE,    LAS VEGAS, NV 89135-1720
9567037        +ACCTCORP OF SOUTHERN N,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,    4955 S DURANGO DR STE 17,
                 LAS VEGAS, NV 89113-0152
9567038        +AMEX,   ATTN: BANKRUPTCY DEPT/MANAGING AGENT,    PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
9567039        +BANK OF AMERICA,    ATTN: BANKRUPTCY DEPT/ MANAGING AGENT,    PO BOX 15019,
                 WILMINGTON, DE 19850-5019
9567040        +BARCLAYS BANK DELAWARE,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,    125 S WEST ST,
                 WILMINGTON, DE 19801-5014
9567042        +CHAMPION MOVERS,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,    4420 ANDREWS ST., STE. C,
                 NORTH LAS VEGAS, NV 89081-2754
9567043        +CITIBANK,   ATTN: BANKRUPTCY DEPT/MANAGING AGENT,    P.O. BOX 6241,    SIOUX FALLS, SD 57117-6241
9567035        +CLARK COUNTY ASSESSOR,    C/O BANKRUPTCY CLERK,    500 S. GRAND CENTRAL PKWY,    BOX 551401,
                 LAS VEGAS, NV 89155-4502
9567036        +CLARK COUNTY TREASURER,    C/O BANKRUPTCY CLERK,    500 S. GRAND CENTRAL PKWY,    P.O. BOX 551220,
                 LAS VEGAS, NV 89155-1220
9567044         CLARK COUNTY WATER RECLAMATION,    ATTN: BANKRUPTCY DEPT/ MANAGING AGENT,    PO BOX 98526,
                 LAS VEGAS, NV 89193-8526
9567045         CLAY DOUGLAS,    ROSSELO 224 ATICO,    BARCELONA, SPAIN
9567046        +COMENITYCAPITAL/VIRGAM,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,    3100 EASTON SQUARE PL,
                 COLUMBUS, OH 43219-6232
9567047        +CRYSTAL L. COX,    PO BOX 2027,    PORT TOWNSEND, WA 98368-0099
9567048        +EXCELSIOR MEDIA CORPORATION,    C/O LITTLER MENDELSON,
                 ATTN: WENDY M. KRINCEK & ETHAN D. THOMAS,    3960 HOWARD HUGHES PKWY., SUITE 300,
                 LAS VEGAS, NV 89169-5937
9567049         GREENSHIRE OFFICE CENTER, LLC,    3265 S. TOWN CENTER DRIVE, SUITE 100,    LAS VEGAS, NV 89135
9567050        +HUTCHISON & STEFFEN ATTORNEYS,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,
                 10080 WEST ALTA DRIVE, SUITE 200,    LAS VEGAS, NV 89145-8724
9567051        +J. MALCOLM DEVOY, ESQ.,    RANDAZZA LEGAL GROUP,    3625 S. TOWN CENTER DRIVE #150,
                 LAS VEGAS, NV 89135-3055
9567052        +JASON GIBSON,    C/O LITTLER MENDELSON,    ATTN: WENDY M. KRINCEK & ETHAN D. THOMAS,
                 3960 HOWARD HUGHES PKWY., SUITE 300,    LAS VEGAS, NV 89169-5937
9567053        +JENNIFER RANDAZZA,    10955 IRIS CANYON LANE,    LAS VEGAS, NV 89135-1720
9567054        +JIM SCHUTT,    C/O MICHAEL TAFICANTE, ESQ.,    GRANT FRIDKIN,    5551 RIDGEWOOD DRIVE, SUITE 501,
                 NAPLES, FL 34108-2719
9567055        +KAIN SPIELMAN, P.A.,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,    900 SOUTHEAST THIRD AVENUE,
                 SUITE 205,    FORT LAUDERDALE, FL 33316-1118
9567056        +LAS VEGAS VALLEY WATER DISTRICT,    ATTN: BANKRUPTCY DEPT. / MANAGING AGENT,
                 1001 S. VALLEY VIEW BLVD.,    LAS VEGAS, NV 89107-4447
9567057         LAW OFFICES OF CLYDE DEWITT,    CLYDE DEWITT,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,
                 PO BOX 26185,    LAS VEGAS, NV 89126-0185
9567058        +LIBERTY MEDIA HOLDINGS, LLC,    C/O LITTLER MENDELSON,
                 ATTN: WENDY M. KRINCEK & ETHAN D. THOMAS,    3960 HOWARD HUGHES PKWY., SUITE 300,
                 LAS VEGAS, NV 89169-5937
9567059        +LUKE CHARLES LIROT, PA,    LUKE CHARLES LIROT, ESQ.,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,
                 2240 BELLAIR RD., SUITE 190,    CLEARWATER, FL 33764-1703
9567060        +MCYDSNB,   ATTN: BANKRUPTCY DEPT/MANAGING AGENT,    9111 DUKE BLVD,    MASON, OH 45040-8999
9567034        +NEVADA DEPT. OF TAXATION,    BANKRUPTCY SECTION,    555 E. WASHINGTON AVENUE #1300,
                 LAS VEGAS, NV 89101-1046
9567061        +NV ENERGY,    ATTN: BANKRUPTCY DEPT. / MANAGING AGENT,    PO BOX 30086,    RENO, NV 89520-3086
9567062        +ROCA LABS, INC.,    C/O LAW OFFICES OF APRIL S. GOODWIN, P.A,    PO BOX 10213,
                 LARGO, FL 33773-0213
9567063        +RONALD D. GREEN, ESQ.,    RANDAZZA LEGAL GROUP,    3625 S. TOWN CENTER DRIVE #150,
                 LAS VEGAS, NV 89135-3055
9567064        +ROYAL BLUE POOLS,    9850 S. MARYLAND PKWY,    LAS VEGAS, NV 89183-7146
9567065        +SOUTHWEST GAS CORPORATION,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,    PO BOX 98890,
                 LAS VEGAS, NV 89193-8890
9567066        +SPECIALIZED LOAN SERVICE,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,    8742 LUCENT BLVD STE 300,
                 HIGHLANDS RANCH, CO 80129-2386
9567067         TONY COE,    C/O SAUNDERS 1865 INTERNATIONAL LIMITED,    38-40 GLOUCESTER ROAD,    LONDON SW7 4QU,
                 UNITED KINGDOM
9567069        +WEIDE & MILLER, LTD.,    F. CHRISTOPHER AUSTIN, ESQ.,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,
                 7251 W. LAKE MEAD BLVD., SUITE 530,    LAS VEGAS, NV 89128-8373
9567031        +ZACHARIAH LARSON,    LARSON & ZIRZOW, LLC,    810 S. CASINO CENTER BLVD. #101,
                 LAS VEGAS, NV 89101-6719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9567041         E-mail/Text: bklaw2@centurylink.com Sep 02 2015 02:52:02     CENTURY LINK,
                 ATTN: BANKRUPTCY DEPT/MANAGING AGENT,    P.O. BOX 2961,    PHOENIX, AZ 85062-2961
9567033        +E-mail/Text: cio.bncmail@irs.gov Sep 02 2015 02:51:24     INTERNAL REVENUE SERVICE,
                 ATTN: BANKRUPTCY DEPT/MANAGING AGENT,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
9567032        +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Sep 02 2015 02:51:47     UNITED STATES TRUSTEE,
                 300 LAS VEGAS BLVD., SOUTH #4300,    LAS VEGAS, NV 89101-5803
```

