LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Fascimile: (702) 382-1169

Proposed Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>MARC JOHN RANDAZZA<br><br>Debtor. | Case No.: BK-S-15-14956-abl<br>Chapter 11<br><br>Date: October 8, 2015<br>Time: 12:00 p.m. |
|---|---|

**NOTICE OF CONTINUED §341 MEETING OF CREDITORS**

**TO: ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the §341 Meeting of Creditors in the above-captioned case scheduled on October 1, 2015 at the hour of 1:00 p.m., has been continued to October 8, 2015 at the hour of 12:00 p.m., in the Foley Federal Building, at 300 Las Vegas Boulevard South, Room 1500, Las Vegas, NV 89101.

**PLEASE TAKE FURTHER NOTICE** that a copy of the *Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors and Deadlines* is on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); or from the undersigned counsel upon request.

. . .

. . .

**PLEASE TAKE FURTHER NOTICE** that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

Dated: September 10, 2015.

                LARSON & ZIRZOW, LLC

                By: /s/ Zachariah Larson
                ZACHARIAH LARSON, ESQ.
                Nevada Bar No. 7787
                MATTHEW C. ZIRZOW, ESQ.
                Nevada Bar No. 7222
                810 S. Casino Center Blvd. #101
                Las Vegas, Nevada 89101

                Proposed Attorneys for Debtor

**LARSON & ZIRZOW, LLC**
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169