LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Fascimile: (702) 382-1169

Proposed Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>MARC JOHN RANDAZZA<br><br>                    Debtor. | Case No.: BK-S-15-14956-abl<br>Chapter 11 |
|---|---|

## CERTIFICATE OF SERVICE

1. On this <u>10th</u> day of September, 2015, I served the following document(s) (specify):

   *Notice of Continued §341 Meeting of Creditors* [ECF No. 13].

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*
   
   ☒  **a**.    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   ZACHARIAH LARSON on behalf of Debtor MARC JOHN RANDAZZA
   carey@lzlawnv.com,
   mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

   U.S. TRUSTEE - LV - 11
   USTPRegion17.lv.ecf@usdoj.gov

   ☒  **b**.    **United States mail, postage fully prepaid**
              *(List persons and addresses. Attach additional paper if necessary)*

   SEE ATTACHED.

☐ **c.** **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By fax transmission**
*(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): September 10, 2015

| Carey Shurtliff | /s/Carey Shurtliff |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

**LARSON & ZRIZOW, LLC**
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

| 3281-004<br>MARC JOHN RANDAZZA<br>10955 IRIS CANYON LANE<br>LAS VEGAS, NV 89135 | 3281-004<br>NEVADA DEPT. OF TAXATION<br>BANKRUPTCY SECTION<br>555 E. WASHINGTON AVENUE #1300<br>LAS VEGAS, NV 89101 | 3281-004<br>UNITED STATES TRUSTEE<br>300 LAS VEGAS BLVD., SOUTH #4300<br>LAS VEGAS, NV 89101 |
|---|---|---|
| 3281-004<br>INTERNAL REVENUE SERVICE<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101 | 3281-004<br>ACCTCORP OF SOUTHERN N<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>4955 S DURANGO DR STE 17<br>LAS VEGAS, NV 89113 | 3281-004<br>CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>500 S. GRAND CENTRAL PKWY<br>BOX 551401<br>LAS VEGAS, NV 89155 |
| 3281-004<br>CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>500 S. GRAND CENTRAL PKWY<br>P.O. BOX 551220<br>LAS VEGAS, NV 89155 | 3281-004<br>BANK OF AMERICA<br>ATTN: BANKRUPTCY DEPT/ MANAGING AGENT<br>PO BOX 15019<br>WILMINGTON, DE 19850 | 3281-004<br>AMEX<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>PO BOX 297871<br>FORT LAUDERDALE, FL 33329 |
| 3281-004<br>BROWN WHITE & OSBORN ATTORNEYS<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>333 SOUTH HOPE STREET, 40TH FLOOR<br>LOS ANGELES, CA 90071 | 3281-004<br>CENTURY LINK<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>P.O. BOX 2961<br>PHOENIX, AZ 85062-2961 | 3281-004<br>BARCLAYS BANK DELAWARE<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>125 S WEST ST<br>WILMINGTON, DE 19801 |
| 3281-004<br>CITIBANK<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>P.O. BOX 6241<br>SIOUX FALLS, SD 57117 | 3281-004<br>CLARK COUNTY WATER RECLAMATION<br>ATTN: BANKRUPTCY DEPT/ MANAGING AGENT<br>PO BOX 98526<br>LAS VEGAS, NV 89193-8526 | 3281-004<br>CHAMPION MOVERS<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>4420 ANDREWS ST., STE. C<br>NORTH LAS VEGAS, NV 89081 |
| 3281-004<br>COMENITYCAPITAL/VIRGAM<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>3100 EASTON SQUARE PL<br>COLUMBUS, OH 43219 | 3281-004<br>CRYSTAL L. COX<br>PO BOX 2027<br>PORT TOWNSEND, WA 98368 | 3281-004<br>CLAY DOUGLAS<br>ROSSELO 224 ATICO<br>BARCELONA, SPAIN |
| 3281-004<br>GREENSHIRE OFFICE CENTER, LLC<br>3265 S. TOWN CENTER DRIVE, SUITE 100<br>LAS VEGAS, NV 89135 | 3281-004<br>HERITAGE POOL PLASTERING, INC.<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>3530 W. HACIENDA AVE.<br>LAS VEGAS, NV 89118 | 3281-004<br>EXCELSIOR MEDIA CORPORATION<br>C/O LITTLER MENDELSON<br>ATTN: WENDY M. KRINCEK & ETHAN D. THOMAS<br>3960 HOWARD HUGHES PKWY., SUITE 300<br>LAS VEGAS, NV 89169 |
| 3281-004<br>J. MALCOLM DEVOY, ESQ.<br>RANDAZZA LEGAL GROUP<br>3625 S. TOWN CENTER DRIVE #150<br>LAS VEGAS, NV 89135 | 3281-004<br>JASON GIBSON<br>C/O LITTLER MENDELSON<br>ATTN: WENDY M. KRINCEK & ETHAN D. THOMAS<br>3960 HOWARD HUGHES PKWY., SUITE 300<br>LAS VEGAS, NV 89169 | 3281-004<br>HUTCHISON & STEFFEN ATTORNEYS<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>10080 WEST ALTA DRIVE, SUITE 200<br>LAS VEGAS, NV 89145 |
| 3281-004<br>JIM SCHUTT<br>C/O MICHAEL TAFICANTE, ESQ.<br>GRANT FRIDKIN<br>5551 RIDGEWOOD DRIVE, SUITE 501<br>NAPLES, FL 34108 | 3281-004<br>KAIN SPIELMAN, P.A.<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>900 SOUTHEAST THIRD AVENUE<br>SUITE 205<br>FORT LAUDERDALE, FL 33316 | 3281-004<br>JENNIFER RANDAZZA<br>10955 IRIS CANYON LANE<br>LAS VEGAS, NV 89135 |
| 3281-004<br>LAS VEGAS VALLEY WATER DISTRICT<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>1001 S. VALLEY VIEW BLVD.<br>LAS VEGAS, NV 89153 | 3281-004<br>LAW OFFICES OF CLYDE DEWITT<br>CLYDE DEWITT<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>PO BOX 26185<br>LAS VEGAS, NV 89126-0185 | 3281-004<br>LIBERTY MEDIA HOLDINGS, LLC<br>C/O LITTLER MENDELSON<br>ATTN: WENDY M. KRINCEK & ETHAN D. THOMAS<br>3960 HOWARD HUGHES PKWY., SUITE 300<br>LAS VEGAS, NV 89169 |

