E-filed on    September 11, 2015

**Zachariah Larson**
Name

**7787**
Bar Code #

**810 S. Casino Center**
**Blvd. #101**
**Las Vegas, NV 89101**
Address

**(702) 382-1170**
Phone Number

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:   **Marc John Randazza**

Case No.: **15-14956**

Chapter: **11**

Trustee

_____ Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ☐ Voluntary Petition (specify reason for amendment)
- ☑ Summary of Schedules
- ☑ Statistical Summary of Certain Liabilities
- ☑ Schedule A - Real Property
- ☑ Schedule B - Personal Property
- ☑ Schedule C - Property Claimed as exempt
- ☑ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
  - ☑ Add/delete creditor(s), change amount or classification of debt - **$30.00 Fee required**
  - ☐ Add/change address of already listed creditor - **No fee**
- ☑ Schedule G - Schedule of Executory Contracts and Unexpired Leases
- ☑ Schedule H - CoDebtors
- ☑ Schedule I - Current Income of Individual Debtor(s)
- ☑ Schedule J - Current Expenditures of Individual Debtor(s)
- ☑ Declaration Concerning Debtor's Schedules
- ☑ Statement of Financial Affairs and/or Declaration
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☑ Disclosure of Compensation of Attorney for Debtor(s)
- ☑ Statement of Current Monthly Income and Means Test Calculation
- ☐ Certification of Credit Counseling
- ☑ Other:   **List of Creditors Holding 20 Largest Unsecured Claims**

E-filed on ___September 11, 2015___

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

/s/ Marc John Randazza
_____
Marc John Randazza

**Debtor's Signature**

**Date:** September 11, 2015
_____

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **Marc John Randazza** _____    Case No.   **15-14956** ____
_____   Chapter   **11** ____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Amex<br>Attn: Bankruptcy Dept/Managing Agent<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | Amex<br>Attn: Bankruptcy Dept/Managing Agent<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | Charge Account | | 3,209.00 |
| Barclays Bank Delaware<br>Attn: Bankruptcy Dept/Managing Agent<br>125 S West St<br>Wilmington, DE 19801 | Barclays Bank Delaware<br>Attn: Bankruptcy Dept/Managing Agent<br>125 S West St<br>Wilmington, DE 19801 | Charge Account | | 3,861.14 |
| Brown White & Osborn Attorneys<br>Attn: Bankruptcy Dept/Managing Agent<br>333 South Hope Street, 40th Floor<br>Los Angeles, CA 90071 | Brown White & Osborn Attorneys<br>Attn: Bankruptcy Dept/Managing Agent<br>333 South Hope Street, 40th Floor<br>Los Angeles, CA 90071 | Legal Fees and Costs | | 28,392.86 |
| Champion Movers<br>Attn: Bankruptcy Dept/Managing Agent<br>4420 Andrews St., Ste. C<br>North Las Vegas, NV 89081 | Champion Movers<br>Attn: Bankruptcy Dept/Managing Agent<br>4420 Andrews St., Ste. C<br>North Las Vegas, NV 89081 | Collections | | 525.00 |
| Citibank<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 6241<br>Sioux Falls, SD 57117 | Citibank<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 6241<br>Sioux Falls, SD 57117 | Charge Account | | 3,000.00 |
| Clark County Treasurer<br>c/o Bankruptcy Clerk<br>500 S. Grand Central Pkwy<br>P.O. Box 551220<br>Las Vegas, NV 89155 | Clark County Treasurer<br>c/o Bankruptcy Clerk<br>500 S. Grand Central Pkwy<br>Las Vegas, NV 89155 | Property Tax | | 6,105.76 |
| Comenitycapital/Virgam<br>Attn: Bankruptcy Dept/Managing Agent<br>3100 Easton Square Pl<br>Columbus, OH 43219 | Comenitycapital/Virgam<br>Attn: Bankruptcy Dept/Managing Agent<br>3100 Easton Square Pl<br>Columbus, OH 43219 | Business Charge Account | | 1,382.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Marc John Randazza** _____          Case No.    **15-14956** _____

                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Crystal L. Cox**<br>**PO Box 2027**<br>**Port Townsend, WA 98368** | **Crystal L. Cox**<br>**PO Box 2027**<br>**Port Townsend, WA 98368** | **Pending business lawsuit Randazza et al. v. Cox et al,, Case No.: 2:12-cv-02040-JAD-PAL** | **Contingent Unliquidated Disputed** | **10,000,000.00** |
| **Excelsior Media Corporation**<br>**C/o Littler Mendelson**<br>**Attn: Wendy M. Krincek & Ethan D. Thomas**<br>**3960 Howard Hughes Pkwy., Suite 300**<br>**Las Vegas, NV 89169** | **Excelsior Media Corporation**<br>**C/o Littler Mendelson**<br>**Attn: Wendy M. Krincek & Ethan D. Thomas**<br>**Las Vegas, NV 89169** | **Pending arbitration Randazza v. Excelsior Media Corp. et al., Case No.: 1260002283 - Legal Fees** | **Contingent Unliquidated Disputed** | **1,000,000.00** |
| **Hutchison & Steffen Attorneys**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**10080 West Alta Drive, Suite 200**<br>**Las Vegas, NV 89145** | **Hutchison & Steffen Attorneys**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**10080 West Alta Drive, Suite 200**<br>**Las Vegas, NV 89145** | **Legal Fees** | | **29,656.40** |
| **Internal Revenue Service**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | **Internal Revenue Service**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | **Business 941 taxes** | | **2,209.73** |
| **Internal Revenue Service**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | **Internal Revenue Service**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | **1040 Taxes** | | **1,979.64** |
| **Internal Revenue Service**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | **Internal Revenue Service**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | **Business 940 taxes** | | **4,026.59** |
| **Jason Gibson**<br>**C/o Littler Mendelson**<br>**Attn: Wendy M. Krincek & Ethan D. Thomas**<br>**3960 Howard Hughes Pkwy., Suite 300**<br>**Las Vegas, NV 89169** | **Jason Gibson**<br>**C/o Littler Mendelson**<br>**Attn: Wendy M. Krincek & Ethan D. Thomas**<br>**Las Vegas, NV 89169** | **Pending arbitration Randazza v. Excelsior Media Corp. et al., Case No.: 1260002283** | **Contingent Unliquidated Disputed** | **565,215.98** |
| **Kain Spielman, P.A.**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**900 Southeast Third Avenue Suite 205**<br>**Fort Lauderdale, FL 33316** | **Kain Spielman, P.A.**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**900 Southeast Third Avenue**<br>**Fort Lauderdale, FL 33316** | **Business Legal Fees** | | **12,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Marc John Randazza**                                          Case No.   **15-14956**
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Law Offices of Clyde DeWitt<br>Clyde DeWitt<br>Attn: Bankruptcy Dept/Managing Agent<br>PO Box 26185<br>Las Vegas, NV 89126-0185 | Law Offices of Clyde DeWitt<br>Clyde DeWitt<br>Attn: Bankruptcy Dept/Managing Agent<br>Las Vegas, NV 89126-0185 | Business Legal Fees | | 25,000.00 |
| Roca Labs, Inc.<br>C/o Law Offices of April S. Goodwin, P.A<br>PO Box 10213<br>Largo, FL 33773-0203 | Roca Labs, Inc.<br>C/o Law Offices of April S. Goodwin, P.A<br>PO Box 10213<br>Largo, FL 33773-0203 | Pending business lawsuit Roca Labs, Inc. v. Randazza, Case No. 8:14-cv-03014-SCB-MAP | Contingent Unliquidated Disputed | 1,000,000.00 |
| Tony Coe<br>C/o Saunders 1865 International Limited<br>38-40 Gloucester Road<br>London SW7 4QU<br>United Kingdom | Tony Coe<br>C/o Saunders 1865 International Limited<br>38-40 Gloucester Road<br>United Kingdom | Business | | 15,000.00 |
| Toyota Financial Services<br>Attn: Bankruptcy Dept./Managing Member<br>P.O. Box 5855<br>Carol Stream, IL 60197 | Toyota Financial Services<br>Attn: Bankruptcy Dept./Managing Member<br>P.O. Box 5855<br>Carol Stream, IL 60197 | 2015 Toyota Sienna (Owned solely by Jennifer Randazza) | | 26,179.41<br><br>(25,000.00 secured) |
| Walters Law Group<br>Larry Walters, Esq.<br>Attn: Bankruptcy Dept/Managing Agent<br>195 W. Pine Avenue<br>Longwood, FL 32750-4104 | Walters Law Group<br>Larry Walters, Esq.<br>Attn: Bankruptcy Dept/Managing Agent<br>Longwood, FL 32750-4104 | Business Legal Fees | | 77,102.08 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Marc John Randazza**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 11, 2015**                          Signature   **/s/ Marc John Randazza**
                                                                   **Marc John Randazza**
                                                                   Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Nevada

