LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone:  (702) 382-1170
Fascimile:  (702) 382-1169

Proposed Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-15-14956-abl<br>Chapter 11 |
| MARC JOHN RANDAZZA | |
| Debtor. | |

### CERTIFICATE OF SERVICE

1. On this 11th day of September, 2015, I served the following document(s) (specify):

*Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines* [ECF NO.: 6]; and

*Notice of Continued §341 Meeting of Creditors* [ECF No. 13].

2. I served the above-named document(s) by the following means to the persons as listed below (*check all that apply*):

☐   **a.     ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary.*)

☒   **b.     United States mail, postage fully prepaid** (*List persons and addresses. Attach additional paper if necessary.*)

. . .

**LARSON & ZIRZOW, LLC**
**810 S. Casino Center Blvd. #101**
**Las Vegas, Nevada 89101**
**Tel:  (702) 382-1170   Fax:  (702) 382-1169**

ACCTCORP OF SOUTHERN N
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
4955 S DURANGO DR STE 177
LAS VEGAS, NV 89113

AMICA MUTUAL INSURANCE COMPANY
C/O PATTON & KIRALY, P.C.
ATTN: W. RANDOLPH PATTON, ESQ.
3016 W. CHARLESTON BLVD., SUITE 195
LAS VEGAS, NV 89102

GREENSHIRE OFFICE CENTER, LLC
3625 S. TOWN CENTER DRIVE, SUITE 100
LAS VEGAS, NV 89135

LAW OFFICES OF APRIL S. GOODWIN, P.A
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
PO BOX 10213
LARGO, FL 33773-0203

MARIO GUADARRAMA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
16 ROSE CIRCLE, APT. B
NORTH LAS VEGAS, NV 89030

PAUL BERGER
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
PO BOX 7898
DELRAY BEACH, FL 33482-7898

SUPERIOR BUILDERS INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
758 EZZAT STREET
HENDERSON, NV 89052

☐    **c.**    **Personal Service** (*List persons and addresses.  Attach additional paper if necessary.*)

I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

2

**LARSON & ZIRZOW, LLC**
810 S. Casino Center Blvd.  #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

☐ **d.** **By direct email (as opposed to through the ECF System)** (*List persons and email addresses.  Attach additional paper if necessary.*)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By fax transmission** (*List persons and fax numbers.  Attach additional paper if necessary.*)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger** (*List persons and addresses.  Attach additional paper if necessary.*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  (*A declaration by the messenger must be attached to this Certificate of Service.*)

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated September 11, 2015.

Carey Shurtliff                                                    /s/ Carey Shurtliff
(Name of Declarant)                                          (Signature of Declarant)

LARSON & ZIRZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

3