LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Fascimile: (702) 382-1169

Proposed Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>MARC JOHN RANDAZZA<br><br>Debtor. | Case No.: BK-S-15-14956-abl<br>Chapter 11<br><br>Date: October 21, 2015<br>Time: 1:30 p.m.<br>Courtroom 1 |
|---|---|

**NOTICE OF HEARING**

TO: ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the hearing on *Application to Employ and Retain Larson & Zirzow, LLC as Attorneys for the Debtor Nunc Pro Tunc to the Petition Date* ("Motion") is scheduled for October 21, 2015 at the hour of 1:30 p.m., in the Foley Federal Building, at 300 Las Vegas Boulevard South, Third Floor, Courtroom 1, Las Vegas, NV 89101. This Motion is requesting that Debtor is authorized to employ and Retain Larson & Zirzow, LLC as counsel in the above-captioned bankruptcy case.

PLEASE TAKE FURTHER NOTICE that a copy of the above-referenced Motion is on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 S. Las Vegas Blvd., Las Vegas, Nevada 89101; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required).

PLEASE TAKE FURTHER NOTICE that any opposition to the requested relief must be

1

filed and served pursuant to Local Rule 9014(d)(1). If an objection is not timely filed and served, the relief requested may be granted without a hearing pursuant to LR 9014(d)(3).

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse* to allow you to *speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

PLEASE TAKE FURTHER NOTICE that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

Dated: September 22, 2015.

LARSON & ZIRZOW, LLC

By:  /s/ Zachariah Larson, Esq.
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101

Proposed Attorneys for Debtor

**LARSON & ZIRZOW, LLC**
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169