LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone:  (702) 382-1170
Fascimile:  (702) 382-1169

Proposed Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>MARC JOHN RANDAZZA<br><br>Debtor. | Case No.: BK-S-15-14956-abl<br>Chapter 11<br><br>Date: October 21, 2015<br>Time: 1:30 p.m.<br>Courtroom 1 |
|---|---|

**CERTIFICATE OF SERVICE**

1.  On this 22nd day of September, 2015, I served the following document(s) (specify):

APPLICATION TO EMPLOY AND RETAIN LARSON & ZIRZOW, LLC AS ATTORNEYS FOR THE DEBTOR NUNC PRO TUNC TO THE PETITION DATE [ECF NO.: 18];

DECLARATION OF ZACHARIAH LARSON, ESQ. IN SUPPORT OF APPLICATION TO EMPLOY AND RETAIN LARSON & ZIRZOW, LLC AS ATTORNEYS FOR THE DEBTOR NUNC PRO TUNC TO THE PETITION DATE [ECF NO.: 19].; and

NOTICE OF HEARING [ECF NO.: 20]

2.  I served the above-named document(s) by the following means to the persons as listed below (*check all that apply*):

☒   **a.**   **ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary.*)

ZACHARIAH LARSON on behalf of Debtor MARC JOHN RANDAZZA
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

☒ **b.** **United States mail, postage fully prepaid** (*List persons and addresses. Attach additional paper if necessary.*)

SEE ATTACHED MAILING LIST.

☐ **c.** **Personal Service** (*List persons and addresses. Attach additional paper if necessary.*)

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct email (as opposed to through the ECF System)** (*List persons and email addresses. Attach additional paper if necessary.*)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary.*)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger** (*List persons and addresses. Attach additional paper if necessary.*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (*A declaration by the messenger must be attached to this Certificate of Service.*)

LARSON & ZIRZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated September 22, 2015.

| Carey Shurtliff | /s/ Carey Shurtliff |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

LARSON & ZIRZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

3281-004
MARC JOHN RANDAZZA
10955 IRIS CANYON LANE
LAS VEGAS, NV 89135

3281-004
NEVADA DEPT. OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON AVENUE #1300
LAS VEGAS, NV 89101

3281-004
UNITED STATES TRUSTEE
300 LAS VEGAS BLVD., SOUTH #4300
LAS VEGAS, NV 89101

3281-004
INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 7346
PHILADELPHIA, PA 19101

3281-004
ACCTCORP OF SOUTHERN N
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
4955 S DURANGO DR STE 17
LAS VEGAS, NV 89113

3281-004
CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PKWY
BOX 551401
LAS VEGAS, NV 89155

3281-004
CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PKWY
P.O. BOX 551220
LAS VEGAS, NV 89155

3281-004
BANK OF AMERICA
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 15019
WILMINGTON, DE 19850

3281-004
AMEX
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
PO BOX 297871
FORT LAUDERDALE, FL 33329

3281-004
BROWN WHITE & OSBORN ATTORNEYS
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
333 SOUTH HOPE STREET, 40TH FLOOR
LOS ANGELES, CA 90071

3281-004
CENTURY LINK
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 2961
PHOENIX, AZ 85062-2961

3281-004
BARCLAYS BANK DELAWARE
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
125 S WEST ST
WILMINGTON, DE 19801

3281-004
CITIBANK
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 6241
SIOUX FALLS, SD 57117

3281-004
CLARK COUNTY WATER RECLAMATION
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 98526
LAS VEGAS, NV 89193-8526

3281-004
CHAMPION MOVERS
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
4420 ANDREWS ST., STE. C
NORTH LAS VEGAS, NV 89081

3281-004
COMENITYCAPITAL/VIRGAM
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
3100 EASTON SQUARE PL
COLUMBUS, OH 43219

3281-004
CRYSTAL L. COX
PO BOX 2027
PORT TOWNSEND, WA 98368

3281-004
CLAY DOUGLAS
ROSSELO 224 ATICO
BARCELONA, SPAIN

3281-004
GREENSHIRE OFFICE CENTER, LLC
3265 S. TOWN CENTER DRIVE, SUITE 100
LAS VEGAS, NV 89135

3281-004
HERITAGE POOL PLASTERING, INC.
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
3530 W. HACIENDA AVE.
LAS VEGAS, NV 89118

