LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Fascimile: (702) 382-1169

Proposed Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No.: BK-S-15-14956-abl |
|---|---|
| MARC JOHN RANDAZZA | Chapter 11 |
| Debtor. | Date: October 7, 2015<br>Time: 1:30 p.m. |

**DEBTOR'S STATUS REPORT IN RESPONSE TO**
**ORDER SCHEDULING STATUS CONFERENCE**

Marc John Randazza, an individual, as debtor and debtor-in-possession ("Randazza" or the "Debtor"), by and through its proposed counsel, the law firm of Larson & Zirzow, LLC, hereby submits its status report pursuant to the *Order Scheduling Status Conference* [ECF No. 9]. As and for its status report, the Debtor respectfully represent as follows:

1.   On August 28, 2015 (the "Petition Date"), the Debtor filed his voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), thereby commencing its bankruptcy case (the "Chapter 11 Case"). The Debtor is authorized to operate its business and manage its property as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No official committees have been established in this Chapter 11 Case.

1.   By way of background, Debtor is an Attorney at Law and is admitted to practice law in the following jurisdictions: (1) Massachusetts since 2002; (2) Florida since 2003; (3)

California since 2010; (4) Arizona since 2010; and (5) Nevada since 2012. In addition, Debtor has a pending admission in the Province of Ontario, Canada.

2. Debtor's current practice is at Randazza Legal Group which has four (4) offices located in Las Vegas, Nevada, Miami, Florida, Philadelphia, Pennsylvania, and San Francisco, California. Debtor's time is primarily spent between the Las Vegas and Miami offices.

3. Since 2012, Debtor has been named in several law suits, which have impacted his financial situation negatively. Due to the impact on my finances, Debtor has filed for protection under Chapter 11 of the United States Bankruptcy Code.

2. The Debtor has completed the filing of its bankruptcy schedules and statement of financial affairs [ECF Nos. 1 and 15].

3. Debtor filed schedules I and J in the filed Schedules and Statements which set forth Debtor's pre-petition income and expenditures.

4. On September 22 2015, Debtor filed an *Application for Order Approving the Employment of Larson & Zirzow, LLC as Attorneys for Debtor Nunc Pro Tunc to the Petition Date* [ECF No. 18], which is set for hearing on October 21, 2015 at 1:30 p.m.

5. On September 22 2015, Debtor filed an *Motion Pursuant to 11 U.S.C. 105(a) and 366 for an Order Determining that Adequate Assurance has been Provided to the Utility Companies* [ECF No. 22], which is set for hearing on October 21, 2015 at 1:30 p.m.

6. The Debtor's initial debtor interview with the Office of the United States Trustee is scheduled for October 6, 2015 at 11:00 a.m., and his first meeting of creditors pursuant to section 341 of the Bankruptcy Code is scheduled for October 8, 2015 at 12:00 p.m.

. . .
. . .
. . .
. . .
. . .
. . .
. . .

2

7. Debtors is an individual and is required by no later than February 12, 2016 to file a proposed chapter 11 plan of reorganization.

Dated: September 30, 2015.

                                        LARSON & ZIRZOW, LLC

                                        By: /s/ Zachariah Larson
                                                ZACHARIAH LARSON, ESQ.
                                                Nevada Bar No. 7787
                                                MATTHEW C. ZIRZOW, ESQ.
                                                Nevada Bar No. 7222
                                                810 S. Casino Center Blvd. #101
                                                Las Vegas, Nevada  89101

                                                Proposed Attorneys for Debtor

LARSON & ZIRZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169