1 | Name of Attorney  Vaughn M. Greenwalt
2 | Bar Number  Cal. Bar No.: 298481
3 | City  Sherman Oaks
4 | State  California
5 | Phone #  (818) 883-5644
6 | E-mail address  vgreenwalt@lhcllp.com

7

8  UNITED STATES BANKRUPTCY COURT
   DISTRICT OF NEVADA

9

10 | In re:
   MARC JOHN RANDAZZA                        )    Bankruptcy No. BK-S-15-14956-abl
11 |                                          )    Chapter No. 11
                                              )
12 |         Plaintiff                        )    VERIFIED PETITION FOR
                                              )    PERMISSION TO PRACTICE
13 |         vs.                              )    IN THIS CASE ONLY BY
                                              )    ATTORNEY NOT ADMITTED
14 |                                          )    TO THE BAR OF THIS COURT
                                              )
15 |                                          )
           Defendant(s)                       )    EFFECTIVE JANUARY 1, 2015
16 |                                          )    FILING FEE IS **$250.00**

17

18        Vaughn M. Greenwalt                                , Petitioner, respectfully represents to the Court:

19

20        1.    That Petitioner resides in  Sherman Oaks      ,  California             .
                                             (City)                (State)
21

22        2.    That Petitioner is an attorney at law and a member of the law firm of _____
          Lang, Hanigan & Carvalho, LLP                                        with offices at
23
          21550 Oxnard Street, Suite 760                                                              ,
24        _____  (street address) _____
          Woodland Hills, CA                         91367         (818) 883-5644
25            (city)                                (zip code)    (area code + telephone number)

26        3.    That Petitioner has been retained personally or as a member of the law firm by

27        Excelsior Media Corp., and
          Liberty Media Holdings, LLC                to provide legal representation in connection with
28              [client(s)]
          the above-entitled case now pending before this Court.

4. That since October 9, 2015 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| | Date Admitted |
|---|---|
| State of California | October 9, 2014 |
| U.S. Circuit Court of Appeals - Ninth Circuit | December 11, 2014 |
| U.S.D.C. - Central District of California | June 16, 2015 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):
N/A

_____

_____

8. That Petitioner is a member of good standing in the following Bar Associations:
Los Angeles County Bar Association, American Bar Association, LGBT Bar

_____

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.
3  DATED: September 29, 2015
   _____
   Petitioner's Signature

4  STATE OF  California
5  COUNTY OF  Los Angeles
6
7  Vaughn M. Greenwalt , Petitioner, being first duly sworn, deposes and says:
8  That the foregoing statements are true.
9  _____
   Petitioner's Signature
10 (SEAL)
11 Subscribed and sworn to before me this
12 29th day of September, 2015.
13 Laurie L. Carey
   Notary public

LAURIE L. CAREY
Commission # 2013840
Notary Public - California
Los Angeles County
My Comm. Expires Apr 12, 2017

4

**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

September 29, 2015

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, VAUGHN MICHAEL GREENWALT, #298481 was admitted to the practice of law in this state by the Supreme Court of California on October 9, 2014; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kathan Lambert
Custodian of Membership Records