NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

MARC JOHN RANDAZZA
   aka MARCO RANDAZZA

Debtor(s)

BK−15−14956−abl
CHAPTER 11

ORDER GRANTING VERIFIED PETITION

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by VAUGHN M GREENWALT , WENDY M KRINCEK is **GRANTED**.

Dated: 10/5/15

*Mary A. Schott*

Mary A. Schott
Clerk of Court