Daniel F. Flores, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
200 Campus Drive
Florham Park, New Jersey 07932-0668
Tel.: (973) 624-0800
Fax: (973) 624-0808
E-mail: daniel.flores@wilsonelser.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:**<br><br>**MARC JOHN RANDAZZA,**<br><br>Debtor. | **Case No. 15-14956-abl**<br><br>**Chapter 11** |

### VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT

Daniel F. Flores, Petitioner, respectfully represents to the Court:

1. That petitioner resides in Rivervale, New Jersey.

2. That Petitioner is an attorney at law and a member of the law firm of Wilson Elser Moskowitz Edelman & Dicker LLP with offices at 200 Campus Drive, Florham Park, New Jersey 07932, T. 973-624-0800.

3. That Petitioner has been retained personally or as a member of the law firm by Bank of America, N.A. to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since 1991, Petitioner has been and presently is a member in good standing of the bar of the highest Courts of the States of New Jersey and New York, where Petitioner regularly practices law.

1970686v.1

5. That Petitioner was admitted to practice before the following United States District Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.                Date Admitted

| | |
|---|---|
| Southern District of New York | 1991 |
| Eastern District of New York | 2010 |
| District of New Jersey | 1991 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: None

7. That Petitioner has never been denied admission to the State Bar of Nevada.

8. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date: | Name: | Cause: | Court: | Status: |
|---|---|---|---|---|
| 2/26/15 | Mark C. Severino<br>William J. Katt<br>Stephen L. Nelson | *Commerce v. Starwood*<br>2:12-cv-01219-APG-CWH | District Court | Granted |
| 2/15/13 | Rosario M. Vignali | *Brown v. Techtronic Industries*<br>2:12-cv-01947-MMD-NJK | District Court | Granted |
| 10/1/12 | William J. Kelly<br>Peter J. Larkin<br>Benjamin A. Tulis | *Delaware PERS v. KPMG*<br>2:12-cv-00961-JCM-GWF | District Court | Granted |
| 7/21/15 | Daniel F. Flores<br>Timothy R. Wheeler | *In re The Gun Store*<br>15-13989-abl | Bankruptcy Court | Granted |
| 2013 | Matthew L. Elkin<br>William J. Kelly<br>Peter J. Larkin | *ShengdaTech Trust v. KPMG et al.,*<br>*13-cv-00563* | District Court | Granted |
| 7/9/14 | Jeremy Schneider<br>Yoora Pak | *Shinabargar v. Bd. Of Trustees*<br>3:14-cv-00072-MMD-WGC | District Court | Granted |
| 7/24/13 | Patrick M. Kelly<br>Carey B. Moorehead | *USF Insurance Company v. Smith's*<br>*Food and Drug Center, Inc.,* 2:10-cv-01513-MMD-VCF | District Court | Granted |

1970686v.1

Petitioner has conducted a search of his firm's document database and has identified the above applications filed during the past three (3) years. Petitioner will supplement this list as necessary should additional information become available.

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: October 2, 2015

_____
Petitioner's Signature

STATE OF NEW JERSEY   )
                      )
COUNTY OF MORRIS      )

Daniel F. Flores, Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)
Subscribed and sworn before me this
2nd day of October, 2015

_____
Notary Public

LOUISE C. RUFFO
A Notary Public of New Jersey
My Commission Expires 2/3/2019

3

1970686v.1