Name of Attorney  Daniel F. Flores
Bar #  WILSON ELSER
Address  150 East 42nd Street
         New York, NY  10017-5639
Phone #  (212) 490-3000
e-mail address  daniel.flores@wilsonelser.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

|  |  |  |
|---|---|---|
| In re: | ) | Bankruptcy No.: 15-14956-abl |
|  | ) | Chapter 11 |
|  | ) |  |
| MARC JOHN RANDAZZA, | ) | DESIGNATION OF LOCAL |
|  | ) | COUNSEL AND CONSENT |
|  | ) | THERETO |
|  | ) |  |
| Debtor(s). | ) |  |
|  | ) |  |

The undersigned, attorney of record for  Bank of America, N.A. , the  secured creditor  herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only".  Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, (s)he believes it to be in the best interests of the client(s) to designate  L. Joe Coppedge, Bar No. 4954  attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action.  The address of said designated Nevada Counsel is:

Bar # 4954, WILSON ELSER, 300 South 4th Street, 11th Floor, Las Vegas, NV 89101
─────────────────────────────────────────────────────────────────────
Tel: 702.727.1400  Email: l.joe.coppedge@wilsonelser.com
─────────────────────────────────────────────────────────────────────
(Bar Code #, Street, City, State, Zip Code, Telephone Number and e-mail address)

By this designation the undersigned attorneys and party(ies) agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel.  Further, said local counsel shall be responsible for providing copies of the same to the co-counsel.  Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us.  The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

/s/ Daniel F. Flores   Attorney at Law

Counsel for  Bank of America, N.A.

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

/s/ L. Joe Coppedge

Designated Nevada Counsel

# APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party(ies) appoint(s) /s/ L. Joe Coppedge _____ as his/her/their Designated Nevada Counsel is this case.

/s/ Daniel F. Flores
_____

_____

_____