

| | |
|---|---|
| Ogonna M. Brown, Esq. (NV Bar No. 7589)<br>Email: obrown@nevadafirm.com<br>Andrea M. Gandara, Esq. (NV Bar No. 12580)<br>Email: agandara@nevadafirm.com<br>HOLLEY DRIGGS WALCH<br>FINE WRAY PUZEY & THOMPSON<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>Telephone:   702/791-0308<br>Facsimile:    702/791-1912<br>***Attorney for Clay Douglass*** | E-filed on: <u>October 8, 2015</u> |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA aka<br>MARCO RANDAZZA,<br><br>                    Debtor. | Case No. BK-S-15-14956-ABL<br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND COPIES OF ALL PLANS AND DISCLOSURE STATEMENTS [F.R.B.P. 9010(b), 2002 AND 3017(a)]**<br><br>Date of Hearing:    N/A<br>Time of Hearing:    N/A |

Ogonna M. Brown, Esq. and Andrea M. Gandara, Esq., of the law firm of HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON, attorneys for Clay Douglass ("<u>Creditor</u>"), hereby enter their appearance on the record in the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b), and pursuant to Bankruptcy Rule 2002 and 3017(a) hereby request special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings by the Court, Debtor, or other parties in interest, including copies of all plans of reorganization and disclosure statements. All notices and copies in response to the foregoing, and, pursuant to Bankruptcy Rule 2002, all notices required to be mailed to Creditor pursuant to Bankruptcy Rule 2002, should be directed to:

> Ogonna M. Brown, Esq.
> HOLLEY DRIGGS WALCH
> FINE WRAY PUZEY & THOMPSON
> 400 South Fourth Street, Third Floor
> Las Vegas, Nevada 89101

02721-01/1581985.doc

Neither this paper nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for service of process on Creditor, or (ii) constitute a waiver of any of the following rights of the Creditor:

(a)    Right to have any and all final orders in any and all non-core matters entered only after de novo review by United States District Court Judge;

(b)    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding relating hereto, notwithstanding the designation val non of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c)    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

(d)    Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto Creditor without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and ancillary proceedings.

Dated this 8th day of October, 2015.

HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON

_____
Ogonna M. Brown, Esq.
Nevada Bar No. 7589
Andrea M. Gandara, Esq.
Nevada Bar No. 12580
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Clay Douglass*

[02721-01/1581985.doc]

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Holley Driggs Walch Fine Wray Puzey & Thompson, and that on the 8th day of October, 2015, I caused to be served a true and correct copy of NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND COPIES OF ALL PLANS AND DISCLOSURE STATEMENTS [F.R.B.P. 9010(b), 2002 AND 3017(a)] in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

*/s/ Witter*

An employee of Holley Driggs Walch Fine Wray Puzey & Thompson

[02721-01/1581985.doc]