L. Joe Coppedge
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
Tel:   702.727.1400
Fax: 702.727.1401
E-Mail: l.joe.coppedge@wilsonelser.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **In re:**<br><br>**MARC JOHN RANDAZZA,**<br><br>Debtor. | **Case No. 15-14596-abl**<br><br>**Chapter 11** |

**NOTICE OF APPEARANCE/SPECIAL NOTICE AND**
**DEMAND FOR NOTICE AND PAPERS**

**PLEASE TAKE NOTICE** that Bank of America, N.A. ("***BANA***") appears in the above-captioned case by its counsel, Wilson Elser Moskowitz Edelman & Dicker LLP; such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following person at the address, telephone and facsimile numbers indicated:

L. Joe Coppedge
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
Tel:   702.727.1400
Fax: 702.727.1401
E-Mail: l.joe.coppedge@wilsonelser.com

1970651v.1

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that BANA does not intend that this Notice of Appearance and Demand for Notices and Papers or any later appearance or pleading be deemed or construed to be a waiver of its right (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims actions, setoffs, or recoupments to which it has or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments BANA expressly reserves.

Dated: October 8, 2015         Wilson Elser Moskowitz Edelman & Dicker LLP

　　　　　　　　　　　　　　　　　　　　　　　　__/s/ *L. Joe Coppedge*_____
　　　　　　　　　　　　　　　　　　　　　　　　L. Joe Coppedge
　　　　　　　　　　　　　　　　　　　　　　　　300 South 4th Street, 11th Floor
　　　　　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89101
　　　　　　　　　　　　　　　　　　　　　　　　Tel:   702.727.1400
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 702.727.1401
　　　　　　　　　　　　　　　　　　　　　　　　E-Mail: l.joe.coppedge@wilsonelser.com

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Bank of America, N.A.*