NVB 5075 (Rev. 5/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

MARC JOHN RANDAZZA
   aka MARCO RANDAZZA

                Debtor(s)

BK−15−14956−abl
CHAPTER 11

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *43* – Notice of Appearance and Request for Notice and Papers Filed by LINVEL J. COPPEDGE on behalf of BANK OF AMERICA NA (COPPEDGE, LINVEL) |
| Filed On: | 10/8/15 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

*     The case number is incorrect on the PDF. Please file an amended pleading or file it in the correct case immediately.

Dated: 10/9/15

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at http://www.nvb.uscourts.gov**