NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>MARC JOHN RANDAZZA<br>   aka MARCO RANDAZZA<br><br>Debtor(s) | BK−15−14956−abl<br>CHAPTER 11<br><br>ORDER GRANTING VERIFIED PETITION |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by DANIEL F. FLORES , L.JOE COPPEDGE is **GRANTED**.

Dated: 10/9/15

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court