LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Fascimile: (702) 382-1169

Proposed Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA<br><br>Debtor. | Case No.: BK-S-15-14956-abl<br>Chapter 11<br><br>Date: October 21, 2015<br>Time: 1:30 p.m.<br>Courtroom 1 |

**CERTIFICATE OF SERVICE**

1. On this 15th day of October, 2015, I served the following document(s) (specify):

REPLY TO THE OPPOSITION OF EXCELSIOR MEDIA CORP., AND LIBERTY MEDIA HOLDINGS, LLC'S OPPOSITION TO DEBTOR'S APPLICATION TO EMPLOY AND RETAIN COUNSEL NUNC PRO TUNC TO THE PETITION DATE [ECF NO.: 51]; AND

DECLARATION OF MATTHEW C. ZIRZOW, ESQ. IN SUPPORT OF REPLY TO THE OPPOSITION OF EXCELSIOR MEDIA CORP., AND LIBERTY MEDIA HOLDINGS, LLC'S OPPOSITION TO DEBTOR'S APPLICATION TO EMPLOY AND RETAIN COUNSEL NUNC PRO TUNC TO THE PETITION DATE [ECF NO.: 52].

2. I served the above-named document(s) by the following means to the persons as listed below (*check all that apply*):

☒ **a.** **ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary.*)

OGONNA M. BROWN on behalf of Creditor CLAY DOUGLASS

1

obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

LINVEL J. COPPEDGE on behalf of Creditor BANK OF AMERICA NA
l.joe.coppedge@wilsonelser.com, daniel.flores@wilsonelser.com

VAUGHN MICHAEL GREENWALT on behalf of Creditor EXCELSIOR MEDIA CORP.
vgreenwalt@lhcllp.com

VAUGHN MICHAEL GREENWALT on behalf of Creditor LIBERTY MEDIA HOLDINGS, LLC
vgreenwalt@lhcllp.com

ZACHARIAH LARSON on behalf of Debtor MARC JOHN RANDAZZA
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

TIMOTHY R. WHEELER on behalf of Creditor BANK OF AMERICA NA
timothy.wheeler@wilsonelser.com, daniel.flores@wilsonelser.com

MATTHEW C. ZIRZOW on behalf of Debtor MARC JOHN RANDAZZA
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

☒    **b.    United States mail, postage fully prepaid** (*List persons and addresses. Attach additional paper if necessary.*)

DANIEL F. FLORES on behalf of Creditor BANK OF AMERICA NA
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

WENDY M KRINCEK on behalf of Creditor EXCELSIOR MEDIA CORP.
LITTLER MENDELSON
3960 HOWARD HUGHES PKWY, SUITE 300
LAS VEGAS, NV 89169

WENDY M KRINCEK on behalf of Creditor LIBERTY MEDIA HOLDINGS, LLC
LITTLER MENDELSON
3960 HOWARD HUGHES PKWY, SUITE 300
LAS VEGAS, NV 89169

☐    **c.    Personal Service** (*List persons and addresses. Attach additional paper if*

LARSON & ZIRZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

*necessary.)*

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.    By direct email (as opposed to through the ECF System)** (*List persons and email addresses. Attach additional paper if necessary.*)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.    By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary.*)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.    By messenger** (*List persons and addresses. Attach additional paper if necessary.*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (*A declaration by the messenger must be attached to this Certificate of Service.*)

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated October 15, 2015.


Carey Shurtliff                                    /s/ Carey Shurtliff
(Name of Declarant)                         (Signature of Declarant)

**LARSON & ZIRZOW, LLC**
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

3