VERNON A. NELSON, ESQ.
Nevada Bar No. 6434
Email: Vernon.Nelson@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South 4th Street, 11th Floor
Las Vegas, Nevada 89101
Telephone: (702) 727-1400
Facsimile: (702) 727-1401

*Attorneys for Creditor, Bank of America N.A.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA<br>    aka MARCO RANDAZZA,<br><br>              Debtor. | Case No. BK-15-14956-abl<br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND<br>REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that Creditor, Bank of America, N.A. ("BANA") appears in the above-captioned case by its counsel, Wilson Elser Moskowitz Edelman & Dicker LLP; such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following person at the address, telephone and facsimile numbers indicated:

Vernon A. Nelson
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South 4th Street - 11th Floor
Las Vegas, NV 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Email: Vernon.Nelson@wilsonelser.com

///

///

868181v.1

-2-

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that BANA does not intend that this Notice of Appearance and Request for Notice or any later appearance or pleading be deemed construed to be a waiver of its right (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims actions, setoffs, or recoupments to which it has or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments BANA expressly reserves.

DATED this 23rd day of October, 2015.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

　/s/ Vernon A. Nelson, Jr.　
Vernon A. Nelson, Esq.
Nevada Bar No. 6434
300 South 4th Street, 11th Floor
Las Vegas, Nevada 89101

*Attorney for Creditor, Bank of America N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 2015, I served a copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** upon all persons participating in the Court's CM / ECF system in the above-captioned matter, as required by local rule.

      /s/ Richean Martin
An Employee of
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

-3-

868181v.1