# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: Marc John Randazza

Case No. 15-14956

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: Sept. 2015        PETITION DATE: 08/28/15

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $422,782 | | |
| | b. Total Assets | $1,945,301 | | $1,853,614 |
| | c. Current Liabilities | $9,225 | | |
| | d. Total Liabilities | $13,888,276 | | $13,879,051 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $68,054 | | $68,054 |
| | b. Total Disbursements | $67,122 | | $67,122 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $932 | $0 | $932 |
| | d. Cash Balance Beginning of Month | $28,595 | | $28,595 |
| | e. Cash Balance End of Month (c + d) | $29,527 | $0 | $29,527 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $297,255 | | |
| 6. | Post-Petition Liabilities | $9,225 | | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:                                                           Yes      No

8.  Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)                x
9.  Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)                                        x
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)        x
12. Is the estate insured for replacement cost of assets and for general liability?        x
13. Are a plan and disclosure statement on file?                                              x
14. Was there any post-petition borrowing during this reporting period?                       x

15. Check if paid: Post-petition taxes ___ ;  U.S. Trustee Quarterly Fees ___ ;  Check if filing is current for: Post-petition tax reporting and tax returns: ___
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 23 OCT 2015                    /s/ Marc [signature]
                                     Responsible Individual

BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended  Sept. 2015

|  | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
|  | **Current Assets** |  |  |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | x | $ 29,527 |
| 2 | Accounts receivable (net) |  | $ 297,255 |
| 3 | Retainer(s) paid to professionals |  | $ 94,000 |
| 4 | Other: Personal Belongings | x | $ 1,000 |
| 5 | Copyright/Trademark | x | $ 1,000 |
| 6 | **Total Current Assets** |  | $ 422,782 |
|  | **Long Term Assets (Market Value)** |  |  |
| 7 | Real Property (residential) | x | $ 875,000 |
| 8 | Real property (rental or commercial) |  |  |
| 9 | Furniture, Fixtures, and Equipment | x | $ 7,595 |
| 10 | Vehicles | x | $ 67,000 |
| 11 | Partnership interests |  |  |
| 12 | Interest in corportations |  |  |
| 13 | Stocks and bonds |  |  |
| 14 | Interests in IRA, Keogh, other retirement plans | x | $ 526,495 |
| 15 | Other: Prepaid Tuition Programs | x | $ 46,429 |
| 16 |  |  | $ |
| 17 | **Total Long Term Assets** |  | $ 1,522,519 |
| 18 | **Total Assets** |  | $ 1,945,301 |
|  | **Liabilities** |  |  |
|  | **Post-Petition Liabilities** |  |  |
|  | **Current Liabilities** |  |  |
| 19 | Post-petition not delinquent (under 30 days) |  |  |
| 20 | Post-petition delinquent other than taxes (over 30 days) |  |  |
| 21 | Post-petition delinquent taxes |  |  |
| 22 | Accrued professional fees |  | $ 9,225 |
| 23 | Other: |  |  |
| 24 |  |  |  |
| 25 | **Total Current Liabilities** |  | $ 9,225 |
| 26 | **Long-Term Post Petition Debt** |  |  |
| 27 | **Total Post-Petition Liabilities** |  | $ 9,225 |
|  | **Pre-Petition Liabilities (allowed amount)** |  |  |
| 28 | Secured claims (residence) |  | $ 372,869 |
| 29 | Secured claims (other) |  | $ 726,179 |
| 30 | Priority unsecured claims |  | $ 14,322 |
| 31 | General unsecured claims |  | $ 12,765,681 |
| 32 | **Total Pre-Petition Liabilities** |  | $ 13,879,051 |
| 33 | **Total Liabilities** |  | $ 13,888,276 |
|  | **Equity (Deficit)** |  |  |
| 34 | **Total Equity (Deficit)** |  | $ (11,942,975) |
| 35 | **Total Liabilities and Equity (Deficit)** |  | $ 1,945,301 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

List the Rental Information Requested Below By Properties (For Rental Properties Only)

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
|   | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | See Attached | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | $29,527 | | |
| 14 | Total Funds on Hand for all Accounts | $29,527 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Schedule B
Recapitulation of Funds Held at End of Month

| Bank | Account 1 | Account 2 | Account 3 | Account 4 | Account 5 |
|---|---|---|---|---|---|
| | Bank of America | Georgetown Credit Union | Bank Gloucester | TD Bank | USBank |
| Account No. | x0887 | x0573 A and X | x0716 | x4809 | x6280 |
| Account Purpose | General Use | General Use | General Use | General Use | General Use |
| Balance, End of Month | $4,026 | $0 | $0 | $3,683 | $21,818 |
| TOTAL | | | | | $ 29,527 |

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### For the Period August 28, 2015 to September 30, 2015

