1 LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
2 Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
3 MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
4 E-mail: mzirzow@lzlawnv.com
5 810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
6 Telephone: (702) 382-1170
Fascimile: (702) 382-1169
7

8 Proposed Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:                                    Case No.: BK-S-15-14956-abl
                                          Chapter 11

MARC JOHN RANDAZZA

              Debtor.

## CERTIFICATE OF SERVICE

1.  On this 23rd day of October, 2015, I served the following document(s) (specify):

    *Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines* [ECF NO.: 6]; and

2.  I served the above-named document(s) by the following means to the persons as listed below (*check all that apply*):

    ☐   **a.   ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary.*)

    ☒   **b.   United States mail, postage fully prepaid** (*List persons and addresses. Attach additional paper if necessary.*)

    NORTHWEST TERRITORIAL MINT / ROSS HANSEN
    ATTN: BANKRUPTCY DEPT/MANAGING AGENT
    80 EAST AIRPACK VISTA BLVD.
    DAYTON, NV 89403

1

☐ **c.** **Personal Service** (*List persons and addresses.  Attach additional paper if necessary.*)

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct email (as opposed to through the ECF System)** (*List persons and email addresses.  Attach additional paper if necessary.*)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By fax transmission** (*List persons and fax numbers.  Attach additional paper if necessary.*)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger** (*List persons and addresses.  Attach additional paper if necessary.*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  (*A declaration by the messenger must be attached to this Certificate of Service.*)

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated October 23, 2015.

| Carey Shurtliff | /s/ Carey Shurtliff |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

**LARSON & ZIRZOW, LLC**
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

2