WENDY MEDURA KRINCEK, ESQ., (Bar No. 6417)
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Tel: (702) 862-8800
Fax: (702) 862-8811

Arthur Carvalho, Jr. (Cal. Bar No. 125370)
Vaughn M. Greenwalt (Cal. Bar No. 298481)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, CA 91367
Tel: (818) 883-5644
Fax: (818) 704-9372
*Appearing Pro Hac Vice*

Attorneys for Creditors,
EXCELSIOR MEDIA CORP., and
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

MARC JOHN RANDAZZA

Case No.: BK-S-15-14956-abl

Chapter 11

Date: November 25, 2015
Time: 1:30 p.m.
Courtroom 1

**NOTICE OF HEARING**

TO:    ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the hearing on Motion for Order Modifying The Automatic Stay (the "Motion") is scheduled for November 25, 2015 at 1:30 p.m., in the Foley Federal Building, at 300 Las Vegas Blvd. South, Third Floor, Courtroom 1, Las Vegas, NV 89101. This

1

Motion requests that the automatic stay be modified to allow pre-petition arbitration proceedings between creditors Excelsior Media Corp, and Liberty Media Holdings, LLC ("E/L" or "Creditors") and debtor Marc J. Randazza ("Randazza" or "Debtor") to conclude, and to allow the State Court to confirm any awards issued therein.

PLEASE TAKE FURTHER NOTICE that a copy of the above-referenced Motion is on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 S. Las Vegas Blvd,, Las Vegas, NV 89101; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required).

PLEASE TAKE FURTHER NOTICE that any opposition to the requested relief must be filed and served pursuant to Local Rule 9014(d)(1). If an objection is not timely filed and served, the relief requested may be granted without a hearing pursuant to L.R. 9014(d)(3).

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse* to allow you to *speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

PLEASE TAKE FURTHER NOTICE that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dated and time at the above noticed hearing or any adjournment thereof.

Dated:  October 27, 2015                    LANG, HANIGAN & CARVALHO, LLP

By:  s/ Vaughn M. Greenwalt
Vaughn M. Greenwalt
Attorneys for Excelsior Media Corp., and
Liberty Media Holdings, LLC.