LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Fascimile: (702) 382-1169

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-15-14956-abl<br>Chapter 11 |
| MARC JOHN RANDAZZA | Date: October 21, 2015<br>Time: 1:30 p.m.<br>Courtroom 1 |
| Debtor. | |

### NOTICE OF ENTRY OF ORDER

TO:   WHOM IT MAY CONCERN

NOTICE IS HEREBY GIVEN that on the 29th day of October, 2015, an *Order Granting Application to Employ and Retain Larson & Zirzow, LLC as Attorneys for the Debtor Nunc Pro Tunc to the Petition Date* [ECF No. 63] was entered in the above-entitled matter, a copy of which is attached hereto.

Dated: October 30, 2015.

LARSON & ZIRZOW, LLC

By: /s/ Zachariah Larson
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101

Attorneys for Debtor

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 29, 2015

<div style="margin-left: 2em;">

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Fascimile: (702) 382-1169

Attorneys for Debtor

</div>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No.: BK-S-15-14956-abl |
|---|---|
| MARC JOHN RANDAZZA, | Chapter 11 |
| Debtor. | Date: October 21, 2015<br>Time: 1:30 p.m.<br>Courtroom 1 |

**ORDER GRANTING APPLICATION TO EMPLOY AND RETAIN LARSON & ZIROW, LLC AS ATTORNEYS FOR THE DEBTOR *NUNC PRO TUNC* TO THE PETITION DATE**

Marc John Randazza, as debtor and debtor in possession (the "Debtor"), by and through his proposed attorneys, the law firm of Larson & Zirzow, LLC ("L&Z"), having filed his *Application to Employ and Retain Larson & Zirzow, LLC as Attorneys for the Debtor Nunc Pro Tunc to the Petition Date* (the "Application") [ECF No. 18][1]; notice of the Application having

_____

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meaning as set forth in the Application.

1

been proper; the Court having reviewed and considered the Application and all matters submitted therewith; the Application having come on for hearing at the above-stated date and time; the Court having stated its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein by reference pursuant to Rule 52 of the Federal Rules of Civil procedure, made applicable pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure; and good cause appearing;

**IT IS HEREBY ORDERED:**

1. The Application is approved *nunc pro tunc* to the Petition Date;

2. Pursuant to sections 327(a) and 328(a) of the Bankruptcy Code, the Debtor's retention of L&Z as its attorneys in accordance with L&Z's normal hourly rates and disbursement policies as set forth in the Application and related documents is approved;

3. L&Z is not owed a balance for any fees and costs as of the Petition Date and to the extent any amount was ever owed as of that date it is expressly waived by L&Z; and

4. L&Z shall apply for compensation and reimbursement in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable provisions of the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice for the United States District Court for the District of Nevada, the Guidelines for Professional Compensation established by the Office of the United States Trustee, and such other procedures as may be fixed by order of this Court.

**IT IS SO ORDERED.**

. . .

. . .

. . .

2

| | |
|---|---|
| PREPARED AND SUBMITTED: | APPROVED / DISAPPROVED: |
| By: /s/ Matthew C. Zirzow<br>LARSON & ZIRZOW, LLC<br>ZACHARIAH LARSON, ESQ.<br>Nevada Bar No. 7787<br>MATTHEW C. ZIRZOW, ESQ.<br>Nevada Bar No. 7222<br>810 S. Casino Center Blvd. #101<br>Las Vegas, Nevada 89101<br><br>Attorneys for Debtor | By: /s/ Vaughn M. Greenwalt<br>LANG, HANIGAN & CARVALHO, LLP<br>VAUGHN M. GREENWALT, ESQ.<br>California Bar No. 298481<br>21550 Oxnard Street, Suite 760<br>Woodland Hills, California 91367<br><br>Attorneys for Excelsior Media Corp.<br>and Liberty Media Holdings, LLC |

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| | |
|---|---|
| Vaughn M. Greenwalt, Esq. (Counsel for Excelsior Media Corp. and Liberty Media Holdings: | Approved |

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### #

3