United States Bankruptcy Court

District of Nevada

RECEIVED AND FILED
2015 DEC 30 AM 11:07
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

(mac)

In re:

Marc John Randazza,
        Debtor

Case No. 15-14956
Chapter 11

                              **Objection to Accountant**
                **Tracy L. Coenen     of Sequence, Inc.**

I object to Tracy L. Coenen of Sequence, Inc. acting as Marc Randazza's accountant.

Tracy L. Coenen is a former client of Marc Randazza. She has conflicts of interest and will not be able to provide competent, non-conflicted accounting skills in this bankrupcy case. Her conflicts of interest and multiple connections with the Debtor will hurt ALL creditors.

Tracy L. Coenen has been named in many federal court cases as a co-conspirator with Marc Randazza, including the case Randazza v. Cox in the District of Nevada. She was a named defendant and alleged to be a co-conspirator acting in civil conspiracy with Marc Randazza to defame, harass and bully Counter-Plaintiff Crystal Cox.

I allege that Tracy L. Coenen has acted unethically in civil and criminal conspiracy with Marc Randazza, the Debtor and others to assist publishing false information with malicious deliberate intent to get litigants in cases to settle, or do what Marc Randazza was pushing them to do. She knowingly posted on her blog multiple times that I, Crystal Cox, Inventor Eliot Bernstein and others were guilty of the Felony crime of Extortion.

She professes to be a financial expert and a fraud investigator and yet with no investigation, no charges of any crime, she willfully and deliberately defamed these people (creditors) as her friend and former attorney Marc Randazza asked of her. She worked in criminal and civil conspiracy to paint a false image online of many people and companies that Marc Randazza and Randazza Legal Group were in opposition with or trying to silence.

Tracy L. Coenen, as Marc Randazza's accountant, will deliberately hide money, cover up, change facts and intentionally harm creditors, just as she has to many litigants, some who are now creditors, over years and years to protect, aid and abet Marc Randazza and to harm, defame, bully, pressure and take advantage of his clients.

1



Tracy L. Coenen has lied in her blogs about Creditors. She has lied about several of the Creditors in this case, on her forensics fraud investigations blog. She has done this to make us look bad, look like criminals and to push us to settle or do as Marc Randazza wishes. She has done this knowing full well that she was defaming us and lying about us. She will do the same kinds of actions as Marc Randazza, Debtors accountant. She has a proven record and will surely do the same thing.

Tracy L. Coenen has acted in civil and criminal conspiracy with Marc Randazza

Tracy L. Coenen published false and defamatory information to third parties and did so with full knowledge they were false.

Tracy L. Coenen "goes after" whoever Marc Randazza wants her to, this includes me, Creditor #13, and many other Creditors.

She uses her blogs and credential to effectively paint a picture that we are criminals, to ruin our lives, our business and our reputation and all to make Marc Randazza look good, paint him as a good guy and punish those he does not like for whatever reason.

Tracy L. Coenen will without a doubt harm Creditors in this case in favor of Marc Randazza, just as she has for years.

I move this court to deny debtor Marc Randazza from using Tracy L. Coenen as his accountant.

Written upon my knowledge and belief.

/s/ Crystal L. Cox

---

Crystal L. Cox, Pro Se Creditor

Date: November 24th, 2015

## Certificate of Service

Sent to

Bankruptcy CLerk's Office
300 Las Vegas Blvd. South
Las Vegas, NV 89101

2