E-filed on _____

**Zachariah Larson**
Name
**7787**
Bar Code #
**810 S. Casino Center Blvd. #101**
**Las Vegas, NV 89101**
Address
**(702) 382-1170**
Phone Number

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:   **Marc John Randazza**

Case No.: **15-14956**
Chapter: **11**
Trustee:

Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ☐ Voluntary Petition (specify reason for amendment)
- ☑ Summary of Schedules
- ☑ Statistical Summary of Certain Liabilities
- ☐ Schedule A - Real Property
- ☑ Schedule B - Personal Property
- ☐ Schedule C - Property Claimed as exempt
- ☑ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
  - ☑ Add/delete creditor(s), change amount or classification of debt - **$30.00 Fee required**
  - ☐ Add/change address of already listed creditor - **No fee**
- ☐ Schedule G - Schedule of Executory Contracts and Unexpired Leases
- ☐ Schedule H - CoDebtors
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditures of Individual Debtor(s)
- ☑ Declaration Concerning Debtor's Schedules
- ☐ Statement of Financial Affairs and/or Declaration
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Disclosure of Compensation of Attorney for Debtor(s)
- ☐ Statement of Current Monthly Income and Means Test Calculation
- ☐ Certification of Credit Counseling
- ☐ Other: __

E-filed on _____

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

## Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

/s/ Marc John Randazza

**Marc John Randazza**
**Debtor's Signature**
**Date:** 12/2/2015

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/14)

## United States Bankruptcy Court
### District of Nevada

In re    **Marc John Randazza**,    Debtor

Case No. **15-14956**

Chapter **11**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 875,000.00 | | |
| B - Personal Property | Yes | 4 | 979,113.95 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,099,048.41 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 14,321.72 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 12,769,054.85 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 15,976.56 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 14,663.22 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| | | Total Assets | 1,854,113.95 | | |
| | | | Total Liabilities | 13,882,424.98 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Nevada

In re **Marc John Randazza**, Debtor

Case No. **15-14956**

Chapter **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6B (Official Form 6B) (12/07)

In re   **Marc John Randazza**,            Case No. **15-14956**
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| # | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand** | - | **500.00** |
| | | | **Euro's** | - | **500.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account ending #0573X located at Georgetown University Alumni and Student Federal Credit Union** | - | **1,107.87** |
| | | | **Savings account ending #0573A located at Georgetown University Alumni and Student Federal Credit Union** | - | **208.73** |
| | | | **BankGloucester checking account ending #0716 (POD Natalia & Antonio)** | H | **3,591.02** |
| | | | **Bank of America checking account #0887** | J | **19,980.72** |
| | | | **TD Bank** | - | **3,706.57** |
| | | | **SalemFive savings account ending #3674 (100% owned by Misuraca Family Trust Irrevocable Trust dated March 9, 2015)** | - | **0.09** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings** | - | **7,595.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothing** | - | **500.00** |
| 7. | Furs and jewelry. | | **Wedding Rings** | - | **Unknown** |
| | | | | Sub-Total > (Total of this page) | **37,690.00** |

  **3**  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Marc John Randazza**                                           ,     Case No.   **15-14956**
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| # | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Glock 19 9mm** | - | 500.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **State of Nevada Prepaid Tuition Program ending 0915 (Antonio)** | - | 23,187.00 |
| | | | **State of Nevada Prepaid Tuition Program ending 0911 (Natalia)** | - | 23,242.00 |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) located at John Hancock ending #7349 as of August 25, 2015** | H | 88,910.44 |
| | | | **Rollover IRA located at LPL Financial ending #4395** | H | 99,110.89 |
| | | | **Randazza Legal Group Pension (Amounts included in this plan do not all belong to Debtor, but also belong to various employees)** | - | 338,473.62 |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Randazza Legal Group, PLLC (80% owned by Misuraca Family Trust Revocable Trust dated March 9, 2015; 10% owned by Ronald D. Green; and 10% owned by Gill Sperlein)** | - | **Unknown** |
| | | | **Marc J. Randazza, P.A. (100% owned by Misuraca Family Trust Revocable Trust dated March 9, 2015)** | - | **Unknown** |
| 14. | Interests in partnerships or joint ventures. Itemize. | | **Magnolia Holding 19, L.L.C. (Randazza Legal Group, PLLC is 36.5% owner; Jennifer Randazza is 36.5 owner; and Ronald D. Green is 27% owner)** | - | **Unknown** |
| 15. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. | Accounts receivable. | | **Dennis and Cathy Brochey (Secured Promissory Note and Mortgage)** | - | 300,000.00 |

