LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Fascimile: (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>MARC JOHN RANDAZZA<br><br>Debtor. | Case No.: BK-S-15-14956-abl<br>Chapter 11<br><br>Date: December 9, 2015<br>Time: 1:30 p.m.<br>Courtroom 1 |
|---|---|

## NOTICE OF ENTRY OF ORDER

TO:     WHOM IT MAY CONCERN

NOTICE IS HEREBY GIVEN that on the 14th day of December, 2015, an *Order Granting Application for Approval of Employment of Sequence Inc.'s as Accountants for Debtor Nunc Pro Tunc* ECF No. [89] was entered in the above-entitled matter, a copy of which is attached hereto.

Dated: December 15, 2015.

LARSON & ZIRZOW, LLC

By /s/ Matthew C. Zirzow
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101

Attorneys for Debtor

_____
_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
December 14, 2015
_____

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Fascimile: (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No.: BK-S-15-14956-abl |
|---|---|
| MARC JOHN RANDAZZA | Chapter 11 |
| Debtor. | Date: December 9, 2015<br>Time: 1:30 p.m.<br>Courtroom 1 |

**ORDER GRANTING APPLICATION FOR APPROVAL OF EMPLOYMENT OF**
**SEQUENCE INC.'S AS ACCOUNTANTS FOR DEBTOR *NUNC PRO TUNC***

Marc John Randazza, as debtor and debtor in possession (the "Debtor"), having filed his *Application for Approval of Employment of Sequence Inc.'s as Accountants for Debtor Nunc Pro Tunc* (the "Application") [ECF No. 72] and accompanying declaration in support [ECF No. 73],[1] thereby requesting entry of an order authorizing the Debtor to retain and employ Sequence Inc.

1

as accountants to Debtor pursuant to section 327(a) and Rule 2014 of the Federal Rules of Bankruptcy Procedure; the Court having reviewed and considered the Application and filings in support thereof, and also having reviewed and considered the objection filed by Crystal Cox [ECF No. 84]; the Court having made its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein pursuant to Rule 52 of the Federal Rules of Civil Procedure, as made application pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure; and good cause appearing;

**IT IS HEREBY ORDERED:**

1. The Application is APPROVED; and

2. The Debtor is authorized to retain Sequence Inc. as his accountant under the terms and conditions set forth in the Application and subject to the provisions of the Bankruptcy Code and all other applicable provisions, with compensation and reimbursement of expenses to be paid as an administrative expense in such amounts as allowed by the Court pursuant to the provisions of section 330 and 331 of the Bankruptcy Code.

**IT IS SO ORDERED.**

| Prepared and Submitted: | ~~APPROVED~~ / <u>DISAPPROVED</u>: |
|---|---|
| By: */s/ Matthew C. Zirzow*<br>LARSON & ZIRZOW, LLC<br>ZACHARIAH LARSON, ESQ.<br>Nevada Bar No. 7787<br>MATTHEW C. ZIRZOW, ESQ.<br>Nevada Bar No. 7222<br>810 S. Casino Center Blvd. #101<br>Las Vegas, Nevada  89101<br><br>Attorneys for Debtor | By:   */s/ Crystal L. Cox*<br>CRYSTAL L. COX<br>P.O. Box 2027<br>Port Townsend, WA 98368<br>E-mail: savvybroker@yahoo.com<br>E-mail:  reverendcrystalcox@gmail.com |

. . .

. . .

. . .

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meaning as set forth in the Application.

2

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐   The court has waived the requirement of approval under LR 9021(b)(1).

☐   No party appeared at the hearing or filed an objection to the motion.

☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Crystal Cox (filed objection, but did not appear at hearing):  DISAPPROVED

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

LARSON & ZIRZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169