_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
December 18, 2015

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:                                                    )    Case No. 15-14956-abl
                                                          )
MARC JOHN RANDAZZA,                                       )    Chapter 11
                                                          )
            Debtor.                                       )    Hearing Date: December 15, 2015
_____)                           Hearing Time: 1:30 p.m.

**ORDER ON MOTION**

On December 15, 2015, the Court issued its oral ruling regarding a contested Motion to Modify the Automatic Stay to Allow a Pre-petition Arbitration to Proceed to Judgment ("Motion"), (ECF No. 60)[1]. The Motion was filed by Excelsior Media Corp. and Liberty Media Holdings, LLC (collectively, "Movants").

At the December 15, 2015, oral ruling, attorney Vaughn M. Greenwalt appeared telephonically on behalf of Movants. Attorney Matthew C. Zirzow appeared on behalf of debtor Marc John Randazza. Attorney Timothy R. Wheeler appeared telephonically on behalf of Bank of America, N.A.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on December 15, 2015, those findings of fact and conclusions of law are

---

[1] In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the Clerk of the Court.

1

incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable to this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

For the reasons stated by the Court on the record:

**IT IS ORDERED** that the Motion is **DENIED**.

Notice and copies sent to:

ALL PARTIES VIA BNC MAILING MATRIX.

# # #