# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: Marc John Randazza

Case No. 15-14956

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Nov. 2015          **PETITION DATE:** 08/28/15

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $443,248 | $437,202 | |
| | b. Total Assets | $1,965,767 | $1,959,721 | $1,853,614 |
| | c. Current Liabilities | $22,019 | $16,251 | |
| | d. Total Liabilities | $13,901,070 | $13,895,302 | $13,879,051 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $18,483 | $21,759 | $108,296 |
| | b. Total Disbursements | $12,437 | $7,339 | $86,898 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $6,046 | $14,420 | $21,398 |
| | d. Cash Balance Beginning of Month | $43,947 | $29,527 | $28,595 |
| | e. Cash Balance End of Month (c + d) | $49,993 | $43,947 | $49,993 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $297,255 | $297,255 | |
| 6. | **Post-Petition Liabilities** | $22,019 | $16,251 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. | Are a plan and disclosure statement on file? | | x |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes _x_ ; U.S. Trustee Quarterly Fees _x_ ; Check if filing is current for: Post-petition tax reporting and tax returns: _x_ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 12·22·15

_____
Responsible Individual

## BALANCE SHEET
(Small Real Estate/Individual Case)

For the Month Ended __Nov. 2015__

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $ 49,993 |
| 2 | Accounts receivable (net) (Brochey Note) | | $ 297,255 |
| 3 | Retainer(s) paid to professionals | | $ 94,000 |
| 4 | Other:  Personal Belongings (clothing, glock) | x | $ 1,000 |
| 5 | Wedding Rings (unknown value) | | $ - |
| 6 | Copyright/Trademark | x | $ 1,000 |
| 7 | **Total Current Assets** | | $ 443,248 |
| | **Long Term Assets (Market Value)** | | |
| 8 | Real Property (residential) | x | $ 875,000 |
| 9 | Real property (rental or commercial) | | |
| 10 | Furniture, Fixtures, and Equipment | x | $ 7,595 |
| 11 | Vehicles | x | $ 67,000 |
| 12 | Partnership interests - Magnolia Holding 19, LLC (unknown value) | | $ - |
| 13 | Interest in corportations | | |
| 14 | Stocks and bonds | | |
| 15 | Interests in IRA, Keogh, other retirement plans | x | $ 526,495 |
| 16 | Other:  Prepaid Tuition Programs | x | $ 46,429 |
| 17 | Randazza Legal Group, PLLC (unknown value) | | $ - |
| 18 | Marc J. Randazza P.A. (unknown value) | | $ - |
| 19 | Possible Child Support/Alimony (unknown value) | | $ - |
| 20 | Pending Lawsuits Mayers, Cox, Excelsior (unkown value) | | $ - |
| 21 | Possible Malpractice Claim (unknown value) | | $ - |
| 22 | Misuraca Family Trust Revocable (unknown value) | | $ - |
| 23 | Misuraca Family Trust Irrevocable (unknown value) | | $ - |
| 24 | **Total Long Term Assets** | | $ 1,522,519 |
| 25 | **Total Assets** | | $ 1,965,767 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 26 | Post-petition not delinquent (under 30 days) | | |
| 27 | Post-petition delinquent other than taxes (over 30 days) | | |
| 28 | Post-petition delinquent taxes | | |
| 29 | Accrued professional fees | | $ 22,019 |
| 30 | Other: | | |
| 31 | | | |
| 32 | **Total Current Liabilities** | | $ 22,019 |
| 33 | **Long-Term Post Petition Debt** | | |
| 34 | **Total Post-Petition Liabilities** | | $ 22,019 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 35 | Secured claims (residence) | | $ 372,869 |
| 36 | Secured claims (other) | | $ 726,179 |
| 37 | Priority unsecured claims | | $ 14,322 |
| 38 | General unsecured claims | | $ 12,765,681 |
| 39 | **Total Pre-Petition Liabilities** | | $ 13,879,051 |
| 40 | **Total Liabilities** | | $ 13,901,070 |
| | **Equity (Deficit)** | | |
| 41 | **Total Equity (Deficit)** | | $ (11,935,303) |
| 42 | **Total Liabilities and Equity (Deficit)** | | $ 1,965,767 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
|   | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|   |   | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Bank of America | US Bank | TD Bank |
| 11 | Account No. | x0887 | x6280 | x4809 |
| 12 | Account Purpose | General Use | General Use | General Use |
| 13 | Balance, End of Month | $3,902 | $42,453 | $3,638 |
| 14 | Total Funds on Hand for all Accounts | $49,993 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### For the Month Ended November 30, 2015

