*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Liberty Media Holdings, LLC and Excelsior Media Corp.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☑ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order on Motion for Relief From Stay

2. State the date on which the judgment, order, or decree was entered: December 18, 2015

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Marc J. Randazza    Attorney: Matthew Zirzow & Zacharia Larson
   Larson & Zirzow
   810 S. Casino Center Blvd. #101
   Las Vegas, NV 89101
   (702) 382-1169

2. Party: Creditors    Attorney: Arthur Carvalho, Jr & Vaughn M. Greenwalt
   Liberty Media Holdings, LLC &    Lang, Hanigan & Carvalho, LLP
   Excelsior Media Corp.    21550 Oxnard Street, Suite 760
   Woodland Hills, CA 91367
   (818) 883-5644

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

S/ Vaughn M. Greenwalt
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: January 21, 2016

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Vaughn M. Greenwalt
Lang, Hanigan & Carvalho, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, CA 91367
(818) 883-5644

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.