1  WENDY MEDURA KRINCEK, ESQ., (Bar No. 6417)
   LITTLER MENDELSON, P.C.
2  3960 Howard Hughes Parkway
   Suite 300
3  Las Vegas, NV 89169-5937
   Tel: (702) 862-8800
4  Fax: (702) 862-8811

5  Arthur Carvalho, Jr. (Cal. Bar No. 125370)
   Vaughn M. Greenwalt (Cal. Bar. No. 298481)
6  LANG, HANIGAN & CARVALHO, LLP
   21550 Oxnard Street, Suite 760
7  Woodland Hills, CA 91367
   Tel: (818) 883-5644
8  Fax: (818) 704-9372
   *Appearing Pro Hac Vice*

9  Attorneys for Creditors,
   EXCELSIOR MEDIA CORP., and
10 LIBERTY MEDIA HOLDINGS, LLC

13              UNITED STATES BANKRUPTCY COURT

14                      DISTRICT OF NEVADA

| In re:<br><br>MARC JOHN RANDAZZA | Case No.: BK-S-15-14956-abl<br><br>Chapter 11<br><br>Date: February 24, 2016<br>Time: 1:30 p.m.<br>Courtroom 1 |
|---|---|

### NOTICE OF WITHDRAWAL OF MOTION AND REQUEST TO VACATE HEARING DATE

1

TO: ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Excelsior Media Corp., and Liberty Media Holdings, LLC ("E/L"), voluntarily withdraw their pleadings entitled: Motion to Extend Appeal Filing Deadline (the "Motion"), and request that the hearing now set for February 24, 2016 at 1:30 p.m., be vacated.

Dated: February 8, 2016         LANG, HANIGAN & CARVALHO, LLP


By: s/ Vaughn M. Greenwalt
Vaughn M. Greenwalt
Attorneys for Excelsior Media Corp., and
Liberty Media Holdings, LLC.