UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT

FILED

FEB 24 2016

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

In re: MARC JOHN RANDAZZA

Debtor

BAP No. NV-16-1014

LIBERTY MEDIA HOLDINGS, LLC;
EXCELSIOR MEDIA CORP.

Bankr. No. 15-14956
Chapter 11

Appellants

v.

February 24, 2016

MARC JOHN RANDAZZA

Appellee

## ORDER OF DISMISSAL

The parties' stipulation to dismiss this appeal is approved by the Bankruptcy Appellate Panel. Therefore, it is hereby **ORDERED** that the appeal is **DISMISSED** pursuant to Federal Rule of Bankruptcy Procedure 8023.

A certified copy of this order sent to the Bankruptcy Court shall constitute the mandate of the Panel.

Susan M Spraul, BAP Clerk

By: Edwina Clay, Deputy Clerk
Filed and entered: February 24, 2016

BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:
Susan M. Spraul, Clerk
by Deputy Clerk 2-24-2016

2016 FEB 24 PM 12: 17
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK
RECEIVED AND FILED