LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: BK-S-15-14956-abl |
| | Chapter 11 |
| MARC JOHN RANDAZZA | |
| Debtor. | |

**NOTICE OF CHANGE OF ADDRESS OF ATTORNEY**

LARSON & ZIRZOW, LLC, ZACHARIAH LARSON, ESQ., and MATTHEW C. ZIRZOW, ESQ. hereby give notice of the following change of their mailing address:

Old mailing address:  810 S. Casino Center Blvd. #101
                      Las Vegas, NV 89101

New mailing address:  850 E. Bonneville Ave.
                      Las Vegas, NV 89101

Date of the change:   March 1, 2016

Dated: March 10, 2016.

LARSON & ZIRZOW, LLC

By: /s/ Zachariah Larson
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

**CERTIFICATE OF SERVICE**

1. On March 10, 2016, I served the following document(s) (specify):

   *Notice of Change of Address of Attorney*

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply).*

   ☒    a.    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   OGONNA M. BROWN on behalf of Creditor CLAY DOUGLASS
   obrown@nevadafirm.com,
   apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

   ARTHUR CARVALHO, JR. on behalf of Creditor EXCELSIOR MEDIA CORP.
   acarvalho@lhcllp.com

   ARTHUR CARVALHO, JR. on behalf of Creditor LIBERTY MEDIA HOLDINGS, LLC
   acarvalho@lhcllp.com

   LINVEL J. COPPEDGE on behalf of Creditor BANK OF AMERICA NA
   l.joe.coppedge@wilsonelser.com, daniel.flores@wilsonelser.com

   VAUGHN MICHAEL GREENWALT on behalf of Creditor EXCELSIOR MEDIA CORP.
   vgreenwalt@lhcllp.com

   VAUGHN MICHAEL GREENWALT on behalf of Creditor LIBERTY MEDIA HOLDINGS, LLC
   vgreenwalt@lhcllp.com

   VAUGHN MICHAEL GREENWALT on behalf of Plaintiff EXCELSIOR MEDIA CORP.
   vgreenwalt@lhcllp.com

   VAUGHN MICHAEL GREENWALT on behalf of Plaintiff LIBERTY MEDIA HOLDINGS, LLC
   vgreenwalt@lhcllp.com

   ZACHARIAH LARSON on behalf of Debtor MARC JOHN RANDAZZA
   carey@lzlawnv.com,
   mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

   VERNON A NELSON, JR on behalf of Creditor BANK OF AMERICA NA
   vernon.nelson@wilsonelser.com,

LARSON & ZRIZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

2

lani.maile@wilsonelser.com;karissa.neff@wilsonelser.com;EfileLasVegas@wilsonelser.com;annemarie.gourley@wilsonelser.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

TIMOTHY R. WHEELER on behalf of Creditor BANK OF AMERICA NA
timothy.wheeler@wilsonelser.com, daniel.flores@wilsonelser.com

MATTHEW C. ZIRZOW on behalf of Debtor MARC JOHN RANDAZZA
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

☒     **b.**     **United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

L.JOE COPPEDGE on behalf of Creditor BANK OF AMERICA NA
WILSON ELSER
300 SOUTH 4TH STREET, 11TH FL
LAS VEGAS, NV 89101

CRYSTAL L COX
,

DANIEL F. FLORES on behalf of Creditor BANK OF AMERICA NA
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

VAUGHN M GREENWALT on behalf of Creditor EXCELSIOR MEDIA CORP.
21550 OXNARD STREET, SUITE 760
WOODLAND HILLS, CA 91367

VAUGHN M GREENWALT on behalf of Creditor LIBERTY MEDIA HOLDINGS, LLC
21550 OXNARD STREET, SUITE 760
WOODLAND HILLS, CA 91367

WENDY M KRINCEK on behalf of Creditor EXCELSIOR MEDIA CORP.
LITTLER MENDELSON
3960 HOWARD HUGHES PKWY, SUITE 300
LAS VEGAS, NV 89169

WENDY M KRINCEK on behalf of Creditor LIBERTY MEDIA HOLDINGS, LLC
LITTLER MENDELSON
3960 HOWARD HUGHES PKWY, SUITE 300
LAS VEGAS, NV 89169

**LARSON & ZRIZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

SEQUENCE INC.
310 EAST BUFFALO STREET
MILWAUKEE, WI 53202

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): March 10, 2016

| Carey Shurtliff | /s/ Carey Shurtliff |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

LARSON & ZRIZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169