# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: Marc John Randazza

Case No. 15-14956

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: Jan. 2016        PETITION DATE: 08/28/15

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $465,028 | $462,902 | |
| b. Total Assets | $1,987,547 | $1,985,421 | $1,853,614 |
| c. Current Liabilities | $28,110 | $23,424 | |
| d. Total Liabilities | $13,907,161 | $13,902,475 | $13,879,051 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $11,475 | $31,070 | $150,841 |
| b. Total Disbursements | $7,974 | $12,101 | $106,973 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $3,501 | $18,969 | $43,868 |
| d. Cash Balance Beginning of Month | $68,962 | $49,993 | $28,595 |
| e. Cash Balance End of Month (c + d) | $72,463 | $68,962 | $72,463 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $296,565 | $297,940 | |
| 6. Post-Petition Liabilities | $28,110 | $23,424 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

At the end of this reporting month:

| | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. Are a plan and disclosure statement on file? | | x |
| 14. Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes __x__ ;    U.S. Trustee Quarterly Fees __x__ ;    Check if filing is current for: Post-petition tax reporting and tax returns: __x__ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 3·14·16

_____
Responsible Individual

Revised 1/1/98

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended __Jan. 2016__

|  | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
|  | **Current Assets** |  |  |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $ 72,463 |
| 2 | Accounts receivable (net) (Brochey Note) |  | $ 296,565 |
| 3 | Retainer(s) paid to professionals |  | $ 94,000 |
| 4 | Other: Personal Belongings (clothing, glock) | x | $ 1,000 |
| 5 | Wedding Rings (unknown value) |  | $ - |
| 6 | Copyright/Trademark | x | $ 1,000 |
| 7 | **Total Current Assets** |  | $ 465,028 |
|  | **Long Term Assets (Market Value)** |  |  |
| 8 | Real Property (residential) | x | $ 875,000 |
| 9 | Real property (rental or commercial) |  |  |
| 10 | Furniture, Fixtures, and Equipment | x | $ 7,595 |
| 11 | Vehicles | x | $ 67,000 |
| 12 | Partnership interests - Magnolia Holding 19, LLC (unknown value) |  | $ - |
| 13 | Interest in corportations |  |  |
| 14 | Stocks and bonds |  |  |
| 15 | Interests in IRA, Keogh, other retirement plans | x | $ 526,495 |
| 16 | Other: Prepaid Tuition Programs | x | $ 46,429 |
| 17 | Randazza Legal Group, PLLC (unknown value) |  | $ - |
| 18 | Marc J. Randazza P.A. (unknown value) |  | $ - |
| 19 | Possible Child Support/Alimony (unknown value) |  | $ - |
| 20 | Pending Lawsuits Mayers, Cox, Excelsior (unkown value) |  | $ - |
| 21 | Possible Malpractice Claim (unknown value) |  | $ - |
| 22 | Misuraca Family Trust Revocable (unknown value) |  | $ - |
| 23 | Misuraca Family Trust Irrevocable (unknown value) |  | $ - |
| 24 | **Total Long Term Assets** |  | $ 1,522,519 |
| 25 | **Total Assets** |  | $ 1,987,547 |
|  | **Liabilities** |  |  |
|  | **Post-Petition Liabilities** |  |  |
|  | **Current Liabilities** |  |  |
| 26 | Post-petition not delinquent (under 30 days) |  |  |
| 27 | Post-petition delinquent other than taxes (over 30 days) |  |  |
| 28 | Post-petition delinquent taxes |  |  |
| 29 | Accrued professional fees |  | $ 28,110 |
| 30 | Other: |  |  |
| 31 |  |  |  |
| 32 | **Total Current Liabilities** |  | $ 28,110 |
| 33 | **Long-Term Post Petition Debt** |  |  |
| 34 | **Total Post-Petition Liabilities** |  | $ 28,110 |
|  | **Pre-Petition Liabilities (allowed amount)** |  |  |
| 35 | Secured claims (residence) |  | $ 372,869 |
| 36 | Secured claims (other) |  | $ 726,179 |
| 37 | Priority unsecured claims |  | $ 14,322 |
| 38 | General unsecured claims |  | $ 12,765,681 |
| 39 | **Total Pre-Petition Liabilities** |  | $ 13,879,051 |
| 40 | **Total Liabilities** |  | $ 13,907,161 |
|  | **Equity (Deficit)** |  |  |
| 41 | **Total Equity (Deficit)** |  | $ (11,919,614) |
| 42 | **Total Liabilities and Equity (Deficit)** |  | $ 1,987,547 |

