SUBT
James D. Greene, Esq., NV Bar No. 2647
GREENE INFUSO, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Ph: (702) 570-6000
Fax: (702) 463-8401
E-mail: jgreene@greeneinfusolaw.com

Attorneys for Creditors Liberty Media Holdings, LLC
and Excelsior Media Corp.

E-filed on: ~~March~~ April 5, 2016

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA<br><br>Debtors. | Case No BK-15-14956-LBR<br><br>Chapter 11<br><br>SUBSTITUTION OF ATTORNEY |

Creditors Liberty Media Holdings, LLC and Excelsior Media Corp. hereby substitute:

James D. Greene, Esq., NV Bar No. 2647
Greene Infuso, LLP
3030 South Jones Blvd. Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
jgreene@greeneinfusolaw.com

As attorneys of record in place and stead of:

Vaughn Michael Greewalt
Land, Hanigan & Carvalho, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, CA 91367

DATED this 29 day of March, 2016

Liberty Media Holdings, LLC

By: _____
Its: Co-Owner / VP of Information Technology

I consent to the above substitution.

DATED this 28 day of March 2016.

Vaughn Michael Greenwalt

BY: _____

I am duly admitted to practice in the United States Bankruptcy for the District of Nevada. Liberty Media Holdings, LLC has RETAINED the law firm of Greene Infuso, LLP as its counsel, effective as of March 29, 2016.

Above substitution is accepted.

DATED this 5th day of April 2016.

GREENE INFUSO, LLP

James D. Greene, Esq.
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

2