

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
May 31, 2016

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re:

MARC JOHN RANDAZZA,

                   Debtor.

Case No: BK-S-15-14956-abl
Chapter 11

Date:  May 25, 2016
Time:  1:30 p.m.
Courtroom 1

### ORDER GRANTING, IN PART, FIRST INTERIM FEE APPLICATION OF LARSON & ZIRZOW, LLC AS GENERAL REORGANIZATIONAL COUNSEL FOR THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED

Marc John Randazza, as debtor and debtor in possession (the "Debtor"), having filed his

*First Interim Fee Application of Larson & Zirzow, LLC as General Reorganization Counsel for the Debtor for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred* (the "Application") [ECF No. 129][1]; the Court having reviewed and

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meaning as in the Application.

LARSON & ZIRZOW, LLC<br/>8850 E. Bonneville Ave.<br/>Las Vegas, Nevada 89101<br/>Tel: (702) 382-1170  Fax: (702) 382-1169

considered the Application; service of the Application and notice of the hearing thereon having been proper; the Court having held a hearing on the Application and having heard and considered the arguments of counsel; the Court having placed its findings of fact and conclusions of law on the record at the hearing pursuant to Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure, which are incorporated herein by reference; and good cause appearing,

**IT IS HEREBY ORDERED:**

1.      The Application is GRANTED in part as set forth herein;

2.      For the Compensation Period, L&Z is allowed total professional compensation in amount of $65,797.50, and reimbursement of total expenses incurred in the amount of $3,733.88 for a total allowed amount of $69,531.38, all on an interim basis pursuant to 11 U.S.C. § 331;

3.      The professional fees for legal services rendered and the expenses incurred by L&Z during the Compensation Period are reasonable, actual and necessary within the meaning of 11 U.S.C. § 330;

4.      L&Z is authorized and approved to apply any pre-petition retainers on hand to any fees and costs allowed herein, and any unpaid remainder after exhaustion of such retainers may be paid from the Debtor's exempt assets existing on the Petition Date; _provided_, _however_, that L&Z shall not be compensated for any fees and costs allowed herein from any of the Debtor's post-petition earnings; and _provided_, _further_, that the issue of whether any unpaid fees and costs as allowed herein may be paid from any of the Debtor's post-petition earnings shall be deferred and fully reserved without prejudice to the time of any final fee application in this Chapter 11 Case; and

5.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

. . .

. . .

**LARSON & ZRIZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

2

PREPARED AND SUBMITTED BY:

APPROVED / DISAPPROVED:

By:    _/s/ Matthew C. Zirzow_____

By:    __/s/ James D. Greene_____

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, Nevada  89101

GREENE INFUSO, LLP
JAMES D. GREENE, ESQ.
Nevada Bar No. 2647
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

Attorneys for Excelsior Media Corp. and
Liberty Media Holdings, LLC

Attorneys for Debtor

### LR 9021 CERTIFICATION

In accordance with LR 9021, an attorney submitting this document certifies as follows (check one):

☐    The court has waived the requirement set forth in LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the motion.

☒    I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

James Greene, Esq.:    Approved

☐    I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

3