_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
May 31, 2016

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

In re:

MARC JOHN RANDAZZA,

　　　　　　　　Debtor.

Case No: BK-S-15-14956-abl
Chapter 11

Date: May 25, 2016
Time: 1:30 p.m.
Courtroom 1

**ORDER GRANTING FIRST INTERIM FEE APPLICATION FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
BY SEQUENCE, INC. AS ACCOUNTANT FOR DEBTOR**

Marc John Randazza, as debtor and debtor in possession (the "Debtor"), having filed its *First Interim Fee Application for Allowance of Compensation for Services Rendered by Sequence, Inc. as Accountant for Debtor* (the "Application") [ECF No. 131][1]; the Court having

---

[1] Unless otherwise indicated, all capitalized terms shall have the same meaning as set forth in the Application.

reviewed and considered the Application, and any papers or evidence filed in support or opposition thereto; no oppositions to the Application having been filed; the Court having held a hearing on the Application, and all appearances having been noted on the record, and no opposition to the Application having been filed; the Court having made its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein pursuant to Rule 52 of the Federal Rules of Civil Procedure, as made applicable pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure; and good cause appearing,

**IT IS HEREBY ORDERED**:

1. The Application is GRANTED;

2. For the Compensation Period, Sequence, Inc. is allowed professional compensation in the amount of $3,500.00 for services rendered, all on an interim basis pursuant to 11 U.S.C. § 331;

3. The professional fees for services rendered by Sequence, Inc. during the Compensation Period are reasonable, actual and necessary within the meaning of 11 U.S.C. § 330; and

4. Debtor is authorized to pay to Sequence, Inc. the sums allowed herein.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

By:  */s/ Matthew C. Zirzow*
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, Nevada  89101

Attorneys for Debtor

APPROVED / DISAPPROVED:

By:  */s/ James D. Greene*
GREENE INFUSO, LLP
JAMES D. GREENE, ESQ.
Nevada Bar No. 2647
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

Attorneys for Excelsior Media Corp. and Liberty Media Holdings, LLC

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

**<u>LR 9021 CERTIFICATION</u>**

In accordance with LR 9021, an attorney submitting this document certifies as follows (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

James Greene, Esq.:   Approved

☐ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

3