LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| In re:<br><br>MARC JOHN RANDAZZA,<br><br>Debtor. | Case No.: BK-S-15-14956-abl<br>Chapter 11<br><br>Date: July 20, 2016<br>Time: 1:30 p.m. |
|---|---|

## NOTICE OF ENTRY OF ORDER

NOTICE IS HEREBY GIVEN that on the 22nd day of July, 2016, an *Order Granting Debtor's Motion to Authorize and Approve Settlement Pursuant to Bankruptcy Rule 9019* [ECF No. 157] was entered in the above-entitled matter, and a copy of said Order is attached hereto.

Dated: July 25, 2016.

                LARSON & ZIRZOW, LLC

                By: /s/ Matthew C. Zirzow
                    ZACHARIAH LARSON, ESQ.
                    Nevada Bar No. 7787
                    MATTHEW C. ZIRZOW, ESQ.
                    Nevada Bar No. 7222
                    850 E. Bonneville Ave.
                    Las Vegas, Nevada 89101

                    Attorneys for Debtor

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
July 22, 2016

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| In re: | Case No.: BK-S-15-14956-abl |
|---|---|
| MARC JOHN RANDAZZA, | Chapter 11 |
| Debtor. | Date:  July 20, 2016<br>Time:  1:30 p.m. |

**ORDER GRANTING DEBTORS' MOTION TO AUTHORIZE AND**
**APPROVE SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019**

Marc John Randazza, as debtor and debtor in possession (the "Debtor"), by and through his counsel, the law firm of Larson & Zirzow, LLC, having filed his *Motion to Approve Settlement Pursuant to Bankruptcy Rule 9019* (the "Motion") [ECF No. 148][1]; the Court having reviewed and considered the Motion; the Court having held a hearing on the Motion, and having entertained the

---
[1] Unless otherwise indicated, all capitalized terms herein shall have the same meaning as in the Motion.

arguments of counsel; the Court having placed its findings of fact and conclusions of law on the record as the hearing, which are incorporated herein pursuant to Rule 52 of the Federal Rules of Civil Procedure, as made applicable pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure; the Court having founds and determined that the Settlement Agreement is fair and equitable and in the best interests of the estate and all creditors and parties in interest; and good cause appearing;

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED and the Agreement is approved;

2. The parties are authorized and approved to execute the Agreement and to take any and all steps as may be necessary and appropriate to effectuate that settlement in accordance with its terms and conditions and without further order of the Court;

3. The Court reserves jurisdiction regarding the interpretation, implementation and effect of this Order and the Agreement.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

By:  /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Debtor

. . .

. . .

. . .

2

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☒ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

**LARSON & ZIRZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

3