DocuSign Envelope ID: 88F05345-B7AD-4449-B926-683F7186CAED

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re:  Marc John Randazza | Case No. | 15-14956 |
|---|---|---|
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(SMALL REAL ESTATE/INDIVIDUAL CASE)** | |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**  Dec 2016          **PETITION DATE:**          08/28/15

1.  Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___
    the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
    Dollars reported in   $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a.  Current Assets | $435,300 | $424,526 | |
| | b.  Total Assets | $1,957,819 | $1,947,045 | $1,853,614 |
| | c.  Current Liabilities | $81,987 | $81,320 | |
| | d.  Total Liabilities | $13,961,038 | $13,960,371 | $13,879,051 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a.  Total Receipts | $20,494 | $11,184 | $310,455 |
| | b.  Total Disbursements | $9,032 | $6,687 | $287,378 |
| | c.  Excess (Deficiency) of Receipts Over Disbursements (a - b) | $11,462 | $4,497 | $23,077 |
| | d.  Cash Balance Beginning of Month | $40,210 | $35,713 | $28,595 |
| | e.  Cash Balance End of Month (c + d) | $51,672 | $40,210 | $51,672 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $287,628 | $288,316 | |
| 6. | **Post-Petition Liabilities** | $81,987 | $81,320 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

| At the end of this reporting month: | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals?  (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives?  (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. | Are a plan and disclosure statement on file? | | x |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15.  Check if paid: Post-petition taxes   x  ;          U.S. Trustee Quarterly Fees   x  ; Check if filing is current for: Post-petition
     tax reporting and tax returns:    x  .
     (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return
     filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.

Date:  1/23/2017

DocuSigned by:
*Marc Randazza*
B7A2A82B030B432...
Responsible Individual

Revised 1/1/98

DocuSign Envelope ID: 88F05345-B7AD-4449-B926-683F7186CAED

**BALANCE SHEET**
(Small Real Estate/Individual Case)
**For the Month Ended**   Dec 2016

| | Assets | Check if Exemption Claimed on Schedule C | | Market Value |
|---|---|---|---|---|
| | **Current Assets** | | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $ | 51,672 |
| 2 | Accounts receivable (net) (Brochey Note) | | $ | 287,628 |
| 3 | Retainer(s) paid to professionals | | $ | 94,000 |
| 4 | Other:  Personal Belongings (clothing, glock) | x | $ | 1,000 |
| 5 | Wedding Rings (unknown value) | | $ | - |
| 6 | Copyright/Trademark | x | $ | 1,000 |
| 7 | **Total Current Assets** | | $ | 435,300 |
| | **Long Term Assets (Market Value)** | | | |
| 8 | Real Property (residential) | x | $ | 875,000 |
| 9 | Real property (rental or commercial) | | | |
| 10 | Furniture, Fixtures, and Equipment | x | $ | 7,595 |
| 11 | Vehicles | x | $ | 67,000 |
| 12 | Partnership interests - Magnolia Holding 19, LLC (unknown value) | | $ | - |
| 13 | Interest in corportations | | | |
| 14 | Stocks and bonds | | | |
| 15 | Interests in IRA, Keogh, other retirement plans | x | $ | 526,495 |
| 16 | Other:  Prepaid Tuition Programs | x | $ | 46,429 |
| 17 | Randazza Legal Group, PLLC (unknown value) | | $ | - |
| 18 | Marc J. Randazza P.A. (unknown value) | | $ | - |
| 19 | Possible Child Support/Alimony (unknown value) | | $ | - |
| 20 | Pending Lawsuits Mayers, Cox, Excelsior (unknown value) | | $ | - |
| 21 | Possible Malpractice Claim (unknown value) | | $ | - |
| 22 | Misuraca Family Trust Revocable (unknown value) | | $ | - |
| 23 | Misuraca Family Trust Irrevocable (unknown value) | | $ | - |
| 24 | **Total Long Term Assets** | | $ | 1,522,519 |
| 25 | **Total Assets** | | $ | 1,957,819 |
| | **Liabilities** | | | |
| | **Post-Petition Liabilities** | | | |
| | **Current Liabilities** | | | |
| 26 | Post-petition not delinquent (under 30 days) | | | |
| 27 | Post-petition delinquent other than taxes (over 30 days) | | | |
| 28 | Post-petition delinquent taxes | | | |
| 29 | Accrued professional fees | | $ | 81,987 |
| 30 | Other: | | | |
| 31 | | | | |
| 32 | **Total Current Liabilities** | | $ | 81,987 |
| 33 | **Long-Term Post Petition Debt** | | | |
| 34 | **Total Post-Petition Liabilities** | | $ | 81,987 |
| | **Pre-Petition Liabilities (allowed amount)** | | | |
| 35 | Secured claims (residence) | | $ | 372,869 |
| 36 | Secured claims (other) | | $ | 726,179 |
| 37 | Priority unsecured claims | | $ | 14,322 |
| 38 | General unsecured claims | | $ | 12,765,681 |
| 39 | **Total Pre-Petition Liabilities** | | $ | 13,879,051 |
| 40 | **Total Liabilities** | | $ | 13,961,038 |
| | **Equity (Deficit)** | | | |
| 41 | **Total Equity (Deficit)** | | $ | (12,003,219) |
| 42 | **Total Liabilities and Equity (Deficit)** | | $ | 1,957,819 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

DocuSign Envelope ID: 88F05345-B7AD-4449-B926-683F7186CAED

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Bank of America | City National Bank | TD Bank |
| 11 | Account No. | x0887 | x8119 | x4809 |
| 12 | Account Purpose | General Use | General Use | General Use |
| 13 | Balance, End of Month | $2,218 | $45,684 | $3,770 |
| 14 | Total Funds on Hand for all Accounts | $51,672 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

DocuSign Envelope ID: 88F05345-B7AD-4449-B926-683F7186CAED

### STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
#### For the Month Ended December 31, 2016

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Payroll | $ 19,806 | $ 244,584 |
| 8 | Accounts Receivable | $ 688 | $ 12,372 |
| 9 | Other | | $ 3,616 |
| 10 | Transfers between accounts | | $ 49,883 |
| 11 | | | |
| 12 | **Total Cash Receipts** | $ 20,494 | $ 310,455 |
| **Cash Disbursements** | | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | $ 2,114 |
| 16 | Principal Payments on Debt | | $ 45,729 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | $ (1,516) | $ 9,159 |
| 30 | Other Taxes | | $ 17,489 |
| 31 | Other Cash Outflows: | | |
| 32 | Auto Expenses | $ 700 | $ 14,370 |
| 33 | Bank Fees | $ 455 | $ 1,399 |
| 34 | Childcare | | $ 120 |
| 35 | Clothing | $ 566 | $ 8,640 |
| 36 | Dining & Entertainment | $ 1,816 | $ 14,262 |
| 37 | Fitness | $ 556 | $ 2,195 |
| 38 | Gifts | | $ 728 |
| 39 | Groceries | $ 1,742 | $ 14,153 |
| 40 | Household Supplies & Furnishings | $ 1,120 | $ 11,753 |
| 41 | Insurance | | $ 2,609 |
| 42 | Interest Expense | | $ 112 |
| 43 | Legal Fees & Bankruptcy Fees | $ 650 | $ 5,272 |
| 44 | Medical | $ 567 | $ 15,001 |
| 45 | Office Expenses | | $ 2,235 |
| 46 | Personal | $ 423 | $ 4,656 |
| 47 | Repairs & Maintenance | $ 1,644 | $ 38,121 |
| 48 | School & Activities (children) | $ 377 | $ 6,876 |
| 49 | Travel | | $ 2,017 |
| 50 | Utilities | | $ 14,265 |
| 51 | Transfers between accounts | | $ 49,883 |
| 52 | Miscellaneous | $ (68) | $ 4,220 |
| 53 | **Total Cash Disbursements:** | $ 9,032 | $ 287,378 |
| 54 | **Net Increase (Decrease) in Cash** | $ 11,462 | $ 23,077 |
| 55 | **Cash Balance, Beginning of Period** | $ 40,210 | $ 28,595 |
| 56 | **Cash Balance, End of Period** | $ 51,672 | $ 51,672 |

