_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
February 22, 2017

_____

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No.: BK-S-15-14956-abl |
|---|---|
| MARC JOHN RANDAZZA, | Chapter 11 |
| Debtor. | Date: February 27, 2017<br>Time: 1:30 P.M. |

**NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR DEBTOR'S MOTION TO AUTHORIZE AND APPROVE TRANSACTION OUTSIDE THE ORDINARY COURSE OF BUSINESS PURSUANT TO 11 U.S.C. § 363(b)**
**RE: REFINANCING OF PROPERTY OWNED BY MAGNOLIA HOLDING 19, L.L.C.**

This Court having considered the *Ex Parte Application for Order Shortening Time to Hear Debtor's Motion to Authorize and Approve Transaction Outside the Ordinary Course of Business Pursuant to 11 U.S.C. § 363(b) re: Refinancing of Property Owned by Magnolia Holding 19, LLC* (the "Application") filed by Marc John Randazza, as debtor and debtor-in-

possession (the "Debtor"), which sought a hearing on shortened time to hear *Debtor's Motion to Authorize and Approve Transaction Outside the Ordinary Course of Business Pursuant to 11 U.S.C. § 363(b) re: Refinancing of Property Owned by Magnolia Holding 19, LLC* (the "Motion"), and good cause appearing,

IT IS HEREBY ORDERED that the Debtor's Application is GRANTED;

IT IS FURTHER ORDERED that a hearing on Debtor's Motion shall be heard on shortened time on February 27, 2017 at 1:30 p.m. in the Foley Federal Building, located at 300 Las Vegas Boulevard South, Third Floor, Courtroom1, Las Vegas, Nevada 89101; and

IT IS FURTHER ORDERED that any objections or oppositions to Debtor's Motion shall be filed by date and time of hearing; any replies to the objections or oppositions shall be filed by date and time of hearing; and that Debtor's Motion and this Order Shortening Time shall be served with 1 days from the entry of this Order Shortening Time.

**IT IS SO ORDERED.**

Prepared and submitted by:

LARSON & ZIRZOW, LLC

By:   /s/ Matthew C. Zirzow
ZACHARIAH LARSON, ESQ.
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Debtor

### #

**LARSON & ZIRZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

2