_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
March 14, 2017

James D. Greene, Esq., NV Bar No. 2647
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Ph: (702) 570-6000
Fax: (702) 463-8401
E-mail: jgreene@greeneinfusolaw.com

Wendy Medura Krincek, Esq. NV Bar No. 6417
**LITTLER MENDELSON, P.C.**
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169-5937
Ph: (702) 862-8800
Fax: 702-862-8811

Attorneys for Excelsior Media Corp.
and Liberty Media Holdings, LLC

**GREENE INFUSO, LLP**
3030 South Jones Boulevard Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No BK-15-14956-ABL |
| MARC JOHN RANDAZZA, | Chapter 11 |
| Debtor. | **ORDER GRANTING EX PARTE APPLICATION FOR ORDER DIRECTING EXAMINATION PURSUANT TO FED.R.BANKR.P.2004 OF MARC J. RANDAZZA** |

This Court having reviewed and considered the Ex Parte Application for Order Directing

Examination Pursuant to Fed.R.Bankr. P. 2004 of Debtor Marc J. Randazza ("Application") filed

by Creditors Excelsior Media Corp. ("Excelsior") and Liberty Media Holdings, LLC., ("Liberty"

1

1  and, collectively with Excelsior, "Creditors"), by and through their counsel, James D. Greene, Esq.,

2  of Greene Infuso, LLP, on March 13, 2017 and good cause appearing,

3       **IT IS HEREBY ORDERED** that the Application is GRANTED and Debtor Marc John

4  Randazza shall appear at the offices of counsel for Creditors for examination under oath before a

5  certified court reporter on a date to be determined with no less than 10 judicial days' notice.

6

7  Respectfully Submitted by:

8  GREENE INFUSO, LLP

9

10  __/s/ James D. Greene
   James D. Greene, Esq.
11  Nevada Bar No. 2647
   3030 South Jones Boulevard, Suite 101

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GREENE INFUSO, LLP**
3030 South Jones Boulevard Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

2