LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzklegal.com
SHARA L. LARSON, ESQ.
Nevada Bar No. 7786
E-mail: slarson@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA,<br><br>Debtor. | Case No.: BK-S-15-14956-abl<br>Chapter 11 |

### NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES

PLEASE TAKE NOTICE that Larson & Zirzow, LLC, counsel of record for Marc John Randazza, changed its name to Larson Zirzow & Kaplan, LLC (the "Firm") effective October 30, 2017. Pursuant to Local Rule 5005(d), notice is further given that the email addresses for the Firm's attorneys have changed to the following: (a) Zachariah Larson, Esq. (zlarson@lzklegal.com); (b) Matthew C. Zirzow, Esq. (mzirzow@lzklegal.com); (c) Shara L. Larson, Esq. (slarson@lzklegal.com); and (d) Kory Kaplan, Esq. (kkaplan@lzklegal.com).

Dated: November 13, 2017.

By:   /s/ Matthew C. Zirzow
LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
MATTHEW C. ZIRZOW, ESQ.
SHARA L. LARSON, ESQ.
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

# CERTIFICATE OF SERVICE

1. On November 13, 2017, I served the following document(s) (specify):

   *Notice of Change of Firm Name and Email Addresses*

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply).*

   ☒    a.    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

JENNIFER WILLIS ARLEDGE on behalf of Creditor BANK OF AMERICA NA
jennifer.arledge@wilsonelser.com, EfileLasVegas@wilsonelser.com

OGONNA M. BROWN on behalf of Creditor CLAY DOUGLASS
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

ARTHUR CARVALHO, JR. on behalf of Creditor EXCELSIOR MEDIA CORP.
acarvalho@lhcllp.com

ARTHUR CARVALHO, JR. on behalf of Creditor LIBERTY MEDIA HOLDINGS, LLC
acarvalho@lhcllp.com

JAMES D. GREENE on behalf of Counter-Defendant EXCELSIOR MEDIA CORP.
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Creditor EXCELSIOR MEDIA CORP.
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Creditor LIBERTY MEDIA HOLDINGS, LLC
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Plaintiff EXCELSIOR MEDIA CORP.
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Plaintiff LIBERTY MEDIA HOLDINGS, LLC
jgreene@greeneinfusolaw.com,

LARSON ZIRZOW & KAPLAN, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

VAUGHN MICHAEL GREENWALT on behalf of Creditor EXCELSIOR MEDIA CORP.
vgreenwalt@lhcllp.com

VAUGHN MICHAEL GREENWALT on behalf of Creditor LIBERTY MEDIA HOLDINGS, LLC
vgreenwalt@lhcllp.com

VAUGHN MICHAEL GREENWALT on behalf of Plaintiff EXCELSIOR MEDIA CORP.
vgreenwalt@lhcllp.com

VAUGHN MICHAEL GREENWALT on behalf of Plaintiff LIBERTY MEDIA HOLDINGS, LLC
vgreenwalt@lhcllp.com

ZACHARIAH LARSON on behalf of Debtor MARC JOHN RANDAZZA
carey@lzlawnv.com, mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

ZACHARIAH LARSON on behalf of Plaintiff MARC J RANDAZZA
carey@lzlawnv.com, mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

VERNON A NELSON, JR on behalf of Creditor BANK OF AMERICA NA
vnelson@nelsonlawfirmlv.com, rlynch@nelsonlawfirmlv.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

TIMOTHY R. WHEELER on behalf of Creditor BANK OF AMERICA NA
timothy.wheeler@wilsonelser.com, daniel.flores@wilsonelser.com

MATTHEW C. ZIRZOW on behalf of Counter-Claimant MARC JOHN RANDAZZA
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Debtor MARC JOHN RANDAZZA
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Defendant MARC JOHN RANDAZZA
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Plaintiff MARC J RANDAZZA
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Plaintiff MARC JOHN RANDAZZA
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

LARSON ZIRZOW & KAPLAN, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

☐ **b.** **United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): <u>November 13, 2017</u>

| <u>     Carey Shurtliff                  </u> | <u>/s/ Carey Shurtliff                    </u> |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

**LARSON ZIRZOW & KAPLAN, LLC**
**850 E. Bonneville Ave.**
**Las Vegas, Nevada 89101**
**Tel: (702) 382-1170   Fax: (702) 382-1169**