# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: Marc John Randazza | Case No. 15-14956 |
|---|---|
| | CHAPTER 11 MONTHLY OPERATING REPORT (SMALL REAL ESTATE/INDIVIDUAL CASE) |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Jan 2018     **PETITION DATE:** 08/28/15

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $401,277 | $410,658 | |
| b. Total Assets | $1,923,796 | $1,933,177 | $1,853,614 |
| c. Current Liabilities | $201,094 | $199,318 | |
| d. Total Liabilities | $14,080,145 | $14,078,369 | $13,879,051 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $5,427 | $54,535 | $512,347 |
| b. Total Disbursements | $14,808 | $33,410 | $517,791 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($9,381) | $21,125 | ($5,444) |
| d. Cash Balance Beginning of Month | $32,532 | $11,407 | $28,595 |
| e. Cash Balance End of Month (c + d) | $23,151 | $32,532 | $23,151 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $282,126 | $282,126 | |
| 6. Post-Petition Liabilities | $201,094 | $199,318 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. | Are a plan and disclosure statement on file? | | x |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes   x  ;   U.S. Trustee Quarterly Fees   x  ;   Check if filing is current for: Post-petition tax reporting and tax returns:   x  .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 2/23/2018

DocuSigned by: Marc Randazza
FC7D2A65030B432...
Responsible Individual

Revised 1/1/98

# BALANCE SHEET
**(Small Real Estate/Individual Case)**
For the Month Ended ___Jan 2018___

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $ 23,151 |
| 2 | Accounts receivable (net) (Brochey Note) | | $ 282,126 |
| 3 | Retainer(s) paid to professionals | | $ 94,000 |
| 4 | Other: Personal Belongings (clothing, glock) | x | $ 1,000 |
| 5 | Wedding Rings (unknown value) | | $ - |
| 6 | Copyright/Trademark | x | $ 1,000 |
| 7 | **Total Current Assets** | | $ 401,277 |
| | **Long Term Assets (Market Value)** | | |
| 8 | Real Property (residential) | x | $ 875,000 |
| 9 | Real property (rental or commercial) | | |
| 10 | Furniture, Fixtures, and Equipment | x | $ 7,595 |
| 11 | Vehicles | x | $ 67,000 |
| 12 | Partnership interests - Magnolia Holding 19, LLC (unknown value) | | $ - |
| 13 | Interest in corportations | | |
| 14 | Stocks and bonds | | |
| 15 | Interests in IRA, Keogh, other retirement plans | x | $ 526,495 |
| 16 | Other: Prepaid Tuition Programs | x | $ 46,429 |
| 17 | Randazza Legal Group, PLLC (unknown value) | | $ - |
| 18 | Marc J. Randazza P.A. (unknown value) | | $ - |
| 19 | Pending Lawsuits Mayers, Cox, Excelsior (unkown value) | | $ - |
| 20 | Possible Malpractice Claim (unknown value) | | $ - |
| 21 | Misuraca Family Trust Revocable (unknown value) | | $ - |
| 22 | Misuraca Family Trust Irrevocable (unknown value) | | $ - |
| 23 | | | $ - |
| 24 | **Total Long Term Assets** | | $ 1,522,519 |
| 25 | **Total Assets** | | $ 1,923,796 |

**Liabilities**

**Post-Petition Liabilities**

**Current Liabilities**

| | | | |
|---|---|---|---|
| 26 | Post-petition not delinquent (under 30 days) | | |
| 27 | Post-petition delinquent other than taxes (over 30 days) | | |
| 28 | Post-petition delinquent taxes | | |
| 29 | Accrued professional fees | | $ 201,094 |
| 30 | Other: | | |
| 31 | | | |
| 32 | **Total Current Liabilities** | | $ 201,094 |
| 33 | **Long-Term Post Petition Debt** | | |
| 34 | **Total Post-Petition Liabilities** | | $ 201,094 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 35 | Secured claims (residence) | | $ 372,869 |
| 36 | Secured claims (other) | | $ 726,179 |
| 37 | Priority unsecured claims | | $ 14,322 |
| 38 | General unsecured claims | | $ 12,765,681 |
| 39 | **Total Pre-Petition Liabilities** | | $ 13,879,051 |
| 40 | **Total Liabilities** | | $ 14,080,145 |

