## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: Marc John Randazza | **Case No.**      15-14956 |
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(SMALL REAL ESTATE/INDIVIDUAL CASE)** |

### SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Feb 2018        **PETITION DATE:**      08/28/15

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in __$1__

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $398,856 | $401,277 | |
| | b. Total Assets | $1,921,375 | $1,923,796 | $1,853,614 |
| | c. Current Liabilities | $202,394 | $201,094 | |
| | d. Total Liabilities | $14,081,445 | $14,080,145 | $13,879,051 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $18,117 | $5,427 | $530,464 |
| | b. Total Disbursements | $20,538 | $14,808 | $538,329 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($2,421) | ($9,381) | ($7,865) |
| | d. Cash Balance Beginning of Month | $23,151 | $32,532 | $28,595 |
| | e. Cash Balance End of Month (c + d) | $20,730 | $23,151 | $20,730 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $282,126 | $282,126 | |
| 6. | **Post-Petition Liabilities** | $202,394 | $201,094 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals?  (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. | Are a plan and disclosure statement on file? | | x |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes __x__ ;     U.S. Trustee Quarterly Fees __x__ ; Check if filing is current for: Post-petition tax reporting and tax returns: __x__ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: __3/19/2018__

DocuSigned by:
*Marc Randazza*

Responsible Individual

Revised 1/1/98

DocuSign Envelope ID: 30E3C9A3-E880-422F-B55B-9BAFB675BA98

**BALANCE SHEET**
**(Small Real Estate/Individual Case)**
**For the Month Ended   Feb 2018**

|  | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
|  | **Current Assets** |  |  |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $ 20,730 |
| 2 | Accounts receivable (net) (Brochey Note) |  | $ 282,126 |
| 3 | Retainer(s) paid to professionals |  | $ 94,000 |
| 4 | Other:  Personal Belongings (clothing, glock) | x | $ 1,000 |
| 5 | Wedding Rings (unknown value) |  | $ - |
| 6 | Copyright/Trademark | x | $ 1,000 |
| 7 | **Total Current Assets** |  | $ 398,856 |
|  | **Long Term Assets (Market Value)** |  |  |
| 8 | Real Property (residential) | x | $ 875,000 |
| 9 | Real property (rental or commercial) |  |  |
| 10 | Furniture, Fixtures, and Equipment | x | $ 7,595 |
| 11 | Vehicles | x | $ 67,000 |
| 12 | Partnership interests - Magnolia Holding 19, LLC (unknown value) |  | $ - |
| 13 | Interest in corportations |  |  |
| 14 | Stocks and bonds |  |  |
| 15 | Interests in IRA, Keogh, other retirement plans | x | $ 526,495 |
| 16 | Other:  Prepaid Tuition Programs | x | $ 46,429 |
| 17 | Randazza Legal Group, PLLC (unknown value) |  | $ - |
| 18 | Marc J. Randazza P.A. (unknown value) |  | $ - |
| 19 | Pending Lawsuits Mayers, Cox, Excelsior (unknown value) |  | $ - |
| 20 | Possible Malpractice Claim (unknown value) |  | $ - |
| 21 | Misuraca Family Trust Revocable (unknown value) |  | $ - |
| 22 | Misuraca Family Trust Irrevocable (unknown value) |  | $ - |
| 23 |  |  | $ - |
| 24 | **Total Long Term Assets** |  | $ 1,522,519 |
| 25 | **Total Assets** |  | $ 1,921,375 |
|  | **Liabilities** |  |  |
|  | **Post-Petition Liabilities** |  |  |
|  | **Current Liabilities** |  |  |
| 26 | Post-petition not delinquent (under 30 days) |  |  |
| 27 | Post-petition delinquent other than taxes (over 30 days) |  |  |
| 28 | Post-petition delinquent taxes |  |  |
| 29 | Accrued professional fees |  | $ 202,394 |
| 30 | Other: |  |  |
| 31 |  |  |  |
| 32 | **Total Current Liabilities** |  | $ 202,394 |
| 33 | **Long-Term Post Petition Debt** |  |  |
| 34 | **Total Post-Petition Liabilities** |  | $ 202,394 |
|  | **Pre-Petition Liabilities (allowed amount)** |  |  |
| 35 | Secured claims (residence) |  | $ 372,869 |
| 36 | Secured claims (other) |  | $ 726,179 |
| 37 | Priority unsecured claims |  | $ 14,322 |
| 38 | General unsecured claims |  | $ 12,765,681 |
| 39 | **Total Pre-Petition Liabilities** |  | $ 13,879,051 |
| 40 | **Total Liabilities** |  | $ 14,081,445 |
|  | **Equity (Deficit)** |  |  |
| 41 | **Total Equity (Deficit)** |  | $ (12,160,070) |
| 42 | **Total Liabilities and Equity (Deficit)** |  | $ 1,921,375 |

