# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re: Marc John Randazza

Case No. 15-14956

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Mar 2018  **PETITION DATE:** 08/28/15

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $406,601 | $398,856 | |
| b. Total Assets | $1,929,120 | $1,921,375 | $1,853,614 |
| c. Current Liabilities | $245,800 | $202,394 | |
| d. Total Liabilities | $14,124,851 | $14,081,445 | $13,879,051 |
| 3. **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
| a. Total Receipts | $27,653 | $18,117 | $558,117 |
| b. Total Disbursements | $19,908 | $20,538 | $558,237 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $7,745 | ($2,421) | ($120) |
| d. Cash Balance Beginning of Month | $20,730 | $23,151 | $28,595 |
| e. Cash Balance End of Month (c + d) | $28,475 | $20,730 | $28,475 |
| | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $282,126 | $282,126 | |
| 6. Post-Petition Liabilities | $245,800 | $202,394 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

At the end of this reporting month:   **Yes**   **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)    x
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)    x
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)    x
12. Is the estate insured for replacement cost of assets and for general liability?   x
13. Are a plan and disclosure statement on file?    x
14. Was there any post-petition borrowing during this reporting period?    x

15. Check if paid: Post-petition taxes __x__ ;  U.S. Trustee Quarterly Fees __x__ ; Check if filing is current for: Post-petition tax reporting and tax returns: __x__ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 4/19/2018

DocuSigned by:
*Marc Randazza*
FC7D2A65030B432...
Responsible Individual

Revised 1/1/98

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended   Mar 2018

| # | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $ 28,475 |
| 2 | Accounts receivable (net) (Brochey Note) | | $ 282,126 |
| 3 | Retainer(s) paid to professionals | | $ 94,000 |
| 4 | Other: Personal Belongings (clothing, glock) | x | $ 1,000 |
| 5 | Wedding Rings (unknown value) | | $ - |
| 6 | Copyright/Trademark | x | $ 1,000 |
| 7 | **Total Current Assets** | | $ 406,601 |
| | **Long Term Assets (Market Value)** | | |
| 8 | Real Property (residential) | x | $ 875,000 |
| 9 | Real property (rental or commercial) | | |
| 10 | Furniture, Fixtures, and Equipment | x | $ 7,595 |
| 11 | Vehicles | x | $ 67,000 |
| 12 | Partnership interests - Magnolia Holding 19, LLC (unknown value) | | $ - |
| 13 | Interest in corportations | | |
| 14 | Stocks and bonds | | |
| 15 | Interests in IRA, Keogh, other retirement plans | x | $ 526,495 |
| 16 | Other: Prepaid Tuition Programs | x | $ 46,429 |
| 17 | Randazza Legal Group, PLLC (unknown value) | | $ - |
| 18 | Marc J. Randazza P.A. (unknown value) | | $ - |
| 19 | Pending Lawsuits Mayers, Cox, Excelsior (unknown value) | | $ - |
| 20 | Possible Malpractice Claim (unknown value) | | $ - |
| 21 | Misuraca Family Trust Revocable (unknown value) | | $ - |
| 22 | Misuraca Family Trust Irrevocable (unknown value) | | $ - |
| 23 | | | $ - |
| 24 | **Total Long Term Assets** | | $ 1,522,519 |
| 25 | **Total Assets** | | $ 1,929,120 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 26 | Post-petition not delinquent (under 30 days) | | |
| 27 | Post-petition delinquent other than taxes (over 30 days) | | |
| 28 | Post-petition delinquent taxes | | |
| 29 | Accrued professional fees | | $ 245,800 |
| 30 | Other: | | |
| 31 | | | |
| 32 | **Total Current Liabilities** | | $ 245,800 |
| 33 | **Long-Term Post Petition Debt** | | |
| 34 | **Total Post-Petition Liabilities** | | $ 245,800 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 35 | Secured claims (residence) | | $ 372,869 |
| 36 | Secured claims (other) | | $ 726,179 |
| 37 | Priority unsecured claims | | $ 14,322 |
| 38 | General unsecured claims | | $ 12,765,681 |
| 39 | **Total Pre-Petition Liabilities** | | $ 13,879,051 |
| 40 | **Total Liabilities** | | $ 14,124,851 |
| | **Equity (Deficit)** | | |
| 41 | **Total Equity (Deficit)** | | $ (12,195,731) |
| 42 | **Total Liabilities and Equity (Deficit)** | | $ 1,929,120 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | City National Bank | TD Bank | |
| 11 | Account No. | x8119 | x4809 | |
| 12 | Account Purpose | General Use | General Use | |
| 13 | Balance, End of Month | $24,548 | $3,927 | |
| 14 | Total Funds on Hand for all Accounts | $28,475 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### For the Month Ended March 31, 2018

