LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel:  (702) 382-1170
Fax:  (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA,<br><br>Debtor. | Case No.: BK-S-15-14956-abl<br>Chapter 11<br><br>Date:  N/A<br>Time:  N/A |

**STIPULATION AND ORDER TO ALLOW PROOF OF CLAIM**
**OF EXCELSIOR MEDIA CORP., AS AMENDED**

Claimant, EXCELSIOR MEDIA CORP., a Nevada corporation ("Excelsior"), and MARC JOHN RANDAZZA, as debtor and debtor in possession (the "Debtor" and together with Excelsior, the "Parties"), hereby stipulate and agree (the "Stipulation") as follows:

1. On December 29, 2015, Excelsior filed a *Proof of Claim*, being Claim No. 8 (the "Proof of Claim") in the above-captioned chapter 11 case against the Debtor in the stated amount of in excess of $1,552,614.29.

2. On February 14, 2018, the Court entered an order [ECF No. 218] approving a Settlement Agreement and Release (the "Settlement Agreement") with the Parties, which Settlement Agreement, among other matters, provides for the reduction, allowance and treatment of Excelsior's Proof of Claim, thereby providing that the Proof of Claim be an allowed general unsecured claim in favor of Excelsior in the total amount of $40,000.00, with the balance of the Proof of Claim be disallowed, which claim shall also be nondischargeable by waiver and consent

of the Debtor pursuant to 11 U.S.C. § 727(a)(10).

NOW, THEREFORE, the Parties respectfully request that the Court enter the Order as attached hereto as **Exhibit 1**, thereby approving this Stipulation, and thereby reducing the Proof of Claim to the amount of $40,000.00, providing that it be an allowed general unsecured claim, disallowing the balance of it, and further providing that it be nondischargeable by consent and waiver of the Debtor pursuant to 11 U.S.C. § 727(a)(10).

Dated: May 14, 2018.

| PREPARED AND SUBMITTED: | APPROVED: |
|---|---|
| By: /s/ Matthew C. Zirzow<br>LARSON ZIRZOW & KAPLAN, LLC<br>MATTHEW C. ZIRZOW, ESQ.<br>850 E. Bonneville Ave.<br>Las Vegas, Nevada 89101<br>Email: mzirzow@lzlawnv.com | By: /s/ James D. Greene<br>GREENE & INFUSO<br>JAMES D. GREENE, ESQ.<br>3030 S. Jones Blvd., Suite 101<br>Las Vegas, NV 89146<br>Email: jgreene@greeneinfusolaw.com |
| Attorneys for Debtor | Attorneys for Excelsior Media Corp. and Liberty Media Holdings, LLC |

# # #

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169