# EXHIBIT 1

# EXHIBIT 1

LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel:  (702) 382-1170
Fax:  (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA,<br><br>Debtor. | Case No.: BK-S-15-14956-abl<br>Chapter 11<br><br>Date:  N/A<br>Time:  N/A |

**ORDER GRANTING STIPULATION TO ALLOW PROOF OF CLAIM**
**OF EXCELSIOR MEDIA CORP., AS AMENDED**

Claimant, EXCELSIOR MEDIA CORP., a Nevada corporation ("Excelsior"), and MARC JOHN RANDAZZA, as debtor and debtor in possession (the "Debtor" and together with Excelsior, the "Parties"), having filed their *Stipulation to Allow Proof of Claim of Excelsior Media Corp., as Amended* (the "Stipulation")[1]; the Court having reviewed and considered the Stipulation; and good cause appearing;

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meanings as set forth in the Stipulation.

**IT IS HEREBY ORDERED:**

1. The Stipulation is APPROVED;

2. The *Proof of Claim*, Claim No. 8, filed by Excelsior Media Corp., shall be and hereby is ALLOWED as a general unsecured claim in the total amount of $40,000.00 against the Debtor, with the balance of the claim being DISALLOWED;

3. The claim of Excelsior Media Corp. as allowed herein shall be nondischargeable by waiver and consent of the Debtor pursuant to 11 U.S.C. § 727(a)(10); and

4. The Court reserves jurisdiction over the interpretation and implementation of this Order.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

By:  /s/ Matthew C. Zirzow
LARSON ZIRZOW & KAPLAN, LLC
MATTHEW C. ZIRZOW, ESQ.
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Email: mzirzow@lzklegal.com

Attorneys for Debtor

APPROVED:

By:  /s/ James D. Greene
GREENE & INFUSO
JAMES D. GREENE, ESQ.
3030 S. Jones Blvd., Suite 101
Las Vegas, NV 89146
Email: jgreene@greeneinfusolaw.com

Attorneys for Excelsior Media Corp. and Liberty Media Holdings, LLC

# # #

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169