UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: Marc John Randazza

Case No. 15-14956

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: Apr 2018    PETITION DATE: 08/28/15

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $399,474 | $406,601 | |
| b. Total Assets | $1,921,993 | $1,929,120 | $1,853,614 |
| c. Current Liabilities | $247,070 | $245,800 | |
| d. Total Liabilities | $14,126,121 | $14,124,851 | $13,879,051 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $10,088 | $27,653 | $568,205 |
| b. Total Disbursements | $17,215 | $19,908 | $575,452 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($7,127) | $7,745 | ($7,247) |
| d. Cash Balance Beginning of Month | $28,475 | $20,730 | $28,595 |
| e. Cash Balance End of Month (c + d) | $21,348 | $28,475 | $21,348 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $282,126 | $282,126 | |
| 6. Post-Petition Liabilities | $247,070 | $245,800 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

At the end of this reporting month: | Yes | No
---|---|---
8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x
10. If the answer is yes to 8 or 9, were all such payments approved by the court? | |
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x
12. Is the estate insured for replacement cost of assets and for general liability? | x |
13. Are a plan and disclosure statement on file? | | x
14. Was there any post-petition borrowing during this reporting period? | | x

15. Check if paid: Post-petition taxes  x  ;    U.S. Trustee Quarterly Fees  x  ; Check if filing is current for: Post-petition tax reporting and tax returns:  x  .
   (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 6/4/2018

*Marc Randazza*
Responsible Individual

Revised 1/1/98

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended __Apr 2018__

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $ 21,348 |
| 2 | Accounts receivable (net) (Brochey Note) | | $ 282,126 |
| 3 | Retainer(s) paid to professionals | | $ 94,000 |
| 4 | Other: Personal Belongings (clothing, glock) | x | $ 1,000 |
| 5 | Wedding Rings (unknown value) | | $ - |
| 6 | Copyright/Trademark | x | $ 1,000 |
| 7 | **Total Current Assets** | | $ 399,474 |
| | **Long Term Assets (Market Value)** | | |
| 8 | Real Property (residential) | x | $ 875,000 |
| 9 | Real property (rental or commercial) | | |
| 10 | Furniture, Fixtures, and Equipment | x | $ 7,595 |
| 11 | Vehicles | x | $ 67,000 |
| 12 | Partnership interests - Magnolia Holding 19, LLC (unknown value) | | $ - |
| 13 | Interest in corportations | | |
| 14 | Stocks and bonds | | |
| 15 | Interests in IRA, Keogh, other retirement plans | x | $ 526,495 |
| 16 | Other: Prepaid Tuition Programs | x | $ 46,429 |
| 17 | Randazza Legal Group, PLLC (unknown value) | | $ - |
| 18 | Marc J. Randazza P.A. (unknown value) | | $ - |
| 19 | Pending Lawsuits Mayers, Cox, Excelsior (unknown value) | | $ - |
| 20 | Possible Malpractice Claim (unknown value) | | $ - |
| 21 | Misuraca Family Trust Revocable (unknown value) | | $ - |
| 22 | Misuraca Family Trust Irrevocable (unknown value) | | $ - |
| 23 | | | $ - |
| 24 | **Total Long Term Assets** | | $ 1,522,519 |
| 25 | **Total Assets** | | $ 1,921,993 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 26 | Post-petition not delinquent (under 30 days) | | |
| 27 | Post-petition delinquent other than taxes (over 30 days) | | |
| 28 | Post-petition delinquent taxes | | |
| 29 | Accrued professional fees | | $ 247,070 |
| 30 | Other: | | |
| 31 | | | |
| 32 | **Total Current Liabilities** | | $ 247,070 |
| 33 | **Long-Term Post Petition Debt** | | |
| 34 | **Total Post-Petition Liabilities** | | $ 247,070 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 35 | Secured claims (residence) | | $ 372,869 |
| 36 | Secured claims (other) | | $ 726,179 |
| 37 | Priority unsecured claims | | $ 14,322 |
| 38 | General unsecured claims | | $ 12,765,681 |
| 39 | **Total Pre-Petition Liabilities** | | $ 13,879,051 |
| 40 | **Total Liabilities** | | $ 14,126,121 |
| | **Equity (Deficit)** | | |
| 41 | **Total Equity (Deficit)** | | $ (12,204,128) |
| 42 | **Total Liabilities and Equity (Deficit)** | | $ 1,921,993 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
|   | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | City National Bank | TD Bank | |
| 11 | Account No. | x8119 | x4809 | |
| 12 | Account Purpose | General Use | General Use | |
| 13 | Balance, End of Month | $17,396 | $3,952 | |
| 14 | Total Funds on Hand for all Accounts | $21,348 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### For the Month Ended April 30, 2018