```
District/off: 0978-2          User: valenzuel           Page 2 of 2                   Date Rcvd: Sep 01, 2015
                              Form ID: pdf910           Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
9567068           E-mail/Text: paralegal@firstamendment.com Sep 02 2015 02:52:02     WALTERS LAW GROUP,
                  LARRY WALTERS, ESQ.,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,    195 W. PINE AVENUE,
                  LONGWOOD, FL 32750-4104
                                                                                                TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9567030*         +MARC JOHN RANDAZZA,    10955 IRIS CANYON LANE,    LAS VEGAS, NV 89135-1720
                                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2015                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2015 at the address(es) listed below:
```
              U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
              ZACHARIAH  LARSON    on behalf of Debtor MARC JOHN RANDAZZA carey@lzlawnv.com,
               mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com
                                                                                             TOTAL: 2
```

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
September 01, 2015

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | Case No. 15-14956-abl |
| MARC JOHN RANDAZZA, | Chapter 11 |
| Debtor. | Hearing Date: October 7, 2015 |
| | Hearing Time: 1:30 p.m. |

**ORDER SCHEDULING STATUS CONFERENCE**

A status conference is scheduled for **October 7, 2015, at 1:30 p.m.**, pursuant to 11 U.S.C. § 105(d), in the Foley Federal Building and United States Courthouse, 300 Las Vegas Boulevard South, Third Floor, Courtroom #1, Las Vegas, Nevada, 89101.

**IT IS HEREBY ORDERED** that at least five days before the status conference, the debtor must file a status report on efforts to develop a plan of reorganization, including an estimate of when a plan will be filed, and any reason why the filing of a plan may be delayed. The status report must include a proposed budget. The status report, including the budget, is limited to five pages.

The Court may make any other orders as are appropriate and authorized under 11 U.S.C. § 105(d)(2) at the status hearing.

Notice and copies sent to:

ALL PARTIES VIA BNC MAILING MATRIX.

# # #

1