3281-004
LUKE CHARLES LIROT, PA
LUKE CHARLES LIROT, ESQ.
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
2240 BELLAIR RD., SUITE 190
CLEARWATER, FL 33764

3281-004
MARC J. RANDAZZA, P.A.
2 S. BISCAYNE BLVD.
SUITE NUMBER 2600
MIAMI, FL 33131

3281-004
MARIO GUADARRAMA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
16 ROSE CIRCLE, APT. B
NORTH LAS VEGAS, NV 89030

3281-004
MCYDSNB
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
9111 DUKE BLVD
MASON, OH 45040

3281-004
NV ENERGY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 30086
RENO, NV 89520

3281-004
PAUL BERGER
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
PO BOX 7898
DELRAY BEACH, FL 33482-7898

3281-004
SOUTHWEST GAS CORPORATION
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
PO BOX 98890
LAS VEGAS, NV 89150

3281-004
RONALD D. GREEN, ESQ.
RANDAZZA LEGAL GROUP
3625 S. TOWN CENTER DRIVE #150
LAS VEGAS, NV 89135

3281-004
ROYAL BLUE POOLS
9850 S. MARYLAND PKWY
LAS VEGAS, NV 89183

3281-004
TONY COE
C/O SAUNDERS 1865 INTERNATIONAL LIMITED
38-40 GLOUCESTER ROAD
LONDON SW7 4QU
UNITED KINGDOM,

3281-004
SPECIALIZED LOAN SERVICE
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
8742 LUCENT BLVD STE 300
HIGHLANDS RANCH, CO 80129

3281-004
SUPERIOR BUILDERS INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
758 EZZAT STREET
HENDERSON, NV 89052

3281-004
WEIDE & MILLER, LTD.
F. CHRISTOPHER AUSTIN, ESQ.
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
7251 W. LAKE MEAD BLVD., SUITE 530
LAS VEGAS, NV 89128

3281-004
VERIZON WIRELESS
ATTN: BANKRUPTCY ADMINISTRATION
500 TECHNOLOGY DRIVE
SUITE 550
WELDON SPRING, MO 63304

3281-004
WALTERS LAW GROUP
LARRY WALTERS, ESQ.
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
195 W. PINE AVENUE
LONGWOOD, FL 32750-4104