In re **Marc John Randazza**
_____,
Debtor

Case No. **15-14956**

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 875,000.00 | | |
| B - Personal Property | Yes | 4 | 978,613.95 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,099,048.41 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 14,321.72 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 12,765,681.35 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 15,976.56 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 14,663.22 |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 1,853,613.95 | | |
| Total Liabilities | | | | 13,879,051.48 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### District of Nevada

In re  **Marc John Randazza** _____,    Case No. _____**15-14956**_____

                                        Debtor

                                                          Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Marc John Randazza**                                          Case No. _____**15-14956**_____
                                                                        
                           Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **10955 Iris Canyon Lane, Las Vegas, Nevada** | **Primary Residence** | **J** | **875,000.00** | **372,869.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **875,000.00** | (Total of this page) |
| Total > | **875,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Marc John Randazza**                                                          Case No.    **15-14956**
                                            ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand** | - | 500.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account ending #0573X located at Georgetown University Alumni and Student Federal Credit Union** | - | 1,107.87 |
| | | | **Savings account ending #0573A located at Georgetown University Alumni and Student Federal Credit Union** | - | 208.73 |
| | | | **BankGloucester checking account ending #0716 (POD Natalia & Antonio)** | H | 3,591.02 |
| | | | **Bank of America checking account #0887** | J | 19,980.72 |
| | | | **TD Bank** | - | 3,706.57 |
| | | | **SalemFive savings account ending #3674 (100% owned by Misuraca Family Trust Irrevocable Trust dated March 9, 2015)** | - | 0.09 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings** | - | 7,595.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothing** | - | 500.00 |
| 7. | Furs and jewelry. | | **Wedding Rings** | - | Unknown |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Glock 19 9mm** | - | 500.00 |

Sub-Total >       37,690.00
(Total of this page)

  __3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Marc John Randazza**                                           Case No. _____**15-14956**_____
                                                                                ,
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | State of Nevada Prepaid Tuition Program ending 0915 (Antonio) | - | 23,187.00 |
| | | State of Nevada Prepaid Tuition Program ending 0911 (Natalia) | - | 23,242.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401(k) located at John Hancock ending #7349 as of August 25, 2015 | H | 88,910.44 |
| | | Rollover IRA located at LPL Financial ending #4395 | H | 99,110.89 |
| | | Randazza Legal Group Pension (Amounts included in this plan do not all belong to Debtor, but also belong to various employees) | - | 338,473.62 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Randazza Legal Group, PLLC (80% owned by Misuraca Family Trust Revocable Trust dated March 9, 2015; 10% owned by Ronald D. Green; and 10% owned by Gill Sperlein) | - | Unknown |
| | | Marc J. Randazza, P.A. (100% owned by Misuraca Family Trust Revocable Trust dated March 9, 2015) | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | | Magnolia Holding 19, L.L.C. (Randazza Legal Group, PLLC is 36.5% owner; Jennifer Randazza is 36.5 owner; and Ronald D. Green is 27% owner) | - | Unknown |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Dennis and Cathy Brochey (Secured Promissory Note and Mortgage) | - | 300,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | Possible child support/alimony in pending divorce | - | Unknown |

|  | Sub-Total > | 872,923.95 |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Marc John Randazza**                                                                     Case No.    **15-14956**
_____,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Possible interest in Alexandra Melody Mayers aka Monica Foster (pending lawsuit Randazza v. Mayers, Case No.: A-14-699072-C) | C | Unknown |
| | | Crystal L. Cox and Eliot Bernstein (pending lawsuit Randazza et al. v. Cox et al, Case No.: 2:12-cv-02040-JAD-PAL) | C | Unknown |
| | | Excelsior Media Corp. (pending lawsuit Randazza v. Excelsior Media Corp. et al., Case No.: 1260002283) | - | Unknown |
| | | Possible malpractice claim against Ken White and Clyde DeWitt (amount would depend on arbitrator's award). | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Copyright and Trademark for The Legal Satyricon | - | 1,000.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2013 BMW 550i (100% owned by Misuraca Family Trust Revocable Trust dated March 9, 2015) | H | 42,000.00 |

| | Sub-Total ><br>(Total of this page) | 43,000.00 |
|---|---|---|

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

| In re | **Marc John Randazza** | Case No. | **15-14956** |
|---|---|---|---|
| | Debtor | | |

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| | | **2015 Toyota Sienna (Owned solely by Jennifer Randazza)** | **W** | **25,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Misuraca Family Trust Revocable Trust dated March 9, 2015** | - | **Unknown** |
| | | **Misuraca Family Trust Irrevocable Trust dated March 9, 2015** | - | **Unknown** |

|  | |
|---|---:|
| Sub-Total >  (Total of this page) | **25,000.00** |
| Total > | **978,613.95** |

(Report also on Summary of Schedules)

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6C (Official Form 6C) (4/13)