3281-004
EXCELSIOR MEDIA CORPORATION
C/O LITTLER MENDELSON
ATTN: WENDY M. KRINCEK & ETHAN D. THOMAS
3960 HOWARD HUGHES PKWY., SUITE 300
LAS VEGAS, NV 89169

3281-004
J. MALCOLM DEVOY, ESQ.
RANDAZZA LEGAL GROUP
3625 S. TOWN CENTER DRIVE #150
LAS VEGAS, NV 89135

3281-004
JASON GIBSON
C/O LITTLER MENDELSON
ATTN: WENDY M. KRINCEK & ETHAN D. THOMAS
3960 HOWARD HUGHES PKWY., SUITE 300
LAS VEGAS, NV 89169

3281-004
HUTCHISON & STEFFEN ATTORNEYS
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NV 89145

3281-004
JIM SCHUTT
C/O MICHAEL TAFICANTE, ESQ.
GRANT FRIDKIN
5551 RIDGEWOOD DRIVE, SUITE 501
NAPLES, FL 34108

3281-004
KAIN SPIELMAN, P.A.
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
900 SOUTHEAST THIRD AVENUE
SUITE 205
FORT LAUDERDALE, FL 33316

3281-004
JENNIFER RANDAZZA
10955 IRIS CANYON LANE
LAS VEGAS, NV 89135

3281-004
LAS VEGAS VALLEY WATER DISTRICT
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1001 S. VALLEY VIEW BLVD.
LAS VEGAS, NV 89153

3281-004
LAW OFFICES OF CLYDE DEWITT
CLYDE DEWITT
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
PO BOX 26185
LAS VEGAS, NV 89126-0185

3281-004
LIBERTY MEDIA HOLDINGS, LLC
C/O LITTLER MENDELSON
ATTN: WENDY M. KRINCEK & ETHAN D. THOMAS
3960 HOWARD HUGHES PKWY., SUITE 300
LAS VEGAS, NV 89169

| | | |
|---|---|---|
| 3281-004<br>LUKE CHARLES LIROT, PA<br>LUKE CHARLES LIROT, ESQ.<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>2240 BELLAIR RD., SUITE 190<br>CLEARWATER, FL 33764 | 3281-004<br>MARC J. RANDAZZA, P.A.<br>2 S. BISCAYNE BLVD.<br>SUITE NUMBER 2600<br>MIAMI, FL 33131 | 3281-004<br>MARIO GUADARRAMA<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>16 ROSE CIRCLE, APT. B<br>NORTH LAS VEGAS, NV 89030 |
| 3281-004<br>MCYDSNB<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>9111 DUKE BLVD<br>MASON, OH 45040 | 3281-004<br>NV ENERGY<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 30086<br>RENO, NV 89520 | 3281-004<br>PAUL BERGER<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>PO BOX 7898<br>DELRAY BEACH, FL 33482-7898 |
| 3281-004<br>SOUTHWEST GAS CORPORATION<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>PO BOX 98890<br>LAS VEGAS, NV 89150 | 3281-004<br>RONALD D. GREEN, ESQ.<br>RANDAZZA LEGAL GROUP<br>3625 S. TOWN CENTER DRIVE #150<br>LAS VEGAS, NV 89135 | 3281-004<br>ROYAL BLUE POOLS<br>9850 S. MARYLAND PKWY<br>LAS VEGAS, NV 89183 |
| 3281-004<br>TONY COE<br>C/O SAUNDERS 1865 INTERNATIONAL LIMITED<br>38-40 GLOUCESTER ROAD<br>LONDON SW7 4QU<br>UNITED KINGDOM, | 3281-004<br>SPECIALIZED LOAN SERVICE<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>8742 LUCENT BLVD STE 300<br>HIGHLANDS RANCH, CO 80129 | 3281-004<br>SUPERIOR BUILDERS INC.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>758 EZZAT STREET<br>HENDERSON, NV 89052 |
| 3281-004<br>WEIDE & MILLER, LTD.<br>F. CHRISTOPHER AUSTIN, ESQ.<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>7251 W. LAKE MEAD BLVD., SUITE 530<br>LAS VEGAS, NV 89128 | 3281-004<br>VERIZON WIRELESS<br>ATTN: BANKRUPTCY ADMINISTRATION<br>500 TECHNOLOGY DRIVE<br>SUITE 550<br>WELDON SPRING, MO 63304 | 3281-004<br>WALTERS LAW GROUP<br>LARRY WALTERS, ESQ.<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>195 W. PINE AVENUE<br>LONGWOOD, FL 32750-4104 |