|  |  | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
|  | **Cash Receipts** |  |  |
| 1 | Rent/Leases Collected |  |  |
| 2 | Cash Received from Sales |  |  |
| 3 | Interest Received |  |  |
| 4 | Borrowings |  |  |
| 5 | Funds from Shareholders, Partners, or Other Insiders |  |  |
| 6 | Capital Contributions |  |  |
| 7 | Payroll | $ 12,044 | $ 12,044 |
| 8 | Accounts Receivable | $ 2,745 | $ 2,745 |
| 9 | Other | $ 3,612 | $ 3,612 |
| 10 | Transfers between accounts | $ 49,653 | $ 49,653 |
| 11 |  |  |  |
| 12 | **Total Cash Receipts** | $ 68,054 | $ 68,054 |
|  | **Cash Disbursements** |  |  |
| 13 | Selling |  |  |
| 14 | Administrative |  |  |
| 15 | Capital Expenditures | $ 2,114 | $ 2,114 |
| 16 | Principal Payments on Debt | $ 4,001 | $ 4,001 |
| 17 | Interest Paid |  |  |
|  | Rent/Lease: |  |  |
| 18 | Personal Property |  |  |
| 19 | Real Property |  |  |
|  | Amount Paid to Owner(s)/Officer(s) |  |  |
| 20 | Salaries |  |  |
| 21 | Draws |  |  |
| 22 | Commissions/Royalties |  |  |
| 23 | Expense Reimbursements |  |  |
| 24 | Other |  |  |
| 25 | Salaries/Commissions (less employee withholding) |  |  |
| 26 | Management Fees |  |  |
|  | Taxes: |  |  |
| 27 | Employee Withholding |  |  |
| 28 | Employer Payroll Taxes |  |  |
| 29 | Real Property Taxes | $ 6,110 | $ 6,110 |
| 30 | Other Taxes |  |  |
| 31 | Other Cash Outflows: |  |  |
| 32 | Auto Expenses | $ 715 | $ 715 |
| 33 | Bank Fees | $ 200 | $ 200 |
| 34 | Clothing | $ 212 | $ 212 |
| 34 | Dining & Entertainment | $ 488 | $ 488 |
| 36 | Groceries | $ 434 | $ 434 |
| 37 | Household Supplies | $ 1,021 | $ 1,021 |
| 38 | Medical | $ 90 | $ 90 |
| 39 | Personal | $ 653 | $ 653 |
| 40 | Repairs & Maintenance | $ 205 | $ 205 |
| 41 | Travel | $ 189 | $ 189 |
| 42 | Utilities | $ 1,072 | $ 1,072 |
| 43 | Transfers between accounts | $ 49,653 | $ 49,653 |
| 44 | Miscellaneous | $ (35) | $ (35) |
| 45 | **Total Cash Disbursements:** | $ 67,122 | $ 67,122 |
| 46 | **Net Increase (Decrease) in Cash** | $ 932 | $ 932 |
| 47 | **Cash Balance, Beginning of Period** | $ 28,595 | $ 28,595 |
| 48 | **Cash Balance, End of Period** | $ 29,527 | $ 29,527 |