|  | Sub-Total > | **873,423.95** |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Marc John Randazza**  ,  Case No. **15-14956**
                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | **Possible child support/alimony in pending divorce** | - | **Unknown** |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Possible interest in Alexandra Melody Mayers aka Monica Foster (pending lawsuit Randazza v. Mayers, Case No.: A-14-699072-C)** | **C** | **0.00** |
| | | **Crystal L. Cox and Eliot Bernstein (pending lawsuit Randazza et al. v. Cox et al, Case No.: 2:12-cv-02040-JAD-PAL)** | **C** | **0.00** |
| | | **Excelsior Media Corp. (pending lawsuit Randazza v. Excelsior Media Corp. et al., Case No.: 1260002283)** | - | **Unknown** |
| | | **Possible malpractice claim against Ken White and Clyde DeWitt (amount would depend on arbitrator's award).** | - | **Unknown** |
| | | **Jonas Williams, A-1 Proserv, LLC and Provest, LLC (2012 Judgment in Randazza v. Williams et al. / Case No. 37-2011-00086151-CU-MC-CTL in Superior Court of California, County of San Diego, Judgement has been uncollectible for last 3 years)** | - | **0.00** |
| | | **Possible claim against Roca Labs, Inc.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Copyright and Trademark for The Legal Satyricon** | - | **1,000.00** |
| | | | Sub-Total > (Total of this page) | **1,000.00** |

Sheet  **2**  of  **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Marc John Randazza**,  Case No. **15-14956**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2013 BMW 550i (100% owned by Misuraca Family Trust Revocable Trust dated March 9, 2015) | H | 42,000.00 |
| | | 2015 Toyota Sienna (Owned solely by Jennifer Randazza) | W | 25,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Misuraca Family Trust Revocable Trust dated March 9, 2015 | - | Unknown |
| | | Misuraca Family Trust Irrevocable Trust dated March 9, 2015 | - | Unknown |

Sub-Total > **67,000.00**
(Total of this page)
Total > **979,113.95**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   **Marc John Randazza**                          ,   Case No.  **15-14956**
　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. -xxxxxxxxxxxx4883　　Creditor #: 1　Amex　Attn: Bankruptcy Dept/Managing Agent　Po Box 297871　Fort Lauderdale, FL 33329 | X | - | Opened 1/11/05 Last Active 5/01/15　Charge Account | | | | 3,209.00 |
| Account No. -xxxxxxxxxxxx6893　　Creditor #: 2　Amex　Attn: Bankruptcy Dept/Managing Agent　Po Box 297871　Fort Lauderdale, FL 33329 | X | - | Opened 9/15/05 Last Active 5/01/15　Charge Account | | | | 28.00 |
| Account No. -xxxxxxxxxxxx9413　　Creditor #: 3　Amex　Attn: Bankruptcy Dept/Managing Agent　Po Box 297871　Fort Lauderdale, FL 33329 | X | - | Opened 9/03/05 Last Active 10/01/11　Charge Account | | | | 0.00 |
| Account No. xxxxx7-20F　　Creditor #: 4　Amica Mutual Insurance Company　C/o Patton & Kiraly, P.C.　Attn: W. Randolph Patton, Esq.　3016 W. Charleston Blvd., Suite 195　Las Vegas, NV 89102 | | - | 2014　Insurer in matter of Roca Labs, Inc. v. Randazza | | | X | Unknown |

__7__ continuation sheets attached

Subtotal (Total of this page)　　**3,237.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc John Randazza**, Case No. **15-14956**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx3794<br>Creditor #: 5<br>Barclays Bank Delaware<br>Attn: Bankruptcy Dept/Managing Agent<br>125 S West St<br>Wilmington, DE 19801 | X | - | Opened 3/30/11 Last Active 5/11/15<br>Charge Account | | | | 3,861.14 |
| Account No. x0484<br>Creditor #: 6<br>Brown White & Osborn Attorneys<br>Attn: Bankruptcy Dept/Managing Agent<br>333 South Hope Street, 40th Floor<br>Los Angeles, CA 90071 | | - | 2013-2015<br>Legal Fees and Costs | | | | 28,392.86 |
| Account No. xxxxx2613<br>Creditor #: 7<br>Century Link<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 2961<br>Phoenix, AZ 85062-2961 | | - | 2015<br>Utility Bill | | | | 134.89 |
| Account No. xxxxx84N1<br>Creditor #: 8<br>Champion Movers<br>Attn: Bankruptcy Dept/Managing Agent<br>4420 Andrews St., Ste. C<br>North Las Vegas, NV 89081 | | - | Opened 11/14/14<br>Collections | | | | 525.00 |
| Account No.<br>Acctcorp Of Southern N<br>Attn: Bankruptcy Dept/Managing Agent<br>4955 S Durango Dr Ste 177<br>Las Vegas, NV 89113 | | | Representing:<br>Champion Movers | | | | Notice Only |