|    |                                                              | Actual Current Month | Cumulative (Case to Date) |
|----|--------------------------------------------------------------|---------------------:|--------------------------:|
|    | **Cash Receipts**                                            |                      |                           |
| 1  | Rent/Leases Collected                                        |                      |                           |
| 2  | Cash Received from Sales                                     |                      |                           |
| 3  | Interest Received                                            |                      |                           |
| 4  | Borrowings                                                   |                      |                           |
| 5  | Funds from Shareholders, Partners, or Other Insiders         |                      |                           |
| 6  | Capital Contributions                                        |                      |                           |
| 7  | Payroll                                                      | $ 18,483             | $ 52,286                  |
| 8  | Accounts Receivable                                          |                      | $ 2,745                   |
| 9  | Other                                                        |                      | $ 3,612                   |
| 10 | Transfers between accounts                                   |                      | $ 49,653                  |
| 11 |                                                              |                      |                           |
| 12 | **Total Cash Receipts**                                      | $ 18,483             | $ 108,296                 |
|    | **Cash Disbursements**                                       |                      |                           |
| 13 | Selling                                                      |                      |                           |
| 14 | Administrative                                               |                      |                           |
| 15 | Capital Expenditures                                         |                      | $ 2,114                   |
| 16 | Principal Payments on Debt                                   | $ 3,791              | $ 11,583                  |
| 17 | Interest Paid                                                |                      |                           |
|    | Rent/Lease:                                                  |                      |                           |
| 18 |    Personal Property                                         |                      |                           |
| 19 |    Real Property                                             |                      |                           |
|    | Amount Paid to Owner(s)/Officer(s)                           |                      |                           |
| 20 |    Salaries                                                  |                      |                           |
| 21 |    Draws                                                     |                      |                           |
| 22 |    Commissions/Royalties                                     |                      |                           |
| 23 |    Expense Reimbursements                                    |                      |                           |
| 24 |    Other                                                     |                      |                           |
| 25 | Salaries/Commissions (less employee withholding)             |                      |                           |
| 26 | Management Fees                                              |                      |                           |
|    | Taxes:                                                       |                      |                           |
| 27 |    Employee Withholding                                      |                      |                           |
| 28 |    Employer Payroll Taxes                                    |                      |                           |
| 29 |    Real Property Taxes                                       |                      | $ 6,110                   |
| 30 |    Other Taxes                                               |                      |                           |
| 31 | Other Cash Outflows:                                         |                      |                           |
| 32 |    Auto Expenses                                             | $ 1,595              | $ 2,310                   |
| 33 |    Bank Fees                                                 | $ 51                 | $ 281                     |
| 34 |    Childcare                                                 |                      | $ 120                     |
| 35 |    Clothing                                                  | $ 423                | $ 515                     |
| 36 |    Dining & Entertainment                                    | $ 568                | $ 1,287                   |
| 37 |    Groceries                                                 | $ 972                | $ 1,547                   |
| 38 |    Household Supplies & Furnishings                          | $ 268                | $ 1,428                   |
| 39 |    Interest Expense                                          | $ 21                 | $ 21                      |
| 40 |    Legal Fees & Bankruptcy Fees                              | $ 397                | $ 722                     |
| 41 |    Medical                                                   | $ 276                | $ 592                     |
| 42 |    Office Expenses                                           | $ 400                | $ 400                     |
| 43 |    Personal                                                  | $ 317                | $ 970                     |
| 44 |    Repairs & Maintenance                                     | $ 722                | $ 1,904                   |
| 45 |    School & Activities (children)                            | $ 796                | $ 1,377                   |
| 46 |    Travel                                                    |                      | $ 189                     |
| 47 |    Utilities                                                 | $ 1,324              | $ 3,290                   |
| 48 |    Transfers between accounts                                |                      | $ 49,653                  |
| 49 |    Miscellaneous                                             | $ 516                | $ 485                     |
| 50 |    **Total Cash Disbursements:**                             | $ 12,437             | $ 86,898                  |
| 51 | **Net Increase (Decrease) in Cash**                          | $ 6,046              | $ 21,398                  |
| 52 | **Cash Balance, Beginning of Period**                        | $ 43,947             | $ 28,595                  |
| 53 | **Cash Balance, End of Period**                              | $ 49,993             | $ 49,993                  |