NOTE:
Indicate the method used to estimate the market value of assets (e g , appraisals; familiarity with comparable market prices, etc ) and the date the value was determined

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
|   | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|   |   | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Bank of America | US Bank | TD Bank |
| 11 | Account No. | x0887 | x6280 | x4809 |
| 12 | Account Purpose | General Use | General Use | General Use |
| 13 | Balance, End of Month | $3,687 | $65,154 | $3,623 |
| 14 | Total Funds on Hand for all Accounts | $72,464 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
For the Month Ended December 31, 2015

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Payroll | $ 9,869 | $ 93,909 |
| 8 | Accounts Receivable | $ 1,375 | $ 3,435 |
| 9 | Other | $ 1 | $ 3,614 |
| 10 | Transfers between accounts | $ 230 | $ 49,883 |
| 11 | | | |
| 12 | Total Cash Receipts | $ 11,475 | $ 150,841 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | $ 2,114 |
| 16 | Principal Payments on Debt | $ 3,791 | $ 19,165 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 |    Personal Property | | |
| 19 |    Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 |    Salaries | | |
| 21 |    Draws | | |
| 22 |    Commissions/Royalties | | |
| 23 |    Expense Reimbursements | | |
| 24 |    Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 |    Employee Withholding | | |
| 28 |    Employer Payroll Taxes | | |
| 29 |    Real Property Taxes | | $ 6,110 |
| 30 |    Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 |    Auto Expenses | $ 3 | $ 3,534 |
| 33 |    Bank Fees | $ 58 | $ 1,005 |
| 34 |    Childcare | | $ 120 |
| 35 |    Clothing | | $ 781 |
| 36 |    Dining & Entertainment | $ 464 | $ 3,051 |
| 37 |    Groceries | $ 523 | $ 2,602 |
| 38 |    Household Supplies & Furnishings | $ 105 | $ 1,608 |
| 39 |    Interest Expense | $ 15 | $ 49 |
| 40 |    Legal Fees & Bankruptcy Fees | | $ 722 |
| 41 |    Medical | $ 163 | $ 1,341 |
| 42 |    Office Expenses | | $ 400 |
| 43 |    Personal | $ 146 | $ 1,141 |
| 44 |    Repairs & Maintenance | $ 1,182 | $ 5,739 |
| 45 |    School & Activities (children) | $ 110 | $ 1,589 |
| 46 |    Travel | | $ 189 |
| 47 |    Utilities | $ 898 | $ 4,861 |
| 48 |    Transfers between accounts | $ 230 | $ 49,883 |
| 49 |    Miscellaneous | $ 286 | $ 969 |
| 50 | Total Cash Disbursements: | $ 7,974 | $ 106,973 |
| 51 | **Net Increase (Decrease) in Cash** | $ 3,501 | $ 43,868 |
| 52 | **Cash Balance, Beginning of Period** | $ 68,962 | $ 28,595 |
| 53 | **Cash Balance, End of Period** | $ 72,463 | $ 72,463 |