Revised 1/1/98

DocuSign Envelope ID: 88F05345-B7AD-4449-B926-683F7186CAED

**Check Register**
**Marc Randazza**

| Date | Month | Account | Check # | Payee | Category | Deposits | Checks/ Purchases | Ending Balance |
|------|-------|---------|---------|-------|----------|----------|-------------------|----------------|
| | | BOA 0887 | | Balance 11/30/16 | | | | 2,394.64 |
| 12/27/16 | 12-16 | BOA 0887 | | Hautlk Rack | Clothing | | 177.07 | **2,217.57** |
| | | | | | | | | |
| | 12-16 | CNB 8119 | | Balance 11/30/16 | | | | 34,040.05 |
| 12/20/16 | 12-16 | CNB 8119 | | Deposit | Taxes: Real Estate | 1,516.49 | | 35,556.54 |
| 12/22/16 | 12-16 | CNB 8119 | | Deposit | A/R (Brochey Note) | 687.69 | | 36,244.23 |
| 12/09/16 | 12-16 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 5,247.91 | | 41,492.14 |
| 12/27/16 | 12-16 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 14,558.02 | | 56,050.16 |
| 12/14/16 | 12-16 | CNB 8119 | 127 | Race Kent | Repairs & Maintenance | | 325.00 | 55,725.16 |
| 12/16/16 | 12-16 | CNB 8119 | 136 | Rudy Salguera | Repairs & Maintenance | | 730.00 | 54,995.16 |
| 12/28/16 | 12-16 | CNB 8119 | 1010 | US Trustee | Bankruptcy Fees | | 650.00 | 54,345.16 |
| 12/09/16 | 12-16 | CNB 8119 | 1031 | Excel Karate | Activities | | 55.00 | 54,290.16 |
| 12/05/16 | 12-16 | CNB 8119 | | Security Systems | Repairs & Maintenance | | 59.99 | 54,230.17 |
| 12/05/16 | 12-16 | CNB 8119 | | AMEX | See Below | | 2,593.26 | 51,636.91 |
| 12/19/16 | 12-16 | CNB 8119 | | Citi Card | See Below | | 777.88 | 50,859.03 |
| 12/19/16 | 12-16 | CNB 8119 | | Chase | See Below | | 1,580.55 | 49,278.48 |
| 12/19/16 | 12-16 | CNB 8119 | | AMEX | See Below | | 3,147.79 | 46,130.69 |
| 12/20/16 | 12-16 | CNB 8119 | | Toyota Financial | Auto: Lease | | 446.55 | **45,684.14** |
| | | | | | | | | |
| | | TD 4809 | | Balance 11/30/16 | | | | 3,774.77 |
| | 12-16 | TD 4809 | | Currency Rate Adjustment | Bank Fees | (5.06) | | **3,769.71** |
| | | | | | | | | |
| 12/05/16 | 12-16 | J AMEX | | Macys | Clothing | | 4.85 | |
| 12/05/16 | 12-16 | J AMEX | | Macys | Clothing | | 36.19 | |
| 12/05/16 | 12-16 | J AMEX | | Bath & Body Works | Personal | | 35.15 | |
| 12/05/16 | 12-16 | J AMEX | | American Home Shield | Repairs & Maintenance | | 81.23 | |
| 12/05/16 | 12-16 | J AMEX | | Scholastic Book Club | Education | | 72.00 | |
| 12/05/16 | 12-16 | J AMEX | | Sprouts Farmers Market | Groceries | | 26.40 | |
| 12/05/16 | 12-16 | J AMEX | | MYAgirl | Miscellaneous | | 25.97 | |
| 12/05/16 | 12-16 | J AMEX | | Amazon | Household | | 10.26 | |
| 12/05/16 | 12-16 | J AMEX | | Amazon | Household | | 16.47 | |
| 12/05/16 | 12-16 | J AMEX | | Online Photo Order | Entertainment | | (40.00) | |
| 12/05/16 | 12-16 | J AMEX | | Online Photo Order | Entertainment | | 289.00 | |
| 12/05/16 | 12-16 | J AMEX | | Amazon | Household | | 9.96 | |
| 12/05/16 | 12-16 | J AMEX | | Browland | Personal | | 30.00 | |
| 12/05/16 | 12-16 | J AMEX | | Nix Co | Miscellaneous | | 10.00 | |
| 12/05/16 | 12-16 | J AMEX | | Amazon | Household | | 19.74 | |
| 12/05/16 | 12-16 | J AMEX | | Sparks Family Medicine | Medical | | 225.00 | |
| 12/05/16 | 12-16 | J AMEX | | Shell Oil | Auto: Fuel | | 41.19 | |
| 12/05/16 | 12-16 | J AMEX | | WWP Pre Sales | Miscellaneous | | 54.08 | |
| 12/05/16 | 12-16 | J AMEX | | Amazon | Household | | 11.07 | |
| 12/05/16 | 12-16 | J AMEX | | Bath & Body Works | Personal | | 38.93 | |
| 12/05/16 | 12-16 | J AMEX | | Amazon | Household | | 12.45 | |
| 12/05/16 | 12-16 | J AMEX | | Partell Specialty Pharmacy | Medical | | 328.97 | |
| 12/05/16 | 12-16 | J AMEX | | Royal Blue Pools | Repairs & Maintenance | | 130.00 | |
| 12/05/16 | 12-16 | J AMEX | | LifeTimeFitness | Fitness | | 210.25 | |
| 12/05/16 | 12-16 | J AMEX | | Toys R Us | Entertainment | | 21.61 | |
| 12/05/16 | 12-16 | J AMEX | | Sprouts Farmers Market | Groceries | | 157.99 | |
| 12/05/16 | 12-16 | J AMEX | | American Girl | Entertainment | | 16.26 | |
| 12/05/16 | 12-16 | J AMEX | | American Girl | Entertainment | | 95.47 | |
| 12/05/16 | 12-16 | J AMEX | | Chevron | Auto: Fuel | | 40.75 | |
| 12/05/16 | 12-16 | J AMEX | | Toys R Us | Entertainment | | 10.81 | |
| 12/05/16 | 12-16 | J AMEX | | Smith Center for T | Entertainment | | 164.00 | |
| 12/05/16 | 12-16 | J AMEX | | Toys R Us | Entertainment | | 40.56 | |
| 12/05/16 | 12-16 | J AMEX | | Walmart | Household | | 161.14 | |
| 12/05/16 | 12-16 | J AMEX | | Wonder Workshop | Activities | | 199.99 | |
| 12/05/16 | 12-16 | J AMEX | | Amazon | Entertainment | | 6.99 | |