**Equity (Deficit)**

| | | | |
|---|---|---|---|
| 41 | **Total Equity (Deficit)** | | $ (12,156,349) |
| 42 | **Total Liabilities and Equity (Deficit)** | | $ 1,923,796 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | City National Bank | TD Bank | |
| 11 | Account No. | x8119 | x4809 | |
| 12 | Account Purpose | General Use | General Use | |
| 13 | Balance, End of Month | $19,032 | $4,119 | |
| 14 | Total Funds on Hand for all Accounts | $23,151 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### For the Month Ended January 31, 2018

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Payroll | $ 5,427 | $ 434,411 |
| 8 | Accounts Receivable | | $ 17,874 |
| 9 | Other | | $ 5,894 |
| 10 | Transfers between accounts | | $ 49,883 |
| 11 | Insurance Claim | | $ 4,285 |
| 12 | **Total Cash Receipts** | $ 5,427 | $ 512,347 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | $ 2,114 |
| 16 | Principal Payments on Debt | $ 3,861 | $ 115,065 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 |    Personal Property | | |
| 19 |    Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 |    Salaries | | |
| 21 |    Draws | | |
| 22 |    Commissions/Royalties | | |
| 23 |    Expense Reimbursements | | |
| 24 |    Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 |    Employee Withholding | | |
| 28 |    Employer Payroll Taxes | | |
| 29 |    Real Property Taxes | | $ 9,159 |
| 30 |    Other Taxes | | $ 17,489 |
| 31 | Other Cash Outflows: | | |
| 32 |    Auto Expenses | $ 477 | $ 25,028 |
| 33 |    Bank Fees | $ (91) | $ 2,064 |
| 34 |    Child Support | | $ 2,230 |
| 35 |    Clothing | $ 1,749 | $ 19,474 |
| 36 |    Dining & Entertainment | $ 1,641 | $ 30,475 |
| 37 |    Fitness | $ 290 | $ 13,476 |
| 38 |    Gifts | | $ 828 |
| 39 |    Groceries | $ 603 | $ 24,687 |
| 40 |    Household Supplies & Furnishings | $ 5,348 | $ 26,619 |
| 41 |    Insurance | | $ 5,530 |
| 42 |    Interest Expense | | $ 133 |
| 43 |    Legal Fees & Bankruptcy Fees | $ 650 | $ 10,022 |
| 44 |    Medical | $ 63 | $ 23,701 |
| 45 |    Office Expenses | | $ 2,330 |
| 46 |    Personal | | $ 8,233 |
| 47 |    Repairs & Maintenance | $ 60 | $ 57,586 |
| 48 |    School & Activities | $ 75 | $ 34,956 |
| 49 |    Travel | $ 31 | $ 4,071 |
| 50 |    Utilities | $ 310 | $ 23,400 |
| 51 |    Transfers between accounts | | $ 49,883 |
| 52 |    Miscellaneous | $ (259) | $ 9,238 |
| 53 | **Total Cash Disbursements:** | $ 14,808 | $ 517,791 |
| 54 | **Net Increase (Decrease) in Cash** | $ (9,381) | $ (5,444) |
| 55 | **Cash Balance, Beginning of Period** | $ 32,532 | $ 28,595 |
| 56 | **Cash Balance, End of Period** | $ 23,151 | $ 23,151 |