NOTE:
 Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

DocuSign Envelope ID: 30E3C9A3-E880-422F-B55B-9BAFB675BA98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

#### List the Rental Information Requested Below By Properties (For Rental Properties Only)

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less:  Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | City National Bank | TD Bank | |
| 11 | Account No. | x8119 | x4809 | |
| 12 | Account Purpose | General Use | General Use | |
| 13 | Balance, End of Month | $16,773 | $3,957 | |
| 14 | Total Funds on Hand for all Accounts | $20,730 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

DocuSign Envelope ID: 30E3C9A3-E880-422F-B55B-9BAFB675BA98

### STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
#### For the Month Ended February 28, 2018

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Payroll | $ 18,117 | $ 452,528 |
| 8 | Accounts Receivable | | $ 17,874 |
| 9 | Other | | $ 5,894 |
| 10 | Transfers between accounts | | $ 49,883 |
| 11 | Insurance Claim | | $ 4,285 |
| 12 | **Total Cash Receipts** | $ 18,117 | $ 530,464 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | $ 2,114 |
| 16 | Principal Payments on Debt | $ 3,861 | $ 118,926 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | $ 9,159 |
| 30 | Other Taxes | | $ 17,489 |
| 31 | Other Cash Outflows: | | |
| 32 | Auto Expenses | $ 1,448 | $ 26,476 |
| 33 | Bank Fees | $ 162 | $ 2,226 |
| 34 | Child Support & Alimony | $ 13,226 | $ 15,456 |
| 35 | Clothing | $ 312 | $ 19,786 |
| 36 | Dining & Entertainment | $ 2,234 | $ 32,709 |
| 37 | Fitness | $ 1,364 | $ 14,840 |
| 38 | Gifts | | $ 828 |
| 39 | Groceries | $ 565 | $ 25,252 |
| 40 | Household Supplies & Furnishings | $ (6,492) | $ 20,127 |
| 41 | Insurance | | $ 5,530 |
| 42 | Interest Expense | | $ 133 |
| 43 | Legal Fees & Bankruptcy Fees | $ 200 | $ 10,222 |
| 44 | Medical | $ 2,016 | $ 25,717 |
| 45 | Office Expenses | | $ 2,330 |
| 46 | Personal | $ 80 | $ 8,313 |
| 47 | Repairs & Maintenance | $ 450 | $ 58,036 |
| 48 | School & Activities | $ 780 | $ 35,736 |
| 49 | Travel | | $ 4,071 |
| 50 | Utilities | $ 259 | $ 23,659 |
| 51 | Transfers between accounts | | $ 49,883 |
| 52 | Miscellaneous | $ 73 | $ 9,311 |
| 53 | **Total Cash Disbursements:** | $ 20,538 | $ 538,329 |
| 54 | **Net Increase (Decrease) in Cash** | $ (2,421) | $ (7,865) |
| 55 | **Cash Balance, Beginning of Period** | $ 23,151 | $ 28,595 |
| 56 | **Cash Balance, End of Period** | $ 20,730 | $ 20,730 |