| # | Item | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Payroll | $ 27,653 | $ 480,181 |
| 8 | Accounts Receivable | | $ 17,874 |
| 9 | Other | | $ 5,894 |
| 10 | Transfers between accounts | | $ 49,883 |
| 11 | Insurance Claim | | $ 4,285 |
| 12 | **Total Cash Receipts** | $ 27,653 | $ 558,117 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | $ 2,114 |
| 16 | Principal Payments on Debt | $ 3,861 | $ 122,787 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 |    Personal Property | | |
| 19 |    Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 |    Salaries | | |
| 21 |    Draws | | |
| 22 |    Commissions/Royalties | | |
| 23 |    Expense Reimbursements | | |
| 24 |    Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 |    Employee Withholding | | |
| 28 |    Employer Payroll Taxes | | |
| 29 |    Real Property Taxes | | $ 9,159 |
| 30 |    Other Taxes | | $ 17,489 |
| 31 | Other Cash Outflows: | | |
| 32 |    Auto Expenses | $ 711 | $ 27,187 |
| 33 |    Bank Fees | $ 30 | $ 2,256 |
| 34 |    Child Support & Alimony | $ 5,394 | $ 20,850 |
| 35 |    Clothing | $ (87) | $ 19,699 |
| 36 |    Dining & Entertainment | $ 2,780 | $ 35,489 |
| 37 |    Fitness | $ 547 | $ 15,387 |
| 38 |    Gifts | $ 304 | $ 1,132 |
| 39 |    Groceries | $ 1,420 | $ 26,672 |
| 40 |    Household Supplies & Furnishings | $ 784 | $ 20,911 |
| 41 |    Insurance | | $ 5,530 |
| 42 |    Interest Expense | | $ 133 |
| 43 |    Legal Fees & Bankruptcy Fees | $ 400 | $ 10,622 |
| 44 |    Medical | $ 2,804 | $ 28,521 |
| 45 |    Office Expenses | | $ 2,330 |
| 46 |    Personal | $ 182 | $ 8,495 |
| 47 |    Repairs & Maintenance | $ 481 | $ 58,517 |
| 48 |    School & Activities | $ 332 | $ 36,068 |
| 49 |    Travel | | $ 4,071 |
| 50 |    Utilities | | $ 23,659 |
| 51 |    Transfers between accounts | | $ 49,883 |
| 52 |    Miscellaneous | $ (35) | $ 9,276 |
| 53 | **Total Cash Disbursements:** | $ 19,908 | $ 558,237 |
| 54 | **Net Increase (Decrease) in Cash** | $ 7,745 | $ (120) |
| 55 | **Cash Balance, Beginning of Period** | $ 20,730 | $ 28,595 |
| 56 | **Cash Balance, End of Period** | $ 28,475 | $ 28,475 |