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Payroll | $ 10,088 | $ 490,269 |
| 8 | Accounts Receivable | | $ 17,874 |
| 9 | Other | | $ 5,894 |
| 10 | Transfers between accounts | | $ 49,883 |
| 11 | Insurance Claim | | $ 4,285 |
| 12 | **Total Cash Receipts** | $ 10,088 | $ 568,205 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | $ 2,114 |
| 16 | Principal Payments on Debt | $ 3,861 | $ 126,648 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 |    Personal Property | | |
| 19 |    Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 |    Salaries | | |
| 21 |    Draws | | |
| 22 |    Commissions/Royalties | | |
| 23 |    Expense Reimbursements | | |
| 24 |    Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 |    Employee Withholding | | |
| 28 |    Employer Payroll Taxes | | |
| 29 |    Real Property Taxes | | $ 9,159 |
| 30 |    Other Taxes | | $ 17,489 |
| 31 | Other Cash Outflows: | | |
| 32 |    Auto Expenses | $ 1,096 | $ 28,283 |
| 33 |    Bank Fees | $ 74 | $ 2,330 |
| 34 |    Child Support & Alimony | $ 4,508 | $ 25,358 |
| 35 |    Clothing | $ (236) | $ 19,463 |
| 36 |    Dining & Entertainment | $ 1,577 | $ 37,066 |
| 37 |    Fitness | $ 479 | $ 15,866 |
| 38 |    Gifts | | $ 1,132 |
| 39 |    Groceries | $ 1,026 | $ 27,698 |
| 40 |    Household Supplies & Furnishings | $ 203 | $ 21,114 |
| 41 |    Insurance | | $ 5,530 |
| 42 |    Interest Expense | | $ 133 |
| 43 |    Legal Fees & Bankruptcy Fees | $ 200 | $ 10,822 |
| 44 |    Medical | $ 269 | $ 28,790 |
| 45 |    Office Expenses | $ 1,500 | $ 3,830 |
| 46 |    Personal | | $ 8,495 |
| 47 |    Repairs & Maintenance | $ 276 | $ 58,793 |
| 48 |    School & Activities | $ 136 | $ 36,204 |
| 49 |    Travel | $ 1,549 | $ 5,620 |
| 50 |    Utilities | $ 646 | $ 24,305 |
| 51 |    Transfers between accounts | | $ 49,883 |
| 52 |    Miscellaneous | $ 51 | $ 9,327 |
| 53 | **Total Cash Disbursements:** | $ 17,215 | $ 575,452 |
| 54 | **Net Increase (Decrease) in Cash** | $ (7,127) | $ (7,247) |
| 55 | **Cash Balance, Beginning of Period** | $ 28,475 | $ 28,595 |
| 56 | **Cash Balance, End of Period** | $ 21,348 | $ 21,348 |