In re   **Marc John Randazza**                                          Case No.   **15-14956**
                                     Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ■ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
□ 11 U.S.C. §522(b)(2)                                                 *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 10955 Iris Canyon Lane, Las Vegas, Nevada | Nev. Rev. Stat. §§ 21.090(1)(l) and 115.050 | 550,000.00 | 875,000.00 |
| **Cash on Hand** | | | |
| Cash on Hand | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | 500.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account ending #0573X located at Georgetown University Alumni and Student Federal Credit Union | Nev. Rev. Stat. § 21.090(1)(g)<br>Nev. Rev. Stat. § 21.090(1)(z) | 830.90<br>187.83 | 1,107.87 |
| Savings account ending #0573A located at Georgetown University Alumni and Student Federal Credit Union | Nev. Rev. Stat. § 21.090(1)(g)<br>Nev. Rev. Stat. § 21.090(1)(z) | 156.55<br>0.00 | 208.73 |
| BankGloucester checking account ending #0716 (POD Natalia & Antonio) | Nev. Rev. Stat. § 21.090(1)(g)<br>Nev. Rev. Stat. § 21.090(1)(z) | 2,693.26<br>812.17 | 3,591.02 |
| Bank of America checking account #0887 | Nev. Rev. Stat. § 21.090(1)(g)<br>Nev. Rev. Stat. § 21.090(1)(z) | 14,985.54<br>0.00 | 19,980.72 |
| TD Bank | Nev. Rev. Stat. § 21.090(1)(g)<br>Nev. Rev. Stat. § 21.090(1)(z) | 2,779.93<br>0.00 | 3,706.57 |
| SalemFive savings account ending #3674 (100% owned by Misuraca Family Trust Irrevocable Trust dated March 9, 2015) | Nev. Rev. Stat. § 21.090(1)(g) | 0.07 | 0.09 |
| **Household Goods and Furnishings** | | | |
| Household Goods and Furnishings | Nev. Rev. Stat. § 21.090(1)(b) | 7,595.00 | 7,595.00 |
| **Wearing Apparel** | | | |
| Clothing | Nev. Rev. Stat. § 21.090(1)(b) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Wedding Rings | Nev. Rev. Stat. § 21.090(1)(a) | Unknown | Unknown |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Glock 19 9mm | Nev. Rev. Stat. § 21.090(1)(i) | 500.00 | 500.00 |
| **Interests in an Education IRA or under a Qualified State Tuition Plan** | | | |
| State of Nevada Prepaid Tuition Program ending 0915 (Antonio) | Nev. Rev. Stat. § 21.080.2 | 23,187.00 | 23,187.00 |
| State of Nevada Prepaid Tuition Program ending 0911 (Natalia) | Nev. Rev. Stat. § 21.080.2 | 23,242.00 | 23,242.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| 401(k) located at John Hancock ending #7349 as of August 25, 2015 | Nev. Rev. Stat. § 21.090(1)(r) | 88,910.44 | 88,910.44 |

   __1__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Marc John Randazza**                                             Case No. _____**15-14956**_____
_____,
                          Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Rollover IRA located at LPL Financial ending #4395** | **Nev. Rev. Stat. § 21.090(1)(r)** | **99,110.89** | **99,110.89** |
| **Randazza Legal Group Pension (Amounts included in this plan do not all belong to Debtor, but also belong to various employees)** | **Nev. Rev. Stat. § 21.090(1)(r)** | **338,473.62** | **338,473.62** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** **2013 BMW 550i (100% owned by Misuraca Family Trust Revocable Trust dated March 9, 2015)** | **Nev. Rev. Stat. § 21.090(1)(f)** | **15,000.00** | **42,000.00** |

|  |  | Total: | **1,168,965.20** | **1,527,613.95** |
|---|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Marc John Randazza**                                                                      Case No.    **15-14956**
_____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| **Account No.** | | | | | Business debt for Magnolia Holding 19, L.L.C. (4035 S. El Capitan, Las Vegas, Nevada 89117) | | | | | |
| **Creditor #: 1** **Bank of America** **Attn: Bankruptcy Dept/ Managing Agent** **Po Box 15019** **Wilmington, DE 19850** | | - | | | | | | | | |
| | | | | | Value $                    **Unknown** | | | | **700,000.00** | **0.00** |
| **Account No. xxxxxx3360** | | | | | Last Active  5/01/15 | | | | | |
| **Creditor #: 2** **Specialized Loan Service** **Attn: Bankruptcy Dept/Managing Agent** **8742 Lucent Blvd Ste 300** **Highlands Ranch, CO 80129** | | - | | | Mortgage 10955 Iris Canyon Lane, Las Vegas, Nevada | | | | | |
| | | | | | Value $            **875,000.00** | | | | **372,869.00** | **0.00** |
| **Account No. xxxxxx9263** | | | | | 2015 | | | | | |
| **Creditor #: 3** **Toyota Financial Services** **Attn:  Bankruptcy Dept./Managing Member** **P.O. Box 5855** **Carol Stream, IL 60197** | X | - | | | Automobile Loan (Solely in name of Jennifer Randazza) 2015 Toyota Sienna (Owned solely by Jennifer Randazza) | | | | | |
| | | | | | Value $              **25,000.00** | | | | **26,179.41** | **1,179.41** |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

|  **0**  continuation sheets attached | Subtotal (Total of this page) | **1,099,048.41** | **1,179.41** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **1,099,048.41** | **1,179.41** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re    **Marc John Randazza**                                          ,          Case No.____**15-14956**____
                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_1_____   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Marc John Randazza**                                                                 Case No.  **15-14956**
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-xx6-049** | | | 2015 | | | | | | |
| Creditor #: 1 Clark County Treasurer c/o Bankruptcy Clerk 500 S. Grand Central Pkwy P.O. Box 551220 Las Vegas, NV 89155 | - | | Property Tax | | | | 6,105.76 | 0.00 | 6,105.76 |
| Account No. **xxxxx7332** | | | 2014 | | | | | | |
| Creditor #: 2 Internal Revenue Service Attn: Bankruptcy Dept/Managing Agent P.O. Box 7346 Philadelphia, PA 19101 | - | | Business 941 taxes | | | | 2,209.73 | 2,209.73 | 0.00 |
| Account No. **xx-xxx7742** | | | 2014 | | | | | | |
| Creditor #: 3 Internal Revenue Service Attn: Bankruptcy Dept/Managing Agent P.O. Box 7346 Philadelphia, PA 19101 | - | | Business 940 taxes | | | | 4,026.59 | 4,026.59 | 0.00 |
| Account No. **6762** | | | 2012 | | | | | | |
| Creditor #: 4 Internal Revenue Service Attn: Bankruptcy Dept/Managing Agent P.O. Box 7346 Philadelphia, PA 19101 | - | | 1040 Taxes | | | | 1,979.64 | 0.00 | 1,979.64 |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **1**    continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 6,236.32 14,321.72 | 8,085.40 |
| Total (Report on Summary of Schedules) | 6,236.32 14,321.72 | 8,085.40 |

B6F (Official Form 6F) (12/07)

In re __Marc John Randazza__                                                    Case No. ____15-14956____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. -xxxxxxxxxxx4883 | | | | | Opened  1/11/05  Last Active  5/01/15 | | | | |
| Creditor #: 1 Amex Attn: Bankruptcy Dept/Managing Agent Po Box 297871 Fort Lauderdale, FL 33329 | X | - | | | Charge Account | | | | 3,209.00 |
| Account No. -xxxxxxxxxxx6893 | | | | | Opened  9/15/05  Last Active  5/01/15 | | | | |
| Creditor #: 2 Amex Attn: Bankruptcy Dept/Managing Agent Po Box 297871 Fort Lauderdale, FL 33329 | X | - | | | Charge Account | | | | 28.00 |
| Account No. -xxxxxxxxxxx9413 | | | | | Opened  9/03/05  Last Active 10/01/11 | | | | |
| Creditor #: 3 Amex Attn: Bankruptcy Dept/Managing Agent Po Box 297871 Fort Lauderdale, FL 33329 | X | - | | | Charge Account | | | | 0.00 |
| Account No. xxxxx7-20F | | | | | 2014 | | | | |
| Creditor #: 4 Amica Mutual Insurance Company C/o Patton & Kiraly, P.C. Attn: W. Randolph Patton, Esq. 3016 W. Charleston Blvd., Suite 195 Las Vegas, NV 89102 | | - | | | Insurer in matter of Roca Labs, Inc. v. Randazza | | | X | Unknown |