Check Register
Marc Randazza

| Key | Date | Month | Account | Check # | Payee | Category | Deposits | Checks/ Purchases | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 08/28/15 | 08-15 | BOA 0887 | | Beginning Balance per Schedules | Beginning Balance | 19,980.72 | | 19,980.72 |
| 2 | 08/28/15 | 08-15 | BOA 0887 | | Adjustment | Miscellaneous | 720.55 | | 20,701.27 |
| 3 | 08/28/15 | 08-15 | BOA 0887 | | Amazon | Clothing | | 26.95 | 20,674.32 |
| 4 | 08/28/15 | 08-15 | BOA 0887 | | Costco | Household Supplies | | 45.11 | 20,629.21 |
| 5 | 08/28/15 | 08-15 | BOA 0887 | | Costco | Household Supplies | | 205.93 | 20,423.28 |
| 6 | 08/28/15 | 08-15 | BOA 0887 | | Costco | Household Supplies | | 442.56 | 19,980.72 |
| 7 | 08/31/15 | 08-15 | BOA 0887 | | Amazon | Education | | 44.50 | 19,936.22 |
| 8 | 08/31/15 | 08-15 | BOA 0887 | | Clinical Pathology Lab | Medical | | 16.00 | 19,920.22 |
| 9 | 08/31/15 | 08-15 | BOA 0887 | | IndieGoGo | Furnishings | | 62.00 | 19,858.22 |
| 10 | 08/31/15 | 08-15 | BOA 0887 | | Trader Joe's | Groceries | | 104.82 | 19,753.40 |
| 11 | 08/31/15 | 08-15 | BOA 0887 | | Clark County Treasurer | Taxes: Real Estate | | 6,109.86 | 13,643.54 |
| 12 | 08/31/15 | 08-15 | BOA 0887 | | American Express | Personal | | 444.08 | 13,199.46 |
| 13 | 09/01/15 | 09-15 | BOA 0887 | | Mortgage Payment | Mortgage | | 3,791.09 | 9,408.37 |
| 14 | 09/01/15 | 09-15 | BOA 0887 | | Mortgage Payment | Mortgage | | 209.91 | 9,198.46 |
| 15 | 09/01/15 | 09-15 | BOA 0887 | | Southwest | Travel: Airfare | | 188.64 | 9,009.82 |
| 16 | 09/02/15 | 09-15 | BOA 0887 | | India Oven | Dining | | 73.21 | 8,936.61 |
| 17 | 09/02/15 | 09-15 | BOA 0887 | | 7-Eleven | Auto: Fuel | | 58.16 | 8,878.45 |
| 18 | 09/03/15 | 09-15 | BOA 0887 | | Chevron | Auto: Fuel | | 53.03 | 8,825.42 |
| 19 | 09/03/15 | 09-15 | BOA 0887 | | Staples | Office Supplies | | 46.32 | 8,779.10 |
| 20 | 09/04/15 | 09-15 | BOA 0887 | | Deposit (Payroll) | Payroll | 5,922.22 | | 14,701.32 |
| 21 | 09/04/15 | 09-15 | BOA 0887 | | Target | Household Supplies | | 59.11 | 14,642.21 |
| 22 | 09/08/15 | 09-15 | BOA 0887 | | Amazon | Clothing | 41.02 | | 14,683.23 |
| 23 | 09/08/15 | 09-15 | BOA 0887 | | Sprouts Farmer | Groceries | | 148.39 | 14,534.84 |
| 24 | 09/08/15 | 09-15 | BOA 0887 | | Paypal | Clothing | | 30.00 | 14,504.84 |
| 25 | 09/08/15 | 09-15 | BOA 0887 | | Haute Look Rack | Clothing | | 95.84 | 14,409.00 |
| 26 | 09/08/15 | 09-15 | BOA 0887 | | Epilady USA | Personal | | 99.99 | 14,309.01 |
| 27 | 09/08/15 | 09-15 | BOA 0887 | | Nevada Power | Utilities | | 392.56 | 13,916.45 |
| 28 | 09/09/15 | 09-15 | BOA 0887 | | Paypal | Clothing | 30.00 | | 13,946.45 |
| 29 | 09/09/15 | 09-15 | BOA 0887 | | Amazon | Clothing | 29.51 | | 13,975.96 |
| 30 | 09/09/15 | 09-15 | BOA 0887 | | Rebel | Auto: Fuel | | 50.74 | 13,925.22 |
| 31 | 09/09/15 | 09-15 | BOA 0887 | | Sprouts Farmer | Groceries | | 177.32 | 13,747.90 |
| 32 | 09/10/15 | 09-15 | BOA 0887 | | Rpolished Nail | Personal | | 100.00 | 13,647.90 |
| 33 | 09/10/15 | 09-15 | BOA 0887 | | Nordstrom | Clothing | | 195.40 | 13,452.50 |
| 34 | 09/14/15 | 09-15 | BOA 0887 | | Sams Internet | Furnishings | | 2,051.74 | 11,400.76 |
| 35 | 09/14/15 | 09-15 | BOA 0887 | | Transfer to USB 6280 | Transfer to USB 6280 | | 13,452.50 | (2,051.74) |
| 36 | 09/14/15 | 09-15 | BOA 0887 | | Overdraft Fee | Bank Fees | | 35.00 | (2,086.74) |
| 37 | 09/18/15 | 09-15 | BOA 0887 | | Deposit (Payroll) | Payroll | 6,122.21 | | 4,035.47 |
| 38 | 09/21/15 | 09-15 | BOA 0887 | | Sprouts Farmer | Groceries | | 71.45 | 3,964.02 |
| 39 | 09/24/15 | 09-15 | BOA 0887 | | Monthly Maintenance Fee | Bank Fees | | 14.00 | 3,950.02 |
| 40 | 09/28/15 | 09-15 | BOA 0887 | | Amazon | Groceries | 68.14 | | 4,018.16 |
| 41 | 09/28/15 | 09-15 | BOA 0887 | | Amazon | Clothing | 57.33 | | 4,075.49 |
| 42 | 09/29/15 | 09-15 | BOA 0887 | | Amazon | Personal | | 4.65 | 4,070.84 |
| 43 | 09/29/15 | 09-15 | BOA 0887 | | Amazon | Household Supplies | | 41.17 | 4,029.67 |
| 44 | 09/29/15 | 09-15 | BOA 0887 | | Amazon | Personal | | 3.99 | $ 4,025.68 |
| | | | | | | | | | |
| 101 | 08/28/15 | 08-15 | George. 0573 A/X | | Beginning Balance per Schedules | Beginning Balance | 1,316.60 | | 1,316.60 |
| 102 | 08/31/15 | 08-15 | George. 0573 A/X | | Interest Income | Interest Income | 0.06 | | 1,316.66 |
| 103 | 09/09/15 | 09-15 | George. 0573 A/X | | Bank Fees | Bank Fees | | 10.00 | 1,306.66 |
| 104 | 09/09/15 | 09-15 | George. 0573 A/X | | Transfer | Transfer to USB 6280 | | 1,306.66 | $ - |
| | | | | | | | | | |
| 98 | 08/28/15 | 08-15 | Glouc. 0716 | | Beginning Balance per Schedules | Beginning Balance | 3,591.02 | | 3,591.02 |
| 99 | 09/15/15 | 09-15 | Glouc. 0716 | | | Miscellaneous | | 514.55 | 3,076.47 |
| 100 | 09/29/15 | 09-15 | Glouc. 0716 | | Transfer | Transfer to USB 6280 | | 3,076.47 | $ - |
| | | | | | | | | | |
| 93 | 08/28/15 | 08-15 | TD 4809 | | Beginning Balance per Schedules | Beginning Balance | 3,706.57 | | 3,706.57 |
| 94 | 08/31/15 | 08-15 | TD 4809 | | Bank Fees | Bank Fees | | 22.68 | 3,683.89 |
| 95 | 09/03/15 | 09-15 | TD 4809 | | Deposit | Deposit | 193.41 | | 3,877.30 |
| 96 | 09/16/15 | 09-15 | TD 4809 | | Withdrawal | Dining | | 172.17 | 3,705.13 |
| 97 | 09/30/15 | 09-15 | TD 4809 | | Bank Fees | Bank Fees | | 22.33 | $ 3,682.80 |
| | | | | | | | | | |
| 53 | 09/01/15 | 09-15 | USB 6280 | | Beginning Balance | Beginning Balance | - | | - |
| 54 | 09/09/15 | 09-15 | USB 6280 | | Deposit | Refunds | 932.76 | | 932.76 |
| 55 | 09/09/15 | 09-15 | USB 6280 | | Transfer | Transfer from Georgetown | 1,306.66 | | 2,239.42 |
| 55.1 | 09/09/15 | 09-15 | USB 6280 | | Dennis Brochey | Accounts Receivable | 1,372.38 | | 3,611.80 |
| 55.2 | 09/09/15 | 09-15 | USB 6280 | | Dennis Brochey | Accounts Receivable | 1,372.38 | | 4,984.18 |
| 73 | 09/10/15 | 09-15 | USB 6280 | | Express Delivery | Bank Fees | | 25.00 | 4,959.18 |
| 56 | 09/11/15 | 09-15 | USB 6280 | | Card Fee | Bank Fees | 25.00 | | 4,984.18 |
| 64 | 09/11/15 | 09-15 | USB 6280 | | The Enrichme | Extracurriculars | | 83.00 | 4,901.18 |