Sheet no. **1** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **32,913.89**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc John Randazza**,  Case No. **15-14956**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br>**Creditor #: 9** <br>**Citibank** <br>**Attn: Bankruptcy Dept/Managing Agent** <br>**P.O. Box 6241** <br>**Sioux Falls, SD 57117** | X | - | **Charge Account** | | | | **3,000.00** |
| Account No. **xxxxxxx0000** <br>**Creditor #: 10** <br>**Clark County Water Reclamation** <br>**Attn: Bankruptcy Dept/ Managing Agent** <br>**PO Box 98526** <br>**Las Vegas, NV 89193-8526** | | - | **2015** <br>**Utility Bill** | | | | **247.21** |
| Account No. <br>**Creditor #: 11** <br>**Clay Douglas** <br>**Rosselo 224 Atico** <br>**Barcelona, Spain** | | - | **Possible Business Claim** | | | X | **Unknown** |
| Account No. **xxxxxxxxxxxx5824** <br>**Creditor #: 12** <br>**Comenitycapital/Virgam** <br>**Attn: Bankruptcy Dept/Managing Agent** <br>**3100 Easton Square Pl** <br>**Columbus, OH 43219** | X | - | **Opened 3/24/14 Last Active 5/01/15** <br>**Business Charge Account** | | | | **1,382.00** |
| Account No. <br>**Creditor #: 13** <br>**Crystal L. Cox** <br>**PO Box 2027** <br>**Port Townsend, WA 98368** | | C | **Pending business lawsuit Randazza et al. v. Cox et al,, Case No.: 2:12-cv-02040-JAD-PAL** | X | X | X | **10,000,000.00** |

Sheet no. **2** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **10,004,629.21**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc John Randazza**                                              ,    Case No. __**15-14956**__
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 14** **Excelsior Media Corporation** **C/o Littler Mendelson** **Attn: Wendy M. Krincek & Ethan D. Thomas** **3960 Howard Hughes Pkwy., Suite 300** **Las Vegas, NV 89169** | | C | **Pending arbitration Randazza v. Excelsior Media Corp. et al., Case No.: 1260002283 - Legal Fees** | X | X | X | **1,000,000.00** |
| Account No. **Creditor #: 15** **Goodsell & Olsen** **Attn: Bankruptcy Dept/Managing Agent** **10155 W. Twain Ave., Ste. 100** **Las Vegas, NV 89147** | | - | **2014-2015** **Attorney Fees** | | | | **3,373.50** |
| Account No. **Creditor #: 16** **Hutchison & Steffen Attorneys** **Attn: Bankruptcy Dept/Managing Agent** **10080 West Alta Drive, Suite 200** **Las Vegas, NV 89145** | | - | **Legal Fees** | | | | **29,656.40** |
| Account No. **Creditor #: 17** **J. Malcolm DeVoy, Esq.** **Randazza Legal Group** **3625 S. Town Center Drive #150** **Las Vegas, NV 89135** | | - | **Former Employee** | | | | **Unknown** |
| Account No. **Creditor #: 18** **Jason Gibson** **C/o Littler Mendelson** **Attn: Wendy M. Krincek & Ethan D. Thomas** **3960 Howard Hughes Pkwy., Suite 300** **Las Vegas, NV 89169** | | C | **Pending arbitration Randazza v. Excelsior Media Corp. et al., Case No.: 1260002283** | X | X | X | **565,215.98** |

Sheet no. __**3**__ of __**7**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **1,598,245.88**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc John Randazza**  ,  Case No. **15-14956**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 19** <br> **Jim Schutt** <br> **C/o Michael Taficante, Esq.** <br> **Grant Fridkin** <br> **5551 Ridgewood Drive, Suite 501** <br> **Naples, FL 34108** | X | - | **Possible Business Claim** | | | X | **Unknown** |
| Account No. <br> **Creditor #: 20** <br> **Kain Spielman, P.A.** <br> **Attn: Bankruptcy Dept/Managing Agent** <br> **900 Southeast Third Avenue** <br> **Suite 205** <br> **Fort Lauderdale, FL 33316** | | - | **Business Legal Fees** | | | | **12,000.00** |
| Account No. **xxxxxxx345-8** <br> **Creditor #: 21** <br> **Las Vegas Valley Water District** <br> **Attn: Bankruptcy Dept. / Managing Agent** <br> **1001 S. Valley View Blvd.** <br> **Las Vegas, NV 89153** | | - | **2015** <br><br> **Utility Bill** | | | | **438.98** |
| Account No. <br> **Creditor #: 22** <br> **Law Offices of April S. Goodwin, P.A** <br> **Attn: Bankruptcy Dept/Managing Agent** <br> **PO Box 10213** <br> **Largo, FL 33773-0203** | | - | **Legal Fees** | | | | **Unknown** |
| Account No. <br> **Creditor #: 23** <br> **Law Offices of Clyde DeWitt** <br> **Clyde DeWitt** <br> **Attn: Bankruptcy Dept/Managing Agent** <br> **PO Box 26185** <br> **Las Vegas, NV 89126-0185** | | - | **Business Legal Fees** | | | | **25,000.00** |