## Check Register
Marc Randazza

| Key | Date | Month | Account | Check # | Payee | Category | Deposits | Checks/ Purchases | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  | BOA 0887 |  | Balance 10/31/15 |  |  |  | 3,903.91 |
| 125 | 11/16/15 | 11-15 | BOA 0887 |  | Amazon | Clothing | 32.27 |  | 3,936.18 |
| 126 | 11/16/15 | 11-15 | BOA 0887 |  | Amazon | Entertainment | 3.19 |  | 3,939.37 |
| 127 | 11/16/15 | 11-15 | BOA 0887 |  | Amazon | Clothing |  | 5.74 | 3,933.63 |
| 128 | 11/25/15 | 11-15 | BOA 0887 |  | Amazon | Miscellaneous |  | 8.81 | 3,924.82 |
| 129 | 11/25/15 | 11-15 | BOA 0887 |  | Amazon | Miscellaneous |  | 9.24 | 3,915.58 |
| 130 | 11/25/15 | 11-15 | BOA 0887 |  | Amazon | Miscellaneous |  | 5.19 | 3,910.39 |
| 131 | 11/27/15 | 11-15 | BOA 0887 |  | Amazon | Miscellaneous |  | 8.81 | $ 3,901.58 |
|  |  |  | TD 4809 |  | Balance 10/31/15 |  | 3,660.04 |  | 3,660.04 |
| 132 | 11/30/15 | 11-15 | TD 4809 |  | Bank Fees | Bank Fees |  | 22.40 | $ 3,637.64 |
|  |  |  | USB 6280 |  | Balance 10/31/15 |  |  |  | 36,382.09 |
| 153 | 11/02/15 | 11-15 | USB 6280 |  | Target | Household Supplies |  | 63.31 | 36,318.78 |
| 154 | 11/02/15 | 11-15 | USB 6280 |  | Nevada Power Company | Utilities |  | 790.37 | 35,528.41 |
| 136 | 11/03/15 | 11-15 | USB 6280 |  | AMEX | See Below |  | 3,670.25 | 31,858.16 |
| 146 | 11/03/15 | 11-15 | USB 6280 | 2066 | Air Pro Master | Repairs & Maintenance |  | 60.00 | 31,798.16 |
| 147 | 11/03/15 | 11-15 | USB 6280 | 2067 | US Trustee | Bankruptcy Fees |  | 325.00 | 31,473.16 |
| 133 | 11/04/15 | 11-15 | USB 6280 |  | Deposit | Miscellaneous | 5.00 |  | 31,478.16 |
| 148 | 11/04/15 | 11-15 | USB 6280 | 2069 | Jennifer Randazza | Office Expenses |  | 400.00 | 31,078.16 |
| 137 | 11/05/15 | 11-15 | USB 6280 |  | Withdrawal | Miscellaneous |  | 323.35 | 30,754.81 |
| 151 | 11/09/15 | 11-15 | USB 6280 |  | Sams Club | Groceries |  | 96.21 | 30,658.60 |
| 142 | 11/10/15 | 11-15 | USB 6280 | 2006 | Smiths | Groceries |  | 148.46 | 30,510.14 |
| 138 | 11/12/15 | 11-15 | USB 6280 |  | Toyota | Auto: Lease |  | 1,339.65 | 29,170.49 |
| 149 | 11/12/15 | 11-15 | USB 6280 | 2091 | Oswallo Salguero | Repairs & Maintenance |  | 160.00 | 29,010.49 |
| 134 | 11/13/15 | 11-15 | USB 6280 |  | Deposit Randazza Legal Group | Payroll | 12,435.33 |  | 41,445.82 |
| 143 | 11/13/15 | 11-15 | USB 6280 | 2009 | Sparks Family Medicine | Medical |  | 150.00 | 41,295.82 |
| 139 | 11/16/15 | 11-15 | USB 6280 |  | Southwest Gas | Utilities |  | 79.12 | 41,216.70 |
| 152 | 11/16/15 | 11-15 | USB 6280 |  | Affordable Dental | Medical |  | 76.00 | 41,140.70 |
| 145 | 11/19/15 | 11-15 | USB 6280 | 2011 | Nevada Ballet Theater | Activities |  | 270.00 | 40,870.70 |
| 140 | 11/20/15 | 11-15 | USB 6280 |  | SLS | Mortgage Payment |  | 3,791.09 | 37,079.61 |
| 150 | 11/20/15 | 11-15 | USB 6280 | 2092 | Joel Rivera | Repairs & Maintenance |  | 230.00 | 36,849.61 |
| 135 | 11/23/15 | 11-15 | USB 6280 |  | Interest Paid | Interest Income | 0.60 |  | 36,850.21 |
| 141 | 11/23/15 | 11-15 | USB 6280 |  | Check Images Returned | Bank Fees |  | 2.00 | 36,848.21 |
| 144 | 11/23/15 | 11-15 | USB 6280 | 2010 | Water District | Utilities |  | 454.40 | 36,393.81 |
| 155 | 11/23/15 | 11-15 | USB 6280 |  | Monthly Maintenance Fee | Bank Fees |  | 19.95 | 36,373.86 |
| 156 | 11/23/15 | 11-15 | USB 6280 |  | Monthly Maintenance Fee | Bank Fees | 19.95 |  | 36,393.81 |
| 157 | 11/30/15 | 11-15 | USB 6280 |  | Deposit Randazza Legal Group | Payroll | 6,047.22 |  | 42,441.03 |
| 158 | 11/30/15 | 11-15 | USB 6280 |  | Amazon | Miscellaneous | 12.40 |  | $ 42,453.43 |
| 159 | 11/03/15 | 11-15 | J AMEX |  | Shantel Gauna | Personal |  | 210.00 |  |
| 160 | 11/03/15 | 11-15 | J AMEX |  | Lowes | Repairs & Maintenance |  | 3.22 |  |
| 161 | 11/03/15 | 11-15 | J AMEX |  | Sprouts Farmers Market | Groceries |  | 57.52 |  |
| 162 | 11/03/15 | 11-15 | J AMEX |  | LV Soccer Academy | Activities |  | 100.00 |  |
| 163 | 11/03/15 | 11-15 | J AMEX |  | David Wongs Pan Asia | Dining |  | 12.76 |  |
| 164 | 11/03/15 | 11-15 | J AMEX |  | Amazon | Entertainment |  | 9.95 |  |
| 165 | 11/03/15 | 11-15 | J AMEX |  | Pitney Bowes | Entertainment |  | 16.32 |  |
| 166 | 11/03/15 | 11-15 | J AMEX |  | Paypal Stevewood | Entertainment |  | 91.09 |  |
| 167 | 11/03/15 | 11-15 | J AMEX |  | Walgreens | Medical |  | 15.00 |  |
| 168 | 11/03/15 | 11-15 | J AMEX |  | Sprouts Farmers Market | Groceries |  | 122.67 |  |
| 169 | 11/03/15 | 11-15 | J AMEX |  | Royal Blue Pools | Repairs & Maintenance |  | 245.00 |  |
| 170 | 11/03/15 | 11-15 | J AMEX |  | Chevron Terrible | Auto: Fuel |  | 57.07 |  |
| 171 | 11/03/15 | 11-15 | J AMEX |  | In N Out Burger | Dining |  | 17.30 |  |
| 172 | 11/03/15 | 11-15 | J AMEX |  | White House Blk Mkt | Clothing |  | 174.50 |  |
| 173 | 11/03/15 | 11-15 | J AMEX |  | Oriental Trading | School |  | 52.76 |  |
| 174 | 11/03/15 | 11-15 | J AMEX |  | Natalie Levy | Personal |  | 20.00 |  |
| 175 | 11/03/15 | 11-15 | J AMEX |  | TJ Maxx | Household Supplies |  | 14.03 |  |
| 176 | 11/03/15 | 11-15 | J AMEX |  | LV Soccer Academy | Activities |  | 100.00 |  |
| 177 | 11/03/15 | 11-15 | J AMEX |  | Chevron Terrible | Auto: Fuel |  | 48.50 |  |
| 178 | 11/03/15 | 11-15 | J AMEX |  | Marshalls | Clothing |  | 49.22 |  |
| 179 | 11/03/15 | 11-15 | J AMEX |  | Sprouts Farmers Market | Groceries |  | 127.05 |  |
| 180 | 11/03/15 | 11-15 | J AMEX |  | Sprouts Farmers Market | Groceries |  | 22.76 |  |
| 181 | 11/03/15 | 11-15 | J AMEX |  | Zappos | Clothing |  | 21.62 |  |
| 182 | 11/03/15 | 11-15 | J AMEX |  | LV Soccer Academy | Activities |  | 50.00 |  |
| 183 | 11/03/15 | 11-15 | J AMEX |  | In N Out Burger | Dining |  | 17.19 |  |
| 184 | 11/03/15 | 11-15 | J AMEX |  | Picture It | Miscellaneous |  | 72.66 |  |