Revised 1/1/98

**Check Register**
**Marc Randazza**

| Key | Date | Month | Account | Check # | Payee | Category | Deposits | Checks/Purchases | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 321 | | | BOA 0887 | | Balance 12/31/15 | | | | 3,793.47 |
| 322 | 01/04/16 | 01-16 | BOA 0887 | | Groupon | Entertainment | | 14.00 | 3,779.47 |
| 323 | 01/19/16 | 01-16 | BOA 0887 | | Well Care Compoun ding | Medical | | 69.98 | 3,709.49 |
| 324 | 01/20/16 | 01-16 | BOA 0887 | | Amazon | Entertainment | | 21.87 | 3,687.62 |
| 325 | 01/20/16 | 01-16 | BOA 0887 | | Amazon | Entertainment | | 0.66 | 3,686.96 |
| | | | | | | | | | |
| 327 | | | TD 4809 | | Balance 12/31/15 | | | | 3,448.71 |
| 328 | 01/20/16 | 01-16 | TD 4809 | | Transfer from USBank | Transfer from USBank | 230.00 | | 3,678.71 |
| 329 | 01/31/16 | 01-16 | TD 4809 | | Bank Fees | Bank Fees | | 21.41 | 3,657.30 |
| 330 | 01/31/16 | 01-16 | TD 4809 | | Currency Rate Adjustment | Bank Fees | | 34.53 | 3,622.77 |
| | | | | | | | | | |
| 331 | | | USB 6280 | | Balance 12/31/15 | | | | 61,720.07 |
| 332 | 01/08/16 | 01-16 | USB 6280 | | Deposit Randazza Legal Group | Payroll | 4,934.55 | | 66,654.62 |
| 333 | 01/13/16 | 01-16 | USB 6280 | | Deposit | A/R (Brochey Note) | 1,375.38 | | 68,030.00 |
| 334 | 01/22/16 | 01-16 | USB 6280 | | Deposit Randazza Legal Group | Payroll | 4,934.55 | | 72,964.55 |
| 335 | 01/25/16 | 01-16 | USB 6280 | | Interest Paid | Interest Income | 1.18 | | 72,965.73 |
| 336 | 01/05/16 | 01-16 | USB 6280 | | Citicard | See Below | | 1,102.07 | 71,863.66 |
| 337 | 01/07/16 | 01-16 | USB 6280 | | Republic Services | Utilities | | 43.32 | 71,820.34 |
| 338 | 01/19/16 | 01-16 | USB 6280 | | Southwest Gas | Utilities | | 183.01 | 71,637.33 |
| 339 | 01/20/16 | 01-16 | USB 6280 | | SLS | Mortgage Payment | | 3,791.09 | 67,846.24 |
| 340 | 01/25/16 | 01-16 | USB 6280 | | Bank Fees | Bank Fees | | 2.00 | 67,844.24 |
| 341 | 01/12/16 | 01-16 | USB 6280 | 2012 | Sparks Family Medicine | Medical | | 25.00 | 67,819.24 |
| 342 | 01/04/16 | 01-16 | USB 6280 | 2058 | Willow Creek Comm. Assoc. | Repairs & Maintenance | | 1,021.50 | 66,797.74 |
| 343 | 01/05/16 | 01-16 | USB 6280 | 2059 | Arba Sicula | Gifts | | 35.00 | 66,762.74 |
| 344 | 01/22/16 | 01-16 | USB 6280 | 2060 | Marc Randazza | Transfer to TD Bank | | 230.00 | 66,532.74 |
| 345 | 01/11/16 | 01-16 | USB 6280 | 2071 | Oswaldo Salguero | Repairs & Maintenance | | 160.00 | 66,372.74 |
| 346 | 01/25/16 | 01-16 | USB 6280 | 2072 | SWG | Utilities | | 183.01 | 66,189.73 |
| 347 | 01/06/16 | 01-16 | USB 6280 | 2094 | Nevada Ballet Theater | Activities | | 110.00 | 66,079.73 |
| 348 | 01/07/16 | 01-16 | USB 6280 | 2097 | Costco | Groceries | | 225.87 | 65,853.86 |
| 349 | 01/05/16 | 01-16 | USB 6280 | | CenturyLink | Utilities | | 135.27 | 65,718.59 |
| 350 | 01/06/16 | 01-16 | USB 6280 | | CenturyLink | Utilities | | 149.27 | 65,569.32 |