DocuSign Envelope ID: 88F05345-B7AD-4449-B926-683F7186CAED

**Check Register**
**Marc Randazza**

| Date | Month | Account | Check # | Payee | Category | Deposits | Checks/ Purchases | Ending Balance |
|------|-------|---------|---------|-------|----------|----------|-------------------|----------------|
| 12/19/16 | 12-16 | J AMEX | | Society6 | Household | | 72.00 | |
| 12/19/16 | 12-16 | J AMEX | | Target | Household | | 30.26 | |
| 12/19/16 | 12-16 | J AMEX | | American Girl | Entertainment | | 239.36 | |
| 12/19/16 | 12-16 | J AMEX | | Amazon | Entertainment | | 4.99 | |
| 12/19/16 | 12-16 | J AMEX | | Toys R Us | Entertainment | | 10.81 | |
| 12/19/16 | 12-16 | J AMEX | | Toys R Us | Entertainment | | 51.34 | |
| 12/19/16 | 12-16 | J AMEX | | Amazon | Household | | 18.63 | |
| 12/19/16 | 12-16 | J AMEX | | DS Services Standard Coffee | Dining | | 20.54 | |
| 12/19/16 | 12-16 | J AMEX | | Bath & Body Works | Personal | | 3.79 | |
| 12/19/16 | 12-16 | J AMEX | | Society6 | Household | | (54.00) | |
| 12/19/16 | 12-16 | J AMEX | | Toys R Us | Entertainment | | 27.03 | |
| 12/19/16 | 12-16 | J AMEX | | Smith's Food & Drug | Medical | | 12.85 | |
| 12/19/16 | 12-16 | J AMEX | | Teavana | Groceries | | 218.88 | |
| 12/19/16 | 12-16 | J AMEX | | Cosmoprof | Personal | | 222.72 | |
| 12/19/16 | 12-16 | J AMEX | | Bath & Body Works | Personal | | 37.31 | |
| 12/19/16 | 12-16 | J AMEX | | Lululemon | Clothing | | 276.86 | |
| 12/19/16 | 12-16 | J AMEX | | Overstock.com | Furnishings | | 752.36 | |
| 12/19/16 | 12-16 | J AMEX | | Star Nursery | Repairs & Maintenance | | 48.74 | |
| 12/19/16 | 12-16 | J AMEX | | Amazon | Entertainment | | 10.99 | |
| 12/19/16 | 12-16 | J AMEX | | Amazon | Entertainment | | 10.99 | |
| 12/19/16 | 12-16 | J AMEX | | Amazon | Household | | 12.70 | |
| 12/19/16 | 12-16 | J AMEX | | Amazon | Household | | 15.39 | |
| 12/19/16 | 12-16 | J AMEX | | Chevron | Auto: Fuel | | 40.94 | |
| 12/19/16 | 12-16 | J AMEX | | Sprouts Farmers Market | Groceries | | 156.03 | |
| 12/19/16 | 12-16 | J AMEX | | American Home Shield | Repairs & Maintenance | | 81.23 | |
| 12/19/16 | 12-16 | J AMEX | | Lululemon | Clothing | | 121.13 | |
| 12/19/16 | 12-16 | J AMEX | | LV Soccer Academy | Activities | | 50.00 | |
| 12/19/16 | 12-16 | J AMEX | | Bath & Body Works | Personal | | 33.14 | |
| 12/19/16 | 12-16 | J AMEX | | Lululemon | Clothing | | 88.68 | |
| 12/19/16 | 12-16 | J AMEX | | Ali Express | Household | | 28.00 | |
| 12/19/16 | 12-16 | J AMEX | | Ali Express | Household | | 42.46 | |
| 12/19/16 | 12-16 | J AMEX | | Sprouts Farmers Market | Groceries | | 19.93 | |
| 12/19/16 | 12-16 | J AMEX | | LifeTimeFitness | Fitness | | 135.00 | |
| 12/19/16 | 12-16 | J AMEX | | Royal Blue Pools | Repairs & Maintenance | | 115.00 | |
| 12/19/16 | 12-16 | J AMEX | | LifeTimeFitness | Fitness | | 210.25 | |
| 12/19/16 | 12-16 | J AMEX | | Bulwark Exterminating | Repairs & Maintenance | | 73.00 | |
| 12/19/16 | 12-16 | J AMEX | | DS Services Standard Coffee | Dining | | 38.04 | |
| 12/19/16 | 12-16 | J AMEX | | Amazon | Household | | (39.06) | |
| 12/19/16 | 12-16 | J AMEX | | Amazon | Household | | (25.47) | |
| 12/19/16 | 12-16 | J AMEX | | Walmart | Household | | (10.79) | |
| 12/19/16 | 12-16 | J AMEX | | Sprouts Farmers Market | Groceries | | 157.59 | |
| 12/19/16 | 12-16 | J AMEX | | Amazon | Household | | 4.99 | |
| 12/19/16 | 12-16 | J AMEX | | Reconcile | Miscellaneous | | (218.31) | |
| | | | | TOTAL AMEX CREDIT CARD CHARGES | | | 619.31 | |
| 12/19/16 | 12-16 | J Citi | | Liquidation Center | Household | | 16.22 | |
| 12/19/16 | 12-16 | J Citi | | Netflix | Entertainment | | 7.99 | |
| 12/19/16 | 12-16 | J Citi | | 4100 Las Vegas Home | Household | | 15.39 | |
| 12/19/16 | 12-16 | J Citi | | Membership Fee | Bank Fees | | 450.00 | |
| 12/19/16 | 12-16 | J Citi | | Lululemon | Clothing | | (138.42) | |
| 12/19/16 | 12-16 | J Citi | | Netflix | Entertainment | | 7.99 | |
| 12/19/16 | 12-16 | J Citi | | Ameribrunch | Dining | | 18.04 | |
| 12/19/16 | 12-16 | J Citi | | Rebel | Auto: Fuel | | 37.58 | |
| 12/19/16 | 12-16 | J Citi | | Sprouts Farmers Market | Groceries | | 146.39 | |
| 12/19/16 | 12-16 | J Citi | | Chesters Peak Mart | Auto: Fuel | | 7.57 | |
| 12/19/16 | 12-16 | J Citi | | Jumping Rice & Rolls | Dining | | 16.60 | |
| 12/19/16 | 12-16 | J Citi | | Dunkin Donuts | Dining | | 5.48 | |