Revised 1/1/98

**Check Register**
**Marc Randazza**

| | Date | Month | Account | Check # | Payee | Category | Deposits | Checks/ Purchases | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3367 | | 01-18 | CNB 8119 | | Balance 12/31/17 | | | | 28,503.60 |
| 3368 | 01/02/18 | 01-18 | CNB 8119 | | AMEX | See Below | | 2,232.38 | 26,271.22 |
| 3369 | 01/02/18 | 01-18 | CNB 8119 | | AMEX | See Below | | 4,808.73 | 21,462.49 |
| 3370 | 01/04/18 | 01-18 | CNB 8119 | | Southwest Gas | Utilities | | 200.00 | 21,262.49 |
| 3371 | 01/04/18 | 01-18 | CNB 8119 | | Specialized Loan | Mortgage | | 3,860.63 | 17,401.86 |
| 3372 | 01/05/18 | 01-18 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 2,713.46 | | 20,115.32 |
| 3373 | 01/05/18 | 01-18 | CNB 8119 | | Security Systems | Repairs & Maintenance | | 59.99 | 20,055.33 |
| 3374 | 01/09/18 | 01-18 | CNB 8119 | 9024 | US Trustee | Bankruptcy Fees | | 650.00 | 19,405.33 |
| 3375 | 01/19/18 | 01-18 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 2,713.44 | | 22,118.77 |
| 3376 | 01/22/18 | 01-18 | CNB 8119 | | Toyota Financial | Auto: Lease | | 446.55 | 21,672.22 |
| 3377 | 01/22/18 | 01-18 | CNB 8119 | | Citicard | See Below | | 2,419.25 | 19,252.97 |
| 3378 | 01/31/18 | 01-18 | CNB 8119 | | Citicard | See Below | | 221.37 | **19,031.60** |
| 3379 | | | | | | | | | |
| 3380 | | 01-18 | TD 4809 | | Balance 12/31/17 | | | | 4,028.11 |
| 3381 | | 01-18 | TD 4809 | | Currency Rate Adjustment | Bank Fees | 91.21 | | **4,119.32** |
| 3382 | | | | | | | | | |
| 3383 | | 01-18 | JOHN AMEX | | Amazon | Household | | 205.80 | |
| 3384 | | 01-18 | JOHN AMEX | | Amazon | Entertainment | | 15.99 | |
| 3385 | | 01-18 | JOHN AMEX | | Match | Entertainment | | 1.99 | |
| 3386 | | 01-18 | JOHN AMEX | | Orchid Garden Chinese | Dining | | 44.60 | |
| 3387 | | 01-18 | JOHN AMEX | | Sprouts Farmers Market | Groceries | | 139.89 | |
| 3388 | | 01-18 | JOHN AMEX | | Whole Foods | Groceries | | 121.08 | |
| 3389 | | 01-18 | JOHN AMEX | | Itunes | Entertainment | | 14.99 | |
| 3390 | | 01-18 | JOHN AMEX | | Itunes | Entertainment | | 19.99 | |
| 3391 | | 01-18 | JOHN AMEX | | Itunes | Entertainment | | 52.26 | |
| 3392 | | 01-18 | JOHN AMEX | | Match | Entertainment | | 1.99 | |
| 3393 | | 01-18 | JOHN AMEX | | Summerlin Centre 5 | Entertainment | | (47.70) | |
| 3394 | | 01-18 | JOHN AMEX | | Summerlin Centre 5 | Entertainment | | 35.00 | |
| 3395 | | 01-18 | JOHN AMEX | | Summerlin Centre 5 | Entertainment | | 47.70 | |
| 3396 | | 01-18 | JOHN AMEX | | Cultural Care AuPair | Childcare | | 75.00 | |
| 3397 | | 01-18 | JOHN AMEX | | Mens Wearhouse | Clothing | | (23.80) | |
| 3398 | | 01-18 | JOHN AMEX | | Mens Wearhouse | Clothing | | 1,397.43 | |
| 3399 | | 01-18 | JOHN AMEX | | Yonaka LLC | Dining | | 270.16 | |
| 3400 | | 01-18 | JOHN AMEX | | Amazon | Household | | (139.99) | |
| 3401 | | 01-18 | JOHN AMEX | | Hash House a Go Go | Dining | | 70.54 | |
| 3402 | | 01-18 | JOHN AMEX | | Lululemon | Clothing | | 94.18 | |
| 3403 | | 01-18 | JOHN AMEX | | Lululemon | Clothing | | 309.60 | |
| 3404 | | 01-18 | JOHN AMEX | | Lifetime Fitness | Fitness | | 290.25 | |
| 3405 | | 01-18 | JOHN AMEX | | Florida Arte | Furnishings | | 4,367.76 | |
| 3406 | | 01-18 | JOHN AMEX | | Reconcile | Miscellaneous | | (323.60) | |
| 3407 | | | | | | | | | |
| 3408 | | 01-18 | JEN CITI | | Amazon | Household | | 12.30 | |
| 3409 | | 01-18 | JEN CITI | | Victorias Secret | Clothing | | (150.47) | |
| 3410 | | 01-18 | JEN CITI | | Chevron | Auto: Fuel | | 29.63 | |
| 3411 | | 01-18 | JEN CITI | | Albertsons | Groceries | | 43.39 | |
| 3412 | | 01-18 | JEN CITI | | Homegoods | Household | | 151.94 | |
| 3413 | | 01-18 | JEN CITI | | Netflix | Entertainment | | 10.99 | |
| 3414 | | 01-18 | JEN CITI | | Amazon | Household | | 58.44 | |
| 3415 | | 01-18 | JEN CITI | | DS Services | Dining | | 55.86 | |
| 3416 | | 01-18 | JEN CITI | | Amazon Video | Entertainment | | 14.99 | |
| 3417 | | 01-18 | JEN CITI | | TJMaxx | Household | | 21.08 | |
| 3418 | | 01-18 | JEN CITI | | Mypos Taxi | Travel | | 31.20 | |
| 3419 | | 01-18 | JEN CITI | | De Graanen | Entertainment | | 729.17 | |
| 3420 | | 01-18 | JEN CITI | | Yoox Group | Clothing | | (149.39) | |
| 3421 | | 01-18 | JEN CITI | | Ibericus NL | Dining | | 27.83 | |
| 3422 | | 01-18 | JEN CITI | | Amazon | Household | | 41.22 | |
| 3423 | | 01-18 | JEN CITI | | CVS | Medical | | 37.87 | |
| 3424 | | 01-18 | JEN CITI | | Amazon | Household | | 173.87 | |
| 3425 | | 01-18 | JEN CITI | | Kidfixers Pediatrics | Medical | | 25.00 | |
| 3426 | | 01-18 | JEN CITI | | Amazon | Household | | 12.30 | |
| 3427 | | 01-18 | JEN CITI | | Marshalls | Household | | 110.36 | |
| 3428 | | 01-18 | JEN CITI | | Sprouts Famers Market | Groceries | | 67.76 | |
| 3429 | | 01-18 | JEN CITI | | Amazon | Household | | 54.41 | |
| 3430 | | 01-18 | JEN CITI | | Smiths Food | Groceries | | 7.00 | |