Revised 1/1/98

DocuSign Envelope ID: 30E3C9A3-E880-422F-B55B-9BAFB675BA98

**Check Register**
**Marc Randazza**

| | Date | Month | Account | Check # | Payee | Category | Deposits | Checks/ Purchases | Net | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3445 | | 02-18 | CNB 8119 | | Balance 1/31/18 | | | | | 19,031.60 |
| 3446 | 02/02/18 | 02-18 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 2,837.16 | | (2,837.16) | 21,868.76 |
| 3447 | 02/05/18 | 02-18 | CNB 8119 | | Security Systems | Repairs & Maintenance | | 114.99 | 114.99 | 21,753.77 |
| 3448 | 02/05/18 | 02-18 | CNB 8119 | | Specialized Loan | Mortgage Payment | | 3,860.63 | 3,860.63 | 17,893.14 |
| 3449 | 02/06/18 | 02-18 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 12,442.29 | | (12,442.29) | 30,335.43 |
| 3450 | 02/06/18 | 02-18 | CNB 8119 | | AMEX | See Below | | 5,139.97 | 5,139.97 | 25,195.46 |
| 3451 | 02/08/18 | 02-18 | CNB 8119 | | AMEX | See Below | | 9,404.17 | 9,404.17 | 15,791.29 |
| 3452 | 02/09/18 | 02-18 | CNB 8119 | | Citicard | See Below | | 113.37 | 113.37 | 15,677.92 |
| 3453 | 02/12/18 | 02-18 | CNB 8119 | 1110 | Willow Creek Comm Assoc | Repairs & Maintenance | | 50.00 | 50.00 | 15,627.92 |
| 3454 | 02/16/18 | 02-18 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 2,837.16 | | (2,837.16) | 18,465.08 |
| 3455 | 02/20/18 | 02-18 | CNB 8119 | | Toyota financial | Auto: Lease | | 446.55 | 446.55 | 18,018.53 |
| 3456 | 02/22/18 | 02-18 | CNB 8119 | | Citicard | See Below | | 1,245.24 | 1,245.24 | 16,773.29 |
| 3457 | | | | | | | | | | |
| 3458 | | 02-18 | TD 4809 | | Balance 12/31/17 | | | | | 4,119.32 |
| 3459 | | 02-18 | TD 4809 | | Currency Rate Adjustment | Bank Fees | | 162.14 | 162.14 | 3,957.18 |
| 3460 | | | | | | | | | | |
| 3461 | | 02-18 | JOHN AMEX | | Florida Arte | Child Support | | 2,000.00 | 2,000.00 | |
| 3462 | | 02-18 | JOHN AMEX | | Amazon | Household | | 65.88 | 65.88 | |
| 3463 | | 02-18 | JOHN AMEX | | Itunes | Entertainment | | 29.98 | 29.98 | |
| 3464 | | 02-18 | JOHN AMEX | | Royal Blue Pools | Repairs & Maintenance | | 210.00 | 210.00 | |
| 3465 | | 02-18 | JOHN AMEX | | Mens Wearhouse | Clothing | | (441.66) | (441.66) | |
| 3466 | | 02-18 | JOHN AMEX | | Fandango | Entertainment | | 52.20 | 52.20 | |
| 3467 | | 02-18 | JOHN AMEX | | Life Café | Dining | | 19.81 | 19.81 | |
| 3468 | | 02-18 | JOHN AMEX | | Summerlin Centre | Entertainment | | 5.73 | 5.73 | |
| 3469 | | 02-18 | JOHN AMEX | | Summerlin Centre | Entertainment | | 21.29 | 21.29 | |
| 3470 | | 02-18 | JOHN AMEX | | Mens Wearhouse | Clothing | | 110.33 | 110.33 | |
| 3471 | | 02-18 | JOHN AMEX | | Tri Pham | Miscellaneous | | 50.00 | 50.00 | |
| 3472 | | 02-18 | JOHN AMEX | | Crave | Dining | | 21.00 | 21.00 | |
| 3473 | | 02-18 | JOHN AMEX | | Grape Street | Dining | | 55.46 | 55.46 | |
| 3474 | | 02-18 | JOHN AMEX | | Life Café | Dining | | 5.39 | 5.39 | |
| 3475 | | 02-18 | JOHN AMEX | | Life Spa | Personal | | 80.00 | 80.00 | |
| 3476 | | 02-18 | JOHN AMEX | | REI | Clothing | | 217.21 | 217.21 | |