Revised 1/1/98

**Check Register**
**Marc Randazza**

| | Date | Month | Account | Check # | Payee | Category | Deposits | Checks/Purchases | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3569 | | | CNB 8119 | | Balance 2/28/18 | | | | 16,773.29 |
| 3570 | 03/02/18 | 03-18 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 2,837.14 | | 19,610.43 |
| 3571 | 03/05/18 | 03-18 | CNB 8119 | | Security Systems | Repairs & Maintenance | | 59.99 | 19,550.44 |
| 3572 | 03/05/18 | 03-18 | CNB 8119 | | Specialized Loan | Mortgage Payment | | 3,860.63 | 15,689.81 |
| 3573 | 03/07/18 | 03-18 | CNB 8119 | | Chase | Child Support | | 202.49 | 15,487.32 |
| 3574 | 03/08/18 | 03-18 | CNB 8119 | | Citicard | See Below | | 144.65 | 15,342.67 |
| 3575 | 03/13/18 | 03-18 | CNB 8119 | 1111 | Willow Creek Comm Assoc | Repairs & Maintenance | | 66.26 | 15,276.41 |
| 3576 | 03/13/18 | 03-18 | CNB 8119 | 1112 | Willow Creek Comm Assoc | Repairs & Maintenance | | 46.00 | 15,230.41 |
| 3577 | 03/16/18 | 03-18 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 5,983.01 | | 21,213.42 |
| 3578 | 03/16/18 | 03-18 | CNB 8119 | | AMEX | See Below | | 7,500.00 | 13,713.42 |
| 3579 | 03/20/18 | 03-18 | CNB 8119 | | Toyota Financial Services | Auto: Lease | | 446.55 | 13,266.87 |
| 3580 | 03/20/18 | 03-18 | CNB 8119 | | AMEX | See Below | | 6,710.35 | 6,556.52 |
| 3581 | 03/26/18 | 03-18 | CNB 8119 | | Citicard | See Below | | 841.85 | 5,714.67 |
| 3582 | 03/30/18 | 03-18 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 18,833.15 | | 24,547.82 |
| 3583 | | | | | | | | | |
| 3584 | | | TD 4809 | | Balance 2/28/18 | | | | 3,957.18 |
| 3585 | | 03-18 | TD 4809 | | Currency Rate Adjustment | Bank Fees | | 30.40 | 3,926.78 |
| 3586 | | | | | | | | | |
| 3587 | | 03-18 | JEN CITI | | Netflix | Entertainment | | 10.99 | |
| 3588 | | 03-18 | JEN CITI | | Target | Household | | 36.76 | |
| 3589 | | 03-18 | JEN CITI | | Sprouts Farmers Market | Groceries | | 84.08 | |
| 3590 | | 03-18 | JEN CITI | | Amazon Video | Entertainment | | 4.99 | |
| 3591 | | 03-18 | JEN CITI | | DS Services | Dining | | 81.89 | |
| 3592 | | 03-18 | JEN CITI | | Smith Center for The | Activities | | 296.75 | |
| 3593 | | 03-18 | JEN CITI | | Sprouts Farmers Market | Groceries | | 104.70 | |
| 3594 | | 03-18 | JEN CITI | | Amazon Video | Entertainment | | 4.99 | |
| 3595 | | 03-18 | JEN CITI | | Lazy Dog Restaurant | Dining | | 43.24 | |
| 3596 | | 03-18 | JEN CITI | | Sprouts Farmers Market | Groceries | | 163.21 | |
| 3597 | | 03-18 | JEN CITI | | Trader Joes | Groceries | | 17.24 | |
| 3598 | | 03-18 | JEN CITI | | Amazon Video | Entertainment | | 24.99 | |
| 3599 | | 03-18 | JEN CITI | | CVS Pharmacy | Miscellaneous | | (23.26) | |
| 3600 | | 03-18 | JEN CITI | | Sprouts Farmers Market | Groceries | | 35.14 | |
| 3601 | | 03-18 | JEN CITI | | Amazon | Household | | 52.51 | |
| 3602 | | 03-18 | JEN CITI | | Netflix | Entertainment | | 10.99 | |
| 3603 | | 03-18 | JEN CITI | | Culinary Academy of LV | Dining | | 24.00 | |
| 3604 | | 03-18 | JEN CITI | | DS Services | Dining | | 75.33 | |
| 3605 | | 03-18 | JEN CITI | | Reconcile | Miscellaneous | | (62.04) | |
| 3606 | | | | | | | | | |
| 3607 | | 03-18 | JOHN AMEX | | Walgreens | Medical | | 32.11 | |
| 3608 | | 03-18 | JOHN AMEX | | Walgreens | Medical | | 350.99 | |
| 3609 | | 03-18 | JOHN AMEX | | Albertsons | Groceries | | 105.72 | |
| 3610 | | 03-18 | JOHN AMEX | | Chevron | Auto: Fuel | | 48.42 | |
| 3611 | | 03-18 | JOHN AMEX | | Dance Shoppe | Activities | | 22.08 | |
| 3612 | | 03-18 | JOHN AMEX | | Party City | Entertainment | | 10.24 | |
| 3613 | | 03-18 | JOHN AMEX | | Sequence Inc. | Legal Fees | | 200.00 | |
| 3614 | | 03-18 | JOHN AMEX | | Smog Busters | Miscellaneous | | 20.99 | |
| 3615 | | 03-18 | JOHN AMEX | | Flowers Down Under | Gifts | | 216.00 | |
| 3616 | | 03-18 | JOHN AMEX | | Sister Cleaning | Household | | 86.75 | |
| 3617 | | 03-18 | JOHN AMEX | | Lucy Ethiopian | Dining | | 72.60 | |
| 3618 | | 03-18 | JOHN AMEX | | Life Time Fitness | Fitness | | 45.00 | |
| 3619 | | 03-18 | JOHN AMEX | | Whole Foods | Groceries | | 179.87 | |
| 3620 | | 03-18 | JOHN AMEX | | Grill Concepts | Dining | | 335.42 | |
| 3621 | | 03-18 | JOHN AMEX | | Tony Ps | Dining | | 22.00 | |
| 3622 | | 03-18 | JOHN AMEX | | iTunes | Entertainment | | 2.99 | |
| 3623 | | 03-18 | JOHN AMEX | | Chevron | Auto: Fuel | | 64.24 | |
| 3624 | | 03-18 | JOHN AMEX | | Life Café | Dining | | 74.41 | |
| 3625 | | 03-18 | JOHN AMEX | | Life Time Fitness | Fitness | | 119.08 | |
| 3626 | | 03-18 | JOHN AMEX | | Sprouts Farmers Market | Groceries | | 29.88 | |
| 3627 | | 03-18 | JOHN AMEX | | Sprouts Farmers Market | Groceries | | 84.69 | |
| 3628 | | 03-18 | JOHN AMEX | | iTunes | Entertainment | | 59.98 | |
| 3629 | | 03-18 | JOHN AMEX | | Affordable Dental | Medical | | 164.29 | |
| 3630 | | 03-18 | JOHN AMEX | | Amazon | Household | | 55.97 | |
| 3631 | | 03-18 | JOHN AMEX | | Amazon | Household | | 26.95 | |
| 3632 | | 03-18 | JOHN AMEX | | Mens Wearhouse | Clothing | | (86.60) | |