Revised 1/1/98

**Check Register**
**Marc Randazza**

| | Date | Month | Account | Check # | Payee | Category | Deposits | Checks/ Purchases | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3700 | | 04-18 | CNB 8119 | | Balance 03/31/18 | | | | 24,547.82 |
| 3701 | 04/30/18 | 04-18 | CNB 8119 | 1113 | Willow Creek Comm Assoc | Repairs & Maintenance | | 142.00 | 24,405.82 |
| 3702 | 04/30/18 | 04-18 | CNB 8119 | | NV Energy South | Utilities | | 646.23 | 23,759.59 |
| 3703 | 04/27/18 | 04-18 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 5,043.91 | | 28,803.50 |
| 3704 | 04/20/18 | 04-18 | CNB 8119 | | Toyota Financial | Auto: Lease | | 446.55 | 28,356.95 |
| 3705 | 04/16/18 | 04-18 | CNB 8119 | | AMEX | See Below | | 8,382.10 | 19,974.85 |
| 3706 | 04/16/18 | 04-18 | CNB 8119 | | Barclay Card | See Below | | 3,534.85 | 16,440.00 |
| 3707 | 04/16/18 | 04-18 | CNB 8119 | | Citicard | See Below | | 167.72 | 16,272.28 |
| 3708 | 04/13/18 | 04-18 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 5,043.91 | | 21,316.19 |
| 3709 | 04/05/18 | 04-18 | CNB 8119 | | Security Systems | Repairs & Maintenance | | 59.99 | 21,256.20 |
| 3710 | 04/04/18 | 04-18 | CNB 8119 | | Specialized Loan | Mortgage Payment | | 3,860.63 | 17,395.57 |
| 3711 | | | | | | | | | |
| 3712 | | | TD 4809 | | Balance 2/28/18 | | | | - |
| 3713 | | 04-18 | TD 4809 | | Currency Rate Adjustment | Bank Fees | | (25.33) | 25.33 |
| 3714 | | | | | | | | | |
| 3715 | | 04-18 | JOHN AMEX | | Whole Foods Market | Groceries | | 183.87 | |
| 3716 | | 04-18 | JOHN AMEX | | Chevron | Auto: Fuel | | 52.40 | |
| 3717 | | 04-18 | JOHN AMEX | | Life Time Fitness | Fitness | | 119.08 | |
| 3718 | | 04-18 | JOHN AMEX | | Affordable Dental | Medical | | 164.29 | |
| 3719 | | 04-18 | JOHN AMEX | | Bulwark Exterminating | Repairs & Maintenance | | 74.50 | |
| 3720 | | 04-18 | JOHN AMEX | | Life Café | Dining | | 8.32 | |
| 3721 | | 04-18 | JOHN AMEX | | Ossm Knee & Shoulder Institute | Medical | | (50.00) | |
| 3722 | | 04-18 | JOHN AMEX | | Ossm Knee & Shoulder Institute | Medical | | 50.00 | |
| 3723 | | 04-18 | JOHN AMEX | | Sister Cleaning | Household | | 84.75 | |
| 3724 | | 04-18 | JOHN AMEX | | Albertsons | Groceries | | 119.78 | |
| 3725 | | 04-18 | JOHN AMEX | | Caffe Sicilia | Dining | | 26.00 | |
| 3726 | | 04-18 | JOHN AMEX | | Virgilio's Italian | Dining | | 17.25 | |
| 3727 | | 04-18 | JOHN AMEX | | Itunes | Entertainment | | 14.99 | |
| 3728 | | 04-18 | JOHN AMEX | | Azorean | Dining | | 147.66 | |
| 3729 | | 04-18 | JOHN AMEX | | Caffe Sicilia | Dining | | 12.00 | |
| 3730 | | 04-18 | JOHN AMEX | | Caffe Sicilia | Dining | | 16.50 | |
| 3731 | | 04-18 | JOHN AMEX | | 7-Eleven | Auto: Fuel | | 6.47 | |
| 3732 | | 04-18 | JOHN AMEX | | Azorean | Dining | | 39.11 | |
| 3733 | | 04-18 | JOHN AMEX | | Caffe Sicilia | Dining | | 6.00 | |
| 3734 | | 04-18 | JOHN AMEX | | Caffe Sicilia | Dining | | 11.00 | |
| 3735 | | 04-18 | JOHN AMEX | | Tonno | Dining | | 30.14 | |
| 3736 | | 04-18 | JOHN AMEX | | Caffe Sicilia | Dining | | 9.00 | |
| 3737 | | 04-18 | JOHN AMEX | | Dunkin | Dining | | 2.88 | |
| 3738 | | 04-18 | JOHN AMEX | | Itunes | Entertainment | | 59.98 | |
| 3739 | | 04-18 | JOHN AMEX | | Caffe Sicilia | Dining | | 33.25 | |
| 3740 | | 04-18 | JOHN AMEX | | Tonno | Dining | | 326.60 | |
| 3741 | | 04-18 | JOHN AMEX | | CYGNET | Dining | | 108.95 | |
| 3742 | | 04-18 | JOHN AMEX | | Dunkin | Dining | | 17.00 | |
| 3743 | | 04-18 | JOHN AMEX | | MANCHESTER GAS & SERVI | Auto: Fuel | | 35.00 | |
| 3744 | | 04-18 | JOHN AMEX | | Life Time Fitness | Fitness | | 360.25 | |
| 3745 | | 04-18 | JOHN AMEX | | MANCHESTER GAS & SERVI | Auto: Fuel | | 10.00 | |
| 3746 | | 04-18 | JOHN AMEX | | PILOT HOUSE | Dining | | 36.92 | |
| 3747 | | 04-18 | JOHN AMEX | | Florida Arte | Child Support | | 2,000.00 | |
| 3748 | | 04-18 | JOHN AMEX | | Florida Arte | Child Support | | 2,508.40 | |
| 3749 | | 04-18 | JOHN AMEX | | Sister Cleaning | Household | | 86.75 | |
| 3750 | | 04-18 | JOHN AMEX | | Albertsons | Groceries | | 187.11 | |
| 3751 | | 04-18 | JOHN AMEX | | BMW of Las Vegas | Auto: Service | | 377.83 | |
| 3752 | | 04-18 | JOHN AMEX | | Sushi Loca | Dining | | 135.67 | |
| 3753 | | 04-18 | JOHN AMEX | | Life Café | Dining | | 31.92 | |
| 3754 | | 04-18 | JOHN AMEX | | Mom and Pops Cleaners | Miscellaneous | | 5.78 | |
| 3755 | | 04-18 | JOHN AMEX | | ISLAND PACIFIC SUPERMA | Groceries | | 37.24 | |
| 3756 | | 04-18 | JOHN AMEX | | Whole Foods Market | Groceries | | 330.14 | |
| 3757 | | 04-18 | JOHN AMEX | | Chevron | Auto: Fuel | | 55.68 | |
| 3758 | | 04-18 | JOHN AMEX | | Sister Cleaning | Household | | 78.75 | |
| 3759 | | 04-18 | JOHN AMEX | | Excel Karate | Activities | | 100.00 | |
| 3760 | | 04-18 | JOHN AMEX | | Sequence Inc. | Legal Fees | | 200.00 | |
| 3761 | | 04-18 | JOHN AMEX | | RAMEN KOBO | Dining | | 18.10 | |
| 3762 | | 04-18 | JOHN AMEX | | MENS WEARHOUSE | Clothing | | (216.50) | |