|  | | | | | | Subtotal (Total of this page) | | | | 3,237.00 |

__6__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marc John Randazza**                                    , Case No. ___**15-14956**___
_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint, or Community | | | | | |
| Account No. xxxxxxxxxx3794 | | | Opened  3/30/11  Last Active  5/11/15 | | | | |
| Creditor #: 5 Barclays Bank Delaware Attn: Bankruptcy Dept/Managing Agent 125 S West St Wilmington, DE 19801 | X | - | Charge Account | | | | 3,861.14 |
| Account No. x0484 | | | 2013-2015 | | | | |
| Creditor #: 6 Brown White & Osborn Attorneys Attn: Bankruptcy Dept/Managing Agent 333 South Hope Street, 40th Floor Los Angeles, CA 90071 | | - | Legal Fees and Costs | | | | 28,392.86 |
| Account No. xxxxx2613 | | | 2015 | | | | |
| Creditor #: 7 Century Link Attn: Bankruptcy Dept/Managing Agent P.O. Box 2961 Phoenix, AZ 85062-2961 | | - | Utility Bill | | | | 134.89 |
| Account No. xxxxx84N1 | | | Opened 11/14/14 | | | | |
| Creditor #: 8 Champion Movers Attn: Bankruptcy Dept/Managing Agent 4420 Andrews St., Ste. C North Las Vegas, NV 89081 | | - | Collections | | | | 525.00 |
| Account No. | | | Representing: | | | | |
| Acctcorp Of Southern N Attn: Bankruptcy Dept/Managing Agent 4955 S Durango Dr Ste 177 Las Vegas, NV 89113 | | | Champion Movers | | | | Notice Only |

Sheet no. _**1**_ of _**6**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 32,913.89 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marc John Randazza**                                          , Case No. ____**15-14956**____
                                                Debtor

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Creditor #: 9**<br>**Citibank**<br>**Attn: Bankruptcy Dept/Managing**<br>**Agent**<br>**P.O. Box 6241**<br>**Sioux Falls, SD 57117** | X | - | **Charge Account** | | | | 3,000.00 |
| Account No. **xxxxxxx0000**<br><br>**Creditor #: 10**<br>**Clark County Water Reclamation**<br>**Attn: Bankruptcy Dept/ Managing**<br>**Agent**<br>**PO Box 98526**<br>**Las Vegas, NV 89193-8526** | | - | **2015**<br><br>**Utility Bill** | | | | 247.21 |
| Account No. <br><br>**Creditor #: 11**<br>**Clay Douglas**<br>**Rosselo 224 Atico**<br>**Barcelona, Spain** | | - | **Possible Business Claim** | | | X | Unknown |
| Account No. **xxxxxxxxxxxx5824**<br><br>**Creditor #: 12**<br>**Comenitycapital/Virgam**<br>**Attn: Bankruptcy Dept/Managing**<br>**Agent**<br>**3100 Easton Square Pl**<br>**Columbus, OH 43219** | X | - | **Opened  3/24/14  Last Active  5/01/15**<br><br>**Business Charge Account** | | | | 1,382.00 |
| Account No. <br><br>**Creditor #: 13**<br>**Crystal L. Cox**<br>**PO Box 2027**<br>**Port Townsend, WA 98368** | | C | **Pending business lawsuit Randazza et al. v. Cox et al,, Case No.: 2:12-cv-02040-JAD-PAL** | X | X | X | 10,000,000.00 |

| Sheet no. __**2**__ of __**6**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 10,004,629.21 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marc John Randazza** _____,          Case No. ____**15-14956**_____

                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Pending arbitration Randazza v. Excelsior Media Corp. et al., Case No.: 1260002283 - Legal Fees | | | | |
| Creditor #: 14 Excelsior Media Corporation C/o Littler Mendelson Attn: Wendy M. Krincek & Ethan D. Thomas 3960 Howard Hughes Pkwy., Suite 300 Las Vegas, NV 89169 | | C | | | | X | X | X | 1,000,000.00 |
| Account No. | | | | | Legal Fees | | | | |
| Creditor #: 15 Hutchison & Steffen Attorneys Attn: Bankruptcy Dept/Managing Agent 10080 West Alta Drive, Suite 200 Las Vegas, NV 89145 | | - | | | | | | | 29,656.40 |
| Account No. | | | | | Former Employee | | | | |
| Creditor #: 16 J. Malcolm DeVoy, Esq. Randazza Legal Group 3625 S. Town Center Drive #150 Las Vegas, NV 89135 | | - | | | | | | | Unknown |
| Account No. | | | | | Pending arbitration Randazza v. Excelsior Media Corp. et al., Case No.: 1260002283 | | | | |
| Creditor #: 17 Jason Gibson C/o Littler Mendelson Attn: Wendy M. Krincek & Ethan D. Thomas 3960 Howard Hughes Pkwy., Suite 300 Las Vegas, NV 89169 | | C | | | | X | X | X | 565,215.98 |
| Account No. | | | | | Possible Business Claim | | | | |
| Creditor #: 18 Jim Schutt C/o Michael Taficante, Esq. Grant Fridkin 5551 Ridgewood Drive, Suite 501 Naples, FL 34108 | X | - | | | | | | X | Unknown |

Sheet no. __3__ of __6__ sheets attached to Schedule of           Subtotal           | 1,594,872.38
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marc John Randazza**                                                     Case No. _____**15-14956**_____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Business Legal Fees | | | | |
| Creditor #: 19 Kain Spielman, P.A. Attn: Bankruptcy Dept/Managing Agent 900 Southeast Third Avenue Suite 205 Fort Lauderdale, FL 33316 | | - | | | | | | | 12,000.00 |
| Account No. xxxxxxx345-8 | | | | | 2015 | | | | |
| Creditor #: 20 Las Vegas Valley Water District Attn: Bankruptcy Dept. / Managing Agent 1001 S. Valley View Blvd. Las Vegas, NV 89153 | | - | | | Utility Bill | | | | 438.98 |
| Account No. | | | | | Legal Fees | | | | |
| Creditor #: 21 Law Offices of April S. Goodwin, P.A Attn: Bankruptcy Dept/Managing Agent PO Box 10213 Largo, FL 33773-0203 | | - | | | | | | | Unknown |
| Account No. | | | | | Business Legal Fees | | | | |
| Creditor #: 22 Law Offices of Clyde DeWitt Clyde DeWitt Attn: Bankruptcy Dept/Managing Agent PO Box 26185 Las Vegas, NV 89126-0185 | | - | | | | | | | 25,000.00 |
| Account No. | | | | | Pending arbitration Randazza v. Excelsior Media Corp. et al., Case No.: 1260002283 | | | | |
| Creditor #: 23 Liberty Media Holdings, LLC C/o Littler Mendelson Attn: Wendy M. Krincek & Ethan D. Thomas 3960 Howard Hughes Pkwy., Suite 300 Las Vegas, NV 89169 | C | | | | | X | X | X | Unknown |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 37,438.98 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marc John Randazza**                                    Case No.    **15-14956**