Check Register
Marc Randazza

| Key | Date | Month | Account | Check # | Payee | Category | Deposits | Checks/ Purchases | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 65 | 09/11/15 | 09-15 | USB 6280 | | Sams Club | Household Supplies | | 97.95 | 4,803.23 |
| 57 | 09/15/15 | 09-15 | USB 6280 | | Deposit | Deposit | 1,372.38 | | 6,175.61 |
| 58 | 09/15/15 | 09-15 | USB 6280 | | Transfer from USB 6280 | Transfer from USB 6280 | 13,452.50 | | 19,628.11 |
| 66 | 09/17/15 | 09-15 | USB 6280 | | Car Wash | Auto: Service | | 7.00 | 19,621.11 |
| 67 | 09/17/15 | 09-15 | USB 6280 | | Haggen | Dining | | 17.11 | 19,604.00 |
| 74 | 09/17/15 | 09-15 | USB 6280 | | Clark Co. Sanit. | Utilities | | 247.21 | 19,356.79 |
| 75 | 09/17/15 | 09-15 | USB 6280 | | Toyota/Lexus | Auto: Lease | | 450.00 | 18,906.79 |
| 68 | 09/18/15 | 09-15 | USB 6280 | | Lowes | Repairs & Maintenance | | 45.26 | 18,861.53 |
| 76 | 09/18/15 | 09-15 | USB 6280 | | Transfer | Transfer | | 114.30 | 18,747.23 |
| 77 | 09/18/15 | 09-15 | USB 6280 | | LVVWD | Utilities | | 431.81 | 18,315.42 |
| 78 | 09/18/15 | 09-15 | USB 6280 | | Transfer | Transfer | | 7,625.65 | 10,689.77 |
| 79 | 09/18/15 | 09-15 | USB 6280 | | Withdrawal | Returned Withdrawal | | 24,190.50 | (13,500.73) |
| 59 | 09/21/15 | 09-15 | USB 6280 | | UBS AG NYC | Deposit | 111.00 | | (13,389.73) |
| 60 | 09/21/15 | 09-15 | USB 6280 | | UBS AG NYC | Transfer | 114.30 | | (13,275.43) |
| 61 | 09/21/15 | 09-15 | USB 6280 | | UBS AG NYC | Transfer | 7,625.65 | | (5,649.78) |
| 62 | 09/21/15 | 09-15 | USB 6280 | | Returned Withdrawal | Returned Withdrawal | 24,190.50 | | 18,540.72 |
| 69 | 09/21/15 | 09-15 | USB 6280 | | 7 Eleven | Auto: Fuel | | 47.98 | 18,492.74 |
| 80 | 09/21/15 | 09-15 | USB 6280 | | Wire Transfer Fee | Bank Fees | | 20.00 | 18,472.74 |
| 81 | 09/21/15 | 09-15 | USB 6280 | | Wire Transfer Fee | Bank Fees | | 20.00 | 18,452.74 |
| 82 | 09/21/15 | 09-15 | USB 6280 | | Wire Transfer Fee | Bank Fees | | 20.00 | 18,432.74 |
| 83 | 09/21/15 | 09-15 | USB 6280 | | Overdraft Fee | Bank Fees | | 36.00 | 18,396.74 |
| 63 | 09/22/15 | 09-15 | USB 6280 | | Interest Paid | Interest Income | 0.05 | | 18,396.79 |
| 70 | 09/22/15 | 09-15 | USB 6280 | | Amazon | Clothing | | 14.59 | 18,382.20 |
| 71 | 09/22/15 | 09-15 | USB 6280 | | Amazon | Medical | | 73.78 | 18,308.42 |
| 72 | 09/22/15 | 09-15 | USB 6280 | | Amazon | Household Supplies | | 129.00 | 18,179.42 |
| 84 | 09/23/15 | 09-15 | USB 6280 | | American Girl | Entertainment | | 136.95 | 18,042.47 |
| 85 | 09/23/15 | 09-15 | USB 6280 | | Tops and Bottoms | Dining | | 3.81 | 18,038.66 |
| 86 | 09/24/15 | 09-15 | USB 6280 | | American Girl | Entertainment | | 68.00 | 17,970.66 |
| 87 | 09/24/15 | 09-15 | USB 6280 | | Classic Kids | Clothing | | 7.19 | 17,963.47 |
| 88 | 09/25/15 | 09-15 | USB 6280 | | AMEX Travel | Refunds | 1,002.21 | | 18,965.68 |
| 89 | 09/25/15 | 09-15 | USB 6280 | | Chevron | Auto: Fuel | | 47.71 | 18,917.97 |
| 90 | 09/25/15 | 09-15 | USB 6280 | | Netflix | Entertainment | | 16.63 | 18,901.34 |
| 91 | 09/28/15 | 09-15 | USB 6280 | 2001 | Rudy | Repairs & Maintenance | | 160.00 | 18,741.34 |
| 92 | 09/29/15 | 09-15 | USB 6280 | | Transfer | Transfer from Bank of Glouces | 3,076.47 | | $ 21,817.81 |

**Bank of America** — Online Banking

## Regular Checking - 0887: Account Activity

Balance Summary: $3,892.92 (available as of today 10/20/2015)
View: today 10/20/2015

Print

### All Transactions

| Date | Description | Status | $Amount | $Available Balance |
|---|---|---|---|---|
| Amount included in Available Balance | | | | |
| 09/29/2015 | CHECKCARD 0928 Amazon.com AMZN.COM/BILLWA 24692165271000536856772 | C | -3.99 | 4,025.68 |
| 09/29/2015 | CHECKCARD 0928 AMAZON.COM AMZN.COM/BIL AMZN.COM/BILLWA 24431065271083355716101 | C | -41.17 | 4,029.67 |
| 09/29/2015 | CHECKCARD 0928 Amazon.com AMZN.COM/BILLWA 24692165271000541323693 | C | -4.65 | 4,070.84 |
| 09/28/2015 | CHECKCARD 0925 Amazon.com AMZN.COM/BILLWA | C | 57.33 | 4,075.49 |