Sheet no. **4** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **37,438.98**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marc John Randazza**, Case No. **15-14956**
　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 24**<br>**Liberty Media Holdings, LLC**<br>**C/o Littler Mendelson**<br>**Attn: Wendy M. Krincek & Ethan D. Thomas**<br>**3960 Howard Hughes Pkwy., Suite 300**<br>**Las Vegas, NV 89169** | | C | **Pending arbitration Randazza v. Excelsior Media Corp. et al., Case No.: 1260002283** | X | X | X | **Unknown** |
| Account No.<br>**Creditor #: 25**<br>**Luke Charles Lirot, PA**<br>**Luke Charles Lirot, Esq.**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**2240 Bellair Rd., Suite 190**<br>**Clearwater, FL 33764** | | - | **2014**<br><br>**Business Legal Fees** | | | | **Unknown** |
| Account No. **xxxxxxxxx9420**<br>**Creditor #: 26**<br>**Mcydsnb**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | - | **Opened 8/25/12 Last Active 9/27/12**<br><br>**Charge Account** | | | | **0.00** |
| Account No.<br>**Creditor #: 27**<br>**Northwest Territorial Mint / Ross Hansen**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**80 East Airpack Vista Blvd.**<br>**Dayton, NV 89403** | | - | **Possible Business Claim** | | | X | **Unknown** |
| Account No. **xxxxxxxxxxxxxxx4331**<br>**Creditor #: 28**<br>**NV Energy**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**PO Box 30086**<br>**Reno, NV 89520** | | - | **2015**<br><br>**Utility bill** | | | | **375.54** |

Sheet no. **5** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　**375.54**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marc John Randazza**, Case No. **15-14956**
                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community / HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 29**<br>**Roca Labs, Inc.**<br>**C/o Law Offices of April S. Goodwin, P.A**<br>**PO Box 10213**<br>**Largo, FL 33773-0203** | | - | **2014**<br>**Pending business lawsuit Roca Labs, Inc. v. Randazza, Case No. 8:14-cv-03014-SCB-MAP** | X | X | X | **1,000,000.00** |
| Account No.<br>**Paul Berger**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**PO Box 7898**<br>**Delray Beach, FL 33482-7898** | | | **Representing:**<br>**Roca Labs, Inc.** | | | | **Notice Only** |
| Account No.<br>**Creditor #: 30**<br>**Ronald D. Green, Esq.**<br>**Randazza Legal Group**<br>**3625 S. Town Center Drive #150**<br>**Las Vegas, NV 89135** | | - | **Possible lawsuit/indeminity claim** | | | | **Unknown** |
| Account No. **xxx-xxxxxx1-004**<br>**Creditor #: 31**<br>**Southwest Gas Corporation**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**PO Box 98890**<br>**Las Vegas, NV 89150** | | - | **2015**<br>**Utility Bill** | | | | **112.27** |
| Account No.<br>**Creditor #: 32**<br>**Tony Coe**<br>**C/o Saunders 1865 International Limited**<br>**38-40 Gloucester Road**<br>**London SW7 4QU**<br>**United Kingdom** | | - | **Business** | | | | **15,000.00** |

Sheet no. __6__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,015,112.27**

In re   **Marc John Randazza**,   Case No.  **15-14956**
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br>**Creditor #: 33** <br>**Walters Law Group** <br>**Larry Walters, Esq.** <br>**Attn: Bankruptcy Dept/Managing Agent** <br>**195 W. Pine Avenue** <br>**Longwood, FL 32750-4104** | | - | **2014-2015** <br><br>**Business Legal Fees** | | | | **77,102.08** |
| Account No. <br>**Creditor #: 34** <br>**Weide & Miller, Ltd.** <br>**F. Christopher Austin, Esq.** <br>**Attn: Bankruptcy Dept/Managing Agent** <br>**7251 W. Lake Mead Blvd., Suite 530** <br>**Las Vegas, NV 89128** | | C | **Business Legal Fees** | | | | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __7__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **77,102.08**

Total (Report on Summary of Schedules)    **12,769,054.85**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Marc John Randazza**                               Case No.  **15-14956**
                         Debtor(s)                           Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **26** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  12/2/2015                         Signature  /s/ Marc John Randazza
                                                   **Marc John Randazza**
                                                   Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.