**Check Register**
Marc Randazza

| Key | Date | Month | Account | Check # | Payee | Category | Deposits | Checks/ Purchases | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 185 | 11/03/15 | 11-15 | J AMEX | | Shell Oil | Auto: Fuel | | 46.30 | |
| 186 | 11/03/15 | 11-15 | J AMEX | | Costco | Groceries | | 193.42 | |
| 187 | 11/03/15 | 11-15 | J AMEX | | Amazon | Miscellaneous | | 4.14 | |
| 188 | 11/03/15 | 11-15 | J AMEX | | Amazon | Entertainment | | 71.00 | |
| 189 | 11/03/15 | 11-15 | J AMEX | | Polished Nails | Personal | | 71.00 | |
| 190 | 11/03/15 | 11-15 | J AMEX | | Eldorodo Cleaners | Miscellaneous | | 18.50 | |
| 191 | 11/03/15 | 11-15 | J AMEX | | Liquidation Center | Household Supplies | | 20.54 | |
| 192 | 11/03/15 | 11-15 | J AMEX | | Amazon | Entertainment | | 8.99 | |
| 193 | 11/03/15 | 11-15 | J AMEX | | Sprouts Farmers Market | Groceries | | 90.60 | |
| 194 | 11/03/15 | 11-15 | J AMEX | | Teavana | Groceries | | 109.10 | |
| 195 | 11/03/15 | 11-15 | J AMEX | | Fashion Show | Personal | | 15.68 | |
| 196 | 11/03/15 | 11-15 | J AMEX | | Chevron Terrible | Auto: Fuel | | 57.36 | |
| 197 | 11/03/15 | 11-15 | J AMEX | | Amazon | Entertainment | | 14.99 | |
| 198 | 11/03/15 | 11-15 | J AMEX | | Paypal Pcorleybell | Medical | | 34.95 | |
| 199 | 11/03/15 | 11-15 | J AMEX | | Late Payment Fee | Bank Fees | | 27.00 | |
| 200 | 11/03/15 | 11-15 | J AMEX | | Interest | Interest Expense | | 21.04 | |
| 201 | 11/03/15 | 11-15 | J AMEX | | Lowes | Repairs & Maintenance | | 23.74 | |
| 202 | 11/03/15 | 11-15 | J AMEX | | Costco | Groceries | | 4.59 | |
| 203 | 11/03/15 | 11-15 | J AMEX | | LV Soccer Academy | Activities | | 50.00 | |
| 204 | 11/03/15 | 11-15 | J AMEX | | LV Soccer Academy | Activities | | 50.00 | |
| 205 | 11/03/15 | 11-15 | J AMEX | | LifeTimeFitness | Entertainment | | 220.25 | |
| 206 | 11/03/15 | 11-15 | J AMEX | | Williams Sonoma | Household Supplies | | 91.78 | |
| 207 | 11/03/15 | 11-15 | J AMEX | | Amazon | Entertainment | | 40.95 | |
| 208 | 11/03/15 | 11-15 | J AMEX | | PayPal Jamiladari | Miscellaneous | | 32.74 | |
| 209 | 11/03/15 | 11-15 | J AMEX | | White House Blk Mkt | Clothing | | 35.93 | |
| 210 | 11/03/15 | 11-15 | J AMEX | | Oriental Trading | School | | 122.86 | |
| 211 | 11/03/15 | 11-15 | J AMEX | | Zulily | Clothing | | 24.04 | |
| 212 | 11/03/15 | 11-15 | J AMEX | | AG Boutique | Clothing | | 77.83 | |
| 213 | 11/03/15 | 11-15 | J AMEX | | David Wongs Pan Asia | Dining | | 11.67 | |
| 214 | 11/03/15 | 11-15 | J AMEX | | In N Out Burger | Dining | | 17.19 | |
| 215 | 11/03/15 | 11-15 | J AMEX | | Chevron Terrible | Auto: Fuel | | 45.70 | |
| 216 | 11/03/15 | 11-15 | J AMEX | | Buy Seasons | Clothing | | 66.09 | |
| 217 | 11/03/15 | 11-15 | J AMEX | | Amazon | Entertainment | | 21.99 | |
| 218 | 11/03/15 | 11-15 | J AMEX | | Boyd Law | Legal Fees | | 71.62 | |
| 219 | 11/03/15 | 11-15 | J AMEX | | RC Willey | Furnishings | | 77.62 | |
| 220 | 11/03/15 | 11-15 | J AMEX | | Reconcile | Miscellaneous | | 50.86 | |
| | | | | | TOTAL CREDIT CARD CHARGES | | | $ 3,670.25 | |

**Bank of America** — Online Banking

# Regular Checking - 0887: Account Activity

Balance Summary: $3,890.23 (available as of today 12/10/2015)
View: today 12/10/2015