| 351 | 01/29/16 | 01-16 | USB 6280 | 100 | Bernie 2016 | Politics | | 250.00 | 65,319.32 |
| 352 | 01/26/16 | 01-16 | USB 6280 | 2073 | Water District | Utilities | | 148.67 | 65,170.65 |
| 353 | 01/26/16 | 01-16 | USB 6280 | 2074 | Quest Diagnostics | Medical | | 16.45 | 65,154.20 |
| | | | | | | | | | |
| 354 | 01/05/16 | 01-16 | J Citi CC | | Interest Charged | Interest Expense | | 15.03 | |
| 355 | 01/05/16 | 01-16 | J Citi CC | | Town Center Coffee | Dining | | 2.42 | |
| 356 | 01/05/16 | 01-16 | J Citi CC | | Town Center Coffee | Dining | | 6.68 | |
| 357 | 01/05/16 | 01-16 | J Citi CC | | Lindbergh | Dining | | 5.95 | |
| 358 | 01/05/16 | 01-16 | J Citi CC | | Va Bene Caffe Due | Dining | | 7.70 | |
| 359 | 01/05/16 | 01-16 | J Citi CC | | Va Bene Caffe Due | Dining | | 8.62 | |
| 360 | 01/05/16 | 01-16 | J Citi CC | | Lindbergh | Dining | | 11.35 | |
| 361 | 01/05/16 | 01-16 | J Citi CC | | Sprouts Farmers Market | Groceries | | 76.97 | |
| 362 | 01/05/16 | 01-16 | J Citi CC | | Fold3.com | Entertainment | | 79.95 | |
| 363 | 01/05/16 | 01-16 | J Citi CC | | Town Center Coffee | Dining | | 5.66 | |
| 364 | 01/05/16 | 01-16 | J Citi CC | | Town Center Coffee | Dining | | 2.70 | |
| 365 | 01/05/16 | 01-16 | J Citi CC | | Town Center Coffee | Dining | | 17.26 | |
| 366 | 01/05/16 | 01-16 | J Citi CC | | Daily Kitchen | Dining | | 12.95 | |
| 367 | 01/05/16 | 01-16 | J Citi CC | | David Wongs Pan Asian | Dining | | 36.19 | |
| 368 | 01/05/16 | 01-16 | J Citi CC | | Stu Miller's Christmas | Household | | 105.36 | |
| 369 | 01/05/16 | 01-16 | J Citi CC | | In N Out Burger | Dining | | 10.59 | |
| 370 | 01/05/16 | 01-16 | J Citi CC | | Netflix | Entertainment | | 16.63 | |
| 371 | 01/05/16 | 01-16 | J Citi CC | | Polished Nails & Spa | Personal | | 71.00 | |
| 372 | 01/05/16 | 01-16 | J Citi CC | | Town Center Coffee | Dining | | 7.76 | |
| 373 | 01/05/16 | 01-16 | J Citi CC | | Daily Kitchen | Dining | | 12.95 | |
| 374 | 01/05/16 | 01-16 | J Citi CC | | Circle K | Auto: Fuel | | 3.45 | |
| 375 | 01/05/16 | 01-16 | J Citi CC | | In N Out Burger | Dining | | 1.78 | |
| 376 | 01/05/16 | 01-16 | J Citi CC | | Town Center Coffee | Dining | | 3.64 | |
| 377 | 01/05/16 | 01-16 | J Citi CC | | Polished Nails & Spa | Personal | | 75.00 | |
| 378 | 01/05/16 | 01-16 | J Citi CC | | Walgreens | Medical | | 12.73 | |
| 379 | 01/05/16 | 01-16 | J Citi CC | | Lindbergh | Dining | | 17.15 | |
| 380 | 01/05/16 | 01-16 | J Citi CC | | Walgreens | Medical | | 39.31 | |
| 381 | 01/05/16 | 01-16 | J Citi CC | | Roma Deli | Dining | | 54.00 | |
| 382 | 01/05/16 | 01-16 | J Citi CC | | Sprouts Farmers Market | Groceries | | 79.93 | |
| 383 | 01/05/16 | 01-16 | J Citi CC | | Town Center Coffee | Dining | | 7.44 | |
| 384 | 01/05/16 | 01-16 | J Citi CC | | Lazeez | Dining | | 62.91 | |
| 385 | 01/05/16 | 01-16 | J Citi CC | | Smiths Food | Groceries | | 9.47 | |