DocuSign Envelope ID: 88F05345-B7AD-4449-B926-683F7186CAED

**Check Register**
**Marc Randazza**

| Date | Month | Account | Check # | Payee | Category | Deposits | Checks/ Purchases | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| 12/19/16 | 12-16 | J Citi | | Dunkin Donuts | Dining | | 4.63 | |
| 12/19/16 | 12-16 | J Citi | | Sierra Gold Flamingo | Dining | | 27.30 | |
| 12/19/16 | 12-16 | J Citi | | Fold3.com | Entertainment | | 79.95 | |
| 12/19/16 | 12-16 | J Citi | | Chesters Peak Mart | Auto: Fuel | | 6.78 | |
| 12/19/16 | 12-16 | J Citi | | Catholic University | Charity | | 100.00 | |
| 12/19/16 | 12-16 | J Citi | | Netflix | Entertainment | | 7.99 | |
| 12/19/16 | 12-16 | J Citi | | Reconcile | Miscellaneous | | (39.60) | |
| | | | | TOTAL CITI CREDIT CARD CHARGES | | | 777.88 | |
| | | | | | | | | |
| 12/19/16 | 12-16 | J Chase | | Costco | Groceries | | 17.19 | |
| 12/19/16 | 12-16 | J Chase | | Costco | Groceries | | 90.18 | |
| 12/19/16 | 12-16 | J Chase | | Costco | Groceries | | 132.45 | |
| 12/19/16 | 12-16 | J Chase | | Sprouts Farmers Market | Groceries | | 76.67 | |
| 12/19/16 | 12-16 | J Chase | | Sprouts Farmers Market | Groceries | | 58.26 | |
| 12/19/16 | 12-16 | J Chase | | Dunkin Donuts | Dining | | 2.80 | |
| 12/19/16 | 12-16 | J Chase | | Toys R Us | Entertainment | | 23.78 | |
| 12/19/16 | 12-16 | J Chase | | Sprouts Farmers Market | Groceries | | 30.23 | |
| 12/19/16 | 12-16 | J Chase | | Dunkin Donuts | Dining | | 5.49 | |
| 12/19/16 | 12-16 | J Chase | | Dunkin Donuts | Dining | | 4.63 | |
| 12/19/16 | 12-16 | J Chase | | Dunkin Donuts | Dining | | 2.80 | |
| 12/19/16 | 12-16 | J Chase | | Dunkin Donuts | Dining | | 4.63 | |
| 12/19/16 | 12-16 | J Chase | | Ticket Busters | Entertainment | | 125.00 | |
| 12/19/16 | 12-16 | J Chase | | Restauracja Bazyliszek | Dining | | 45.57 | |
| 12/19/16 | 12-16 | J Chase | | Steam Bar | Dining | | 160.31 | |
| 12/19/16 | 12-16 | J Chase | | Pijalnie Czekolady | Dining | | 3.50 | |
| 12/19/16 | 12-16 | J Chase | | 76 Spedee Mart | Auto: Fuel | | 40.92 | |
| 12/19/16 | 12-16 | J Chase | | Costco | Groceries | | 1.40 | |
| 12/19/16 | 12-16 | J Chase | | Costco | Groceries | | 43.72 | |
| 12/19/16 | 12-16 | J Chase | | Chesters Peak Mart | Auto: Fuel | | 7.77 | |
| 12/19/16 | 12-16 | J Chase | | Dunkin Donuts | Dining | | 13.88 | |
| 12/19/16 | 12-16 | J Chase | | Sprouts Farmers Market | Groceries | | 77.02 | |
| 12/19/16 | 12-16 | J Chase | | Childrens Place | Entertainment | | 10.78 | |
| 12/19/16 | 12-16 | J Chase | | Tacos La Carreta | Dining | | 11.70 | |
| 12/19/16 | 12-16 | J Chase | | Sushi Loca | Dining | | 178.27 | |
| 12/19/16 | 12-16 | J Chase | | Chesters Peak Mart | Auto: Fuel | | 5.09 | |
| 12/19/16 | 12-16 | J Chase | | Sprouts Farmers Market | Groceries | | 30.91 | |
| 12/19/16 | 12-16 | J Chase | | Buffalo Wild Wings | Dining | | 27.96 | |
| 12/19/16 | 12-16 | J Chase | | Bath & Body Works | Personal | | 21.90 | |
| 12/19/16 | 12-16 | J Chase | | Costco | Groceries | | 74.84 | |
| 12/19/16 | 12-16 | J Chase | | Costco | Groceries | | 226.10 | |
| 12/19/16 | 12-16 | J Chase | | Chevron | Auto: Fuel | | 24.80 | |
| | | | | TOTAL CHASE CREDIT CARD CHARGES | | | 1,148.99 | |

DocuSign Envelope ID: 88F05345-B7AD-4449-B926-683F7186CAED

**Bank of America**                                         Online Banking

---

## Regular Checking - 0887: Account Activity

Balance Summary: $2,244.58 (available as of today 01/18/2017)          Print
View: today 01/18/2017

**All Transactions**

| Posting Date | Description | Status | $Amount | $Available Balance |
|---|---|---|---|---|
| Amount included in Available Balance | | | | |

| | | | | |
|---|---|---|---|---|
| 12/27/2016 | CHECKCARD 1223 HAUTLK RACK8885478438 188-854-7843 CA 24445006359100339491800 | C | -177.07 | 2,217.57 |

DocuSign Envelope ID: 88F05345-B7AD-4449-B926-683F7186CAED

# CITY NATIONAL BANK
### The way up.

| | |
|---|---|
| Page 1 | (4) |
| Account #: | 3119 |

This statement: December 30, 2016
Last statement: November 30, 2016

Contact us:
800-773-7100

Twain Banking Office
6085 W Twain Avenue
Las Vegas NV 89103

363                            0830K

MARC JOHN RANDAZZA
DIP CASE NO. 15-14956-ABL
10955 IRIS CANYON LANE
LAS VEGAS NV 89135

cnb.com

## Checking Account

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | 3119 | **Beginning balance (11/30/2016)** | | $34,040.05 |
| Minimum balance | $30,018.49 | | | |
| Average balance | $35,271.73 | **Credits** Deposits (2) | + 2,204.18 | |
| Avg. collected balance | $35,106.00 | Electronic cr (2) | + 19,805.93 | |
| | | Other credits (0) | + 0.00 | |
| | | **Total credits** | | +$22,010.11 |
| | | **Debits** Checks paid (4) | - 1,760.00 | |
| | | Electronic db (6) | - 8,606.02 | |
| | | Other debits (0) | - 0.00 | |
| | | **Total debits** | | - $10,366.02 |
| | | **Ending balance (12/30/2016)** | | $45,684.14 |

## DEPOSITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 12-20 | Deposit | | 1,516.49 |
| 12-22 | Deposit | | 687.69 |

## ELECTRONIC CREDITS

| Date | Description | Credits |
|---|---|---|
| 12-9 | Preauthorized Credit RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC | 5,247.91 |
| 12-27 | Preauthorized Credit RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC | 14,558.02 |

## CHECKS PAID

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 127 | 12-14 | 325.00 | 1010 * | 12-28 | 650.00 | * Skip in check sequence | | | | | |
| 136 * | 12-16 | 730.00 | 1031 * | 12-9 | 55.00 | | | | | | |

## ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| 12-5 | Preauthorized Debit SECURITY SYSTEMS MEMBER PAY PPD JENNIFER RANDA | 59.99 |
| 12-5 | Preauthorized Debit AMEX EPAYMENT ACH PMT WEB JENNIFER RANDA W5570 | 2,593.26 |
| 12-19 | Preauthorized Debit CITI CARD ONLINE PAYMENT WEB JENNIFER L RAN | 777.88 |
| 12-19 | Preauthorized Debit CHASE EPAY WEB JENNIFER L RAN | 1,580.55 |
| 12-19 | Preauthorized Debit AMEX EPAYMENT ACH PMT WEB JENNIFER RANDA W2508 | 3,147.79 |
| 12-20 | Preauthorized Debit TOYOTA FINANCIAL RETAIL_PAY WEB JENNIFER RANDA | 446.55 |

DocuSign Envelope ID: 88F05345-B7AD-4449-B926-683F7186CAED

MARC JOHN RANDAZZA
December 30, 2016

Page 2
Account #:      8119

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 11-30 | 34,040.05 | 12-14 | 36,254.71 | 12-20 | 31,088.43 | 12-28 | 45,684.14 |
| 12-5 | 31,386.80 | 12-16 | 35,524.71 | 12-22 | 31,776.12 | | |
| 12-9 | 36,579.71 | 12-19 | 30,018.49 | 12-27 | 46,334.14 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Twain Banking Office

DocuSign Envelope ID: 88F05345-B7AD-4449-B926-683F7186CAED

TD Home    Apply    🔒 **MARC JOHN RANDAZZA**    [ Logout ]    [ Site Search ]

# Accounts

Help | Print

**My Inbox:** Unread messages  (0)  | New statements  (0)  | New epost Bills (0)  | Finish an application

### My Personal Summary

| | |
|---|---|
| Banking: | $5,066.81 |
| **Total:** | **CDN $5,066.81** |

| Banking | Balance | Download |
|---|---|---|
| **TD ALL-INCLUSIVE BANKING PLAN – 4160 6404809** | $5,066.81 | ☐ |
| Banking total: | CDN **$5,066.81** | |

**Credit Cards, Loans & Mortgages**

You currently have no TD Credit Cards, Loans or Mortgages. Apply for credit today. **Apply for Credit**

**Investments**

You currently have no TD Investments. Purchase an Investment today. **Purchase an Investment**

[ Spreadsheet (.CSV) ▾ ]    [ Download ]

All transactions to the close of the previous BUSINESS day will be
downloaded except for credit card activity.
Please note: We have discovered a temporary issue that occurs
while you are downloading your credit card activity to your
preferred version of accounting software. This may cause some
transactions to appear more than once. We are working to correct
this issue and apologize for any inconvenience. It's important for
you to verify your information and remove any duplicate entries.
Recently posted credit card payments may not be included in your
download.
Supported versions of software downloads.