**Check Register**
**Marc Randazza**

| | Date | Month | Account | Check # | Payee | Category | Deposits | Checks/ Purchases | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3431 | | 01-18 | JEN CITI | | Smith Center for T | Entertainment | | 118.50 | |
| 3432 | | 01-18 | JEN CITI | | Containerstore | Household | | 125.53 | |
| 3433 | | 01-18 | JEN CITI | | Victorias Secret | Clothing | | 211.09 | |
| 3434 | | 01-18 | JEN CITI | | Cox | Utilities | | 110.25 | |
| 3435 | | 01-18 | JEN CITI | | Containerstore | Household | | 27.04 | |
| 3436 | | 01-18 | JEN CITI | | Hautlk Rack | Clothing | | (140.69) | |
| 3437 | | 01-18 | JEN CITI | | Hautlk Rack | Clothing | | (164.51) | |
| 3438 | | 01-18 | JEN CITI | | Smith Center for T | Entertainment | | 118.50 | |
| 3439 | | 01-18 | JEN CITI | | Amazon | Household | | 126.10 | |
| 3440 | | 01-18 | JEN CITI | | DS Services | Dining | | 37.58 | |
| 3441 | | 01-18 | JEN CITI | | Yoox Group | Clothing | | 365.89 | |
| 3442 | | 01-18 | JEN CITI | | Sprouts Famers Market | Groceries | | 223.44 | |
| 3443 | | 01-18 | JEN CITI | | Reconcile | Miscellaneous | | 65.15 | |

Case 15-14956-abl    Doc 222    Entered 02/23/18 14:20:04    Page 7 of 14
DocuSign Envelope ID: 30ECC849-7E63-40AC-B5B1-B50B52CF50F9
2/14/2018                                              Online Banking : Account Activity