| 3477 | | 02-18 | JOHN AMEX | | Freshko Gourmet | Dining | | 4.20 | 4.20 | |
| 3478 | | 02-18 | JOHN AMEX | | Starbucks | Dining | | 13.01 | 13.01 | |
| 3479 | | 02-18 | JOHN AMEX | | Doggis | Dining | | 22.46 | 22.46 | |
| 3480 | | 02-18 | JOHN AMEX | | Starbucks | Dining | | 10.39 | 10.39 | |
| 3481 | | 02-18 | JOHN AMEX | | Torn Basil | Dining | | 13.92 | 13.92 | |
| 3482 | | 02-18 | JOHN AMEX | | Sequence Inc. | Legal Fees | | 200.00 | 200.00 | |
| 3483 | | 02-18 | JOHN AMEX | | Life Time Fitness | Fitness | | 45.00 | 45.00 | |
| 3484 | | 02-18 | JOHN AMEX | | Wendys | Dining | | 30.22 | 30.22 | |
| 3485 | | 02-18 | JOHN AMEX | | Life Time Fitness | Fitness | | 119.08 | 119.08 | |
| 3486 | | 02-18 | JOHN AMEX | | Sprouts Farmers Market | Groceries | | 106.37 | 106.37 | |
| 3487 | | 02-18 | JOHN AMEX | | Union 76 | Auto: Fuel | | 54.78 | 54.78 | |
| 3488 | | 02-18 | JOHN AMEX | | iTunes | Entertainment | | 2.99 | 2.99 | |
| 3489 | | 02-18 | JOHN AMEX | | iTunes | Entertainment | | 24.99 | 24.99 | |
| 3490 | | 02-18 | JOHN AMEX | | Amazon | Household | | (273.74) | (273.74) | |
| 3491 | | 02-18 | JOHN AMEX | | Anson Edwards & Higgins | Medical | | 1,237.98 | 1,237.98 | |
| 3492 | | 02-18 | JOHN AMEX | | Noras Italian | Dining | | 65.21 | 65.21 | |
| 3493 | | 02-18 | JOHN AMEX | | Mens Wearhouse | Clothing | | (81.18) | (81.18) | |
| 3494 | | 02-18 | JOHN AMEX | | Mens Wearhouse | Clothing | | (19.47) | (19.47) | |
| 3495 | | 02-18 | JOHN AMEX | | Affordable Dental | Medical | | 196.29 | 196.29 | |
| 3496 | | 02-18 | JOHN AMEX | | Rothmans | Clothing | | 144.09 | 144.09 | |
| 3497 | | 02-18 | JOHN AMEX | | Under Armour | Clothing | | 162.36 | 162.36 | |
| 3498 | | 02-18 | JOHN AMEX | | iTunes | Entertainment | | 24.99 | 24.99 | |
| 3499 | | 02-18 | JOHN AMEX | | CVS | Medical | | 16.33 | 16.33 | |
| 3500 | | 02-18 | JOHN AMEX | | Little Vincents | Dining | | 11.50 | 11.50 | |
| 3501 | | 02-18 | JOHN AMEX | | Professor Thoms | Dining | | 174.42 | 174.42 | |
| 3502 | | 02-18 | JOHN AMEX | | Rothmans | Clothing | | (136.09) | (136.09) | |
| 3503 | | 02-18 | JOHN AMEX | | Under Armour | Clothing | | 143.65 | 143.65 | |
| 3504 | | 02-18 | JOHN AMEX | | Life Café | Dining | | 8.32 | 8.32 | |
| 3505 | | 02-18 | JOHN AMEX | | Red Rock Bar | Dining | | 72.62 | 72.62 | |
| 3506 | | 02-18 | JOHN AMEX | | iTunes | Entertainment | | 14.99 | 14.99 | |
| 3507 | | 02-18 | JOHN AMEX | | iTunes | Entertainment | | 20.99 | 20.99 | |
| 3508 | | 02-18 | JOHN AMEX | | Sprouts Farmers Market | Groceries | | 46.08 | 46.08 | |
| 3509 | | 02-18 | JOHN AMEX | | Life Café | Dining | | 9.67 | 9.67 | |
| 3510 | | 02-18 | JOHN AMEX | | Nordstrom Rack | Clothing | | 126.56 | 126.56 | |
| 3511 | | 02-18 | JOHN AMEX | | Chevron | Auto: Fuel | | 60.85 | 60.85 | |
| 3512 | | 02-18 | JOHN AMEX | | Albertsons | Groceries | | 255.57 | 255.57 | |
| 3513 | | 02-18 | JOHN AMEX | | BLM Red Rock | Entertainment | | 8.00 | 8.00 | |
| 3514 | | 02-18 | JOHN AMEX | | BLM Red Rock | Entertainment | | 72.00 | 72.00 | |
| 3515 | | 02-18 | JOHN AMEX | | Sushi Loca | Dining | | 318.57 | 318.57 | |