**Check Register**
**Marc Randazza**

| Check # | Date | Month | Account | Payee | Category | Deposits | Checks/Purchases | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| 3633 | | 03-18 | JOHN AMEX | Sushi Loca | Dining | | 195.91 | |
| 3634 | | 03-18 | JOHN AMEX | Greens & Proteins | Dining | | 4.25 | |
| 3635 | | 03-18 | JOHN AMEX | Sister Cleaning | Household | | 78.75 | |
| 3636 | | 03-18 | JOHN AMEX | Canyon Oral & Facial | Medical | | 1,900.00 | |
| 3637 | | 03-18 | JOHN AMEX | CVS | Medical | | 106.54 | |
| 3638 | | 03-18 | JOHN AMEX | Life Café | Dining | | 8.32 | |
| 3639 | | 03-18 | JOHN AMEX | Tri Pham | Dining | | 50.00 | |
| 3640 | | 03-18 | JOHN AMEX | Vintner Grill | Dining | | 191.96 | |
| 3641 | | 03-18 | JOHN AMEX | Brassaii Brassai | Dining | | 47.21 | |
| 3642 | | 03-18 | JOHN AMEX | Patria | Dining | | 331.91 | |
| 3643 | | 03-18 | JOHN AMEX | iTunes | Entertainment | | 14.99 | |
| 3644 | | 03-18 | JOHN AMEX | Albertson | Groceries | | 171.37 | |
| 3645 | | 03-18 | JOHN AMEX | Chevron | Auto: Fuel | | 49.97 | |
| 3646 | | 03-18 | JOHN AMEX | Doral ES | Activities | | 13.00 | |
| 3647 | | 03-18 | JOHN AMEX | Starbucks | Dining | | 10.99 | |
| 3648 | | 03-18 | JOHN AMEX | iTunes | Entertainment | | 24.99 | |
| 3649 | | 03-18 | JOHN AMEX | Andiron Sea & Steak | Dining | | 254.47 | |
| 3650 | | 03-18 | JOHN AMEX | Life Spa | Personal | | 182.22 | |
| 3651 | | 03-18 | JOHN AMEX | Red Rock Lucky Bar | Dining | | 21.32 | |
| 3652 | | 03-18 | JOHN AMEX | Sister Cleaning | Household | | 86.75 | |
| 3653 | | 03-18 | JOHN AMEX | Life Time Fitness | Fitness | | 360.25 | |
| 3654 | | 03-18 | JOHN AMEX | Florida Arte | Child Support | | 2,058.30 | |
| 3655 | | 03-18 | JOHN AMEX | Florida Arte | Child Support | | 3,133.29 | |
| 3656 | | 03-18 | JOHN AMEX | Royal Blue Pools | Repairs & Maintenance | | 160.00 | |
| 3657 | | 03-18 | JOHN AMEX | Town Center Coffee | Dining | | 10.86 | |
| 3658 | | 03-18 | JOHN AMEX | Albertson | Groceries | | 50.36 | |
| 3659 | | 03-18 | JOHN AMEX | Chevron | Auto: Fuel | | 45.27 | |
| 3660 | | 03-18 | JOHN AMEX | Red Rock Ice Cream | Dining | | 8.66 | |
| 3661 | | 03-18 | JOHN AMEX | Starbucks | Dining | | 10.77 | |
| 3662 | | 03-18 | JOHN AMEX | Sister Cleaning | Household | | 8.00 | |
| 3663 | | 03-18 | JOHN AMEX | Sister Cleaning | Household | | 78.75 | |
| 3664 | | 03-18 | JOHN AMEX | iTunes | Entertainment | | (4.19) | |
| 3665 | | 03-18 | JOHN AMEX | iTunes | Entertainment | | 56.97 | |
| 3666 | | 03-18 | JOHN AMEX | Life Café | Dining | | 11.31 | |
| 3667 | | 03-18 | JOHN AMEX | Lucy Ethiopian | Dining | | 64.06 | |
| 3668 | | 03-18 | JOHN AMEX | iTunes | Entertainment | | 34.99 | |
| 3669 | | 03-18 | JOHN AMEX | iTunes | Entertainment | | 139.99 | |
| 3670 | | 03-18 | JOHN AMEX | Life Café | Dining | | 19.44 | |
| 3671 | | 03-18 | JOHN AMEX | Ossm Knee & Shoulder Institute | Medical | | 50.00 | |
| 3672 | | 03-18 | JOHN AMEX | Chevron | Auto: Fuel | | 56.19 | |
| 3673 | | 03-18 | JOHN AMEX | Hash House a Go Go | Dining | | 75.74 | |
| 3674 | | 03-18 | JOHN AMEX | iTunes | Entertainment | | 112.99 | |
| 3675 | | 03-18 | JOHN AMEX | Archis Thai | Dining | | 76.63 | |
| 3676 | | 03-18 | JOHN AMEX | Patis Service Inc | Miscellaneous | | 17.99 | |
| 3677 | | 03-18 | JOHN AMEX | Albertson | Groceries | | 137.71 | |
| 3678 | | 03-18 | JOHN AMEX | Flowershopnetwork | Gifts | | 88.45 | |
| 3679 | | 03-18 | JOHN AMEX | Mom and Pops Cleaners | Miscellaneous | | 64.72 | |
| 3680 | | 03-18 | JOHN AMEX | Red Rock Ice Cream | Dining | | 3.79 | |
| 3681 | | 03-18 | JOHN AMEX | Starbucks | Dining | | 14.56 | |
| 3682 | | 03-18 | JOHN AMEX | Amazon | Household | | 112.74 | |
| 3683 | | 03-18 | JOHN AMEX | Life Time Fitness | Fitness | | (22.50) | |
| 3684 | | 03-18 | JOHN AMEX | Sequence Inc. | Legal Fees | | 200.00 | |
| 3685 | | 03-18 | JOHN AMEX | Dunkin | Dining | | 2.80 | |
| 3686 | | 03-18 | JOHN AMEX | Yoshi Burritos | Dining | | 14.63 | |
| 3687 | | 03-18 | JOHN AMEX | Life Time Fitness | Fitness | | 45.00 | |
| 3688 | | 03-18 | JOHN AMEX | Menchies | Dining | | 6.47 | |
| 3689 | | 03-18 | JOHN AMEX | Ossm Knee & Shoulder Institute | Medical | | 200.00 | |
| 3690 | | 03-18 | JOHN AMEX | Sister Cleaning | Household | | 78.75 | |
| 3691 | | 03-18 | JOHN AMEX | iTunes | Entertainment | | 24.99 | |
| 3692 | | 03-18 | JOHN AMEX | Bulwark Exterminating | Repairs & Maintenance | | 149.00 | |
| 3693 | | 03-18 | JOHN AMEX | iTunes | Entertainment | | 2.99 | |
| 3694 | | 03-18 | JOHN AMEX | Siena Italian | Dining | | 75.95 | |
| 3695 | | 03-18 | JOHN AMEX | Sprouts Farmers Market | Groceries | | 7.65 | |
| 3696 | | 03-18 | JOHN AMEX | Sprouts Farmers Market | Groceries | | 248.29 | |