**Check Register**
**Marc Randazza**

|  | Date | Month | Account | Check # | Payee | Category | Deposits | Checks/ Purchases | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3763 |  | 04-18 | JOHN AMEX |  | MENS WEARHOUSE | Clothing |  | (19.47) |  |
| 3764 |  | 04-18 | JOHN AMEX |  | FIVE GUYS | Dining |  | 3.24 |  |
| 3765 |  | 04-18 | JOHN AMEX |  | FIVE GUYS | Dining |  | 29.28 |  |
| 3766 |  | 04-18 | JOHN AMEX |  | Albertsons | Groceries |  | 168.31 |  |
| 3767 |  | 04-18 | JOHN AMEX |  | Chevron | Auto: Fuel |  | 58.42 |  |
| 3768 |  | 04-18 | JOHN AMEX |  | Reconcile | Miscellaneous |  | 71.51 |  |
| 3769 |  |  |  |  |  |  |  |  |  |
| 3770 |  | 04-18 | JOHN BARCLAY |  | Jet Blue | Travel |  | 625.94 |  |
| 3771 |  | 04-18 | JOHN BARCLAY |  | Travel Insurance | Travel |  | 65.64 |  |
| 3772 |  | 04-18 | JOHN BARCLAY |  | Jet Blue | Travel |  | 857.91 |  |
| 3773 |  | 04-18 | JOHN BARCLAY |  | Classic & Collectible | Entertainment |  | 249.00 |  |
| 3774 |  | 04-18 | JOHN BARCLAY |  | Rhumb Line | Dining |  | 8.50 |  |
| 3775 |  | 04-18 | JOHN BARCLAY |  | Rhumb Line | Dining |  | 17.50 |  |
| 3776 |  | 04-18 | JOHN BARCLAY |  | Annual Fee | Bank Fees |  | 99.00 |  |
| 3777 |  | 04-18 | JOHN BARCLAY |  | WIPO | Office Expense |  | 1,500.00 |  |
| 3778 |  | 04-18 | JOHN BARCLAY |  | Walgreens | Medical |  | 105.15 |  |
| 3779 |  | 04-18 | JOHN BARCLAY |  | Town Center Coffee | Dining |  | 6.21 |  |
| 3780 |  |  |  |  |  |  |  |  |  |
| 3781 |  | 04-18 | JEN CITI |  | B&R Photo | Entertainment |  | 85.00 |  |
| 3782 |  | 04-18 | JEN CITI |  | Amazon Video on Demand | Entertainment |  | 6.99 |  |
| 3783 |  | 04-18 | JEN CITI |  | Amazon | Household |  | 30.17 |  |
| 3784 |  | 04-18 | JEN CITI |  | Chevron | Auto: Fuel |  | 53.49 |  |
| 3785 |  | 04-18 | JEN CITI |  | DS Services | Dining |  | 62.42 |  |
| 3786 |  | 04-18 | JEN CITI |  | Marshalls | Household |  | 4.82 |  |
| 3787 |  | 04-18 | JEN CITI |  | Dorian Studio | Education |  | 18.00 |  |
| 3788 |  | 04-18 | JEN CITI |  | Dorian Studio | Education |  | 18.00 |  |
| 3789 |  | 04-18 | JEN CITI |  | Marshalls | Household |  | (82.27) |  |
| 3790 |  | 04-18 | JEN CITI |  | Reconcile | Miscellaneous |  | (28.90) |  |