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Creditor #: 24<br>Luke Charles Lirot, PA<br>Luke Charles Lirot, Esq.<br>Attn: Bankruptcy Dept/Managing Agent<br>2240 Bellair Rd., Suite 190<br>Clearwater, FL 33764 | - | | | | 2014<br><br>Business Legal Fees | | | | Unknown |
| Account No. xxxxxxxxx9420<br><br>Creditor #: 25<br>Mcydsnb<br>Attn: Bankruptcy Dept/Managing Agent<br>9111 Duke Blvd<br>Mason, OH 45040 | - | | | | Opened  8/25/12  Last Active  9/27/12<br><br>Charge Account | | | | 0.00 |
| Account No. xxxxxxxxxxxxxx4331<br><br>Creditor #: 26<br>NV Energy<br>Attn: Bankruptcy Dept. / Managing Agent<br>PO Box 30086<br>Reno, NV 89520 | - | | | | 2015<br><br>Utility bill | | | | 375.54 |
| Account No.<br><br>Creditor #: 27<br>Roca Labs, Inc.<br>C/o Law Offices of April S. Goodwin, P.A<br>PO Box 10213<br>Largo, FL 33773-0203 | - | | | | 2014<br><br>Pending business lawsuit Roca Labs, Inc. v. Randazza, Case No. 8:14-cv-03014-SCB-MAP | X | X | X | 1,000,000.00 |
| Account No.<br><br>Paul Berger<br>Attn: Bankruptcy Dept/Managing Agent<br>PO Box 7898<br>Delray Beach, FL 33482-7898 | | | | | Representing:<br>Roca Labs, Inc. | | | | Notice Only |

Sheet no.  **5**  of  **6**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal
                          (Total of this page)      **1,000,375.54**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marc John Randazza**                                                          Case No.   **15-14956**
_____,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 28** Ronald D. Green, Esq. Randazza Legal Group 3625 S. Town Center Drive #150 Las Vegas, NV 89135 | - | | Possible lawsuit/indeminity claim | | | | **Unknown** |
| Account No. **xxx-xxxxxx1-004** **Creditor #: 29** Southwest Gas Corporation Attn: Bankruptcy Dept/Managing Agent PO Box 98890 Las Vegas, NV 89150 | - | | 2015 Utility Bill | | | | **112.27** |
| Account No. **Creditor #: 30** Tony Coe C/o Saunders 1865 International Limited 38-40 Gloucester Road London SW7 4QU United Kingdom | - | | Business | | | | **15,000.00** |
| Account No. **Creditor #: 31** Walters Law Group Larry Walters, Esq. Attn: Bankruptcy Dept/Managing Agent 195 W. Pine Avenue Longwood, FL 32750-4104 | - | | 2014-2015 Business Legal Fees | | | | **77,102.08** |
| Account No. **Creditor #: 32** Weide & Miller, Ltd. F. Christopher Austin, Esq. Attn: Bankruptcy Dept/Managing Agent 7251 W. Lake Mead Blvd., Suite 530 Las Vegas, NV 89128 | C | | Business Legal Fees | | | | **Unknown** |

Sheet no. __6__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | **92,214.35** |
|---|---|---|
|  | Total (Report on Summary of Schedules) | **12,765,681.35** |

B6G (Official Form 6G) (12/07)

In re   **Marc John Randazza**                                Case No.    **15-14956**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Greenshire Office Center, LLC**<br>**3625 S. Town Center Drive, Suite 100**<br>**Las Vegas, NV 89135** | **Office lease located at 3625 S. Town Center Drive, Suite 150, Las Vegas, NV 89135. Debtor intends to keep lease.** |
| **Heritage Pool Plastering, Inc.**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**3530 W. Hacienda Ave.**<br>**Las Vegas, NV 89118** | **Signed Proposal for Pool Repair; debtor intends to retain contract.** |
| **Mario Guadarrama**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**16 Rose Circle, Apt. B**<br>**North Las Vegas, NV 89030** | **Contract for painter of exterior property of 10955 Iris Canyon Lane, Las Vegas, NV 89135; Debtor intends to retain contract.** |
| **Royal Blue Pools**<br>**9850 S. Maryland Pkwy**<br>**Las Vegas, NV 89183** | **Pool service, month to month. Debtor intends to keep service.** |
| **Superior Builders Inc.**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**758 Ezzat Street**<br>**Henderson, NV 89052** | **Contract for Patio Remodel, Debtor intends to retain contract.** |
| **Verizon Wireless**<br>**Attn: Bankruptcy Administration**<br>**500 Technology Drive**<br>**Suite 550**<br>**Weldon Spring, MO 63304** | **Cell Phone Contract. Debtor intends to retain contract.** |

**0**
     continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Marc John Randazza**                                    Case No. ____**15-14956**____
_____
                              Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jennifer Randazza<br>10955 Iris Canyon Lane<br>Las Vegas, NV 89135 | Amex<br>Attn: Bankruptcy Dept/Managing Agent<br>Po Box 297871<br>Fort Lauderdale, FL 33329 |
| Jennifer Randazza<br>10955 Iris Canyon Lane<br>Las Vegas, NV 89135 | Comenitycapital/Virgam<br>Attn: Bankruptcy Dept/Managing Agent<br>3100 Easton Square Pl<br>Columbus, OH 43219 |
| Jennifer Randazza<br>10955 Iris Canyon Lane<br>Las Vegas, NV 89135 | Amex<br>Attn: Bankruptcy Dept/Managing Agent<br>Po Box 297871<br>Fort Lauderdale, FL 33329 |
| Jennifer Randazza<br>10955 Iris Canyon Lane<br>Las Vegas, NV 89135 | Amex<br>Attn: Bankruptcy Dept/Managing Agent<br>Po Box 297871<br>Fort Lauderdale, FL 33329 |
| Jennifer Randazza<br>10955 Iris Canyon Lane<br>Las Vegas, NV 89135 | Barclays Bank Delaware<br>Attn: Bankruptcy Dept/Managing Agent<br>125 S West St<br>Wilmington, DE 19801 |
| Jennifer Randazza<br>10955 Iris Canyon Lane<br>Las Vegas, NV 89135 | Citibank<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 6241<br>Sioux Falls, SD 57117 |
| Jennifer Randazza<br>10955 Iris Canyon Lane<br>Las Vegas, NV 89135<br>   Jennifer is the only debtor on this loan | Toyota Financial Services<br>Attn:  Bankruptcy Dept./Managing Member<br>P.O. Box 5855<br>Carol Stream, IL 60197 |
| Marc J. Randazza, P.A.<br>2 S. Biscayne Blvd.<br>Suite Number 2600<br>Miami, FL 33131 | Jim Schutt<br>C/o Michael Taficante, Esq.<br>Grant Fridkin<br>5551 Ridgewood Drive, Suite 501<br>Naples, FL 34108 |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Marc John Randazza** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (If known) | **15-14956** |

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I
# Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed | ☑ Employed |
| | | ☐ Not employed | ☐ Not employed |
| **Occupation** | | Attorney | Human Resources Director |
| **Employer's name** | | Randazza Legal Group | Randazza Legal Group |
| **Employer's address** | | 3625 South Town Center Drive Las Vegas, NV 89135 | 3625 South Town Center Drive Las Vegas, NV 89135 |
| **How long employed there?** | | 3 Years | 3 Years |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 18,055.55 | $ 2,916.66 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 18,055.55 | $ 2,916.66 |