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 09/28/2015 | CHECKCARD 0925 Amazon.com AMZN.COM/BILLWA 74692165268000193429509 | C | 68.14 | 4,018.16 |

Statement as of 09/25/2015

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 09/24/2015 | Monthly Maintenance Fee | C | -14.00 | 3,950.02 |
| 09/21/2015 | SPROUTS FARMER 09/20 #000266217 PURCHASE SPROUTS FARMERS M LAS VEGAS NV | C | -71.45 | 3,964.02 |
| 09/18/2015 | 12286 RANDAZZA L DES:DIRDEP ID: 5 INDN:RANDAZZA, MARC J CO ID:XXXXX39636 PPD | C | 6,122.21 | 4,035.47 |
| 09/14/2015 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 09-14 CHECK #0000000000 POSTING DATE... | C | -35.00 | -2,086.74 |
| 09/14/2015 | Customer Withdrawal Image | C | -13,452.50 | -2,051.74 |
| 09/14/2015 | CHECKCARD 0911 SAMS INTERNET 888-746-7726 AR 24226385256370174474495 | C | -2,051.74 | 11,400.76 |
| 09/10/2015 | NORDSTROM DES:TRANS ID:99509332 INDN:RANDAZZA CO ID:XXXXX13364 PPD | C | -195.40 | 13,452.50 |
| 09/10/2015 | CHECKCARD 0909 PAYPAL *POLISHEDNAI 402-935-7733 CA 24492155252894373862844 | C | -100.00 | 13,647.90 |
| 09/09/2015 | SPROUTS FARMER 09/09 #000835004 PURCHASE SPROUTS FARMERS M LAS VEGAS NV | C | -177.32 | 13,747.90 |
| 09/09/2015 | REBEL 2176 09/09 #000599468 PURCHASE REBEL 2176 LAS VEGAS NV | C | -50.74 | 13,925.22 |
| 09/09/2015 | CHECKCARD 0909 AMAZON MKTPLACE PMTS AMZN.COM/BILLWA 74692165252000150628844 | C | 29.51 | 13,975.96 |
| 09/09/2015 | CHECKCARD 0908 PAYPAL *ONLINE PMT 402-935-7733 CA 74492155251894341577777 | C | 30.00 | 13,946.45 |
| 09/08/2015 | NEVADA POWER PRO DES:NPC PYMT ID:XXXXX1731805433 INDN:MARC RANDAZZA... | C | -392.56 | 13,916.45 |
| 09/08/2015 | CHECKCARD 0906 EPILADY USA INC 713-666-4582 TX 24412905250980001422932 | C | -99.99 | 14,309.01 |

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 09/08/2015 | CHECKCARD 0904 HAUT... RACK8885478438 188-854-7843 CA 24445005250600247977180 | C | | |
| 09/08/2015 | CHECKCARD 0904 PAYPAL *ONLINE PMT 402-935-7733 CA 24492155248894276327108 | C | -30.00 | 14,504.84 |
| 09/08/2015 | SPROUTS FARMER 09/04 #000901809 PURCHASE SPROUTS FARMERS M LAS VEGAS NV | C | -148.39 | 14,534.84 |
| 09/08/2015 | CHECKCARD 0905 AMAZON MKTPLACE PMTS AMZN.COM/BILLWA 74692165248000517314481 | C | 41.02 | 14,683.23 |
| 09/04/2015 | CHECKCARD 0903 TARGET 00012070 LAS VEGAS NV 24164075246091007768002 | C | -59.11 | 14,642.21 |
| 09/04/2015 | 12286 RANDAZZA L DES:DIRDEP ID:5 INDN:RANDAZZA, MARC J CO ID:XXXXX39636 PPD | C | 5,922.22 | 14,701.32 |
| 09/03/2015 | Staples, Inc 09/03 #000232576 PURCHASE Staples, Inc LAS VEGAS NV | C | -46.32 | 8,779.10 |
| 09/03/2015 | CHECKCARD 0903 CHEVRON 003040 LAS VEGAS NV 99302440460352462399074 | C | -53.03 | 8,825.42 |
| 09/02/2015 | 7-ELEVEN 09/02 #000947331 PURCHASE 7-ELEVEN LAS VEGAS NV | C | -58.16 | 8,878.45 |
| 09/02/2015 | CHECKCARD 0901 INDIA OVEN LAS VEGAS NV 24801975245286187500115 | C | -73.21 | 8,936.61 |
| 09/01/2015 | SOUTHWEST GAS DES:WEB ID:XXXXX63711005 INDN:RANDAZZA MARC J CO ID:XXXXX85720 WEB | C | -188.64 | 9,009.82 |
| 09/01/2015 | SPECIALIZED LOAN DES:MTG PYMT ID:XXXXX73360 INDN:RANDAZZA MJ955 CO... | C | -209.91 | 9,198.46 |
| 09/01/2015 | SPECIALIZED LOAN DES:MTG PYMT ID:XXXXX73360 INDN:RANDAZZA MJ955 CO... | C | -3,791.09 | 9,408.37 |
| 08/31/2015 | AMERICAN EXPRESS DES:ACH Pmt ID:W0886 INDN:MARC RANDAZZA CO ID:XXXXX33497 WEB | C | -444.08 | 13,199.46 |
| 08/31/2015 | CLARK COUNTY TREASURER Bill Payment | C | -6,109.86 | 13,643.54 |