Print

## All Transactions

| Date | Description | Status | $Amount | $Available Balance |
|---|---|---|---|---|
| Amount included in Available Balance | | | | |
| 11/27/2015 | CHECKCARD 1125 AMAZON.COM AMZN.COM/BIL AMZN.COM/BILLWA 24431065329083710732548 | C | -8.81 | 3,901.58 |
| 11/25/2015 | CHECKCARD 1125 Amazon.com AMZN.COM/BILLWA 24692165329000310845928 | C | -5.19 | 3,910.39 |
| 11/25/2015 | CHECKCARD 1125 Amazon.com AMZN.COM/BILLWA 24692165329000310840135 | C | -9.24 | 3,915.58 |
| 11/25/2015 | CHECKCARD 1125 AMAZON.COM AMZN.COM/BIL AMZN.COM/BILLWA 24431065329083705704924 | C | -8.81 | 3,924.82 |
| Statement as of 11/24/2015 | | | | |
| 11/16/2015 | CHECKCARD 1114 Amazon.com AMZN.COM/BILLWA 24692165318000768533417 | C | -5.74 | 3,933.63 |
| 11/16/2015 | CHECKCARD 1114 Amazon.com AMZN.COM/BILLWA 74692165318000656513575 | C | 3.19 | 3,939.37 |
| 11/16/2015 | CHECKCARD 1114 AMAZON.COM AMZN.COM/BIL AMZN.COM/BILLWA 74431065318083003509171 | C | 32.27 | 3,936.18 |
| Statement as of 10/27/2015 | | | | |

**TD Bank x4809**

|  |  | CAD | USD | Rate |
|---|---|---:|---:|---:|
| 10/31/15 | Balance per schedule | 4,808.90 | 3,660.05 | 0.761 |
| 11/30/15 | Bank Fees | (29.95) | (22.40) | 0.748 |
|  |  |  | **$ 3,637.65** |  |

TD Home    Apply        MARC JOHN

# Account Activity

Account: TD ALL-INCLUSIVE BANKING PLAN -    4809 $4,806.55

View: Last 10 Days

**Current Balance**       **Overdraft Limit**        Apply for Overdraft Protection        Direct deposi

$4,806.55                 **Available Balance**      $4,806.55

Balance Date: Dec 10, 2015

| Date ↑ | Transaction Description | Withdrawals | Deposits |
|---|---|---|---|
| Nov 30, 2015 | MONTHLY ACCOUNT FEE | 29.95 | |
| | Total : | $29.95 | $0.00 |

Select Download Format    [ Download ]

All transactions to the close of the previous BUSINESS day will be downloaded.    View supported versions of the sof

Legal Notes

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

7111    IMG                          X    ST01

6280
Statement Period:
Oct 23, 2015
through
Nov 23, 2015

Page 1 of 5



000007207  1 AV  0.391  106481283668175 P
ESTATE OF MARC J RANDAZZA
DEBTOR IN POSSESSION
BANKRUPTCY CASE #15-14956-ABL
10955 IRIS CANYON LN
LAS VEGAS NV  89135-1720

| | To Contact U.S. Bank |
|---|---|
| By Phone: | 1-800-US BANKS |
| | (1-800-872-2657) |
| Telecommunications Device for the Deaf: | 1-800-685-5065 |
| Internet: | usbank.com |

## NEWS FOR YOU

**Expedited Delivery Options for Payments and Transfers**
When time is of the essence, you can trust the expedited delivery options[1] in U.S. Bank Online and Mobile Banking to get your money there on time.

- **Paying bills** - Express Delivery gets the money there on the same day or overnight, depending on when you submit the transaction.
- **Sending money** - Choose Instant[2] or Next-Day Delivery when the need is urgent. All you need is the recipient's email address, mobile phone number or account information.
- **External transfers**[2] (Online Banking only) - Next-Day Delivery is available for inbound transfers to a U.S. Bank account from accounts elsewhere.

[1] Fees apply for expedited delivery options in Bill Pay, Pay A Person and Transfers. Some mobile features may require additional online setup. Any fees for optional transactions will be identified during registration for these services and during their use.
[2] Eligibility requirements apply. Please see the Online and Mobile Financial Services Agreement for more information.

## INFORMATION YOU SHOULD KNOW

Effective November 23rd 2015 updates will be made to "Your Deposit Account Agreement" booklet and the "Consumer Pricing Information" booklet. The changes are slight, but may affect your rights. As of November 23rd 2015 you may pick up copies at your local branch, view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy. Please see the Additional Information Section of this statement message for the main updates that were made to "Your Deposit Account Agreement" booklet and the "Consumer Pricing Information" booklet.

## U.S. BANK PLATINUM CHECKING                                         Member FDIC
U.S. Bank National Association                                        Account Number    6280

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Oct 23 | $ | 30,737.80 | Annual Percentage Yield Earned | 0.01% |
| Deposits / Credits | | 18,563.14 | Interest Earned this Period $ | 0.60 |
| Other Withdrawals | | 9,205.46 - | Interest Paid this Year $ | 1.01 |
| Checks Paid | | 3,701.67 - | Number of Days in Statement Period | 32 |
| | | | Customer Segment | Military |
| Ending Balance on Nov 23, 2015 | $ | 36,393.81 | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 30 | Electronic Deposit<br>REF=15302009022560 N | From RANDAZZA LEGAL G<br>DIRECT DEP9111111101 | $ | 6,122.21 |
| Nov 4 | Deposit | | 8655638487 | 5.00 |
| Nov 13 | Electronic Deposit<br>REF=15316019310357 N | From RANDAZZA LEGAL G<br>DIRECT DEP9111111101 | | 12,435.33 |
| Nov 23 | Interest Paid | | 2300003309 | 0.60 |
| | | Total Deposits / Credits | $ | 18,563.14 |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Nov 3 | Electronic Withdrawal<br>REF=15307010802373 N | To AMEX EPayment<br>0005000008ACH PMT  W7666 | $ | 3,670.25- |
| Nov 5 | Customer Withdrawal | | 8955214222 | 323.35- |