**Check Register**
**Marc Randazza**

| Key | Date | Month | Account | Check # | Payee | Category | Deposits | Checks/ Purchases | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 386 | 01/05/16 | 01-16 | J Citi CC | | Sprouts Farmers Market | Groceries | | 1.88 | |
| 387 | 01/05/16 | 01-16 | J Citi CC | | Sprouts Farmers Market | Groceries | | 40.33 | |
| 388 | 01/05/16 | 01-16 | J Citi CC | | Greenland Supermarket | Groceries | | 88.19 | |
| 389 | 01/05/16 | 01-16 | J Citi CC | | Netflix | Entertainment | | 16.63 | |
| 390 | 01/05/16 | 01-16 | J Citi CC | | Lindbergh | Dining | | 18.55 | |
| 391 | 01/05/16 | 01-16 | J Citi CC | | Titan Alarm Inc. | Utilities | | 54.99 | |
| 392 | 01/05/16 | 01-16 | J Citi CC | | Reconcile | Miscellaneous | | 0.97 | |
| | | | | | TOTAL CITIBANK CREDIT CARD CHARGES | | | 1,102.07 | |

Bank of America | Online Banking | Accounts | Account Details | Account Activity

# Bank of America                                   Online Banking

## Regular Checking - 0887: Account Activity

Print

**All Transactions**

| Date | Description | Status | $Amount | $Available Balance |
|---|---|---|---|---|
| Amount included in Available Balance | | | | |

| Statement as of 01/26/2016 | | | | |
|---|---|---|---|---|
| 01/20/2016 | CHECKCARD 0119 Amazon.it Prime www.amazon.it 74313306019000402560731... | C | -0.66 | 3,686.96 |
| 01/20/2016 | CHECKCARD 0119 Amazon.it Prime www.amazon.it 74313306019000402560731 RECURRING | C | -21.87 | 3,687.62 |
| 01/19/2016 | CHECKCARD 0114 WELL CARE COMPOUNDING LAS VEGAS NV 24071056015158134926604 | C | -69.98 | 3,709.49 |
| 01/04/2016 | CHECKCARD 0104 GROUPON INC 877-788-7858 IL 24692166004000596944270 | C | -14.00 | 3,779.47 |

EasyWeb

TD Home   Apply   MARC JOHN RANDAZZA   [Logout]   Site Search

# Account Activity

Help | Print

Account: TD ALL INCLUSIVE BANKING PLAN    4809 $5,066.81
View: Last 31 Days

| Current Balance | Overdraft Limit | Apply for Overdraft Protection | Direct deposit form (PDF) |
|---|---|---|---|
| $5,066.81 | Available Balance | $5,066.81 | |

Balance Date: Feb 25, 2016

| Date | Transaction Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| Jan 29, 2016 | MONTHLY ACCOUNT FEE | 29.95 | | $5,066.81 |
| | Total : | $29.95 | $0.00 | |

Select Download Format    [Download]

All transactions to the close of the previous BUSINESS day will be downloaded.   View supported versions of the software downloads.

Legal Notes                                                                 Print

Page 1 of 1

**TD Bank x4809**

|  | CAD | USD | Rate |
|---|---|---|---|
| 12/31/15 Balance per schedule | 4,776.60 | | |
| 01/20/16 Deposit | 320.16 | 230.00 | |
| 01/31/16 Bank Fees | (29.95) | (21.41) | 0.715 |
| | 5,066.81 | $ 3,622.77 | 0.715 |



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

7111        IMG                                   X        ST01

Account Number:
6280

Statement Period:
Dec 22, 2015
through
Jan 25, 2016



Page 1 of 3

000006678 1 AV 0.391 106481368434638 P
ESTATE OF MARC J RANDAZZA
DEBTOR IN POSSESSION
BANKRUPTCY CASE #15-14956-ABL
10955 IRIS CANYON LN
LAS VEGAS NV  89135-1720

☎          **To Contact U.S. Bank**

**By Phone:**      1-800-US BANKS
                   (1-800-872-2657)

**Telecommunications Device
for the Deaf:**    1-800-685-5065

**Internet:**      usbank.com

## INFORMATION YOU SHOULD KNOW

Protecting your accounts is our highest priority.  As a security precaution, we may close Check Cards and ATM Cards after 12 months of inactivity.  To ensure customers can access their account, we will leave one Check Card or ATM Card open per customer, per checking account.  Please call us with any questions at 800-USBANKS (800-872-2657).

Important changes are coming to your Online and Mobile Financial Services Agreement. Review the specific changes being made by clicking on the banner on your My Accounts page in Online Banking to learn more.

## U.S. BANK PLATINUM CHECKING                                    Member FDIC

U.S. Bank National Association                           Account Number    6280

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Dec 22 | $ | 57,082.71 | Annual Percentage Yield Earned | | 0.01% |
| Deposits / Credits | | 17,292.88 | Interest Earned this Period | $ | 1.18 |
| Other Withdrawals | | 5,211.44 - | Interest Paid this Year | $ | 1.18 |
| Checks Paid | | 3,594.83 - | Number of Days in Statement Period | | 35 |
| | | | Customer Segment | | Military |
| Ending Balance on Jan 25, 2016 | $ | 65,569.32 | | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Dec 28 | Electronic Deposit<br>REF=15362001551611 N | From RANDAZZA LEGAL G<br>DIRECT DEP9111111101 | | $ | 6,047.22 |
| Jan 8 | Electronic Deposit<br>REF=16007007974502 N | From RANDAZZA LEGAL G<br>DIRECT DEP9111111101 | | | 4,934.55 |
| Jan 13 | Deposit | | 8654970494 | | 1,375.38 |
| Jan 22 | Electronic Deposit<br>REF=16021014055996 N | From RANDAZZA LEGAL G<br>DIRECT DEP9111111101 | | | 4,934.55 |
| Jan 25 | Interest Paid | | 2500003317 | | 1.18 |
| | | Total Deposits / Credits | | $ | 17,292.88 |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Dec 30 | Electronic Withdrawal<br>REF=15363012084186 N | To GE APPLIANCE SER<br>9130230401SVCPROTCT+1250753958202 | | $ | 89.95- |
| Jan 5 | Electronic Withdrawal<br>REF=16004023330079 N | To CITI CARD ONLINE<br>CITICTP   PAYMENT   111900479594133 | | | 1,102.07- |
| Jan 7 | Electronic Withdrawal<br>REF=16006011783220 N | To REPUBLICSERVICES<br>7860843596RSIBILLPAY306200331213 | | | 43.32- |
| Jan 19 | Electronic Withdrawal<br>REF=16015011726845 N | From SOUTHWEST GAS<br>APP    4880085720 | | | 183.01- |
| Jan 20 | Electronic Withdrawal<br>REF=16020010287263 N | To SLS<br>9500000000ONLINE<br>PMTUSB756138224POS | | | 3,791.09- |
| Jan 25 | Fee | Check Images Returned in Statement | 2500003318 | | 2.00- |
| | | Total Other Withdrawals | | $ | 5,211.44- |