Legal Notes

Print

DocuSign Envelope ID: 88F05345-B7AD-4449-B926-683F7186CAED

**TD Bank x4809**

| | CAD | USD | Rate |
|---|---|---|---|
| 11/30/16 Balance per schedule | 5,066.81 | | |
| 12/31/16 Balance | 5,066.81 | $ 3,769.71 | 0.744 |

DocuSign Envelope ID: 88F05345-B7AD-4449-B926-683F7186CAED

Page 1 of 2



## Transaction Details

Prepared for
Jennifer Randazza
Account Number
XXXX-XXXXXX-41016

**Platinum Delta SkyMiles® / November 24, 2016 to December 23, 2016**

| Date | Description | Amount |
|---|---|---|
| Dec 23 2016 | PAYPAL *SAKSFIFTHAV - 4029357733, NY | $145.95 |
| Dec 22 2016 | DS SERVICES STANDARD COFFEE DS SERVICE - ATLANTA, GA | $20.61 |
| Dec 21 2016 | AMAZON MKTPLACE PMTS - AMZN.COM/BILL, WA | $15.19 |
| Dec 21 2016 | AMAZON MKTPLACE PMTS - AMZN.COM/BILL, WA | $34.99 |
| Dec 17 2016 | INDIA OVEN 0805 - LAS VEGAS, NV | $53.45 |
| Dec 17 2016 | ONLINE PAYMENT - THANK YOU | -$3,147.79 |
| Dec 17 2016 | PAYPAL *MACY S - 4029357733, CA | $4.85 |
| Dec 17 2016 | PAYPAL *MACY S - 4029357733, CA | $36.19 |
| Dec 16 2016 | BATH & BODY WORKS 1562 - LAS VEGAS, NV | $35.15 |
| Dec 16 2016 | SVM*AMERICAN HM SHLD - 800-776-4663, TN | $81.23 |
| Dec 15 2016 | SCHOLASTIC BOOK CLUB - JEFFERSON CIT, MO | $72.00 |
| Dec 15 2016 | SPROUTS FARMERS MKT - LAS VEGAS, NV | $26.40 |
| Dec 14 2016 | PAYPAL *MYAGIRL1217 - 4029357733, CA | $25.97 |
| Dec 11 2016 | AMAZON MKTPLACE PMTS - AMZN.COM/BILL, WA | $10.26 |
| Dec 11 2016 | AMAZON MKTPLACE PMTS - AMZN.COM/BILL, WA | $16.47 |
| Dec 11 2016 | ONLINE PHOTO ORDER - 866-207-3980, CA | -$40.00 |
| Dec 11 2016 | ONLINE PHOTO ORDER - 866-207-3980, CA | $289.00 |
| Dec 10 2016 | AMAZON MKTPLACE PMTS - AMZN.COM/BILL, WA | $9.96 |
| Dec 09 2016 | PAYPAL *BROWLAND4 - 4029357733, CA | $30.00 |
| Dec 09 2016 | PAYPAL *NIX CO - 4029357733, CA | $10.00 |
| Dec 08 2016 | AMAZON MKTPLACE PMTS - AMZN.COM/BILL, WA | $19.74 |
| Dec 08 2016 | SPARKS FAMILY MEDICINE - LAS VEGAS, NV | $225.00 |
| Dec 05 2016 | SHELL OIL 57443739701 - LAS VEGAS, NV | $41.19 |
| Dec 05 2016 | WWP PRE SALES - (800)557-2682, TX | $54.08 |
| Dec 03 2016 | AMAZON.COM - AMZN.COM/BILL, WA | $11.07 |
| Dec 03 2016 | BATH & BODY WORKS 2302 - LAS VEGAS, NV | $38.93 |
| Dec 03 2016 | PAYMENT RECEIVED - THANK YOU | -$2,593.26 |
| Dec 02 2016 | AMAZON.COM - AMZN.COM/BILL, WA | $12.45 |
| Dec 02 2016 | PARTELL SPECIALTY PHARMACY - LAS VEGAS, NV | $328.97 |
| Dec 02 2016 | ROYAL BLUE POOLS LLC 0000 - LAS VEGAS, NV | $130.00 |
| Dec 01 2016 | LifeTimeFitness.COM - 888-430-6432, MN | $210.25 |
| Nov 30 2016 | PAYPAL *TOYSRUSBABI - 8008697787, OH | $21.61 |
| Nov 30 2016 | SPROUTS FARMERS MKT - LAS VEGAS, NV | $157.99 |
| Nov 29 2016 | AMERICAN GIRL - (800)845-0005, WI | $16.26 |
| Nov 29 2016 | AMERICAN GIRL - (800)845-0005, WI | $95.47 |
| Nov 29 2016 | CHEVRON 0304087/CHEVRON - LAS VEGAS, NV | $40.75 |
| Nov 29 2016 | PAYPAL *TOYSRUSBABI - 8008697787, OH | $10.81 |
| Nov 29 2016 | THE SMITH CENTER FOR T 0578 - LAS VEGAS, NV | $164.00 |
| Nov 29 2016 | TOYS R US - LAS VEGAS, NV | $40.56 |
| Nov 29 2016 | WALMART.COM - 800-966-6546, AR | $161.14 |
| Nov 29 2016 | WONDER WORKSHOP*WONDER WORKS - SAN MATEO, CA | $199.99 |
| Nov 28 2016 | AMAZON.COM - AMZN.COM/BILL, WA | $6.99 |
| Nov 28 2016 | PAYPAL *SOCIETY6LLC - 4029357733, CA | $72.00 |

DocuSign Envelope ID: 88F05345-B7AD-4449-B926-683F7186CAED

Page 2 of 2



### Transaction Details
Prepared for
Jennifer Randazza
Account Number
XXXX-XXXXXX-41016

**Platinum Delta SkyMiles® / November 24, 2016 to December 23, 2016**

| Date | Description | Amount |
|------|-------------|--------|
| Nov 27 2016 | PAYPAL *TARGETCORPO - 4029357733, MN | $30.26 |
| Nov 26 2016 | AMERICAN GIRL - (800)845-0005, WI | $239.36 |
| Nov 25 2016 | AMAZON DIGITAL SVCS - 866-216-1072, WA | $4.99 |
| Nov 25 2016 | PAYPAL *TOYSRUSBABI - 8008697787, OH | $10.81 |
| Nov 25 2016 | PAYPAL *TOYSRUSBABI - 8008697787, OH | $51.34 |
| Nov 24 2016 | AMAZON MKTPLACE PMTS - AMZN.COM/BILL, WA | $18.63 |
| Nov 24 2016 | DS SERVICES STANDARD COFFEE DS SERVICE - ATLANTA, GA | $20.54 |
| Nov 23 2016 | BATH & BODY WORKS 1562 - LAS VEGAS, NV | $3.79 |
| Nov 23 2016 | PAYPAL *SOCIETY6LLC - 4029357733, CA | -$54.00 |
| Nov 23 2016 | PAYPAL *TOYSRUSBABI - 8008697787, OH | $27.03 |
| Nov 23 2016 | SMITH'S FOOD & DRUG - LAS VEGAS, NV | $12.85 |
| Nov 21 2016 | TEAVANA.COM - TEAVANA.COM, CT | $218.88 |