## CHECKING ACCOUNT, *8119

**All completed transactions from 01/01/2018 to 02/01/2018**

| Date | Number | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 01/31/2018 | | PREAUTHORIZED DEBIT CITI CARD ONLINE PAYMENT WEB JENNIFER L RAN 579878 | 221.37 | | 19,031.60 |
| 01/22/2018 | | PREAUTHORIZED DEBIT CITI CARD ONLINE PAYMENT WEB JENNIFER L RAN 195587 | 2,419.25 | | 19,252.97 |
| 01/22/2018 | | PREAUTHORIZED DEBIT TOYOTA FINANCIAL RETAIL_PAY WEB JENNIFER RANDA 22117 | 446.55 | | 21,672.22 |
| 01/19/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 984EBA | | 2,713.44 | 22,118.77 |
| 01/09/2018 | 9024 | CHECK | 650.00 | | 19,405.33 |
| 01/05/2018 | | PREAUTHORIZED DEBIT SECURITY SYSTEMS MEMBER PAY PPD JENNIFER RANDA N | 59.99 | | 20,055.33 |
| 01/05/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 074EBA | | 2,713.46 | 20,115.32 |
| 01/04/2018 | | PREAUTHORIZED DEBIT SPECIALIZED LOAN BILL PAYMT PPD RANDAZZA MARC 0 | 3,860.63 | | 17,401.86 |
| 01/04/2018 | | PREAUTHORIZED DEBIT SOUTHWEST GAS BILL PAYMT PPD RANDAZZA MARC 10 | 200.00 | | 21,262.49 |
| 01/02/2018 | | PREAUTHORIZED DEBIT AMEX EPAYMENT ACH PMT WEB JENNIFER RANDA W3064 | 4,808.73 | | 21,462.49 |
| 01/02/2018 | | PREAUTHORIZED DEBIT AMEX EPAYMENT ACH PMT WEB JENNIFER RANDA W0130 | 2,232.38 | | 26,271.22 |

DocuSign Envelope ID: 30ECC849-7E63-40AC-B5B1-B50B52CF50F9

**TD Bank x4809**

|  | CAD | USD | Rate |
|---|---|---|---|
| 12/31/17 Balance per schedule | 5,066.81 | | |
| 01/31/18 Balance | 5,066.81 | **$ 4,119.32** | 0.813 |

TD Home | Apply | 🔒 **MARC JOHN RANDAZZA** | Logout | Site Search

# Accounts

**Help** | **Print**

**My Inbox:** Unread messages (0) | New statements (0) | New epost Bills (0) | Finish an application

### My Personal Summary

| | |
|---|---|
| Banking: | $5,066.81 |
| **Total:** | **CDN $5,066.81** |

| Banking | | Balance | Download |
|---|---|---|---|
| **TD ALL-INCLUSIVE BANKING PLAN -** | )4809 | $5,066.81 | ☐ |
| | Banking total: | CDN **$5,066.81** | |

**Credit Cards, Loans & Mortgages**

You currently have no TD Credit Cards, Loans or Mortgages. Apply for credit today. **Apply for Credit**

**Investments**

You currently have no TD Investments. Purchase an Investment today. **Purchase an Investment**

[Spreadsheet (.CSV) ▼]   [ Download ]

All transactions to the close of the previous BUSINESS day will be downloaded except for credit card activity.
Please note: We have discovered a temporary issue that occurs while you are downloading your credit card activity to your preferred version of accounting software. This may cause some transactions to appear more than once. We are working to correct this issue and apologize for any inconvenience. It's important for you to verify your information and remove any duplicate entries. Recently posted credit card payments may not be included in your download.
Supported versions of software downloads.

Legal Notes

**Print**

Case 15-14956-abl    Doc 222    Entered 02/23/18 14:20:04    Page 10 of 14
DocuSign Envelope ID: 30ECC849-7E63-40AC-B5B1-B50B52CF50F9