DocuSign Envelope ID: 30E3C9A3-E880-422F-B55B-9BAFB675BA98

**Check Register**
**Marc Randazza**

| | Date | Month | Account | Check # | Payee | Category | Deposits | Checks/ Purchases | Net | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3516 | | 02-18 | JOHN AMEX | | Target | Household | | 24.28 | 24.28 | |
| 3517 | | 02-18 | JOHN AMEX | | Amazon | Household | | 25.97 | 25.97 | |
| 3518 | | 02-18 | JOHN AMEX | | Dunkin | Dining | | 2.80 | 2.80 | |
| 3519 | | 02-18 | JOHN AMEX | | Engineering for Kids | Entertainment | | 185.00 | 185.00 | |
| 3520 | | 02-18 | JOHN AMEX | | Life Time Fitness | Fitness | | 776.00 | 776.00 | |
| 3521 | | 02-18 | JOHN AMEX | | Life Time Fitness | Fitness | | 63.52 | 63.52 | |
| 3522 | | 02-18 | JOHN AMEX | | Florida Arte | Child Support | | 2,058.30 | 2,058.30 | |
| 3523 | | 02-18 | JOHN AMEX | | Florida Arte | Child Support | | 2,569.49 | 2,569.49 | |
| 3524 | | 02-18 | JOHN AMEX | | Life Time Fitness | Fitness | | 360.25 | 360.25 | |
| 3525 | | 02-18 | JOHN AMEX | | Nevada Ballet Theater | Activities | | 780.00 | 780.00 | |
| 3526 | | 02-18 | JOHN AMEX | | Panevino | Dining | | 55.47 | 55.47 | |
| 3527 | | 02-18 | JOHN AMEX | | Town Center Coffee | Dining | | 3.41 | 3.41 | |
| 3528 | | 02-18 | JOHN AMEX | | Tri Pham | Miscellaneous | | 48.00 | 48.00 | |
| 3529 | | 02-18 | JOHN AMEX | | Raku Japanese | Dining | | 165.64 | 165.64 | |
| 3530 | | 02-18 | JOHN AMEX | | Royal Blue Pools | Repairs & Maintenance | | 75.00 | 75.00 | |
| 3531 | | 02-18 | JOHN AMEX | | iTunes | Entertainment | | 29.98 | 29.98 | |
| 3532 | | 02-18 | JOHN AMEX | | Echo & Rig | Dining | | 230.41 | 230.41 | |
| 3533 | | 02-18 | JOHN AMEX | | Life Café | Dining | | 11.03 | 11.03 | |
| 3534 | | 02-18 | JOHN AMEX | | Red Rock Bar | Dining | | 34.57 | 34.57 | |
| 3535 | | 02-18 | JOHN AMEX | | iTunes | Entertainment | | 24.99 | 24.99 | |
| 3536 | | 02-18 | JOHN AMEX | | CC Water Reclamation | Utilities | | 259.20 | 259.20 | |
| 3537 | | 02-18 | JOHN AMEX | | Laboratory Medicine | Medical | | 20.00 | 20.00 | |
| 3538 | | 02-18 | JOHN AMEX | | Lahey Mychart | Medical | | 350.00 | 350.00 | |
| 3539 | | 02-18 | JOHN AMEX | | Life Café | Dining | | 9.67 | 9.67 | |
| 3540 | | 02-18 | JOHN AMEX | | Quest Diagnostic | Medical | | 20.00 | 20.00 | |
| 3541 | | 02-18 | JOHN AMEX | | Tacos La Carretta | Dining | | 10.00 | 10.00 | |
| 3542 | | 02-18 | JOHN AMEX | | Amazon | Household | | 191.16 | 191.16 | |
| 3543 | | 02-18 | JOHN AMEX | | Life Café | Dining | | 11.03 | 11.03 | |
| 3544 | | 02-18 | JOHN AMEX | | Mens Wearhouse | Clothing | | (216.50) | (216.50) | |
| 3545 | | 02-18 | JOHN AMEX | | Lazy Dog | Dining | | 31.52 | 31.52 | |
| 3546 | | 02-18 | JOHN AMEX | | Gastroenterology Assoc | Medical | | 175.52 | 175.52 | |
| 3547 | | 02-18 | JOHN AMEX | | Interlude | Dining | | 29.82 | 29.82 | |
| 3548 | | 02-18 | JOHN AMEX | | Love Store | Clothing | | 95.24 | 95.24 | |
| 3549 | | 02-18 | JOHN AMEX | | Match | Entertainment | | 239.82 | 239.82 | |
| 3550 | | 02-18 | JOHN AMEX | | Correction to prior (Florida Arte) | Child Support | | 6,597.76 | 6,597.76 | |
| 3551 | | 02-18 | JOHN AMEX | | Correction to prior (Florida Arte) | Furnishings | | (6,597.76) | (6,597.76) | |
| 3552 | | 02-18 | JOHN AMEX | | Reconcile | Miscellaneous | | (37.04) | (37.04) | |
| 3553 | | | | | | | | | | |
| 3554 | | 02-18 | JEN CITI | | DMV | Auto: Service | | 838.90 | 838.90 | |
| 3555 | | 02-18 | JEN CITI | | Target | Household | | 72.45 | 72.45 | |
| 3556 | | 02-18 | JEN CITI | | Dillards | Clothing | | 75.78 | 75.78 | |
| 3557 | | 02-18 | JEN CITI | | Amazon Video | Entertainment | | 8.99 | 8.99 | |
| 3558 | | 02-18 | JEN CITI | | Whole Foods | Groceries | | 2.37 | 2.37 | |
| 3559 | | 02-18 | JEN CITI | | Chevron | Auto: Fuel | | 46.68 | 46.68 | |
| 3560 | | 02-18 | JEN CITI | | Starbucks | Dining | | 2.11 | 2.11 | |
| 3561 | | 02-18 | JEN CITI | | Starbucks | Dining | | 5.68 | 5.68 | |
| 3562 | | 02-18 | JEN CITI | | Starbucks | Dining | | 8.12 | 8.12 | |
| 3563 | | 02-18 | JEN CITI | | Albertsons | Groceries | | 8.98 | 8.98 | |
| 3564 | | 02-18 | JEN CITI | | Albertsons | Groceries | | 146.53 | 146.53 | |
| 3565 | | 02-18 | JEN CITI | | Nordstrom Rack | Clothing | | 102.64 | 102.64 | |
| 3566 | | 02-18 | JEN CITI | | Nordstrom Rack | Clothing | | 29.20 | 29.20 | |
| 3567 | | 02-18 | JEN CITI | | Reconcile | Miscellaneous | | 10.18 | 10.18 | |