**Check Register**
**Marc Randazza**

| | Date | Month | Account | Check # | Payee | Category | Deposits | Checks/ Purchases | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3697 | | 03-18 | JOHN AMEX | | TJ Maxx | Household | | 81.00 | |
| 3698 | | 03-18 | JOHN AMEX | | Reconcile | Miscellaneous | | (52.25) | |
| 3699 | | | | | | | | | |

# CHECKING ACCOUNT, *8119

### All completed transactions from 03/01/2018 to 04/01/2018

| Date | Number | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 03/30/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 9557XZ | | 18,833.15 | 24,547.82 |
| 03/26/2018 | | PREAUTHORIZED DEBIT CITI CARD ONLINE PAYMENT WEB JENNIFER L RAN 518792 | 841.85 | | 5,714.67 |
| 03/20/2018 | | PREAUTHORIZED DEBIT AMEX EPAYMENT ACH PMT WEB JENNIFER RANDA W6586 | 6,710.35 | | 6,556.52 |
| 03/20/2018 | | PREAUTHORIZED DEBIT TOYOTA FINANCIAL RETAIL_PAY WEB JENNIFER RANDA 22118 | 446.55 | | 13,266.87 |
| 03/16/2018 | | PREAUTHORIZED DEBIT AMERICAN EXPRESS BILL PAYMT PPD RANDAZZA MARC 74 | 7,500.00 | | 13,713.42 |
| 03/16/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 6847XZ | | 5,983.01 | 21,213.42 |
| 03/13/2018 | 1112 | CHECK | 46.00 | | 15,230.41 |
| 03/13/2018 | 1111 | CHECK | 66.26 | | 15,276.41 |
| 03/08/2018 | | PREAUTHORIZED DEBIT CITI CARD ONLINE PAYMENT WEB JENNIFER L RAN 058176 | 144.65 | | 15,342.67 |
| 03/07/2018 | | PREAUTHORIZED DEBIT CHASE CREDIT CRD EPAY WEB JENNIFER L RAN 5 | 202.49 | | 15,487.32 |
| 03/05/2018 | | PREAUTHORIZED DEBIT SPECIALIZED LOAN BILL PAYMT PPD RANDAZZA MARC 0 | 3,860.63 | | 15,689.81 |
| 03/05/2018 | | PREAUTHORIZED DEBIT SECURITY SYSTEMS MEMBER PAY PPD JENNIFER RANDA N | 59.99 | | 19,550.44 |
| 03/02/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 2507XZ | | 2,837.14 | 19,610.43 |

**TD Bank x4809**

|  | CAD | USD | Rate |
|---|---|---|---|
| 02/28/18 Balance per schedule | 5,066.81 | | |
| 03/31/18 Balance | 5,066.81 | $ 3,926.78 | 0.775 |

TD Home | Apply | 🔒 **MARC JOHN RANDAZZA** | Logout | Site Search

# Accounts

Help | Print

**My Inbox:** Unread messages (0) | New statements (0) | New epost Bills (0) | Finish an application

### My Personal Summary

| Banking: | $5,066.81 |
|---|---|
| **Total:** | **CDN $5,066.81** |

| Banking | | Balance | Download |
|---|---|---|---|
| TD ALL-INCLUSIVE BANKING PLAN - | 4809 | $5,066.81 | ☐ |
| | Banking total: | CDN **$5,066.81** | |

**Credit Cards, Loans & Mortgages**

You currently have no TD Credit Cards, Loans or Mortgages. Apply for credit today. **Apply for Credit**

**Investments**

You currently have no TD Investments. Purchase an Investment today. **Purchase an Investment**

[Spreadsheet (.CSV) ▾]  [ Download ]

All transactions to the close of the previous BUSINESS day will be downloaded except for credit card activity.
Please note: We have discovered a temporary issue that occurs while you are downloading your credit card activity to your preferred version of accounting software. This may cause some transactions to appear more than once. We are working to correct this issue and apologize for any inconvenience. It's important for you to verify your information and remove any duplicate entries. Recently posted credit card payments may not be included in your download.
Supported versions of software downloads.