# CHECKING ACCOUNT, *8119

**All completed transactions from 04/01/2018 to 05/01/2018**

| Date | Number | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 04/30/2018 | 1113 | CHECK | 142.00 | | 17,395.57 |
| 04/30/2018 | | PREAUTHORIZED DEBIT NV ENERGY SOUTH NPC PYMT WEB MARC RANDAZZA 805433 | 646.23 | | 17,537.57 |
| 04/27/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 0177XZ | | 5,043.91 | 18,183.80 |
| 04/20/2018 | | PREAUTHORIZED DEBIT TOYOTA FINANCIAL RETAIL_PAY WEB JENNIFER RANDA 32118 | 446.55 | | 13,139.89 |
| 04/16/2018 | | PREAUTHORIZED DEBIT AMEX EPAYMENT ACH PMT WEB JENNIFER RANDA W9636 | 8,382.10 | | 13,586.44 |
| 04/16/2018 | | PREAUTHORIZED DEBIT BARCLAYCARD US CREDITCARD WEB JOHN RANDAZZA | 3,534.85 | | 21,968.54 |
| 04/16/2018 | | PREAUTHORIZED DEBIT CITI CARD ONLINE PAYMENT WEB JENNIFER L RAN 858786 | 167.72 | | 25,503.39 |
| 04/13/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 3047XZ | | 5,043.91 | 25,671.11 |
| 04/05/2018 | | PREAUTHORIZED DEBIT SECURITY SYSTEMS MEMBER PAY PPD JENNIFER RANDA N | 59.99 | | 20,627.20 |
| 04/04/2018 | | PREAUTHORIZED DEBIT SPECIALIZED LOAN BILL PAYMT PPD RANDAZZA MARC 0 | 3,860.63 | | 20,687.19 |

DocuSign Envelope ID: ADE16E0D-09DF-4F5B-8F68-EC946002C6C4

**TD Bank x4809**

|  | CAD | USD | Rate |
|---|---|---|---|
| 03/31/18 Balance per schedule | 5,066.81 |  |  |
| 04/30/18 Balance | 5,066.81 | $ 3,952.11 | 0.780 |

TD Home | Apply | MARC JOHN RANDAZZA | Logout | Site Search

# Accounts

Help | Print

**My Inbox:** Unread messages (0) | New statements (0) | New epost Bills (0) | Finish an application

### My Personal Summary

| | |
|---|---|
| Banking: | $5,066.81 |
| **Total:** | **CDN $5,066.81** |

| Banking | | Balance | Download |
|---|---|---|---|
| **TD ALL-INCLUSIVE BANKING PLAN -** | 4809 | $5,066.81 | ☐ |
| | Banking total: | CDN **$5,066.81** | |

**Credit Cards, Loans & Mortgages**

You currently have no TD Credit Cards, Loans or Mortgages. Apply for credit today. **Apply for Credit**

**Investments**

You currently have no TD Investments. Purchase an Investment today. **Purchase an Investment**

[Spreadsheet (.CSV) ▾] [Download]

All transactions to the close of the previous BUSINESS day will be downloaded except for credit card activity.
Please note: We have discovered a temporary issue that occurs while you are downloading your credit card activity to your preferred version of accounting software. This may cause some transactions to appear more than once. We are working to correct this issue and apologize for any inconvenience. It's important for you to verify your information and remove any duplicate entries. Recently posted credit card payments may not be included in your download.
Supported versions of software downloads.