Debtor 1  **Marc John Randazza** _____  Case number *(if known)*  **15-14956** _____

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here .......................................................... | 4. | $ 18,055.55 | $ 2,916.66 |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 4,790.76 | $ 223.10 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 1,354.17 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 | + $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 4,790.76    $ 1,577.27

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 13,264.79    $ 1,339.39

8. List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: **Promissory Note from Dennis and Cathy Brochey** | 8h.+ | $ 686.19 | + $ 686.19 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 686.19    $ 686.19

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 13,950.98  +  $ 2,025.58  =  $ 15,976.56
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____    11.    + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ 15,976.56

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: [                                                          ]

Fill in this information to identify your case:

Debtor 1    **Marc John Randazza**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number    **15-14956**
(If known)

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing post-petition chapter 13 expenses as of the following date:

  _____
  MM / DD / YYYY

- ☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ■ Yes.    Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 6 | ☐ No  ■ Yes |
| Son | 5 | ☐ No  ■ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | **Your expenses** |
|---|---|

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 3,791.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 755.67 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 250.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 500.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 320.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 300.00 |

Debtor 1   **Marc John Randazza** _____     Case number (if known)   **15-14956** _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a.   Electricity, heat, natural gas | 6a. | $ | 600.00 |
| | 6b.   Water, sewer, garbage collection | 6b. | $ | 500.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| | 6d.   Other. Specify:   **Alarm, Surveillance, Security** | 6d. | $ | 200.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 1,200.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 2,000.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 500.00 |
| 10. | **Personal care products and services** | 10. | $ | 500.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 800.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | 12. | $ | 400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 500.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 200.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a.   Life insurance | 15a. | $ | 0.00 |
| | 15b.   Health insurance | 15b. | $ | 500.00 |
| | 15c.   Vehicle insurance | 15c. | $ | 400.00 |
| | 15d.   Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a.   Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b.   Car payments for Vehicle 2 | 17b. | $ | 446.55 |
| | 17c.   Other. Specify: | 17c. | $ | 0.00 |
| | 17d.   Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 6I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | | |
| | Specify: | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| | 20a.   Mortgages on other property | 20a. | $ | 0.00 |
| | 20b.   Real estate taxes | 20b. | $ | 0.00 |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e.   Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. | +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | 22. | $ | 14,663.22 |
| | The result is your monthly expenses. | | | |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a.   Copy line 12 (your combined monthly income) from Schedule I. | 23a. | $ | 15,976.56 |
| | 23b.   Copy your monthly expenses from line 22 above. | 23b. | -$ | 14,663.22 |
| | 23c.   Subtract your monthly expenses from your monthly income. | | | |
| | The result is your monthly net income. | 23c. | $ | 1,313.34 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.   | **I may have to move out of house due divorce issues and potential future litigation.** |
Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **Marc John Randazza** _____          Case No.   **15-14956** _____
_____          Chapter    **11** _____
Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **25** ___
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September 11, 2015** _____          Signature   **/s/ Marc John Randazza** _____
                                           **Marc John Randazza**
                                         Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Nevada

In re  **Marc John Randazza** _____    Case No.  **15-14956**

                                   Debtor(s)          Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$124,480.02** | **2015 YTD Husband's income from employment** |
| **$250,667.00** | **2014 Joint Income** |
| **$216,083.00** | **2013 Joint Income** |

---

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$92,903.00** | **2013 Income from Marc J. Randazza, P.A.** |

B7 (Official Form 7) (04/13)

| AMOUNT | SOURCE |
|---|---|
| $190,787.00 | 2014 Income from Marc J. Randazza, P.A. |
| $0.00 | 2015 Income from Marc J. Randazza, P.A. (TBD) |

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Specialized Loan Service | June 2015 | $4,001.00 | $372,869.00 |
| Hutchison & Steffen | June 2015 | $10,000.00 | $29,656.40 |
| American Express | June through August 2015 | $33,419.11 | $3,237.00 |
| Superior Builders Inc. | May through July | $2,482.00 | $2,483.00 |
| Clark County Treasurer | Pending payment on 8/28/15. | $6,109.86 | $0.00 |

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Randazza v. Excelsior Media Corp. et al.** **Case No.: 1260002283** | Arbitration | **Judicial Arbitration and Mediation Service** | Pending |
| **Randazza v. Doe** **Case No. 14C019837** | Civil - Other Tort | **Justice Court** **Las Vegas Township** | Pending |
| **Randazza et al v. Cox et al** **Case No.: 2:12-cv-02040-JAD-PAL** | Trademark | **United States District Court** **District of Nevada** | Pending |
| **Cox v. Randazza et al.** **Case No.: 2:13-cv-00297-MMD-VCF** | Racketeer/Corrupt Organization | **United States District Court** **District of Nevada** | Dismissed with prejudice on 5/14/14 |
| **Cox v. Carr et al.** **Case No. 2-13-cv-00938-APG-GWF** | Defamation/RICO | **United States District Court** **District of Nevada** | Dismissed on 1/20/15 |
| **Excelsior Media Corp et al. v. Randazza** **Case No. A-15-719901-C** | Arbitration Award | **Eight Judicial District Court** **Clark County, Nevada** | Pending |
| **Roca Labs, Inc. v. Randazza** **Case No. 8:14-cv-03014-SCB-MAP** | Slander | **United States District Court** **Middle District of Florida (Tampa)** | Pending |
| **Randazza v. Randazza** **Case No. D-15-516848-D** | Divorce | **Eighth Judicial District Court** **Family Division** **Clark County, Nevada** | Pending |
| **Marc J. Randazza P.A. v. Liberty Media Holdings, LLC** **Case No.: A-12-673275-C** | Breach of Contract | **Eighth Judicial District Court** **Clark County, Nevada** | Pending |
| **Roca Labs, Inc. v. Consumer Opinion Corp. and Opinion Corp.,** **Case No.: 8:14-cv-2096-T-33EAJ** | Slander | **United States District Court** **Middle District of Florida (Tampa)** | Pending |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)

| None ■ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

| None ☐ | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Gifts to Charity** | | **2014** | **$7,600.00.** |

### 8. Losses

| None ■ | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

| None ☐ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LARSON & ZIRZOW, LLC 810 S. Casino Center Blvd. #101 Las Vegas, NV 89101** | **2015** | **$94,000.00** |

### 10. Other transfers

| None ■ | a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

| None ☐ | b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary. |
|---|---|

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Misuraca Family Trust** <br> **10955 Iris Canyon Lane** <br> **Las Vegas, NV 89135** <br> Trust | **03/10/2015** | **Property located at 10955 Iris Canyon Lane, Las Vegas, Nevada 89135.  No monies exchanged for transfer. (Propety was transferred back to Marc and Jennifer Randazza on 06/16/2015)** |

---

**11.  Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **LPL Financial** <br> **3145 E. Warm Springs Rd. #400** <br> **Las Vegas, NV 89120** | **Rollover IRA lending #3043 with final balance of $100,589.55.** | **$100,589.55 closed on June 1, 2015 *Note - this amount was used to open another rollover IRA account as listed on Schedule B.** |

---

**12.  Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15.  Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **11906 Port Labelle** <br> **Las Vegas, NV 89141** | **Marc John Randazza** | **April 2012 to  July 17, 2013** |