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 08/31/2015 | TRADER JOE'S #08 08/30 #00523342 PURCHASE TRADER JOE'S # 08 LAS VEGAS NV | | | |
| 08/31/2015 | CHECKCARD 0827 PAYPAL *INDIEGOGO 402-935-7733 CA 24492155240894082889547 | C | -62.00 | 19,858.22 |
| 08/31/2015 | CHECKCARD 0829 CLINICAL PATHOLOGY LAB 512-873-1600 TX 24692165241000619878013 | C | -16.00 | 19,920.22 |
| 08/31/2015 | CHECKCARD 0828 AMAZON MKTPLACE PMTS AMZN.COM/BILLWA 24692165240000348454236 | C | -44.50 | 19,936.22 |
| 08/28/2015 | COSTCO WHSE #0 08/28 #000032091 PURCHASE COSTCO WHSE #0685 LAS VEGAS NV | C | -442.56 | 19,980.72 |
| 08/28/2015 | COSTCO WHSE #0 08/28 #000831914 PURCHASE COSTCO WHSE #0685 LAS VEGAS NV | C | -205.93 | 20,423.28 |
| 08/28/2015 | COSTCO GAS #06 08/28 #000016213 PURCHASE COSTCO GAS #0685 LAS VEGAS NV | C | -45.11 | 20,629.21 |
| 08/28/2015 | CHECKCARD 0827 AMAZON MKTPLACE PMTS AMZN.COM/BILLWA 24692165239000982111749 | C | -26.95 | 20,674.32 |

Back to top

```
10/14/15   PRINT HISTORY FOR: RANDAZZA, MARC J         ACCOUNT#: ____0573     SUFFIX: A          1
=====================================================================================================

       TRANSACTION           REFERENCE    TLR  TRAN   TRANSACTION    TRANSACTION      SHARE       INTEREST
    DATE   AND   TIME         NUMBER      INT  CODE   DESCRIPTION      AMOUNT        BALANCE       AMOUNT
    ------------------       ---------    ---  ----   -----------    -----------     -------      --------
    BEGINNING BALANCE:                                                                 208.63
    ------------------                                                                --------
    01-31-15  20:58:10         13115     S/V    SV    DIVIDEND              .02        208.65
    TERM:  31 DAYS  AVERAGE DAILY BALANCE:     208.63   APYE:    .13
    02-28-15  20:14:44         22815     S/V    SV    DIVIDEND              .02        208.67
    TERM:  28 DAYS  AVERAGE DAILY BALANCE:     208.65   APYE:    .14
    03-31-15  21:59:30         33115     S/V    SV    DIVIDEND              .02        208.69
    TERM:  31 DAYS  AVERAGE DAILY BALANCE:     208.67   APYE:    .13
    04-30-15  21:37:43         43015     S/V    SV    DIVIDEND              .02        208.71
    TERM:  30 DAYS  AVERAGE DAILY BALANCE:     208.69   APYE:    .13
    05-31-15  04:27:06         53115     S/V    SV    DIVIDEND              .02        208.73
    TERM:  31 DAYS  AVERAGE DAILY BALANCE:     208.71   APYE:    .13
    06-30-15  20:37:21         63015     S/V    SV    DIVIDEND              .02        208.75
    TERM:  30 DAYS  AVERAGE DAILY BALANCE:     208.73   APYE:    .13
    07-31-15  21:28:47         73115     S/V    SV    DIVIDEND              .02        208.77
    TERM:  31 DAYS  AVERAGE DAILY BALANCE:     208.75   APYE:    .13
    08-31-15  19:43:53         83115     S/V    SV    DIVIDEND              .02        208.79
    TERM:  31 DAYS  AVERAGE DAILY BALANCE:     208.77   APYE:    .13
    09-04-15  15:57:38         90415     VBR    ST    SH TFR W/D         198.79         10.00      <-- transferred to
    VIRTUAL BRANCH TRANSFER TO 20573/X                                                              x0573 (X)
    10-14-15  17:52:01          5869     KTC    ST    SH TFR W/D          10.00           .00
    10-14-15  17:52:01          5869     KTC    DJ    MISC                 5.00
    GUASFCU CASHIERS CHECK FEE
    10-14-15  17:52:01          5869     KTC    RS    MISC                 5.00
    GUASFCU CASHIERS CHECK
    ------------------                                                                --------
    ENDING BALANCE:                                                                       .00

7601
```

Pay to the order of: Marc Randazza   $1306.66

One Hundred Three hundred and 66/100 Dollars

Georgetown University Alumni and Student Federal Credit Union, Washington, DC 20057

Memo: DIP ACCT

:054080212:    5737 0636

x6280

No statement available

Endorsement: for deposit only

Brettany
20150909 008657262232 1306.66
20151022126846 12345678

MARC J RANDAZZA
10955 IRIS CANYON LN
LAS VEGAS, NV, 89135-1720

BANKGLOUCESTER

No statement available

September 22, 2015

Marc J Randazza
POD Natalia Randazza & Antonio Randazza
Suite 150
3625 South Town Center Drive
Las Vegas, NV 89135

Dear Mr. Randazza:

Per your request I have closed out account number xxxx0716 and have issued a check in the amount of $3,076.47. Please find enclosed your closeout receipt and your check.

If you have any further questions please feel free to contact any one of our customer service representatives at 978-283-8200 x214.