BANKRUPTCY CASE #15-14956-ABL
10555 IRIS CANYON LN
LAS VEGAS NV  89135-1720



6280

Statement Period:
Oct 23, 2015
through
Nov 23, 2015

Page 2 of 5

## S. BANK PLATINUM CHECKING (CONTINUED)

Bank National Association

Account Number               6280

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Nov 12 | Electronic Withdrawal REF=15316009385557 N | From TOYOTA Pay TFS  9200602022 | | 1,339.65- |
| Nov 16 | Electronic Withdrawal REF=15317002510922 N | From SOUTHWEST GAS APP    4880085720 | | 79.12- |
| Nov 20 | Electronic Withdrawal REF=15324010338555 N | To SLS 9500000000ONLINE PMTUSB756138224POS | | 3,791.09- |
| Nov 23 | Fee | Check Images Returned in Statement | 2300003310 | 2.00- |
| | | **Total Other Withdrawals** | **$** | **9,205.46-** |

| | Total for Statement Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees | $ 0.00 | $ 36.00 |
| Total Overdraft Fees | $ 0.00 | $ 0.00 |
| TOTAL | $ 0.00 | $ 36.00 |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 06 | Nov 10 | 8355937397 | 148.46 | 2067 | Nov 3 | 8356066276 | 325.00 |
| 09* | Nov 13 | 9256207176 | 150.00 | 2068 | Oct 28 | 8653932569 | 200.00 |
| 10 | Nov 23 | 8056854230 | 454.40 | 2069 | Nov 4 | 8654209843 | 400.00 |
| 11 | Nov 19 | 8953669467 | 270.00 | 2091* | Nov 12 | 8955731665 | 160.00 |
| 41* | Oct 30 | 9254134372 | 138.95 | 2092 | Nov 20 | 9255308783 | 230.00 |
| 66* | Nov 3 | 8356213527 | 60.00 | | | | |

\* Gap in check sequence

Conventional Checks Paid (11)    $    2,536.81-

### Checks Presented Electronically

| Check | Date | Ref Number | Amount | Description of Transaction | Payee |
|---|---|---|---|---|---|
| 05 | Nov 9 | | 96.21 | PURCHASE   LASV NV | SAMS CLUB STORES |
| 07* | Nov 16 | | 76.00 | PURCHASE   LASV NV | AFFORDABLE DENTA |
| 39* | Oct 23 | | 27.00 | BOCTrans | Bartolo |
| 40 | Oct 23 | | 27.00 | BOCTrans | Bartolo |
| 43* | Nov 2 | | 63.31 | PURCHASE | TARGET T1524 |
| 63* | Nov 2 | | 790.37 | CHECKPAYMT | NEVADA POWER COM |
| 64 | Oct 30 | | 84.97 | CHECK PYMT | Southwest Gas Co |

\* Gap in check sequence

Electronic Checks Paid (7)    $    1,164.86-

Total Checks Paid    $    3,701.67-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Oct 23 | 30,683.80 | Nov 4 | 31,078.16 | Nov 13 | 41,295.82 |
| Oct 28 | 30,483.80 | Nov 5 | 30,754.81 | Nov 16 | 41,140.70 |
| Oct 30 | 36,382.09 | Nov 9 | 30,658.60 | Nov 19 | 40,870.70 |
| Nov 2 | 35,528.41 | Nov 10 | 30,510.14 | Nov 20 | 36,849.61 |
| Nov 3 | 31,473.16 | Nov 12 | 29,010.49 | Nov 23 | 36,393.81 |

Balances only appear for days reflecting change.

### ADDITIONAL INFORMATION

Effective November 23rd 2015 the main updates to note in the revised **"Your Deposit Account Agreement"** booklet sections, and sub sections, include:

- TDD number
- Fraud URL correction



# Transaction History

**Platform Package Checking**
Account ending in 6280

Date Printed: 12/02/15
Printed By: JSELKHO
Page 1 of 1

| ACCOUNT BALANCE | AVAILABLE BALANCE |
|---|---|
| $42,453.43 | $42,453.43 |

| Post Date Trans Time | Trace ID/Ref Num | Description | Check # | Debit | Credit | Account Balance | Available Balance | Unavailable Funds |
|---|---|---|---|---|---|---|---|---|
| 11-30-15 11:30:00 AM | 74692165332000167501 | 112815CHEXTRA AMAZON MKTPLACE AMZN.COM/B | | $0.00 | $12.40 | $42,453.43 | $42,453.43 | |
| 11-30-15 01:14:00 AM | 15331011093672 | 151130DIRECT DEP9111111101 591023481507 | | $0.00 | $6,047.22 | $42,441.03 | $42,441.03 | |
| 11-23-15 01:03:00 AM | -115112300003310 | CHECK IMAGES RETURN FEE | | $2.00 | $0.00 | $36,393.81 | $36,393.81 | |
| 11-23-15 01:03:00 AM | -115112300003309 | INTEREST PAYMENT GENERATED (INT BEARING) | | $0.00 | $0.60 | $36,395.81 | $36,395.81 | |
| 11-23-15 05:57:00 AM | | MONTHLY MAINTENANCE FEE WAIVED | | $0.00 | $19.95 | $36,395.21 | $36,395.21 | |
| 11-23-15 05:57:00 AM | | MONTHLY MAINTENANCE FEE | | $19.95 | $0.00 | $36,375.26 | $36,375.26 | |
| 11-23-15 12:23:00 AM | 22718056854230 | CUSTOMER CHECK | 2010 | $454.40 | $0.00 | $36,395.21 | $36,395.21 | |

This is informational only. It does not constitute your official statement.