DEBTOR IN POSSESSION
BANKRUPTCY CASE #15-14956-ABL
10955 IRIS CANYON LN
LAS VEGAS NV  89135-1720

Account Number:
6280

Statement Period:
Dec 22, 2015
through
Jan 25, 2016



Page 2 of 3

## S. BANK PLATINUM CHECKING (CONTINUED)
Bank National Association                                                                  Account Number        6280

|  | Total for Statement Period | 2016 Total Year to Date | 2015 Total Year to Date |
|---|---|---|---|
| Total Returned Item Fees | $ 0.00 | $ 0.00 | $ 36.00 |
| Total Overdraft Fees | $ 0.00 | $ 0.00 | $ 0.00 |
| TOTAL | $ 0.00 | $ 0.00 | $ 36.00 |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 12 | Jan 12 | 8356785785 | 25.00 | 2071* | Jan 11 | 8052406096 | 160.00 |
| 52* | Dec 29 | 8354997494 | 129.00 | 2072 | Jan 25 | 8055854073 | 183.01 |
| 58* | Jan 4 | 8058003665 | 1,021.50 | 2094* | Jan 6 | 8655071851 | 110.00 |
| 59 | Jan 5 | 8356087457 | 35.00 | 2097* | Jan 7 | 8955348070 | 225.87 |
| 60 | Jan 22 | 9251822496 | 230.00 | 2100* | Dec 28 | 8055786874 | 419.70 |

* Gap in check sequence                          Conventional Checks Paid (10)        $        2,539.08-

### Checks Presented Electronically

| Check | Date | Ref Number | Amount | Description of Transaction | Payee |
|---|---|---|---|---|---|
| 53 | Dec 31 | | 324.66 | CHECKPAYMT | NEVADA POWER COM |
| 54 | Dec 29 | | 446.55 | CHECKPAYMT | TMCC |
| 55 | Jan 5 | | 135.27 | BILL PYMT | CenturyLink |
| 57* | Jan 6 | | 149.27 | BILL PYMT | CenturyLink |

* Gap in check sequence                          Electronic Checks Paid (4)           $        1,055.75-

                                                 Total Checks Paid                    $        3,594.83-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Dec 28 | 62,710.23 | Jan 6 | 59,166.96 | Jan 13 | 65,022.70 |
| Dec 29 | 62,134.68 | Jan 7 | 58,897.77 | Jan 19 | 64,839.69 |
| Dec 30 | 62,044.73 | Jan 8 | 63,832.32 | Jan 20 | 61,048.60 |
| Dec 31 | 61,720.07 | Jan 11 | 63,672.32 | Jan 22 | 65,753.15 |
| Jan 4 | 60,698.57 | Jan 12 | 63,647.32 | Jan 25 | 65,569.32 |
| Jan 5 | 59,426.23 | | | | |

Balances only appear for days reflecting change.



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

7111       IMG                    X    ST01

Account Number: 6280
Statement Period:
Jan 26, 2016
through
Feb 22, 2016

Page 1 of 4

000075706 1 AT 0.416 106481405655044 P
ESTATE OF MARC J RANDAZZA
DEBTOR IN POSSESSION
BANKRUPTCY CASE #15-14956-ABL
10955 IRIS CANYON LN
LAS VEGAS NV 89135-1720



**To Contact U.S. Bank**

By Phone: 1-800-US BANKS
(1-800-872-2657)

Telecommunications Device
for the Deaf: 1-800-685-5065

Internet: usbank.com

## INFORMATION YOU SHOULD KNOW

Important changes are coming to your Online and Mobile Financial Services Agreement. Review the specific changes being made by clicking on the banner on your My Accounts page in Online Banking to learn more.