DocuSign Envelope ID: 88F05345-B7AD-4449-B926-683F7186CAED

Page 1 of 1



## Transaction Details
Prepared for
Jennifer Randazza
Account Number
XXXX-XXXXXX-41016

**Platinum Delta SkyMiles® / September 24, 2016 to October 24, 2016**

| Date | Description | Amount |
|------|-------------|--------|
| Oct 19 2016 | COSMOPROF 68501 000008501 - LAS VEGAS, NV | $222.72 |
| Oct 18 2016 | BATH & BODY WORKS 2302 - LAS VEGAS, NV | $37.31 |
| Oct 18 2016 | PAYPAL *LULULEMONUS - 4029357733, WA | $276.86 |
| Oct 18 2016 | PAYPAL *OVERSTOCKCO - 4029357733, UT | $752.36 |
| Oct 18 2016 | STAR NURSERY - LAS VEGAS, NV | $48.74 |
| Oct 17 2016 | AMAZON MKTPLACE PMTS - AMZN.COM/BILL, WA | $10.99 |
| Oct 17 2016 | AMAZON MKTPLACE PMTS - AMZN.COM/BILL, WA | $10.99 |
| Oct 17 2016 | AMAZON MKTPLACE PMTS - AMZN.COM/BILL, WA | $12.70 |
| Oct 17 2016 | AMAZON MKTPLACE PMTS - AMZN.COM/BILL, WA | $15.39 |
| Oct 16 2016 | CHEVRON 0372624/CHEVRON - LAS VEGAS, NV | $40.94 |
| Oct 16 2016 | SPROUTS FARMERS MKT - LAS VEGAS, NV | $156.03 |
| Oct 16 2016 | SVM*AMERICAN HM SHLD - 800-776-4663, TN | $81.23 |
| Oct 14 2016 | LULULEMON LAS VEGAS - LAS VEGAS, NV | $121.13 |
| Oct 14 2016 | LV SOCCER ACADEMY 103001003545597 - LAS VEGAS, NV | $50.00 |
| Oct 14 2016 | PAYPAL *BATHBODYWOR - 4029357733, CA | $33.14 |
| Oct 14 2016 | PAYPAL *LULULEMONUS - 4029357733, WA | $88.68 |
| Oct 13 2016 | ALI*ALIEXPRESS ALIPAY - SINGAPORE, SG | $28.00 |
| Oct 13 2016 | ALI*ALIEXPRESS ALIPAY - SINGAPORE, SG | $42.46 |
| Oct 09 2016 | SPROUTS FARMERS MKT - LAS VEGAS, NV | $19.93 |
| Oct 06 2016 | LIFE TIME FITNESS 19 - LAS VEGAS, NV | $135.00 |
| Oct 03 2016 | ONLINE PAYMENT - THANK YOU | -$1,521.33 |
| Oct 03 2016 | ROYAL BLUE POOLS LLC 0000 - LAS VEGAS, NV | $115.00 |
| Oct 01 2016 | LifeTimeFitness.COM - 888-430-6432, MN | $210.25 |
| Sep 30 2016 | Bulwark Exterminating - 8774285927, AZ | $73.00 |
| Sep 29 2016 | DS SERVICES STANDARD COFFEE DS SERVICE - ATLANTA, GA | $38.04 |
| Sep 28 2016 | AMAZON.COM - AMZN.COM/BILL, WA | -$39.06 |
| Sep 28 2016 | AMAZON.COM - AMZN.COM/BILL, WA | -$25.47 |
| Sep 28 2016 | WALMART.COM - 800-966-6546, AR | -$10.79 |
| Sep 26 2016 | SPROUTS FARMERS MKT - LAS VEGAS, NV | $157.59 |
| Sep 25 2016 | AMAZON DIGITAL SVCS - 866-216-1072, WA | $4.99 |

DocuSign Envelope ID: 88F05345-B7AD-4449-B926-683F7186CAED

# CITI® / AADVANTAGE® EXECUTIVE WORLD MASTERCARD®  

**JENNIFER L RANDAZZA**
Member Since 2015  Account number ending in: 3755
Billing Period: **09/16/16-10/17/16**

**How to reach us**
**www.citicards.com**
1-888-766-CITI(2484)
BOX 6500 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | **$25.00** |
| New balance: | **$450.00** |
| Payment due date: | **11/13/16** |

Make a payment now!  www.payonline.citicards.com

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.
For information about credit counseling services, call 1-877-337-8187.

## Account Summary

| | |
|---|---|
| Previous balance | $204.45 |
| Payments | -$244.05 |
| Credits | -$0.00 |
| Purchases | +$39.60 |
| Cash advances | +$0.00 |
| Fees | +$450.00 |
| Interest | +$0.00 |
| **New balance** | **$450.00** |

## Credit Limit

| | |
|---|---|
| Revolving Credit limit | $10,000 |
| Includes $2,400 cash advance limit | |
| Available Revolving credit | $9,550 |
| Includes $2,400 available for cash advances | |

## You're still getting a paper statement.
## Why not go Paperless?

Take the plunge and you can:

- Stay up to date with most legal notices and account updates delivered to your inbox
- Set up reminders for payment due dates
- Access up to 7 years' worth of statements online

» **Go Paperless now**



AMERICAN AIRLINES
AADVANTAGE® MILES

AAdvantage® Miles Reported
to American Airlines:

**40**

» **See page 2 for more information about your rewards**



P.O. Box 6004
Sioux Falls, SD 57117-6004

**Your Statement Is Inside**

 **Pay online**  www.citicards.com

 **Pay by phone**  1-888-766-CITI
(2484)

 **Pay by mail**  Use this coupon

- Enclose a valid check or money order payable to CITI CARDS. No cash or foreign currency.
- Write the last four digits of your account number on your check.

| | |
|---|---|
| Minimum payment due | **$25.00** |
| New balance | **$450.00** |
| Payment due date | **11/13/16** |
| **Amount enclosed: $** | |

Account number ending in 3755

JENNIFER L RANDAZZA
10955 IRIS CANYON LN
LAS VEGAS  NV  89135-1720

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

DocuSign Envelope ID: 88F05345-B7AD-4449-B926-683F7186CAED

**JENNIFER L RANDAZZA**

www.citicards.com
1-888-766-CITI(2484)

Page 2 of 2

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Payments, Credits and Adjustments** | | | |
| | 10/12 | ONLINE PAYMENT, THANK YOU | -$244.05 |
| **Standard Purchases** | | | |
| 09/20 | 09/20 | LIQUIDATION CENTER    LAS VEGAS    NV | $16.22 |
| 09/25 | 09/25 | NETFLIX.COM        NETFLIX.COM  CA | $7.99 |
| 10/10 | 10/10 | 4100 LAS VEGAS HOME    702-897-8283  NV | $15.39 |

## Fees charged

| Date | Description | Amount |
|---|---|---|
| 10/17 | MEMBERSHIP FEE OCT 16-SEP 17 | |
| | SEE REVERSE FOR MORE RENEWAL INFORMATION | $450.00 |
| **Total fees charged in this billing period** | | **$450.00** |

## Interest charged

| | |
|---|---|
| **Total interest charged in this billing period** | **$0.00** |

### 2016 totals year-to-date

| | |
|---|---|
| Total fees charged in 2016 | **$450.00** |
| Total interest charged in 2016 | **$0.00** |

### Interest charge calculation

Days in billing cycle: **32**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 15.49% (V) | $0.00 (D) | $0.00 |
| ADVANCES | | | |
| Standard Adv | 25.49% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Remember, any charges above your revolving credit limit MUST BE PAID IN FULL by your statement's payment due date.