Page 3 of 4



**Transaction Details**
Prepared for
John C Randazza
Account Number
XXXX-XXXXXX-41003

Delta Reserve / November 1, 2017 to January 17, 2018

| Date | Description | Amount |
|---|---|---|
| Dec 21 2017 | AMAZON MKTPLACE PMTS - AMZN.COM/BILL, WA | $205.80 |
| Dec 22 2017 | ONLINE PAYMENT - THANK YOU | -$5,098.04 |
| Dec 23 2017 | AMAZON MKTPLACE PMTS - AMZN.COM/BILL, WA | $15.99 |
| Dec 24 2017 | MATCH.COM - 800-326-5161, TX | $1.99 |
| Dec 24 2017 | ORCHID GARDEN CHINESE RE 0000 - LAS VEGAS, NV | $44.60 |
| Dec 24 2017 | SPROUTS FARMERS MKT - LAS VEGAS, NV | $139.89 |
| Dec 24 2017 | WHOLE FOODS MARKET - LAS VEGAS, NV | $121.08 |
| Dec 24 2017 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $14.99 |
| Dec 24 2017 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $19.99 |
| Dec 24 2017 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $52.26 |
| Dec 25 2017 | MATCH.COM - 800-326-5161, TX | $1.99 |
| Dec 25 2017 | SUMMERLIN CENTRE 5 SUMMERLIN CENTR - LAS VEGAS, NV | -$47.70 |
| Dec 25 2017 | SUMMERLIN CENTRE 5 SUMMERLIN CENTR - LAS VEGAS, NV | $35.00 |
| Dec 25 2017 | SUMMERLIN CENTRE 5 SUMMERLIN CENTR - LAS VEGAS, NV | $47.70 |
| Dec 26 2017 | CULTURAL CARE AUPAIR - (800)333-6056, MA | $75.00 |
| Dec 29 2017 | THE MENS WEARHOUSE 2402 00012402 - LAS VEGAS, NV | -$23.80 |
| Dec 29 2017 | THE MENS WEARHOUSE 8101 ECOM 00058101 - HOUSTON, TX | $1,397.43 |
| Dec 29 2017 | YONAKA LLC 0058 - LAS VEGAS, NV | $270.16 |
| Dec 30 2017 | AMAZON MKTPLACE PMTS - AMZN.COM/BILL, WA | -$139.99 |
| Dec 31 2017 | HASH HOUSE A GO GO 650000005044287 - LAS VEGAS, NV | $70.54 |
| Dec 31 2017 | LULULEMON SUMMERLIN - LAS VEGAS, NV | $94.18 |
| Jan 01 2018 | LULULEMON SUMMERLIN - LAS VEGAS, NV | $309.60 |
| Jan 01 2018 | LifeTimeFitness.COM - 888-430-6432, MN | $290.25 |
| Jan 01 2018 | ONLINE PAYMENT - THANK YOU | -$4,808.73 |
| Jan 01 2018 | ONLINE PAYMENT - THANK YOU | -$2,232.38 |
| Jan 01 2018 | PAYPAL *FLORIDAARTE - 4029357733, NV | $4,367.76 |

Account Information - Citibank                                                                                                                                2/23/18, 10:06 AM



| | Citi® / AAdvantage® Executive World Elite™ Mastercard®-6192 |  |

| | | | | |
|---|---|---|---|---|
| Current Balance | $ 24.00 | Minimum Amount Due Mar. 13, 2018 | $ 0.00 | **Total Available Miles:** |
| Next statement closes | Mar. 15, 2018 | | | **35,061** |
| Available Revolving Credit: | $ 14,476.00 | Last Statement Balance Feb. 15, 2018 | $ 1,169.91 | |

### Transactions - Jan. 01, 2018 - Jan. 31, 2018

| Date | Description | Amount |
|---|---|---|
| Jan. 31, 2018 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $ 12.30 |
| Jan. 30, 2018 | ONLINE PAYMENT, THANK YOU | -$ 221.37 |
| Jan. 30, 2018 | VICTORIASSECRET.COM 08008881500 OH | -$ 150.47 |
| Jan. 30, 2018 | CHEVRON 0209894 LAS VEGAS NV | $ 29.63 |
| Jan. 30, 2018 | ALBERTSONS 3016 LAS VEGAS NV | $ 43.39 |
| Jan. 26, 2018 | HOMEGOODS #312 LAS VEGAS NV | $ 151.94 |
| Jan. 25, 2018 | NETFLIX.COM NETFLIX.COM CA<br>Recurring Charge | $ 10.99 |
| Jan. 24, 2018 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $ 58.44 |
| Jan. 21, 2018 | ONLINE PAYMENT, THANK YOU | -$ 2,419.25 |
| Jan. 18, 2018 | DS SERVICES STANDARD C ATLANTA GA | $ 55.86 |
| Jan. 16, 2018 | AMAZON VIDEO ON DEMAND 888-802-3080 WA | $ 14.99 |
| Jan. 16, 2018 | TJMAXX #0634 LAS VEGAS NV | $ 21.08 |
| Jan. 14, 2018 | MYPOS *TAXI TATLI AMSTERDAM NLD | $ 31.20 |
| Jan. 14, 2018 | DE GRAANEN AMSTERDAM NLD | $ 729.17 |
| Jan. 13, 2018 | YOOX GROUP 317-324-06 317-3240677 NY | -$ 149.39 |