DocuSign Envelope ID: 30E3C9A3-E880-422F-B55B-9BAFB675BA98

Online Banking : Account Activity

# CHECKING ACCOUNT, *8119

**All completed transactions from 02/01/2018 to 03/01/2018**

| Date | Number | Description | Withdrawals | Deposits | Balance |
|------|--------|-------------|-------------|----------|---------|
| 02/22/2018 | | PREAUTHORIZED DEBIT CITI CARD ONLINE PAYMENT WEB JENNIFER L RAN 747109 | 1,245.24 | | 16,773.29 |
| 02/20/2018 | | PREAUTHORIZED DEBIT TOYOTA FINANCIAL RETAIL_PAY WEB JENNIFER RANDA 12118 | 446.55 | | 18,018.53 |
| 02/16/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 524EBA | | 2,837.16 | 18,465.08 |
| 02/12/2018 | 1110 | CHECK | 50.00 | | 15,627.92 |
| 02/09/2018 | | PREAUTHORIZED DEBIT CITI CARD ONLINE PAYMENT WEB JENNIFER L RAN 040242 | 113.37 | | 15,677.92 |
| 02/08/2018 | | PREAUTHORIZED DEBIT AMEX EPAYMENT ACH PMT WEB JENNIFER RANDA W8760 | 9,404.17 | | 15,791.29 |
| 02/06/2018 | | PREAUTHORIZED DEBIT AMEX EPAYMENT ACH PMT WEB JENNIFER RANDA W8216 | 5,139.97 | | 25,195.46 |
| 02/06/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 601EBA | | 12,442.29 | 30,335.43 |
| 02/05/2018 | | PREAUTHORIZED DEBIT SPECIALIZED LOAN BILL PAYMT PPD RANDAZZA MARC 0 | 3,860.63 | | 17,893.14 |
| 02/05/2018 | | PREAUTHORIZED DEBIT SECURITY SYSTEMS MEMBER PAY PPD JENNIFER RANDA N | 114.99 | | 21,753.77 |
| 02/02/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 077EBA | | 2,837.16 | 21,868.76 |

DocuSign Envelope ID: 30E3C9A3-E880-422F-B55B-9BAFB675BA98

**TD Bank x4809**

| | | CAD | USD | Rate |
|---|---|---|---|---|
| 01/31/18 | Balance per schedule | 5,066.81 | | |
| 02/28/18 | Balance | 5,066.81 | $ 3,957.18 | 0.781 |

DocuSign Envelope ID: 30E3C9A3-E880-422F-B55B-9BAFB675BA98

TD Home | Apply | 👤 **MARC JOHN RANDAZZA**    | Logout |    | Site Search |

# Accounts

Help | Print

| **My Inbox:** Unread messages (0) | New statements (0) | New epost Bills (0) | Finish an application |

**My Personal Summary**

| Banking: | $5,066.81 |
|---|---|
| **Total:** | **CDN $5,066.81** |

| Banking | Balance | Download |
|---|---|---|
| **TD ALL-INCLUSIVE BANKING PLAN –** ₁4809 | $5,066.81 | ☐ |
| Banking total: | CDN **$5,066.81** | |

**Credit Cards, Loans & Mortgages**

You currently have no TD Credit Cards, Loans or Mortgages. Apply for credit today. **Apply for Credit**

**Investments**

You currently have no TD Investments. Purchase an Investment today. **Purchase an Investment**

| Spreadsheet (.CSV) ⬥ |    | Download |

All transactions to the close of the previous BUSINESS day will be downloaded except for credit card activity.
Please note: We have discovered a temporary issue that occurs while you are downloading your credit card activity to your preferred version of accounting software. This may cause some transactions to appear more than once. We are working to correct this issue and apologize for any inconvenience. It's important for you to verify your information and remove any duplicate entries. Recently posted credit card payments may not be included in your download.
Supported versions of software downloads.