Legal Notes

Print

Account Information - Citibank                                                                  4/15/18, 11:28 AM



## Citi® / AAdvantage® Executive World Elite™ Mastercard®-6192



| | | | | |
|---|---|---|---|---|
| Current Balance | $ 0.00 | Minimum Amount Due Apr. 13, 2018 | $ 0.00 | **Total Available Miles:** |
| Next statement closes | Apr. 16, 2018 | | | 35,913 |
| Available Revolving Credit: | $ 14,500.00 | Last Statement Balance Mar. 15, 2018 | $ 632.13 | |

### Transactions - Mar. 01, 2018 - Mar. 31, 2018

| Date | Description | Amount |
|---|---|---|
| Mar. 25, 2018 | ONLINE PAYMENT, THANK YOU | -$ 841.85 |
| Mar. 25, 2018 | NETFLIX.COM NETFLIX.COM CA<br>Recurring Charge | $ 10.99 |
| Mar. 22, 2018 | TARGET 00015248 LAS VEGAS NV | $ 38.76 |
| Mar. 21, 2018 | SPROUTS FARMERS MARK LAS VEGAS NV | $ 84.08 |
| Mar. 17, 2018 | Amazon Video On Demand AMZN.COM/bill WA | $ 4.99 |
| Mar. 15, 2018 | DS SERVICES STANDARD C ATLANTA GA | $ 81.89 |
| Mar. 13, 2018 | THE SMITH CENTER FOR T 07026140109 NV | $ 298.75 |
| Mar. 13, 2018 | SPROUTS FARMERS MARK LAS VEGAS NV | $ 104.70 |
| Mar. 11, 2018 | Amazon Video On Demand AMZN.COM/bill WA | $ 4.99 |
| Mar. 10, 2018 | LAZY DOG RESTAURANT 16 LAS VEGAS NV | $ 43.24 |
| Mar. 10, 2018 | SPROUTS FARMERS MARK LAS VEGAS NV | $ 163.21 |
| Mar. 07, 2018 | TRADER JOE'S #284 QPS LAS VEGAS NV | $ 17.24 |
| Mar. 06, 2018 | ONLINE PAYMENT, THANK YOU | -$ 144.65 |
| Mar. 05, 2018 | Amazon Video On Demand AMZN.COM/bill WA | $ 24.99 |
| Mar. 02, 2018 | CVS/PHARMACY #09967 LAS VEGAS NV | -$ 23.26 |

Account Information - Citibank 3/6/18, 5:29 PM



## Citi® / AAdvantage® Executive World Elite™ Mastercard®-6192



| | | | | |
|---|---|---|---|---|
| Current Balance | $ 0.00 | Minimum Amount Due Mar. 13, 2018 | $ 0.00 | **Total Available Miles:** |
| Next statement closes | Mar. 15, 2018 | | | 35,061 |
| Available Revolving Credit: | $ 14,500.00 | Last Statement Balance Feb. 15, 2018 | $ 1,169.91 | |

### Transactions - Feb. 01, 2018 - Feb. 28, 2018

| Date | Description | Amount |
|---|---|---|
| Feb. 27, 2018 | SPROUTS FARMERS MARK LAS VEGAS NV | $ 35.14 |
| Feb. 25, 2018 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $ 52.51 |
| Feb. 25, 2018 | NETFLIX.COM NETFLIX.COM CA<br>Recurring Charge | $ 10.99 |
| Feb. 21, 2018 | ONLINE PAYMENT, THANK YOU | -$ 1,245.24 |
| Feb. 18, 2018 | CULINARY ACADEMY OF LA LAS VEGAS NV | $ 24.00 |
| Feb. 15, 2018 | DS SERVICES STANDARD C ATLANTA GA | $ 75.33 |