Legal Notes

Print



**Transaction Details**
Prepared for
John C Randazza
Account Number
XXXX-XXXXXX-41003

Delta Reserve / March 18, 2018 to May 1, 2018

| Date | Description | Amount |
|---|---|---|
| Mar 19 2018 | CHEVRON 0352069/CHEVRON - LAS VEGAS, NV | $52.40 |
| Mar 19 2018 | LIFE TIME FITNESS - 888-430-6432, MN | $119.08 |
| Mar 19 2018 | ONLINE PAYMENT - THANK YOU | -$6,710.35 |
| Mar 20 2018 | AFFORDABLE DENTAL II 0130 - LAS VEGAS, NV | $164.29 |
| Mar 20 2018 | Bulwark Exterminating - 8774285927, AZ | $74.50 |
| Mar 20 2018 | LIFE CAFE - LAS VEGAS, NV | $8.32 |
| Mar 21 2018 | OSSM KNEE & SHOULDER INSTITU - LAS VEGAS, NV | -$50.00 |
| Mar 21 2018 | OSSM KNEE & SHOULDER INSTITU - LAS VEGAS, NV | $50.00 |
| Mar 21 2018 | SISTER CLEANING SERVICES 0684 - LAS VEGAS, NV | $84.75 |
| Mar 23 2018 | ALBERTSONS STORE 0460 - LAS VEGAS, NV | $119.78 |
| Mar 24 2018 | CAFFE SICILIA 650000009202774 - GLOUCESTER, MA | $26.00 |
| Mar 24 2018 | VIRGILIO'S ITALIAN 542929802721704 - GLOUCESTER, MA | $17.25 |
| Mar 24 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $14.99 |
| Mar 25 2018 | AZAOREAN RESTAURANT AND B 948907989297 - GLOUCESTER, MA | $147.66 |
| Mar 26 2018 | CAFFE SICILIA 650000009202774 - GLOUCESTER, MA | $12.00 |
| Mar 26 2018 | CAFFE SICILIA 650000009202774 - GLOUCESTER, MA | $16.50 |
| Mar 27 2018 | 7-ELEVEN 37379 00073737901 - GLOUCESTER, MA | $6.47 |
| Mar 27 2018 | AZAOREAN RESTAURANT AND B 948907989297 - GLOUCESTER, MA | $39.11 |
| Mar 27 2018 | CAFFE SICILIA 650000009202774 - GLOUCESTER, MA | $6.00 |
| Mar 28 2018 | CAFFE SICILIA 650000009202774 - GLOUCESTER, MA | $11.00 |
| Mar 28 2018 | TST* TONNO 000000163 - GLOUCESTER, MA | $30.14 |
| Mar 29 2018 | CAFFE SICILIA 650000009202774 - GLOUCESTER, MA | $9.00 |
| Mar 29 2018 | DUNKIN #303857 Q35 3038 - REVERE, MA | $2.88 |
| Mar 29 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $59.98 |
| Mar 30 2018 | CAFFE SICILIA 650000009202774 - GLOUCESTER, MA | $33.25 |
| Mar 30 2018 | TST* TONNO 000000163 - GLOUCESTER, MA | $326.60 |
| Mar 31 2018 | CYGNET 0052 - BEVERLY, MA | $108.95 |
| Mar 31 2018 | DUNKIN #330908 Q35 3309 - GLOUCESTER, MA | $17.00 |
| Mar 31 2018 | MANCHESTER GAS & SERVI - MANCHESTER, MA | $35.00 |
| Apr 01 2018 | LifeTimeFitness.COM - 888-430-6432, MN | $360.25 |
| Apr 01 2018 | MANCHESTER GAS & SERVI - MANCHESTER, MA | $10.00 |
| Apr 01 2018 | PILOT HOUSE - GLOUCESTER, MA | $36.92 |
| Apr 02 2018 | PAYPAL *FLORIDAARTE - 4029357733, NV | $2,000.00 |
| Apr 02 2018 | PAYPAL *FLORIDAARTE - 4029357733, NV | $2,508.40 |
| Apr 04 2018 | SISTER CLEANING SERVICES 0684 - LAS VEGAS, NV | $86.75 |
| Apr 05 2018 | ALBERTSONS STORE 3016 - LAS VEGAS, NV | $187.11 |
| Apr 05 2018 | BMW OF LAS VEGAS - LAS VEGAS, NV | $377.83 |
| Apr 05 2018 | SUSHI LOCA 0268 - LAS VEGAS, NV | $135.67 |



**Transaction Details**
Prepared for
John C Randazza
Account Number
XXXX-XXXXXX-41003

Delta Reserve / March 18, 2018 to May 1, 2018

| Date | Description | Amount |
|---|---|---|
| Apr 06 2018 | LIFE CAFE - LAS VEGAS, NV | $31.92 |
| Apr 06 2018 | MOM AND POPS CLEANERS 650000010054628 - LAS VEGAS, NV | $5.78 |
| Apr 07 2018 | ISLAND PACIFIC SUPERMA - LAS VEGAS, NV | $37.24 |
| Apr 09 2018 | WHOLE FOODS MARKET - LAS VEGAS, NV | $330.14 |
| Apr 10 2018 | CHEVRON 0352069/CHEVRON - LAS VEGAS, NV | $55.68 |
| Apr 11 2018 | SISTER CLEANING SERVICES 0684 - LAS VEGAS, NV | $78.75 |
| Apr 13 2018 | EXCEL KARATE KRAV 0244 - LAS VEGAS, NV | $100.00 |
| Apr 13 2018 | PAYPAL *SEQUENCEINC - 4029357733, WI | $200.00 |
| Apr 13 2018 | RAMEN KOBO - LAS VEGAS, NV | $18.10 |
| Apr 13 2018 | THE MENS WEARHOUSE 2402 00012402 - LAS VEGAS, NV | -$216.50 |
| Apr 13 2018 | THE MENS WEARHOUSE 2402 00012402 - LAS VEGAS, NV | -$19.47 |
| Apr 14 2018 | FIVE GUYS NV 1692 QSR 000001692 - LAS VEGAS, NV | $3.24 |
| Apr 14 2018 | FIVE GUYS NV 1692 QSR 000001692 - LAS VEGAS, NV | $29.28 |
| Apr 14 2018 | ONLINE PAYMENT - THANK YOU | -$8,382.10 |
| Apr 15 2018 | ALBERTSONS STORE 3021 - LAS VEGAS, NV | $168.31 |
| Apr 15 2018 | CHEVRON 0304087/CHEVRON - LAS VEGAS, NV | $58.42 |