B7 (Official Form 7) (04/13)

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Jennifer Randazza (Divorce pending)**
**10955 Iris Canyon Lane**
**Las Vegas, NV 89135**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Exile Political Media, LLC | | 387 Mainsail Court Lake Mary, FL 32746 | Internet Blog | 11/13/2006 to 09/25/2009 |
| Magnolia Holding 19 L.L.C. | 47-4124533 | 3625 S. Town Center Dr. Ste. 150 Las Vegas, NV 89135 | Real Estate, Business Office | 05/31/2014 to Present |
| Marc J. Randazza, P.A. | 26-3977742 | 2 S. Biscayne Blvd. Suite Number 2600 Miami, FL 33131 | Law Office | 12/30/2008 to Present |
| Randazza Legal Group, PLLC | 47-2439636 | dba Randazza Legal Group 3625 S. Town Center Drive Las Vegas, NV 89135 | Law Office | 8/24/2012 to Present |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                ADDRESS

---

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                      DATES SERVICES RENDERED
Yoav J. Etzion, MST, EA                                     2012 to Present
YJE & Company, Inc.
1820 E. Warm Springs Rd., Ste. 100
Las Vegas, NV 89119

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                          DATES SERVICES RENDERED
Yoav J. Etzion, MST, EA        YJE & Company, Inc.                  2012 to Present
                                  1820 E. Warm Springs Rd., Ste. 100
                                  Las Vegas, NV 89119

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                     ADDRESS
Yoav J. Etzion, MST, EA                                     YJE & Company, Inc.
                                                        1820 E. Warm Springs Rd., Ste. 100
                                                        Las Vegas, NV 89119

B7 (Official Form 7) (04/13)

None □ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Bank of America**<br>**Attn: Bankruptcy Dept/ Managing Agent**<br>**Po Box 15019**<br>**Wilmington, DE 19850** | **For Magnolia Holdings 19, LLC** |
| **W.J. Bradley Mortgage Capital, LLC**<br>**6465 Greenwood Plaza Blvd.**<br>**Suite 500**<br>**Englewood, CO 80111** | |

---

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None □ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Gill Sperlein**<br>**308 Roosevelt Way**<br>**San Francisco, CA 94114** | **Owner of Randazza Legal Group, PLLC** | **10%** |
| **Jennifer Randazza**<br>**10955 Iris Canyon Lane**<br>**Las Vegas, NV 89135** | **Manager of Magnolia Holding 19 L.L.C.** | **36.5%** |
| **Randazza Legal Group, PLLC**<br>**dba Randazza Legal Group**<br>**3625 S. Town Center Drive**<br>**Las Vegas, NV 89135** | **Manager of Magnolia Holding 19 L.L.C.** | **36.5%** |
| **Ronald D. Green, Esq.**<br>**Randazza Legal Group**<br>**3625 S. Town Center Drive #150**<br>**Las Vegas, NV 89135** | **Manager of Magnolia Holding 19 L.L.C.** | **27%** |
| **Ronald D. Green, Esq.**<br>**Randazza Legal Group**<br>**3625 S. Town Center Drive #150**<br>**Las Vegas, NV 89135** | **Manager of Randazza Legal Group, PLLC** | **10%** |
| **Misuraca Family Trust Revocable Trust**<br>**10955 Iris Canyon Lane**<br>**Las Vegas, NV 89135** | **Owner of Randazza Legal Group, PLLC** | **80%** |
| **Misuraca Family Trust Revocable Trust**<br>**10955 Iris Canyon Lane**<br>**Las Vegas, NV 89135** | **Owner of Marc J. Randazza, P.A** | **100%** |

B7 (Official Form 7) (04/13)

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■  controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

### 22 . Former partners, officers, directors and shareholders

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■  commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■  immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■  in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 24. Tax Consolidation Group.

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■  group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

### 25. Pension Funds.

None  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■  employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

B7 (Official Form 7) (04/13)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **September 11, 2015**                          Signature  **/s/ Marc John Randazza**
                                                                                        **Marc John Randazza**
                                                                                        Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re   __Marc John Randazza__                                          Case No.   __15-14956__
                                    Debtor(s)                            Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---:|
    | For legal services, I have agreed to accept | $ | **94,000.00** |
    | Prior to the filing of this statement I have received | $ | **94,000.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    **Randazza Legal Group**

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    __September 11, 2015__                     /s/ Zachariah Larson
                                                      **Zachariah Larson 7787**
                                                      **LARSON & ZIRZOW, LLC**
                                                      **810 S. Casino Center Blvd. #101**
                                                      **Las Vegas, NV 89101**
                                                      **(702) 382-1170  Fax: (702) 382-1169**
                                                      **zlarson@lzlawnv.com**

---

# United States Bankruptcy Court
## District of Nevada

In re   **Marc John Randazza**                                             Case No.   __15-14956__
_____          Chapter    __11__
                                    Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **September 11, 2015**                    **/s/ Marc John Randazza**
_____          _____
                                         **Marc John Randazza**
                                         Signature of Debtor

MARC JOHN RANDAZZA
10955 IRIS CANYON LANE
LAS VEGAS, NV 89135

ZACHARIAH LARSON
LARSON & ZIRZOW, LLC
810 S. CASINO CENTER BLVD. #101
LAS VEGAS, NV 89101

UNITED STATES TRUSTEE
300 LAS VEGAS BLVD., SOUTH #4300
LAS VEGAS, NV 89101

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 7346
PHILADELPHIA, PA 19101

NEVADA DEPT. OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON AVENUE #1300
LAS VEGAS, NV 89101

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PKWY
BOX 551401
LAS VEGAS, NV 89155

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PKWY
P.O. BOX 551220
LAS VEGAS, NV 89155

ACCTCORP OF SOUTHERN N
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
4955 S DURANGO DR STE 177
LAS VEGAS, NV 89113

AMEX
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
PO BOX 297871
FORT LAUDERDALE, FL 33329

AMICA MUTUAL INSURANCE COMPANY
C/O PATTON & KIRALY, P.C.
ATTN: W. RANDOLPH PATTON, ESQ.
3016 W. CHARLESTON BLVD., SUITE 195
LAS VEGAS, NV 89102

BANK OF AMERICA
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 15019
WILMINGTON, DE 19850

BARCLAYS BANK DELAWARE
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
125 S WEST ST
WILMINGTON, DE 19801

BROWN WHITE & OSBORN ATTORNEYS
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
333 SOUTH HOPE STREET, 40TH FLOOR
LOS ANGELES, CA 90071

CENTURY LINK
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 2961
PHOENIX, AZ 85062-2961

CHAMPION MOVERS
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
4420 ANDREWS ST., STE. C
NORTH LAS VEGAS, NV 89081

CITIBANK
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 6241
SIOUX FALLS, SD 57117

CLARK COUNTY WATER RECLAMATION
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 98526
LAS VEGAS, NV 89193-8526

CLAY DOUGLAS
ROSSELO 224 ATICO
BARCELONA, SPAIN

COMENITYCAPITAL/VIRGAM
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
3100 EASTON SQUARE PL
COLUMBUS, OH 43219

CRYSTAL L. COX
PO BOX 2027
PORT TOWNSEND, WA 98368

EXCELSIOR MEDIA CORPORATION
C/O LITTLER MENDELSON
ATTN: WENDY M. KRINCEK & ETHAN D. THOMAS
3960 HOWARD HUGHES PKWY., SUITE 300
LAS VEGAS, NV 89169