Sincerely,

Roberta D. Bravim
Customer Service Representative

160 Main St., Gloucester, MA 01930 • 15 Martin St., Essex, MA 01929 • 978-283-8200 • fax 978-281-7283 • BankGloucester.com

Member FDIC | Member SIF

TD Bank x4809

|  | CAD | USD | Rate |
|---|---|---|---|
| 08/28/15 Balance per schedule | 4,911.97 | 3,706.57 | 0.755 |
| 08/31/15 Bank Fees | (29.95) | (22.68) | 0.757 |
| 09/03/15 Deposit | 256.38 | 193.41 | 0.754 |
| 09/16/15 Withdrawal | (228.22) | (172.17) | 0.754 |
| 09/30/15 Bank Fees | (29.95) | (22.33) | 0.746 |
|  |  | $ 3,682.81 |  |

TD Home    Apply    🔒 MARC JOHN

# Account Activity

Account: TD ALL-INCLUSIVE BANKING PLAN - ▊▊▊809 $4,866.45 ▼

View: More Activity (18 Months) ▼

Current Balance: $4,866.45

Overdraft Limit

Available Balance: $4,866.45

Apply for Overdraft Protection

Balance Date: Oct 23, 2015

| Date ↓ | Transaction Description | Withdrawals | Deposits |
|---|---|---|---|
| Sep 30, 2015 | MONTHLY ACCOUNT FEE | 29.95 | |
| Sep 16, 2015 | FX ATM W/D | 228.22 | |
| Sep 03, 2015 | GC 4576-DEPOSIT | | 256.38 |
| | Total : | $258.17 | $256.38 |

Select Download Format ▼    Download

All transactions to the close of the previous BUSINESS day will be downloaded.    View supported versions of the sof

Legal Notes

TD Home    Apply    🔒 MARC JOHN

# Account Activity

Account: TD ALL-INCLUSIVE BANKING PLAN - ████4809 $4,866.45 ⬥

View: More Activity (18 Months) ⬥

**Current Balance**
$4,866.45

**Overdraft Limit**
Available Balance

**Apply for Overdraft Protection**
$4,866.45

Balance Date: Oct 23, 2015

| Date ↑ | Transaction Description | Withdrawals | Deposits |
|---|---|---|---|
| Aug 31, 2015 | MONTHLY ACCOUNT FEE | 29.95 | |
| Aug 04, 2015 | FX ATM W/D | 370.34 | |
| Aug 04, 2015 | FX ATM W/D | 378.47 | |
| | Total: | $778.76 | $0.00 |

Select Download Format ⬥    [Download]

All transactions to the close of the previous BUSINESS day will be downloaded.    View supported versions of the sof...

Legal Notes



P.O. Box 1800
Saint Paul, Minnesota 55101-0200

7111    TRN                    X    ST01

**Uni-Statement**
Account Number:
█████5280
Statement Period:
Sep 9, 2015
through
Sep 22, 2015

Page 1 of 2

000014245 1 AV 0.391 106481205209662 P
ESTATE OF MARC J RANDAZZA
DEBTOR IN POSSESSION
BANKRUPTCY CASE #15-14956-ABL
10955 IRIS CANYON LN
LAS VEGAS NV 89135-1720



|  | To Contact U.S. Bank |
|---|---|
| By Phone: | 1-800-US BANKS |
|  | (1-800-872-2657) |
| Telecommunications Device for the Deaf: | 1-800-685-5065 |
| Internet: | usbank.com |

## U.S. BANK PLATINUM CHECKING

U.S. Bank National Association                                                        Member FDIC
Account Number ████5280

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance on Sep 9 | $ 0.00 | Annual Percentage Yield Earned | 0.01% |
| Deposits / Credits | 51,875.56 | Interest Earned this Period | $ 0.05 |
| Card Withdrawals | 515.67- | Interest Paid this Year | $ 0.05 |
| Other Withdrawals | 33,180.47- | Number of Days in Statement Period | 14 |
| | | Customer Segment | Military |
| Ending Balance on Sep 22, 2015 | $ 18,179.42 | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Sep 9 | Deposit | | 8657262229 | $ 932.76 |
| Sep 9 | Deposit | | 8657262231 | 4,051.42 |
| Sep 11 | Refund Express Delivery | Card Fee | | 25.00 |
| Sep 15 | Mobile RDC Deposit | | 8353925155 | 1,372.38 |
| Sep 15 | Deposit | | 8357845984 | 13,452.50 |
| Sep 21 | Wire Credit REF003650 ORG=QTS PAYROLL | UBS AG NYC  150921034895 SERVICES, INC. OPERATING ACCOUN | | 111.00 |
| Sep 21 | Wire Credit REF003958 ORG=QTS PAYROLL | UBS AG NYC  150921036105 SERVICES, INC. OPERATING ACCOUN | | 114.30 |
| Sep 21 | Wire Credit REF003957 ORG=QTS PAYROLL | UBS AG NYC  150921036092 SERVICES, INC. OPERATING ACCOUN | | 7,625.65 |
| Sep 21 | Returned Withdrawal | Electronic | | 24,190.50 |
| Sep 22 | Interest Paid | | 2200002425 | 0.05 |
| | | Total Deposits / Credits | $ | 51,875.56 |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-8168

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Sep 11 | Debit Purchase - VISA SQ *THE ENRICHME | On 091015 Las Vegas NV REF # 246921652530000004533459 | 3000004533 | $ 83.00- |
| Sep 11 | Debit Purchase 163700 | SAMSCLUB #4983 LAS VEGAS  NV On 091115 NYC3TERM REF 14163700 You Requested $40 in Cash Back | | 97.95- |
| | | Card 8168 Withdrawals Subtotal | $ | 180.95- |

Card Number: xxxx-xxxx-xxxx-5100

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Sep 17 | Debit Purchase - VISA CAR WASH #253 TE | On 091515 LAS VEGAS NV REF # 240710552599853333358966 | 9985333356 | $ 7.00- |
| Sep 17 | Debit Purchase - VISA HAGGEN #02232 | On 091615 LAS VEGAS NV REF # 244273352597200035019195 | 9720035019 | 17.11- |
| Sep 18 | Debit Purchase - VISA LOWES #00784* | On 091715 LAS VEGAS NV REF # 246921652600003725475B3 | 0000372547 | 45.26- |
| Sep 21 | Debit Purchase 924011 | 7-ELEVEN LAS VEGAS  NV On 092115 NYC3TERM REF 526400924011 | 1109210823 | 47.96- |
| Sep 22 | Debit Purchase - VISA | On 092115 AMZN.COM/BIL WA | 4000235278 | 14.59- |