All of us serving you™    Page 1 of 1    Form TRHIST 092012

U.S. Bank



**Platinum Delta SkyMiles® Credit Card**

CATHY S BROCHEY
Closing Date 10/23/15



p. 3/6

Account Ending 6-41008

Because your payment was received late, you may have forfeited SkyMiles® earned by using your Card. Please call the number on the back of your Card or log on to your account at www.americanexpress.com for more information or to reinstate rewards. There is a $35.00 fee for each month of rewards you want to reinstate.

## New Charges

### Summary

| | Total |
|---|---|
| JENNIFER RANDAZZA 6-41016 | $2,484.77 |
| **Total New Charges** | **$2,484.77** |

### Detail

**JENNIFER RANDAZZA**
Card Ending 6-41016

| Date | Description | | Foreign Spend | Amount |
|---|---|---|---|---|
| 09/25/15 | SHANTEL GAUNA, PLATILas Vegas squareup.com/receipts | NV  *personal* | | $210.00 |
| 09/26/15 | LOWE'S OF W. SUMMERLLAS VEGAS 702-352-2510 | NV  *household* | | $3.22 |
| 09/26/15 | SPROUTS FARMERS MKT#LAS VEGAS 9999999999 | NV  *groceries* | | $57.52 |
| 10/01/15 | LV SOCCER ACADEMY 10LAS VEGAS 702-878-3644 | NV  *soccer lessons* | | $100.00 |
| 10/01/15 | DAVID WONGS PAN ASIALAS VEGAS RESTAURANT | NV  *food* | | $12.76 |
| 10/02/15 | AMAZON MKTPLACE PMTSAMZN.COM/BILL BOOK STORES | WA  *Book* | | $9.95 |
| 10/02/15 | PAYPAL *PITNEYBOWES*HATFIELD 4029357733 | GB  *kid DVD* | 10.75 Pounds Sterling | $16.32 |
| 10/02/15 | PAYPAL *STEVEWOOD20 4029357733 HTTP://WWW.PAYPAL.COM | GB  *Kid DVDs* | 60.00 Pounds Sterling | $91.09 |
| 10/02/15 | WALGREENS #4137 0000LAS VEGAS 8002892273 Description REFER TO RECEIPT | NV  *medical* | | $15.00 |
| 10/04/15 | SPROUTS FARMERS MKT#LAS VEGAS 9999999999 | NV  *groceries* | | $122.67 |
| 10/05/15 | ROYAL BLUE POOLS LLCLAS VEGAS 702-575-8070 Description MISC PERSONAL SERVI | NV  *pool maintenance* | | $245.00 |
| 10/06/15 | CHEVRON TERRIBLE HERLAS VEGAS 7023604794 Description        Price FUEL/MISCELLANEOUS  $57.07 001 UNL REG | NV  *gas* | | $57.07 |

### Detail Continued

| Date | Description | | Foreign Spend | Amount |
|---|---|---|---|---|
| 10/07/15 | IN-N-OUT BURGER #104 LAS VEGAS  NV<br>8007861000<br>Description<br>RESTAURANT CHARGES | food | | $17.30 |
| 10/07/15 | WHITE HOUSE BLK MKT FORT MYERS  FL<br>8888514986<br>Description<br>Clothing & Accessor | clothing | | $174.50 |
| 10/07/15 | ORIENTAL TRADING CO 800-228-0475  NE<br>67375256201 891351 | school supplies | | $52.76 |
| 10/08/15 | NATALIE LEVY  Spring Valley  NV<br>squareup.com/receipts | kids haircut | | $20.00 |
| 10/08/15 | TJ MAXX  LAS VEGAS  NV<br>8009266299<br>GENERAL MDSE | household | | $14.03 |
| 10/09/15 | LV SOCCER ACADEMY 10 LAS VEGAS  NV<br>702-878-3644 | lessons | | $100.00 |
| 10/09/15 | CHEVRON TERRIBLE HER LAS VEGAS  NV<br>7023604794<br>Description          Price<br>FUEL/MISCELLANEOUS    $48.50<br>001 UNL REG | gas | | $48.50 |
| 10/09/15 | MARSHALLS #1024 00008886277425<br>8886277425<br>GENERAL MDSE | clothing | | $49.22 |
| 10/10/15 | SPROUTS FARMERS MKT# LAS VEGAS  NV<br>9999999999 | groceries | | $127.05 |
| 10/11/15 | SPROUTS FARMERS MKT# LAS VEGAS  NV<br>9999999999 | groceries | | $22.76 |
| 10/12/15 | ZAP*6PM.COM  888-676-2660  NV<br>FOOTWEAR | kids shoes | | $21.62 |
| 10/14/15 | LV SOCCER ACADEMY 10 LAS VEGAS  NV<br>702-878-3644 | soccer lessons | | $50.00 |
| 10/14/15 | IN-N-OUT BURGER #104 LAS VEGAS  NV<br>8007861000<br>Description<br>RESTAURANT CHARGES | food | | $17.19 |
| 10/14/15 | PICTURE IT ON CANVAS POWAY  CA<br>858-679-1200<br>Description<br>ON-BOARD CRUISE SHO | photos | | $72.66 |
| 10/15/15 | SHELL OIL 5744181460 LAS VEGAS  NV<br>AUTO FUEL DISPENSER | gas | | $46.30 |
| 10/15/15 | COSTCO WHOLESALE  LAS VEGAS  NV<br>7023522050 | groceries/household | | $193.42 |
| 10/16/15 | AMAZON MKTPLACE PMTS AMZN.COM/BILL  WA<br>BOOK STORES | book | | $4.14 |
| 10/16/15 | AMAZON MKTPLACE PMTS AMZN.COM/BILL  WA<br>BOOK STORES | household | | $71.00 |