## U.S. BANK PLATINUM CHECKING
Member FDIC
U.S. Bank National Association
Account Number  6280

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Jan 26 | $ | 65,569.32 |
| Deposits / Credits | | |
| Other Withdrawals | | |
| Checks Paid | | |
| Ending Balance on Feb 22, 2016 | $ | |

| | | |
|---|---|---|
| Annual Percentage Yield Earned | | 0.01% |
| Interest Earned this Period | $ | 0.93 |
| Interest Paid this Year | $ | 2.11 |
| Number of Days in Statement Period | | 28 |
| Customer Segment | | Military |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 00 | Jan 29 | 9253037884 | 250.00 | | | | |
| 73* | Jan 26 | 8355478758 | 148.67 | | | | |
| 74 | Jan 26 | 8354919769 | 16.45 | | | | |

* Gap in check sequence

### Checks Presented Electronically





DEBTOR IN POSSESSION
BANKRUPTCY CASE #15-14956-ABL
10955 IRIS CANYON LN
LAS VEGAS NV 89135-1720

Account Number: 6280

Statement Period:
Jan 26, 2016
through
Feb 22, 2016



Page 2 of 4

## S. BANK PLATINUM CHECKING (CONTINUED)

. Bank National Association   Account Number 6280

**ecks Presented Electronically (continued)**

| eck | Date | Ref Number | Amount | Description of Transaction | Payee |
|---|---|---|---|---|---|

**lance Summary**

| te | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| 1 26 | 65,404.20 | | | | |
| 1 29 | 65,154.20 | | | | |

Balances only appear for days reflecting change.



## Account Details

Citi® / AAdvantage® Executive World Elite™ MasterCard®-3755



Transactions

Statement Ending On Dec. 15, 2015

| Show All | Pending | Purchases | Payments/Adj/Credits | Fees/Interest | Enter Keyword |

| Date | Description | Amount |
|---|---|---|
| Dec. 15, 2015 | INTEREST CHARGED TO STANDARD PURCH | $ 15.03 |
| Dec. 14, 2015 | TOWN CENTER COFFEE LAS VEGAS NV | $ 2.42 |
| Dec. 13, 2015 | TOWN CENTER COFFEE LAS VEGAS NV | $ 6.68 |
| Dec. 12, 2015 | LINDBERGH LAS VEGAS NV | $ 5.95 |
| Dec. 12, 2015 | VA BENE CAFFE DUE LAS VEGAS NV | $ 7.70 |
| Dec. 12, 2015 | VA BENE CAFFE DUE LAS VEGAS NV | $ 8.62 |
| Dec. 12, 2015 | LINDBERGH LAS VEGAS NV | $ 11.35 |
| Dec. 11, 2015 | SPROUTS FARMERS MARK LAS VEGAS NV | $ 76.97 |
| Dec. 07, 2015 | FOLD3.COM 8006130181 UT | $ 79.95 |

Account Information - Citibank

| Date | Description | Amount |
|---|---|---|
| Dec. 04, 2015 | TOWN CENTER COFFEE LAS VEGAS NV | $ 5.66 |
| Dec. 03, 2015 | TOWN CENTER COFFEE LAS VEGAS NV | $ 2.70 |
| Dec. 03, 2015 | TOWN CENTER COFFEE LAS VEGAS NV | $ 17.26 |
| Dec. 03, 2015 | DAILY KITCHEN-TOWN CEN LAS VEGAS NV | $ 12.95 |
| Dec. 02, 2015 | DAVID WONGS PAN ASIAN LAS VEGAS NV | $ 36.19 |
| Nov. 28, 2015 | STU MILLER'S CHRISTMAS LAS VEGAS NV | $ 105.36 |
| Nov. 25, 2015 | IN-N-OUT BURGER #226 LAS VEGAS NV | $ 10.59 |
| Nov. 25, 2015 | NETFLIX.COM 8005858131 CA | $ 16.63 |
| Nov. 19, 2015 | POLISHED NAILS AND LAS VEGAS NV | $ 71.00 |
| Nov. 16, 2015 | TOWN CENTER COFFEE LAS VEGAS NV | $ 7.76 |
| Nov. 16, 2015 | DAILY KITCHEN-TOWN CEN LAS VEGAS NV | $ 12.95 |

**End Of Activity**

# Citi® / AAdvantage® Executive Card

**JENNIFER L RANDAZZA**
Member Since 2015  Account number ending in: 3755
Billing Period: **12/16/15-01/15/16**

**How to reach us**
www.citicards.com
1-888-766-CITI(2484)
BOX 6500 SIOUX FALLS, SD 57117

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

For information about credit counseling services, call 1-877-337-8187.