If we need to contact you about your account, our records show your phone number(s) as 407-670-5774 (mobile). If this information isn't correct or you wish to add a number, please call the customer service number on the back of your card or update it online at www.citicards.com.

Thanks for helping save another tree! Since you haven't made a payment by mail for the last 3 months, the return envelope may have been removed from your statement.

AMERICAN AIRLINES
AADVANTAGE® MILES
REPORTED:



**40**

| | |
|---|---|
| Purchase | 40 |
| **Accumulated This Month** | **40** |

**» Visit aa.com/aadvantage to redeem miles, book flights and much more**

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months' notice. Any such change may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage® miles earned through this promotion/offer do not count toward elite-status qualification or AAdvantage Million Miler℠ status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage
American Airlines, AAdvantage and AAdvantage Million Miler are trademarks of American Airlines, Inc.

DocuSign Envelope ID: 88F05345-B7AD-4449-B926-683F7186CAED

CITI® / AADVANTAGE® EXECUTIVE WORLD MASTERCARD®  

**JENNIFER L RANDAZZA**
Member Since 2015  Account number ending in: 3755
Billing Period: **10/18/16-11/15/16**

How to reach us
**www.citicards.com**
1-888-766-CITI(2484)TTY: 1-800-325-2865
BOX 6500 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | **$0.00** |
| **New balance:** | **-$2,470.85** |
| **Payment due date:** | **12/13/16** |

Make a payment now! www.payonline.citicards.com

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.
For information about credit counseling services, call 1-877-337-8187.

### Account Summary

| | |
|---|---|
| Previous balance | $450.00 |
| Payments | -$0.00 |
| Credits | -$3,138.42 |
| Purchases | +$217.57 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| **New balance** | **-$2,470.85** |

### Credit Limit

| | |
|---|---|
| Revolving Credit limit | $10,000 |
| Includes $2,400 cash advance limit | |
| Available Revolving credit | $10,000 |
| Includes $2,400 available for cash advances | |

You're still getting a paper statement.
Why not go Paperless?
Take the plunge and you can:
- Stay up to date with most legal notices and account updates delivered to your inbox
- Set up reminders for payment due dates
- Access up to 7 years' worth of statements online
» **Go Paperless now**



AMERICAN AIRLINES
AADVANTAGE® MILES

AAdvantage® Miles Reported
to American Airlines:
**-2,921**
» **See page 2 for more information
about your rewards**



P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement Is Inside

**Credit Balance -
No payment is necessary.**

**You currently have a credit
balance on your account.**

| | |
|---|---|
| **Minimum payment due** | **$0.00** |
| **New balance** | **-$2,470.85** |
| **Payment due date** | **12/13/16** |
| **Amount enclosed: $** | |

Account number ending in 3755

JENNIFER L RANDAZZA
10955 IRIS CANYON LN
LAS VEGAS  NV  89135-1720

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

DocuSign Envelope ID: 88F05345-B7AD-4449-B926-683F7186CAED

**JENNIFER L RANDAZZA**

www.citicards.com
1-888-766-CITI(2484) TTY: 1-800-325-2865

Page 2 of 3

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Payments, Credits and Adjustments** | | | |
| 10/24 | 10/24 | LULULEMON SUMMERLIN    LAS VEGAS    NV | -$138.42 |
| | 10/15 | CITIBANK CONDITIONAL CREDIT FOR DISPUTE | -$3,000.00 |
| **Standard Purchases** | | | |
| 10/25 | 10/25 | NETFLIX.COM        NETFLIX.COM  CA | $7.99 |
| 11/01 | 11/02 | AMERIBRUNCH LLC      LAS VEGAS    NV | $18.04 |
| 11/02 | 11/04 | REBEL #2176        LAS VEGAS    NV | $37.58 |
| 11/02 | 11/04 | SPROUTS FARMERS MARK  LAS VEGAS    NV | $146.39 |
| 11/07 | 11/09 | CHESTER'S PEAK MART    LAS VEGAS    NV | $7.57 |

## Fees charged

Total fees charged in this billing period          **$0.00**

## Interest charged

Total interest charged in this billing period          **$0.00**

### 2016 totals year-to-date

| | |
|---|---|
| Total fees charged in 2016 | **$450.00** |
| Total interest charged in 2016 | **$0.00** |

**Billing Disputes**

| | |
|---|---|
| THIS IS A CONDITIONAL CREDIT WHILE WE CONTINUE OUR | |
| INVESTIGATION OF THIS ITEM - ADJUSTMENT MADE BELOW | |
| 03/03  SQ *OMEGA TECHNOLOG  LAS VEGAS    NV | $3000.00 |

### Interest charge calculation

Days in billing cycle: **29**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 15.49% (V) | $0.00 (D) | $0.00 |
| **ADVANCES** | | | |
| Standard Adv | 25.49% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

You can help those impacted by Hurricane Matthew by making a donation to the American Red Cross.  Many people need support during this difficult time. Visit thankyou.com to use your points to make a donation today or donate directly to http://www.redcross.org/cm/citigroup-pub

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

Remember, any charges above your revolving credit limit MUST BE PAID IN FULL by your statement's payment due date.



AMERICAN AIRLINES
AADVANTAGE® MILES
REPORTED:

**-2,921**

| | |
|---|---|
| Purchase | -2,921 |
| **Accumulated This Month** | **-2,921** |

» Visit aa.com/aadvantage to redeem miles, book flights and much more

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months' notice. Any such change may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage® miles earned through this promotion/offer do not count toward elite-status qualification or AAdvantage Million Miler℠ status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage
American Airlines, AAdvantage and AAdvantage Million Miler are trademarks of American Airlines, Inc.

DocuSign Envelope ID: 88F05345-B7AD-4449-B926-683F7186CAED

Account Information - Citibank

1/9/17, 6:42 AM



 **Citi® / AAdvantage® Executive World Elite™ MasterCard®-3755**    

| | | | | |
|---|---|---|---|---|
| Current Balance | -$ 1,763.81 | Minimum Amount Due Jan. 13, 2017 | $ 0.00 | **Total Available Miles:** |
| Next statement closes | Jan. 16, 2017 | | | **16,523** |
| Available Revolving Credit: | $ 10,000.00 | Last Statement Balance Dec. 15, 2016 | $ 777.88 | |

## Transactions - Statement Ending On Dec. 15, 2016

| Date | Description | Amount |
|---|---|---|
| Dec. 13, 2016 | JUMPING RICE AND ROLLS LAS VEGAS NV | $ 16.60 |
| Dec. 13, 2016 | DUNKIN #346571 Q35 LAS VEGAS NV | $ 5.48 |
| Dec. 12, 2016 | DUNKIN #346571 Q35 LAS VEGAS NV | $ 4.63 |
| Dec. 12, 2016 | SIERRA GOLD FLAMINGO LAS VEGAS NV | $ 27.30 |
| Dec. 07, 2016 | FOLD3.COM 8006130181 UT | $ 79.95 |
| Dec. 05, 2016 | CHESTER'S PEAK MART LAS VEGAS NV | $ 6.78 |
| Dec. 03, 2016 | THE CATHOLIC UNIV OF A 202-3196445 DC | $ 100.00 |
| Nov. 25, 2016 | NETFLIX.COM NETFLIX.COM CA <br> Recurring Charge | $ 7.99 |
| Mar. 03, 2016 | REVERSE SQ *OMEGA TECHNOLOG LAS VEGAS | $ 3,000.00 |