| Jan. 13, 2018 | IBERICUS NL B V BARENDRECHT NLD | $ 27.83 |
|---|---|---|
| Jan. 13, 2018 | AMAZON.COM AMZN.COM/BI AMZN.COM/BILL WA | $ 41.22 |
| Jan. 08, 2018 | CVS/PHARMACY #09967 LAS VEGAS NV | $ 37.87 |
| Jan. 08, 2018 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $ 173.87 |
| Jan. 08, 2018 | KIDFIXERS PEDIATRICS LAS VEGAS NV | $ 25.00 |
| Jan. 05, 2018 | AMAZON MKTPLACE PMTS W WWW.AMAZON.CO WA | $ 12.30 |
| Jan. 05, 2018 | MARSHALLS #873 LAS VEGAS NV | $ 110.36 |
| Jan. 04, 2018 | SPROUTS FARMERS MARK LAS VEGAS NV | $ 67.76 |
| Jan. 02, 2018 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $ 54.41 |
| Jan. 01, 2018 | SMITHS FOOD #4347 LAS VEGAS NV | $ 7.00 |

**End Of Activity**

## Your Offers & Benefits

 **Citi Mobile® App**
Do more now with the Citi Mobile App. More confidence. More satisfaction. Download or update the app today.

 **Sign up for a ShopRunner membership**
FREE for Citi World and World Elite Mastercard cardmembers. Shop participating online stores for eligible items.

 **Earn Elite Qualifying Miles**
Earn 10,000 Elite Qualifying Miles after you spend $40,000 in purchases within the year.

 **Global Entry/TSA Pre✔® credit**
Get a statement credit (up to $100 every 5 years) for your Global Entry or TSA Pre ✔® application fee.

DocuSign Envelope ID: 30ECC849-7E63-40AC-B5B1-B50B52CF50F9

Account Information - Citibank                                                                                                              2/21/18, 1:31 AM



 Citi® / AAdvantage® Executive World EliteTM Mastercard®-6192

| | | | | |
|---|---|---|---|---|
| Current Balance | $ 0.00 | Minimum Amount Due Mar. 13, 2018 | $ 0.00 | **Total Available Miles:** |
| Next statement closes | Mar. 15, 2018 | | | 35,061 |
| Available Revolving Credit: | $ 14,480.00 | Last Statement Balance Feb. 15, 2018 | $ 1,169.91 | |

## Transactions - Statement Ending On Jan. 15, 2018

| Date | Description | Amount |
|---|---|---|
| Dec. 31, 2017 | THE SMITH CENTER FOR T 07026140109 NV | $ 118.50 |
| Dec. 31, 2017 | CONTAINERSTORE.COM 800-733-3532 TX | $ 125.53 |

Account Information - Citibank                                                                                          2/21/18, 1:31 AM

| Date | Description | Amount |
|---|---|---|
| Dec. 30, 2017 | VICTORIASSECRET.COM 08008881500 OH | $ 211.09 |
| Dec. 29, 2017 | COX LAS VEGAS COMM SV 800-234-3993 NV | $ 110.25 |
| Dec. 29, 2017 | CONTAINERSTORELASVEGAS LAS VEGAS NV | $ 27.04 |
| Dec. 28, 2017 | ONLINE PAYMENT, THANK YOU | -$ 3,139.41 |
| Dec. 28, 2017 | HAUTLK RACK8885478438 888-547-8438 CA | -$ 140.69 |
| Dec. 28, 2017 | HAUTLK RACK8885478438 888-547-8438 CA | -$ 164.51 |
| Dec. 28, 2017 | THE SMITH CENTER FOR T 07026140109 NV | $ 118.50 |
| Dec. 28, 2017 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $ 126.10 |
| Dec. 27, 2017 | DS SERVICES STANDARD C 800-4928377 GA | $ 37.58 |
| Dec. 27, 2017 | YOOX GROUP 317-324-06 317-3240677 NY | $ 365.89 |
| Dec. 27, 2017 | SPROUTS FARMERS MARK LAS VEGAS NV | $ 223.44 |

ht