Legal Notes

Print

DocuSign Envelope ID: 30E3C9A3-E880-422F-B55B-9BAFB675BA98

Page 1 of 3



### Transaction Details
Prepared for
**John C Randazza**
Account Number
XXXX-XXXXXX-41003

**Delta Reserve / January 16, 2018 to March 19, 2018**

| Date | Description | Amount |
|------|-------------|--------|
| Jan 16 2018 | WENDY'S - LAS VEGAS, NV | $30.22 |
| Jan 17 2018 | LIFE TIME FITNESS - 888-430-6432, MN | $119.08 |
| Jan 17 2018 | SPROUTS FARMERS MKT - LAS VEGAS, NV | $106.37 |
| Jan 17 2018 | UNION 76 10142545 - LAS VEGAS, NV | $54.78 |
| Jan 17 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $2.99 |
| Jan 17 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $24.99 |
| Jan 18 2018 | AMAZON.COM - AMZN.COM/BILL, WA | -$273.74 |
| Jan 18 2018 | ANSON EDWARDS & HIGGIN - LAS VEGAS, NV | $1,237.98 |
| Jan 18 2018 | Nora's Italian Cuisine - Las Vegas, NV | $65.21 |
| Jan 19 2018 | THE MENS WEARHOUSE 2402 00012402 - LAS VEGAS, NV | -$81.18 |
| Jan 19 2018 | THE MENS WEARHOUSE 2402 00012402 - LAS VEGAS, NV | -$19.47 |
| Jan 20 2018 | AFFORDABLE DENTAL II 0130 - LAS VEGAS, NV | $196.29 |
| Jan 20 2018 | ROTHMAN'S - NEW YORK, NY | $144.09 |
| Jan 20 2018 | UNDER ARMOUR DIRECT VIRT - BALTIMORE, MD | $162.36 |
| Jan 20 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $24.99 |
| Jan 21 2018 | CVS PHARMACY - NEW YORK, NY | $16.33 |
| Jan 21 2018 | LITTLE VINCENT'S PIZ - NEW YORK, NY | $11.50 |
| Jan 21 2018 | PROFESSOR THOMS - NEW YORK, NY | $174.42 |
| Jan 21 2018 | ROTHMAN'S - NEW YORK, NY | -$136.09 |
| Jan 21 2018 | UNDER ARMOUR DIRECT VIRT - BALTIMORE, MD | $143.65 |
| Jan 24 2018 | LIFE CAFE - LAS VEGAS, NV | $8.32 |
| Jan 24 2018 | RED ROCK LOBBY BAR 498410 - LAS VEGAS, NV | $72.62 |
| Jan 24 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $14.99 |
| Jan 24 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $20.99 |
| Jan 25 2018 | SPROUTS FARMERS MKT - LAS VEGAS, NV | $46.08 |
| Jan 26 2018 | LIFE CAFE - LAS VEGAS, NV | $9.67 |
| Jan 26 2018 | NORDSTROM RACK #0371 000000371 - LAS VEGAS, NV | $126.56 |
| Jan 27 2018 | CHEVRON 0305903/CHEVRON - LAS VEGAS, NV | $60.85 |
| Jan 28 2018 | ALBERTSONS STORE 3021 - LAS VEGAS, NV | $255.57 |
| Jan 28 2018 | BLM RED ROCK CANYON FEE 000000012 - LAS VEGAS, NV | $8.00 |
| Jan 28 2018 | BLM RED ROCK CANYON FEE 000000012 - LAS VEGAS, NV | $72.00 |
| Jan 28 2018 | SUSHI LOCA 0268 - LAS VEGAS, NV | $318.57 |
| Jan 28 2018 | TARGET LAS VEGAS FAR SW 1524 - LAS VEGAS, NV | $24.28 |
| Jan 29 2018 | AMAZON MKTPLACE PMTS - AMZN.COM/BILL, WA | $25.97 |
| Jan 29 2018 | DUNKIN #346571 Q35 3465 - LAS VEGAS, NV | $2.80 |
| Jan 29 2018 | ENGINEERING FOR KIDS - LAS VEGAS, NV | $185.00 |
| Jan 29 2018 | LIFE TIME FITNESS - 888-430-6432, MN | $776.00 |
| Jan 31 2018 | LifeTimeFitness.COM - 888-430-6432, MN | $63.52 |
| Jan 31 2018 | PAYPAL *FLORIDAARTE - 4029357733, NV | $2,058.30 |
| Jan 31 2018 | PAYPAL *FLORIDAARTE - 4029357733, NV | $2,569.49 |
| Feb 01 2018 | LifeTimeFitness.COM - 888-430-6432, MN | $360.25 |
| Feb 01 2018 | NEVADA BALLET THEATRE 0945 - LAS VEGAS, NV | $780.00 |
| Feb 01 2018 | PANEVINO RISTORANTE 650000005254548 - LAS VEGAS, NV | $55.47 |