h



**Transaction Details**
Prepared for
John C Randazza
Account Number
XXXX-XXXXXX-41003

Delta Reserve / February 10, 2018 to March 31, 2018

| Date | Description | Amount |
|---|---|---|
| Feb 10 2018 | WALGREENS - LAS VEGAS, NV | $32.11 |
| Feb 10 2018 | WALGREENS - LAS VEGAS, NV | $350.99 |
| Feb 12 2018 | ALBERTSONS STORE 0460 - LAS VEGAS, NV | $105.72 |
| Feb 12 2018 | CHEVRON 0352069/CHEVRON - LAS VEGAS, NV | $48.42 |
| Feb 12 2018 | THE DANCE SHOPPE - LAS VEGAS, NV | $22.08 |
| Feb 13 2018 | PARTY CITY 000005426 - LAS VEGAS, NV | $10.24 |
| Feb 13 2018 | PAYPAL *SEQUENCEINC - 4029357733, WI | $200.00 |
| Feb 13 2018 | SMOG BUSTERS 151 - LAS VEGAS, NV | $20.99 |
| Feb 14 2018 | FLOWERS DOWN UNDER 000000001 - CAMILLUS, NY | $216.00 |
| Feb 14 2018 | SISTER CLEANING SERVICES 0684 - LAS VEGAS, NV | $86.75 |
| Feb 15 2018 | LUCY ETHIOPIAN RESTAURAN 0000 - LAS VEGAS, NV | $72.60 |
| Feb 16 2018 | LIFE TIME FITNESS - 888-430-6432, MN | $45.00 |
| Feb 16 2018 | WHOLE FOODS MARKET - LAS VEGAS, NV | $179.87 |
| Feb 17 2018 | GRILL CONCEPTS - S 542929800309114 - SAN JOSE, CA | $335.42 |
| Feb 17 2018 | TONY P'S PARK AVE BAR & GRILL - SAN JOSE, CA | $22.00 |
| Feb 17 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $2.99 |
| Feb 18 2018 | CHEVRON 0304087/CHEVRON - LAS VEGAS, NV | $64.24 |
| Feb 19 2018 | LIFE CAFE - LAS VEGAS, NV | $74.41 |
| Feb 19 2018 | LIFE TIME FITNESS - 888-430-6432, MN | $119.08 |
| Feb 19 2018 | SPROUTS FARMERS MKT - LAS VEGAS, NV | $29.88 |
| Feb 19 2018 | SPROUTS FARMERS MKT - LAS VEGAS, NV | $84.69 |
| Feb 19 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $59.98 |
| Feb 20 2018 | AFFORDABLE DENTAL II 0130 - LAS VEGAS, NV | $164.29 |
| Feb 20 2018 | AMAZON MKTPLACE PMTS - AMZN.COM/BILL, WA | $55.97 |
| Feb 20 2018 | AMAZON.COM - AMZN.COM/BILL, WA | $26.95 |
| Feb 20 2018 | MEN'S WEARHOUSE - LAS VEGAS, NV | -$86.60 |
| Feb 20 2018 | SUSHI LOCA 0268 - LAS VEGAS, NV | $195.91 |
| Feb 21 2018 | GREENS AND PROTEINS 060000047474001 - LAS VEGAS, NV | $4.25 |
| Feb 21 2018 | SISTER CLEANING SERVICES 0684 - LAS VEGAS, NV | $78.75 |
| Feb 22 2018 | CANYON ORAL & FACIAL SUR 1 - LAS VEGAS, NV | $1,900.00 |
| Feb 22 2018 | CVS PHARMACY - LAS VEGAS, NV | $106.54 |
| Feb 22 2018 | LIFE CAFE - LAS VEGAS, NV | $8.32 |
| Feb 22 2018 | TRI PHAM - Las Vegas, NV | $50.00 |
| Feb 22 2018 | VINTNER GRILL 800000995198001 - LAS VEGAS, NV | $191.96 |
| Feb 24 2018 | BRASSAII BRASSAII - TORONTO | $47.21 |
| Feb 24 2018 | PATRIA - TORONTO | $331.91 |
| Feb 24 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $14.99 |
| Feb 26 2018 | ALBERTSONS STORE 0460 - LAS VEGAS, NV | $171.37 |
| Feb 26 2018 | CHEVRON 0352069/CHEVRON - LAS VEGAS, NV | $49.97 |
| Feb 26 2018 | PAYPAL *DORAL ES - 4029357733, NV | $13.00 |
| Feb 26 2018 | STARBUCKS STORE 0556 - LAS VEGAS, NV | $10.99 |
| Feb 27 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $24.99 |

Case 15-14956-abl    Doc 224    Entered 04/19/18 10:55:11    Page 14 of 15
DocuSign Envelope ID: 591BAB58-D5F2-4156-AA84-6EDCCF65BE86