DocuSign Envelope ID: ADE16E0D-09DF-4F5B-8F68-EC946002C6C4



| Payment Due Date | April 23, 2018 |
|---|---|
| Minimum Payment Due | $27.00 |
| Previous Balance | $0.00 |
| Statement Balance | $1,923.49 |

## Important Customer Information

**VIEW AND MANAGE YOUR ACCOUNT ONLINE. IT'S EASY.**

**Talk about convenience!**

Register your card online and:

- Access your card TrueBlue points and benefits
- Pay your bill online or set up automatic monthly payments
- Set up payment reminder notifications and other alerts

Register your card online today at JetBlueMasterCard.com.

**IMPORTANT INFORMATION**
Due to the risks created by the use of credit cards to purchase cryptocurrency in an unregulated, volatile market, Barclaycard US will no longer process such transactions beginning February 28, 2018. We will continue to review this issue as these types of currencies evolve.

## JetBlue® Plus World Elite MasterCard® Statement

Issued by Barclaycard  
Primary Account Number Ending in: 0986  
Statement Billing Period: 02/27/18 - 03/26/18

Page 1 of 7  
Questions? Call 866-928-3104  
JetBlueMasterCard.com

### Account Summary

| Minimum Payment Due | $27.00 |
|---|---|
| Payment Due Date | 04/23/18 |
| Statement End Date | 03/26/18 |
| Credit Line | $25,000.00 |
| Credit Available | $23,076.51 |
| Cash Credit Line | $10,000.00 |
| Cash Credit Available | $10,000.00 |
| Past Due Amount | $0.00 |
| Overlimit Amount | $0.00 |

### Activity Summary

| Previous Balance | $0.00 |
|---|---|
| - Payments | $0.00 |
| + Purchases | $1,824.49 |
| - Other Credits | $0.00 |
| + Balance Transfers | $0.00 |
| + Cash Advances | $0.00 |
| + Fees Charged | $99.00 |
| + Interest Charged | $0.00 |
| **Statement Balance** | **$1,923.49** |

### Payment Information

| Statement Balance | $1,923.49 |
|---|---|
| Minimum Payment Due | $27.00 |
| Payment Due Date | 4/23/2018 |

**Late Payment Warning**: If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning**: If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 11 years | $4,241.00 |
| $73.00 | 3 years | $2,628.00 (Savings = $1,613.00) |

If you would like information about credit counseling services, please call 800-570-1392.

\* Repayment information is based on your account activity and the APRs on your account as of the closing date of this statement. Account activity after the closing date is not reflected. To view your most recent transaction activity online, go to JetBlueMasterCard.com.

Additional messages may be on the next page(s). Make checks payable to "Card Services", allow 7-10 days for delivery. NOTICE: SEE REVERSE, OR END OF STATEMENT, FOR IMPORTANT INFORMATION.

218863 1/7

---

## Payment Coupon

▸ Make payments online at JetBlueMasterCard.com

☐ Check for address change. Complete form on the back.

Amount Enclosed: $ _____

jetBlueCard

Card Services  
P.O. Box 13337  
Philadelphia, PA 19101-3337

**More Ways to Pay**
- JetBlueMasterCard.com
- Barclaycard Mobile App
- 866-928-3104

------ manifest line ---------  
JOHN C RANDAZZA  
151 HESPERUS AVE  
GLOUCESTER MA 01930-5272

211



## Rewards Summary

| | |
|---|---:|
| TrueBlue Number : | |
| TrueBlue points earned on JetBlue purchases | 8,903 |
| TrueBlue points earned on all other purchases | 367 |
| Bonus TrueBlue points | 0 |
| Adjustments | 0 |
| **Total TrueBlue points sent to JetBlue** | 9,270 |

**Fly faster than you think:**

-Earn 6X TrueBlue points on JetBlue purchases
-Earn 2X TrueBlue points on qualifying restaurant and grocery store purchases
-Earn 1X TrueBlue point on all other purchases

Visit trueblue.jetblue.com to review your total TrueBlue points balance.