GREENSHIRE OFFICE CENTER, LLC
3625 S. TOWN CENTER DRIVE, SUITE 100
LAS VEGAS, NV 89135

HERITAGE POOL PLASTERING, INC.
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
3530 W. HACIENDA AVE.
LAS VEGAS, NV 89118

HUTCHISON & STEFFEN ATTORNEYS
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NV 89145

J. MALCOLM DEVOY, ESQ.
RANDAZZA LEGAL GROUP
3625 S. TOWN CENTER DRIVE #150
LAS VEGAS, NV 89135

JASON GIBSON
C/O LITTLER MENDELSON
ATTN: WENDY M. KRINCEK & ETHAN D. THOMAS
3960 HOWARD HUGHES PKWY., SUITE 300
LAS VEGAS, NV 89169

JENNIFER RANDAZZA
10955 IRIS CANYON LANE
LAS VEGAS, NV 89135

JIM SCHUTT
C/O MICHAEL TAFICANTE, ESQ.
GRANT FRIDKIN
5551 RIDGEWOOD DRIVE, SUITE 501
NAPLES, FL 34108

KAIN SPIELMAN, P.A
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
900 SOUTHEAST THIRD AVENUE
SUITE 205
FORT LAUDERDALE, FL 33316

LAS VEGAS VALLEY WATER DISTRICT
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1001 S. VALLEY VIEW BLVD.
LAS VEGAS, NV 89153

LAW OFFICES OF APRIL S. GOODWIN, P.A
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
PO BOX 10213
LARGO, FL 33773-0203

LAW OFFICES OF CLYDE DEWITT
CLYDE DEWITT
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
PO BOX 26185
LAS VEGAS, NV 89126-0185

LIBERTY MEDIA HOLDINGS, LLC
C/O LITTLER MENDELSON
ATTN: WENDY M. KRINCEK & ETHAN D. THOMAS
3960 HOWARD HUGHES PKWY., SUITE 300
LAS VEGAS, NV 89169

LUKE CHARLES LIROT, PA
LUKE CHARLES LIROT, ESQ.
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
2240 BELLAIR RD., SUITE 190
CLEARWATER, FL 33764

MARC J. RANDAZZA, P.A.
2 S. BISCAYNE BLVD.
SUITE NUMBER 2600
MIAMI, FL 33131

MARIO GUADARRAMA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
16 ROSE CIRCLE, APT. B
NORTH LAS VEGAS, NV 89030

MCYDSNB
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
9111 DUKE BLVD
MASON, OH 45040

NV ENERGY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 30086
RENO, NV 89520

PAUL BERGER
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
PO BOX 7898
DELRAY BEACH, FL 33482-7898

ROCA LABS, INC.
C/O LAW OFFICES OF APRIL S. GOODWIN, P.A
PO BOX 10213
LARGO, FL 33773-0203

RONALD D. GREEN, ESQ.
RANDAZZA LEGAL GROUP
3625 S. TOWN CENTER DRIVE #150
LAS VEGAS, NV 89135

ROYAL BLUE POOLS
9850 S. MARYLAND PKWY
LAS VEGAS, NV 89183

SOUTHWEST GAS CORPORATION
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
PO BOX 98890
LAS VEGAS, NV 89150

SPECIALIZED LOAN SERVICE
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
8742 LUCENT BLVD STE 300
HIGHLANDS RANCH, CO 80129

SUPERIOR BUILDERS INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
758 EZZAT STREET
HENDERSON, NV 89052

TONY COE
C/O SAUNDERS 1865 INTERNATIONAL LIMITED
38-40 GLOUCESTER ROAD
LONDON SW7 4QU
UNITED KINGDOM

VERIZON WIRELESS
ATTN: BANKRUPTCY ADMINISTRATION
500 TECHNOLOGY DRIVE
SUITE 550
WELDON SPRING, MO 63304

WALTERS LAW GROUP
LARRY WALTERS, ESQ.
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
195 W. PINE AVENUE
LONGWOOD, FL 32750-4104

WEIDE & MILLER, LTD.
F. CHRISTOPHER AUSTIN, ESQ.
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
7251 W. LAKE MEAD BLVD., SUITE 530
LAS VEGAS, NV 89128

**Fill in this information to identify your case:**

Debtor 1    Marc John Randazza

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   District of Nevada

Case number   **15-14956**
(if known)

☐ Check if this is an amended filing

## Official Form 22B
## Chapter 11 Statement of Your Current Monthly Income      12/14

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).

**Part 1:**    Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ■ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $   17,700.38 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $   0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $   0.00 | $ |
| 5. | **Net income from operating a business, profession, or farm** | | |

5. Gross receipts (before all deductions)    $   0.00
   Ordinary and necessary operating expenses    -$   0.00
   Net monthly income from a business, profession, or farm   $   0.00   Copy here -> $   0.00    $

6. **Net income from rental and other real property**
   Gross receipts (before all deductions)    $   0.00
   Ordinary and necessary operating expenses    -$   0.00
   Net monthly income from rental or other real property   $   0.00   Copy here -> $   0.00    $

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Marc John Randazza**                                    Case number (if known)    **15-14956**

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| | | |
|---|---|---|
| For you | $ | 0.00 |
| For your spouse | $ | |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.                     $ 0.00            $

10. **Income from all other sources not listed above. Specify the source and amount.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| | | |
|---|---|---|
| 10a. _____ | $ _____ | $ _____ |
| 10b. _____ | $ 0.00 | $ _____ |
| 10c. Total amounts from separate pages, if any. | + $ 0.00 | $ _____ |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ **17,700.38** + $ _____ = $ **17,700.38**

**Total current monthly income**

---

**Part 2:**    Deduct any applicable marital adjustment

12. **Copy your total average monthly income from Line 11.**                          $ **17,700.38**

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 in line 13d.

☐ You are married and your spouse is filing with you. Fill in 0 in line 13d.

■ You are married and your spouse is NOT filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 on line 13 d.

| | | |
|---|---|---|
| 13a. _____ | $ _____ | |
| 13b. _____ | $ _____ | |
| 13c. _____ | + $ _____ | |

| 13d. Total | $ _____ | Copy here. => 13d. - **0.00** |
|---|---|---|

14. **Your current monthly income.** Subtract line 13d from line 12.        14. $ **17,700.38**

---

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

Debtor 1    Marc John Randazza                                    Case number (*if known*)    **15-14956**

---

| Part 3: | Sign Below |
|---------|------------|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X /s/ Marc John Randazza
**Marc John Randazza**
Signature of Debtor 1

Date **September 11, 2015**
        MM / DD / YYYY

---

Debtor 1 __Marc John Randazza__                              Case number (*if known*) __15-14956__

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **02/01/2015** to **07/31/2015**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Payroll**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 02/2015 | $16,666.66 |
| 5 Months Ago: | 03/2015 | $16,666.66 |
| 4 Months Ago: | 04/2015 | $16,666.66 |
| 3 Months Ago: | 05/2015 | $16,666.66 |
| 2 Months Ago: | 06/2015 | $21,480.06 |
| Last Month: | 07/2015 | $18,055.55 |
| | Average per month: | $17,700.38 |