ESTATE OF MARC J RANDAZZA
DEBTOR IN POSSESSION
BANKRUPTCY CASE #15-14956-ABL
10955 IRIS CANYON LN
LAS VEGAS NV 89135-1720

**Uni-Statement**
Account Number:
6280

Statement Period:
Sep 9, 2015
through
Sep 22, 2015



Page 2 of 2

## U.S. BANK PLATINUM CHECKING (CONTINUED)

U.S. Bank National Association    Account Number 6280

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-5100

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Sep 22 | Debit Purchase - VISA AMAZON MKTPLACE | On 092215 AMZN.COM/BIL WA REF # 24692165265000395502929 | 5000395502 | 73.78- |
| Sep 22 | Debit Purchase - VISA AMAZON MKTPLACE | On 092215 AMZN.COM/BIL WA REF # 24692165265000382781577 | 5000382781 | 129.00- |
| | | Card 5100 Withdrawals Subtotal | $ | 334.72- |
| | | Total Card Withdrawals | $ | 515.67- |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Sep 10 | Express Delivery | Card Fee | | $ 25.00- |
| Sep 17 | Electronic Withdrawal REF=15260002826829 N | To CLARK CO SANIT 9500000000ONLINE PMTUSB756138224POS | | 247.21- |
| Sep 17 | Electronic Withdrawal REF=15260002830083 N | To TOYOTA/LEXUS 9500000000ONLINE PMTUSB756138224POS | | 450.00- |
| Sep 18 | Electronic Withdrawal REF=15261008745800 N | From 12286 RANDAZZA L TRANSFER 1472439636 | | 114.30- |
| Sep 18 | Electronic Withdrawal REF=15261009242686 N | From LVVWD ONLINE PMT9500000000 | | 431.81- |
| Sep 18 | Electronic Withdrawal REF=15261008745802 N | From 12286 RANDAZZA L TRANSFER 1472439636 | | 7,625.65- |
| Sep 18 | Electronic Withdrawal REF=15261008745801 N | From 12286 RANDAZZA L TRANSFER 1472439636 | | 24,190.50- |
| Sep 21 | Wire Transfer Fee | | 2100002819 | 20.00- |
| Sep 21 | Wire Transfer Fee | | 2100002820 | 20.00- |
| Sep 21 | Wire Transfer Fee | | 2100002821 | 20.00- |
| Sep 21 | Overdraft Returned Fee | | | 36.00- |
| | | Total Other Withdrawals | $ | 33,180.47- |

| | Total for Statement Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees | $ 36.00 | $ 36.00 |
| Total Overdraft Fees | $ 0.00 | $ 0.00 |
| TOTAL | $ 36.00 | $ 36.00 |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Sep 9 | 4,984.18 | Sep 15 | 19,628.11 | Sep 21 | 18,396.74 |
| Sep 10 | 4,959.18 | Sep 17 | 18,906.79 | Sep 22 | 18,179.42 |
| Sep 11 | 4,803.23 | Sep 18 | 13,500.73- | | |

# U.S. Bank

## Transaction History

**Platinum Package Checking**
Account ending in 6280

Date Printed: 10/21/15
Printed By: BLMING1
Page 1 of 2

| ACCOUNT BALANCE | AVAILABLE BALANCE |
|---|---|
| $31,336.33 | $31,336.33 |

| Post Date Trans Time | Trace ID/Ref Num | Description | Check # | Debit | Credit | Account Balance | Available Balance | Unavailable Funds |
|---|---|---|---|---|---|---|---|---|
| 09-29-15 12:22:00 AM | 18768356170799 | CUSTOMER DEPOSIT | | $0.00 | $3,076.47 | $21,817.81 | $18,941.34 | $2,876.47 |
| 09-28-15 12:22:00 AM | 22268058912965 | CUSTOMER CHECK | 2001 | $160.00 | $0.00 | $18,741.34 | $16,741.34 | |
| 09-25-15 09:25:00 AM | 24692165268000908204 | 092515CHEXTRA NETFLIX.COM NETFLIX.CO | | $16.63 | $0.00 | $18,901.34 | $16,901.34 | |
| 09-25-15 09:25:00 AM | 24045035267000233023 | 092415CHEXTRA CHEVRON 00301277LAS VEGAS | | $47.71 | $0.00 | $18,917.97 | $16,917.97 | |
| 09-25-15 12:00:00 AM | 18729254891185 | CUSTOMER DEPOSIT | | $0.00 | $1,002.21 | $18,965.68 | $16,965.68 | |
| 09-24-15 09:24:00 AM | 24692165268000278589 | 092215CHEXTRA IN *CLASSIC KIDS702-489884 | | $7.19 | $0.00 | $17,963.47 | $17,899.13 | $64.34 |
| 09-24-15 09:24:00 AM | 24610435268004013043 | 092315CHEXTRA PC *American Gir800-845-00 | | $68.00 | $0.00 | $17,970.66 | $17,906.32 | $64.34 |
| 09-23-15 09:23:00 AM | 24601065265980005670 | 092115CHEXTRA TOPS AND BOTTOMSLAS VEGAS | | $3.81 | $0.00 | $18,038.66 | $17,963.47 | $75.19 |
| 09-23-15 09:23:00 AM | 24610435265004118386 | 092215CHEXTRA PC *American Gir800-845-00 | | $136.95 | $0.00 | $18,042.47 | $17,967.28 | $75.19 |

This is informational only. It does not constitute your official statement.

All of US serving you*

Page 1 of 2

Form TRHIST 092012

U.S. Bank