**AMERICAN EXPRESS**

Platinum Delta SkyMiles® Credit Card

**▲ DELTA**

p. 5/6

CATHY S BROCHEY
Closing Date 10/23/15

Account Ending 6-41008

## Detail Continued

| Date | Description | | Foreign Spend | Amount |
|---|---|---|---|---|
| 10/16/15 | POLISHED NAILS AND 5 LAS VEGAS    NV<br>7024789112<br>Description         Price<br>BEAUTY SHOPS AND BA    $71.00 | *personal* | | $71.00 |
| 10/16/15 | ELDORADO CLEANERS 00 LAS VEGAS    NV<br>DRY CLEANER | *drycleaning* | | $18.50 |
| 10/16/15 | LIQUIDATION CENTER 0 LAS VEGAS    NV<br>702-338-6073<br>Description<br>SPECIALTY RETAIL | *household* | | $20.54 |
| 10/17/15 | AMAZON MKTPLACE PMTS AMZN.COM/BILL    WA<br>BOOK STORES | *Book* | | $8.99 |
| 10/17/15 | SPROUTS FARMERS MKT# LAS VEGAS    NV<br>9999999999 | *groceries* | | $90.60 |
| 10/17/15 | TEAVANA 009    LAS VEGAS    NV<br>MISC FOOD STORE | *grocery* | | $109.11 |
| 10/17/15 | FASHION SHOW    LAS VEGAS    NV<br>702-737-1198 | *personal* | | $15.68 |
| 10/20/15 | CHEVRON TERRIBLE HER LAS VEGAS    NV<br>7023604794<br>Description         Price<br>FUEL/MISCELLANEOUS    $57.36<br>001 UNL REG | *gas* | | $57.36 |
| 10/21/15 | AMAZON MKTPLACE PMTS AMZN.COM/BILL    WA<br>BOOK STORES | *Book* | | $14.99 |
| 10/22/15 | PAYPAL *PCORLEYBELL 4029357733    CA<br>402-935-7733<br>Description<br>PROFESSIONAL SERVIC | *prescription Kids sports glasses* | | $34.95 |

## Fees

| | | | Amount |
|---|---|---|---|
| 10/18/15 | CATHY S BROCHEY | Late Payment Fee | $27.00 |
| **Total Fees for this Period** | | | **$27.00** |

## Interest Charged

| | | Amount |
|---|---|---|
| 10/23/15 | Interest Charge on Purchases | $21.04 |
| **Total Interest Charged for this Period** | | **$21.04** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest." Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.



Transaction Details Prepared for Jennifer Randazza Account Number XXXX-XXXXXX-41016
**Platinum Delta SkyMiles® / October 24, 2015 to November 23, 2015**

Cancel  Print

Spend By: Category

- Category
- Merchant
  Transaction Type

| Date | Description | Amount |
|---|---|---|
| Nov 3 2015 Nov3 | | |
| Nov 3 2015 Nov3 | LOWE'S OF SUMMERLIN,LAS VEGAS | $23.74 |
| Nov 2 2015 Nov2 | COSTCO WHOLESALE LAS VEGAS NV | $4.59 |
| Nov 2 2015 Nov2 * | ONLINE PAYMENT - THANK YOU | -$3,670.25 |
| Nov 1 2015 Nov1 | LV SOCCER ACADEMY 10LAS VEGAS NV | $50.00 |
| Nov 1 2015 Nov1 | LV SOCCER ACADEMY 10LAS VEGAS NV | $50.00 |
| Nov 1 2015 Nov1 | LifeTimeFitness.COM 888-430-6432 MN | $220.25 |
| Nov 1 2015 Nov1 | WILLIAMS-SONOMA E-CO800-541-1262 CA | $91.78 |
| Oct 31 2015 Oct31 | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | $40.95 |
| Oct 31 2015 Oct31 | PAYPAL *JAMILADARI 4029357733 CA | $32.74 |
| Oct 31 2015 31 | WHITE HOUSE BLK MKT FORT MYERS FL | $35.93 |
| Oct 30 2015 Oct30 | PAYPAL *ORIENTALTRA 4029357733 NE | $122.86 |
| Oct 30 2015 Oct30 | WWW.ZULILY.COM (877)779-5615 WA | $24.04 |
| Oct 29 2015 | AG BOUTIQUE-LAS VEGALAS VEGAS | $77.83 |

| Date | Description | Amount |
|---|---|---|
| Oct 29 2015 Oct29 | NV | |
| Oct 29 2015 Oct29 | DAVID WONGS PAN ASIALAS VEGAS NV | $11.67 |
| Oct 28 2015 Oct28 | IN-N-OUT BURGER #104LAS VEGAS NV | $17.19 |
| Oct 27 2015 Oct27 | CHEVRON TERRIBLE HERLAS VEGAS NV | $45.70 |
| Oct 27 2015 Oct27 | PAYPAL *BUYSEASONSI 4029357733 WI | $66.09 |
| Oct 24 2015 Oct24 | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | $21.99 |
| Oct 23 2015 Oct23 | EB *BOYD LAW BLACK ASAN FRANCISCO CA | $71.62 |
| Oct 23 2015 Oct23 | RC WILLEY SUMMERLIN LAS VEGAS NV | $77.62 |