## Manage your account with just a few clicks!

**Register your new Citi® / AAdvantage® card online to set up:**

- Convenient automatic payments with Online Bill Pay.
- Email and/or text alerts to remind you of payment due dates, etc.
- Paperless statements... and more!

» For benefit details, go to citi.com/cardbenefits

**American Airlines AAdvantage® Miles**



» See page 3 for more information about your rewards

---



O. Box 6004
ioux Falls, SD 57117-6004

ur Statement Is Inside

 Pay online  www.citicards.com
 Pay by phone  1-888-766-CITI (2484)
 Pay by mail  Use this coupon
  • Enclose a valid check or money order payable to CITI CARDS. No cash or foreign currency.
  • Write the last four digits of your account number on your check.

Please print **Address Changes** on the reverse side

Minimum payment due
New balance
Payment due date    02/13/16
Amount enclosed: $

Account number ending in 3755

OA00766634 1 AV 0.391 SJ115169 TMN 008581 3524

JENNIFER L RANDAZZA

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

JENNI___ _L RANDAZZA

www.citicards.com  
1-888-766-CITI(2484)

Page 3 of 4

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| | | **Payments, Credits and Adjustments** | |
| | 01/04 | ONLINE PAYMENT, THANK YOU | -$1,102.07 |
| | | **Standard Purchases** | |
| 12/15 | 12/16 | CIRCLE K 01834    PHOENIX    AZ | $3.45 |
| 12/16 | 12/16 | IN-N-OUT BURGER #104  LAS VEGAS  NV | $1.78 |
| 12/18 | 12/18 | TOWN CENTER COFFEE   LAS VEGAS  NV | $3.64 |
| 12/18 | 12/18 | POLISHED NAILS & SPA  LAS VEGAS  NV | $75.00 |
| 12/19 | 12/19 | WALGREENS #4137    LAS VEGAS  NV | $12.73 |
| 12/19 | 12/19 | LINDBERGH       LAS VEGAS  NV | $17.15 |
| 12/19 | 12/19 | WALGREENS #4137    LAS VEGAS  NV | $39.31 |
| 12/20 | 12/20 | ROMA DELI & RESTAURANT LAS VEGAS NV | $54.00 |
| 12/20 | 12/20 | SPROUTS FARMERS MARK  LAS VEGAS  NV | $79.93 |
| 12/21 | 12/21 | TOWN CENTER COFFEE   LAS VEGAS  NV | $7.44 |
| 12/21 | 12/21 | LAZEEZ        LAS VEGAS  NV | $62.91 |
| 12/24 | 12/24 | SMITHS FOOD #4371   LAS VEGAS  NV | $9.47 |
| 12/24 | 12/24 | SPROUTS FARMERS MARK  LAS VEGAS  NV | $1.88 |
| 12/24 | 12/24 | SPROUTS FARMERS MARK  LAS VEGAS  NV | $40.33 |
| 12/24 | 12/24 | GREENLAND SUPER MARKET LAS VEGAS NV | $88.19 |
| 12/25 | 12/25 | NETFLIX.COM      8005858131  CA | $16.63 |
| 12/26 | 12/26 | LINDBERGH       LAS VEGAS  NV | $18.55 |
| 12/28 | 12/28 | TITAN ALARM INC    PHOENIX   AZ | $54.99 |



**American Airlines AAdvantage® Miles Reported:**

» Visit aa.com/aadvantage to redeem miles, book flights and much more

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at anytime without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage® miles earned through this promotion/offer do not count toward elite-status qualification or AAdvantage Million Miler^SM status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage

American Airlines, AAdvantage and AAdvantage Million Miler are trademarks of American Airlines, Inc.

## No foreign transaction fees on purchases

Whether you're shopping abroad or on an international retailer's website, you don't have to worry about being charged foreign transaction fees for your purchases.

It's just another of the many benefits of being a Citi® / AAdvantage® Executive cardmember!

» For details, go to citi.com/cardbenefits