**End Of Activity**

**Totals for Statement ending Dec. 15, 2016**

| | |
|---|---|
| Purchases | $ 3,248.73 |
| Payments/Adjustments/Credits | $ 0.00 |
| Fees / Interests | $ 0.00 |
| Cash Advances | $ 0.00 |

Your Offers & Benefits

https://online.citi.com/US/CBOL/ain/caraccdet/flow.action?instanceID=c04059ab-ff74-45ed-8615-7c1afb5af799&JFP_TOKEN=C5GL11QN

DocuSign Envelope ID: 88F05345-B7AD-4449-B926-683F7186CAED
CREDIT CARD - chase.com                                                              12/3/16, 10:01 PM



Printed from Chase Personal Online

## CREDIT CARD (...2866)

| Current balance | Available credit | Rewards |
|---|---|---|
| **$869.53** | **$25,108.82** | Avios |
| | Transfer a balance › | Redeem rewards   \|   See details |

| Next payment due | Minimum payment due | Balance on last statement |
|---|---|---|
| Dec 27, 2016 | $25.00 | $869.53 |

Automatic payment is **Off**. Set up ›

SHOWING:  Dec 2, 2016 statement                    Search   \|   Sort Options

| Date | Description | Amount |
|---|---|---|
| Nov 30, 2016 | COSTCO WHSE #0685 Sale | $17.19 |
| | COSTCO WHSE #0685 Sale | $90.18 |
| Nov 26, 2016 | COSTCO WHSE #0685 Sale | $132.45 |
| Nov 23, 2016 | SPROUTS FARMERS MAR Sale | $76.67 |
| Nov 22, 2016 | SPROUTS FARMERS MAR Sale | $58.26 |
| Nov 21, 2016 | DUNKIN #346571 Q35 Sale | $2.80 |
| | TOYS R US #5609 Sale | $23.78 |
| Nov 19, 2016 | SPROUTS FARMERS MAR Sale | $30.23 |
| Nov 18, 2016 | DUNKIN #346571 Q35 Sale | $5.49 |
| Nov 17, 2016 | DUNKIN #346571 Q35 Sale | $4.63 |
| Nov 16, 2016 | DUNKIN #346571 Q35 Sale | $2.80 |
| Nov 15, 2016 | DUNKIN #346571 Q35 Sale | $4.63 |
| | TICKET BUSTERS Sale | $125.00 |

DocuSign Envelope ID: 88F05345-B7AD-4449-B926-683F7186CAED

CREDIT CARD - chase.com                                                                                    12/3/16, 10:01 PM

| Nov 12, 2016 | Restauracja Bazyliszek<br>Sale | $45.57 |
| Nov 11, 2016 | STEAM BAR<br>Sale | $160.31 |
| | PIJALNIE CZEKOLADY S 07<br>Sale | $3.50 |
| Nov 9, 2016 | 76 - SPEEDEE MART 121<br>Sale | $40.92 |
| Nov 7, 2016 | COSTCO WHSE #0685<br>Sale | $1.40 |
| | COSTCO WHSE #0685<br>Sale | $43.72 |
| Nov 4, 2016 | Payment Thank You - Web<br>Payment | −$1,967.20 |

You've reached the end of the statement cycle account activity.

JPMorgan Chase Bank, N.A. Member FDIC            ©2016 JPMorgan Chase & Co.            Equal Opportunity Lender 🏠

DocuSign Envelope ID: 88F06345-B7AD-4449-B926-683F7186CAED

# BRITISH AIRWAYS

P.O. BOX 15123
WILMINGTON, DE
19850-5123

Get updates on the go
Log on to chase.com/alerts

| | |
|---|---|
| Payment Due Date: | 01/27/17 |
| New Balance: | $551.90 |
| Minimum Payment: | $25.00 |

Account number:          2866

$_____          Amount Enclosed
Make your check payable to: Chase Card Services

11070 BEX Z 217 D
JENNIFER L RANDAZZA
10955 IRIS CANYON LN
LAS VEGAS NV 89135-1720

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL  60094-4014

5000 160 28  38 2000534 28661

 # BRITISH AIRWAYS

 Manage your account online:
www.chase.com/britishairways

 Customer Service:
1-800-577-0633

 Mobile: Visit chase.com
on your mobile browser

## ACCOUNT SUMMARY

| | |
|---|---|
| Account Number: | 2866 |
| Previous Balance | $869.53 |
| Payment, Credits | -$1,659.48 |
| Purchases | +$1,341.85 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $551.90 |
| Opening/Closing Date | 12/03/16 - 01/02/17 |
| Credit Access Line | $26,000 |
| Available Credit | $25,448 |
| Cash Access Line | $5,200 |
| Available for Cash | $5,200 |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $551.90 |
| Payment Due Date | 01/27/17 |
| Minimum Payment Due | $25.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 2 years | $700 |

If you would like information about credit counseling services, call 1-866-797-2885.

## BRITISH AIRWAYS VISA REWARDS SUMMARY

| | |
|---|---|
| + 3X Avios for British Airways purchases | 0 |
| + 3X Avios for Iberia purchases | 0 |
| + Avios earned for purchases this period | 1,263 |
| Total Avios transferred to Executive Club | 1,263 |

Your British Airways Visa card with chip provides enhanced security and wider acceptance when you make purchases at chip-enabled card readers in the US and abroad.

Your British Airways Visa Card from Chase allows you to earn unlimited Avios on your everyday spend! You earn 3 Avios for every $1 you spend on British Airways purchases and 1 Avios for every $1 you spend on all other purchases.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 12/17 | Payment Thank You - Web | -1,580.55 |
| 12/28 | COSTCO WHSE #0685 LAS VEGAS NV | -78.93 |
| **PURCHASES** | | |
| 12/01 | CHESTER'S PEAK MART LAS VEGAS NV | 7.77 |
| 12/02 | DUNKIN #346571   Q35 LAS VEGAS NV | 13.88 |
| 12/05 | SPROUTS FARMERS MAR LAS VEGAS NV | 77.02 |
| 12/06 | THE CHILDRENS PLACE 1612 LAS VEGAS NV | 10.78 |
| 12/06 | TACOS LA CARRETA LAS VEGAS NV | 11.70 |
| 12/07 | SUSHI LOCA LAS VEGAS NV | 178.27 |
| 12/09 | CHESTER'S PEAK MART LAS VEGAS NV | 5.09 |
| 12/09 | SPROUTS FARMERS MAR LAS VEGAS NV | 30.91 |
| 12/10 | BUFFALO WILD WINGS 0178 LAS VEGAS NV | 27.96 |
| 12/10 | BATH AND BODY WORKS#2302 LAS VEGAS NV | 21.90 |
| 12/13 | COSTCO WHSE #0685 LAS VEGAS NV | 74.84 |
| 12/13 | COSTCO WHSE #0685 LAS VEGAS NV | 226.10 |
| 12/14 | CHEVRON 0304067 LAS VEGAS NV | 24.80 |

**This Statement is a Facsimile - Not an original**