DocuSign Envelope ID: 30E3C9A3-E880-422F-B55B-9BAFB675BA98

Page 2 of 3



### Transaction Details
Prepared for
John C Randazza
Account Number
XXXX-XXXXXX-41003

**Delta Reserve / January 16, 2018 to March 19, 2018**

| Date | Description | Amount |
|------|-------------|--------|
| Feb 01 2018 | TOWN CENTER COFFEE 542929809660137 - LAS VEGAS, NV | $3.41 |
| Feb 01 2018 | TRI PHAM - Las Vegas, NV | $48.00 |
| Feb 02 2018 | RAKU JAPANESE GRILL 0000 - LAS VEGAS, NV | $165.64 |
| Feb 02 2018 | ROYAL BLUE POOLS LLC 0000 - LAS VEGAS, NV | $75.00 |
| Feb 02 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $29.98 |
| Feb 03 2018 | ECHO & RIG - LAS VEGAS, NV | $230.41 |
| Feb 03 2018 | LIFE CAFE - LAS VEGAS, NV | $11.03 |
| Feb 03 2018 | RED ROCK ONYX BAR 498964 - LAS VEGAS, NV | $34.57 |
| Feb 04 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $24.99 |
| Feb 05 2018 | CC WATER RECLAMATION 134 - LAS VEGAS, NV | $259.20 |
| Feb 05 2018 | LABORATORY MEDICINE CONS 0338 - LAS VEGAS, NV | $20.00 |
| Feb 05 2018 | LAHEY - MYCHART - (781)744-7381, MA | $350.00 |
| Feb 05 2018 | LIFE CAFE - LAS VEGAS, NV | $9.67 |
| Feb 05 2018 | ONLINE PAYMENT - THANK YOU | -$5,139.97 |
| Feb 05 2018 | QUEST DIAGNOSTICS NV QUEST - (702)733-7866, NV | $20.00 |
| Feb 05 2018 | TACOS LA CARRETA - LAS VEGAS, NV | $10.00 |
| Feb 06 2018 | AMAZON MKTPLACE PMTS - AMZN.COM/BILL, WA | $191.16 |
| Feb 06 2018 | LIFE CAFE - LAS VEGAS, NV | $11.03 |
| Feb 06 2018 | MEN'S WEARHOUSE - LAS VEGAS, NV | -$216.50 |
| Feb 07 2018 | LAZY DOG RESTAURANTS 16 LAZY DOG RESTA - LAS VEGAS, NV | $31.52 |
| Feb 07 2018 | ONLINE PAYMENT - THANK YOU | -$9,404.17 |
| Feb 08 2018 | GASTROENTEROLOGY ASSOC GASTROENTEROLOG - LAS VEGAS, NV | $175.52 |
| Feb 09 2018 | INTERLUDE FRONT BAR - LAS VEGAS, NV | $29.82 |
| Feb 09 2018 | THE LOVE STORE - LAS VEGAS, NV | $95.24 |
| Feb 10 2018 | MATCH.COM - 800-326-5161, TX | $239.82 |

DocuSign Envelope ID: 30E3C9A3-E880-422F-B55B-9BAFB675BA98

Account Information - Citibank

3/6/18, 5:29 PM



 **Citi® / AAdvantage® Executive World Elite™ Mastercard®-6192**

citi | AAdvantage

| | | | | **Total Available Miles:** |
|---|---|---|---|---|
| Current Balance | $ 0.00 | Minimum Amount Due Mar. 13, 2018 | $ 0.00 | **35,061** |
| Next statement closes | Mar. 15, 2018 | | | |
| Available Revolving Credit: | $ 14,500.00 | Last Statement Balance Feb. 15, 2018 | $ 1,169.91 | |

## Transactions - Feb. 01, 2018 - Feb. 28, 2018

| Date | Description | Amount |
|---|---|---|
| Feb. 13, 2018 | DMV-44 07756844621 NV | $ 838.90 |
| Feb. 11, 2018 | TARGET 00015248 LAS VEGAS NV | $ 72.45 |
| Feb. 10, 2018 | DILLARD'S SUMMERLIN LAS VEGAS NV | $ 75.78 |
| Feb. 09, 2018 | AMAZON VIDEO ON DEMAND 888-802-3080 WA | $ 8.99 |
| Feb. 07, 2018 | ONLINE PAYMENT, THANK YOU | -$ 113.37 |
| Feb. 06, 2018 | WHOLEFDS FTA 10174 LAS VEGAS NV | $ 2.37 |
| Feb. 05, 2018 | CHEVRON 0352069 LAS VEGAS NV | $ 46.68 |
| Feb. 05, 2018 | STARBUCKS STORE 05561 LAS VEGAS NV | $ 2.11 |
| Feb. 05, 2018 | STARBUCKS STORE 05561 LAS VEGAS NV | $ 5.68 |

DocuSign Envelope ID: 30E3C9A3-E880-422F-B55B-9BAFB675BA98
Account Information - Citibank

3/6/18, 5:29 PM

| Feb. 05, 2018 | STARBUCKS STORE 05561 LAS VEGAS NV | $ 8.12 |
| Feb. 05, 2018 | ALBERTSONS 4004 LAS VEGAS NV | $ 8.98 |
| Feb. 05, 2018 | ALBERTSONS 3016 LAS VEGAS NV | $ 146.53 |
| Feb. 03, 2018 | NORDSTROM RACK #0371 LAS VEGAS NV | $ 102.64 |
| Feb. 03, 2018 | NORDSTROM RACK #0371 LAS VEGAS NV | $ 29.20 |

**End Of Activity**

Your Offers & Benefits



Sign up for a ShopRunner membership

FREE for Citi World and World Elite Mastercard cardmembers. Shop participating online stores for eligible items.



Earn AAdvantage® Miles Faster

Add an Authorized User and you'll earn AAdvantage® miles on their purchases and on your own purchases.



Enjoy special access to purchase tickets to the best in music, sports and dining with Citi® Private Pass®.