Page 2 of 3



**Transaction Details**
Prepared for
John C Randazza
Account Number
XXXX-XXXXXX-41003

Delta Reserve / February 10, 2018 to March 31, 2018

| Date | Description | Amount |
|---|---|---|
| Feb 28 2018 | ANDIRON STEAK & SEA - LAS VEGAS, NV | $254.47 |
| Feb 28 2018 | LIFE SPA 193 - LAS VEGAS, NV | $182.22 |
| Feb 28 2018 | RED ROCK LUCKY BAR 498972 - LAS VEGAS, NV | $21.32 |
| Feb 28 2018 | SISTER CLEANING SERVICES 0684 - LAS VEGAS, NV | $86.75 |
| Mar 01 2018 | LifeTimeFitness.COM - 888-430-6432, MN | $360.25 |
| Mar 01 2018 | PAYPAL *FLORIDAARTE - 4029357733, NV | $2,058.30 |
| Mar 01 2018 | PAYPAL *FLORIDAARTE - 4029357733, NV | $3,133.29 |
| Mar 01 2018 | ROYAL BLUE POOLS LLC 0000 - LAS VEGAS, NV | $160.00 |
| Mar 01 2018 | TOWN CENTER COFFEE 542929809660137 - LAS VEGAS, NV | $10.86 |
| Mar 05 2018 | ALBERTSONS STORE 3333 - LAS VEGAS, NV | $50.36 |
| Mar 05 2018 | CHEVRON 0352069/CHEVRON - LAS VEGAS, NV | $45.27 |
| Mar 05 2018 | RED ROCK ICE CREAM 498394 - LAS VEGAS, NV | $8.66 |
| Mar 05 2018 | STARBUCKS STORE 0556 - LAS VEGAS, NV | $10.77 |
| Mar 07 2018 | SISTER CLEANING SERVICES 0684 - LAS VEGAS, NV | $8.00 |
| Mar 07 2018 | SISTER CLEANING SERVICES 0684 - LAS VEGAS, NV | $78.75 |
| Mar 07 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | -$4.19 |
| Mar 07 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $56.97 |
| Mar 08 2018 | LIFE CAFE - LAS VEGAS, NV | $11.31 |
| Mar 08 2018 | LUCY ETHIOPIAN RESTAURAN 0000 - LAS VEGAS, NV | $64.06 |
| Mar 08 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $34.99 |
| Mar 08 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $139.99 |
| Mar 09 2018 | LIFE CAFE - LAS VEGAS, NV | $19.44 |
| Mar 09 2018 | OSSM KNEE & SHOULDER INSTITU - LAS VEGAS, NV | $50.00 |
| Mar 10 2018 | CHEVRON 0304087/CHEVRON - LAS VEGAS, NV | $56.19 |
| Mar 10 2018 | HASH HOUSE A GO GO 650000005044287 - LAS VEGAS, NV | $75.74 |
| Mar 10 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $112.99 |
| Mar 11 2018 | ARCHIS THAI CAFE 000000001 - LAS VEGAS, NV | $76.63 |
| Mar 11 2018 | PATIS SERVICE INC 0000 - LAS VEGAS, NV | $17.99 |
| Mar 12 2018 | ALBERTSONS STORE 3016 - LAS VEGAS, NV | $137.71 |
| Mar 12 2018 | FLOWERSHOPNETWORK.COM 084870006350796 - 877-3767363, AR | $88.45 |
| Mar 12 2018 | MOM AND POPS CLEANERS 650000010054628 - LAS VEGAS, NV | $64.72 |
| Mar 12 2018 | RED ROCK ICE CREAM 498394 - LAS VEGAS, NV | $3.79 |
| Mar 12 2018 | RED ROCK STARBUCKS FD 498402 - LAS VEGAS, NV | $14.56 |
| Mar 13 2018 | AMAZON MKTPLACE PMTS - AMZN.COM/BILL, WA | $112.74 |
| Mar 13 2018 | LIFE TIME FITNESS 19 - LAS VEGAS, NV | -$22.50 |
| Mar 13 2018 | PAYPAL *SEQUENCEINC - 4029357733, WI | $200.00 |
| Mar 15 2018 | DUNKIN #353343 Q35 3533 - LAS VEGAS, NV | $2.80 |
| Mar 15 2018 | YOSHIBURRITOS 0000 - LAS VEGAS, NV | $14.63 |
| Mar 16 2018 | ELECTRONIC PAYMENT RECEIVED-THANK | -$7,500.00 |
| Mar 16 2018 | LIFE TIME FITNESS - 888-430-6432, MN | $45.00 |
| Mar 16 2018 | MENCHIES 677 SHOPS AT SUM 021770020574 - LAS VEGAS, NV | $6.47 |
| Mar 16 2018 | OSSM KNEE & SHOULDER INSTITU - LAS VEGAS, NV | $200.00 |
| Mar 16 2018 | SISTER CLEANING SERVICES 0684 - LAS VEGAS, NV | $78.75 |

Case 15-14956-abl    Doc 224    Entered 04/19/18 10:55:11    Page 15 of 15
DocuSign Envelope ID: 591BAB58-D5F2-4156-AA84-6EDCCF65BE86

Page 3 of 3



**Transaction Details**
Prepared for
John C Randazza
Account Number
XXXX-XXXXXX-41003

Delta Reserve / February 10, 2018 to March 31, 2018

| Date | Description | Amount |
|---|---|---|
| Mar 16 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $24.99 |
| Mar 17 2018 | Bulwark Exterminating - 8774285927, AZ | $149.00 |
| Mar 17 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $2.99 |
| Mar 18 2018 | SIENA ITALIAN AUTHENTI - LAS VEGAS, NV | $75.95 |
| Mar 18 2018 | SPROUTS FARMERS MKT - LAS VEGAS, NV | $7.65 |
| Mar 18 2018 | SPROUTS FARMERS MKT - LAS VEGAS, NV | $248.29 |
| Mar 18 2018 | T J MAXX - LAS VEGAS, NV | $81.00 |