### Activity for JOHN C RANDAZZA - card ending in 0986

**Purchases**

| Trans Date | Posting Date | Transaction Description | Amount |
|---|---|---|---:|
| 03/06 | 03/08 | JETBLUE  27921959599631 08005382583  UT<br>RANDAZZA/NATALIA CHD 03/31/2018 BOS LAS<br>Agency: #27921959599631 | $625.94 |
| 03/10 | 03/12 | TRAVEL INSURANCE POLIC  08007296021  VA | $65.64 |
| 03/09 | 03/12 | JETBLUE  27921961805025 08005382583  UT<br>RANDAZZA/MARC JOHN MR 03/23/2018 LAS BOS<br>Agency: #27921961805025 | $857.91 |
| 03/15 | 03/18 | CLASSIC & COLLECTIBLE   LAS VEGAS   NV | $249.00 |
| | | **Total Purchase Activity** | **$1,798.49** |

### Activity for MARC J RANDAZZA - card ending in 3261

**Purchases**

| Trans Date | Posting Date | Transaction Description | | Amount |
|---|---|---|---|---:|
| 03/24 | 03/26 | THE RHUMB LINE | GLOUCESTER  MA | $8.50 |
| 03/25 | 03/26 | THE RHUMB LINE | GLOUCESTER  MA | $17.50 |
| | | **Total Purchase Activity** | | **$26.00** |

### Summary of Fees and Interest

**Fees Charged**

| Trans Date | Posting Date | Transaction Description | Amount |
|---|---|---|---:|
| 02/28 | 02/28 | ANNUAL FEE | $99.00 |
| | | **Total Fees for this Period** | **$99.00** |

**Interest Charged**

| Trans Date | Posting Date | Transaction Description | Amount |
|---|---|---|---:|
| | | **Total Interest for this Period** | **$0.00** |

### Year-to-Date Summary of Fees and Interest Charged*

| Total Fees charged in 2018  $99.00 | Total Interest charged in 2018 | $0.00 |
|---|---|---:|

*This Year-to-Date Summary reflects the Fees and Interest charged on billing statements with closing dates in 2018. The Summary does not reflect any fees or interest adjustments and/or credits that have been made.

DocuSign Envelope ID: ADE16E0D-09DF-4F5B-8F68-EC946002C6C4

Transactions

## Posted transactions

**Keywords**

**Purchased by**
All cardmembers

**From**
04/01/18

**To**
04/30/18

**Category**
All categories

Search

| | |
|---|---|
| www.wipo.int<br>Apr 5th, 2018 | $1,500.00<br>1,500 TrueBlue® points |
| WALGREENS #4137<br>Apr 11th, 2018 | $105.15<br>105 TrueBlue® points |
| TOWN CENTER COFFEE<br>Apr 12th, 2018 | $6.21<br>12 TrueBlue® points |



 Citi® / AAdvantage® Executive World Elite™ Mastercard®-6192

| | | | | |
|---|---|---|---|---|
| Current Balance | $ 0.00 | Minimum Amount Due May. 13, 2018 | $ 0.00 | **Total Available Miles:** |
| Next statement closes | May. 15, 2018 | | | 36,290 |
| Available Revolving Credit: | $ 14,500.00 | Last Statement Balance Apr. 16, 2018 | $ 0.00 | |

## Transactions - Apr. 01, 2018 - Apr. 30, 2018

| Date | Description | Amount |
|---|---|---|
| Apr. 21, 2018 | SQU*SQ *B&R PHOTO, INC San Diego CA | $ 85.00 |
| Apr. 18, 2018 | Amazon Video On Demand AMZN.COM/bill WA | $ 6.99 |
| Apr. 17, 2018 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $ 30.17 |
| Apr. 15, 2018 | ONLINE PAYMENT, THANK YOU | -$ 167.72 |
| Apr. 12, 2018 | CHEVRON 0304087 LAS VEGAS NV | $ 53.49 |
| Apr. 12, 2018 | DS SERVICES STANDARD C ATLANTA GA | $ 62.42 |

DocuSign Envelope ID: ADE16E0D-09DF-4F5B-8F68-EC946002C6C4

| Apr. 09, 2018 | MARSHALLS #0204 LAS VEGAS NV | $ 4.82 |
| --- | --- | --- |
| Apr. 09, 2018 | DORIAN STUDIO 509-624-1247 WA | $ 18.00 |
| Apr. 09, 2018 | DORIAN STUDIO 509-624-1247 WA | $ 18.00 |
| Apr. 07, 2018 | MARSHALLS #1024 LAS VEGAS NV | -$ 82.27 |

**End Of Activity**

Your Offers & Benefits

 **AutoPay Flex**

Pay on time and get the flexibility to edit AutoPay payments, access payment history, and more.

 **Citi Mobile® App**

Do more now with the Citi Mobile App. More confidence. More satisfaction. Download or update the app today.

 **Add Authorized User**

Authorized users get Admirals Club® access at no additional cost.

 **Earn Elite Qualifying Miles**

Earn 10,000 Elite Qualifying Miles after you spend $40,000 in purchases within the year.