UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: Marc John Randazza

Case No. 15-14956

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: May 2018        PETITION DATE: 08/28/15

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in  $1

|   | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
|    | a. Current Assets | $390,517 | $392,347 | |
|    | b. Total Assets | $1,913,036 | $1,914,866 | $1,853,614 |
|    | c. Current Liabilities | $248,844 | $247,070 | |
|    | d. Total Liabilities | $12,602,679 | $14,126,121 | $13,879,051 |
|   | | | | **Cumulative** |
| 3. | **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **(Case to Date)** |
|    | a. Total Receipts | $11,588 | $10,088 | $579,793 |
|    | b. Total Disbursements | $20,545 | $17,215 | $595,997 |
|    | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($8,957) | ($7,127) | ($16,204) |
|    | d. Cash Balance Beginning of Month | $21,348 | $21,348 | $28,595 |
|    | e. Cash Balance End of Month (c + d) | $12,391 | $14,221 | $12,391 |
|   | | | | **Cumulative** |
|   | | **Current Month** | **Prior Month** | **(Case to Date)** |
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $282,126 | $282,126 | |
| 6. | Post-Petition Liabilities | $248,844 | $247,070 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

|   | At the end of this reporting month: | **Yes** | **No** |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. | Are a plan and disclosure statement on file? | | x |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes  x ;    U.S. Trustee Quarterly Fees  x  ; Check if filing is current for: Post-petition tax reporting and tax returns:   x  .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 6/11/2018

DocuSigned by:
*Marc Randazza*
FC7D2A65030B432...
Responsible Individual

Revised 1/1/98

**BALANCE SHEET**
(Small Real Estate/Individual Case)
For the Month Ended __May 2018__

| # | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $ 12,391 |
| 2 | Accounts receivable (net) (Brochey Note) | | $ 282,126 |
| 3 | Retainer(s) paid to professionals | | $ 94,000 |
| 4 | Other: Personal Belongings (clothing, glock) | x | $ 1,000 |
| 5 | Wedding Rings (unknown value) | | $ - |
| 6 | Copyright/Trademark | x | $ 1,000 |
| 7 | **Total Current Assets** | | $ 390,517 |
| | **Long Term Assets (Market Value)** | | |
| 8 | Real Property (residential) | x | $ 875,000 |
| 9 | Real property (rental or commercial) | | |
| 10 | Furniture, Fixtures, and Equipment | x | $ 7,595 |
| 11 | Vehicles | x | $ 67,000 |
| 12 | Partnership interests - Magnolia Holding 19, LLC (unknown value) | | $ - |
| 13 | Interest in corportations | | |
| 14 | Stocks and bonds | | |
| 15 | Interests in IRA, Keogh, other retirement plans | x | $ 526,495 |
| 16 | Other: Prepaid Tuition Programs | x | $ 46,429 |
| 17 | Randazza Legal Group, PLLC (unknown value) | | $ - |
| 18 | Marc J. Randazza P.A. (unknown value) | | $ - |
| 19 | Pending Lawsuits Mayers, Cox, Excelsior (unkown value) | | $ - |
| 20 | Possible Malpractice Claim (unknown value) | | $ - |
| 21 | Misuraca Family Trust Revocable (unknown value) | | $ - |
| 22 | Misuraca Family Trust Irrevocable (unknown value) | | $ - |
| 23 | | | $ - |
| 24 | **Total Long Term Assets** | | $ 1,522,519 |
| 25 | **Total Assets** | | $ 1,913,036 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 26 | Post-petition not delinquent (under 30 days) | | |
| 27 | Post-petition delinquent other than taxes (over 30 days) | | |
| 28 | Post-petition delinquent taxes | | |
| 29 | Accrued professional fees | | $ 248,844 |
| 30 | Other: | | |
| 31 | | | |
| 32 | **Total Current Liabilities** | | $ 248,844 |
| 33 | **Long-Term Post Petition Debt** | | |
| 34 | **Total Post-Petition Liabilities** | | $ 248,844 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 35 | Secured claims (residence) | | $ 372,869 |
| 36 | Secured claims (other) | | $ 726,179 |
| 37 | Priority unsecured claims | | $ 14,322 |
| 38 | General unsecured claims | | $ 11,240,465 |
| 39 | **Total Pre-Petition Liabilities** | | $ 12,353,835 |
| 40 | **Total Liabilities** | | $ 12,602,679 |
| | **Equity (Deficit)** | | |
| 41 | **Total Equity (Deficit)** | | $ (10,689,643) |
| 42 | **Total Liabilities and Equity (Deficit)** | | $ 1,913,036 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|  |  | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property |  |  |  |
| 2 | Scheduled Gross Rents |  |  |  |
|  | Less: |  |  |  |
| 3 | Vacancy Factor |  |  |  |
| 4 | Free Rent Incentives |  |  |  |
| 5 | Other Adjustments |  |  |  |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) |  |  |  |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|  |  | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | City National Bank | TD Bank |  |
| 11 | Account No. | x8119 | x4809 |  |
| 12 | Account Purpose | General Use | General Use |  |
| 13 | Balance, End of Month | $8,484 | $3,907 |  |
| 14 | Total Funds on Hand for all Accounts | $12,391 |  |  |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
For the Month Ended May 31, 2018

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Payroll | $ 11,588 | $ 501,857 |
| 8 | Accounts Receivable | | $ 17,874 |
| 9 | Other | | $ 5,894 |
| 10 | Transfers between accounts | | $ 49,883 |
| 11 | Insurance Claim | | $ 4,285 |
| 12 | **Total Cash Receipts** | $ 11,588 | $ 579,793 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | $ 2,114 |
| 16 | Principal Payments on Debt | $ 3,861 | $ 130,509 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 |    Personal Property | | |
| 19 |    Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 |    Salaries | | |
| 21 |    Draws | | |
| 22 |    Commissions/Royalties | | |
| 23 |    Expense Reimbursements | | |
| 24 |    Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 |    Employee Withholding | | |
| 28 |    Employer Payroll Taxes | | |
| 29 |    Real Property Taxes | | $ 9,159 |
| 30 |    Other Taxes | | $ 17,489 |
| 31 | Other Cash Outflows: | | |
| 32 |    Auto Expenses | $ 6,615 | $ 34,898 |
| 33 |    Bank Fees | $ 46 | $ 2,376 |
| 34 |    Child Support & Alimony | $ 4,521 | $ 29,879 |
| 35 |    Clothing | $ 56 | $ 19,519 |
| 36 |    Dining & Entertainment | $ 1,647 | $ 38,713 |
| 37 |    Fitness | $ 479 | $ 16,345 |
| 38 |    Gifts | $ 190 | $ 1,322 |
| 39 |    Groceries | $ 589 | $ 28,287 |
| 40 |    Household Supplies & Furnishings | $ 795 | $ 21,909 |
| 41 |    Insurance | | $ 5,530 |
| 42 |    Interest Expense | | $ 133 |
| 43 |    Legal Fees & Bankruptcy Fees | $ 200 | $ 11,022 |
| 44 |    Medical | $ 202 | $ 28,992 |
| 45 |    Office Expenses | $ 12 | $ 3,842 |
| 46 |    Personal | $ 31 | $ 8,526 |
| 47 |    Repairs & Maintenance | $ 252 | $ 59,045 |
| 48 |    School & Activities | $ 238 | $ 36,442 |
| 49 |    Travel | | $ 5,620 |
| 50 |    Utilities | $ 412 | $ 24,717 |
| 51 |    Transfers between accounts | | $ 49,883 |
| 52 |    Miscellaneous | $ 399 | $ 9,726 |
| 53 | **Total Cash Disbursements:** | $ 20,545 | $ 595,997 |
| 54 | **Net Increase (Decrease) in Cash** | $ (8,957) | $ (16,204) |
| 55 | **Cash Balance, Beginning of Period** | $ 21,348 | $ 28,595 |
| 56 | **Cash Balance, End of Period** | $ 12,391 | $ 12,391 |

Revised 1/1/98

Case 15-14956-abl    Doc 232    Entered 06/11/18 17:11:46    Page 5 of 15
DocuSign Envelope ID: B875ED36-151B-40CB-A9B4-810575423107

**Check Register**
**Marc Randazza**

| | Date | Month | Account | Check # | Payee | Category | Deposits | Checks/Purchases | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3792 | | 05-18 | CNB 8119 | | Balance 04/30/18 | | | | 17,395.57 |
| 3793 | | 05-18 | CNB 8119 | | Centurylink | Utilities | | 412.39 | 16,983.18 |
| 3794 | | 05-18 | CNB 8119 | | Specialized Loan | Mortgage Payment | | 3,860.63 | 13,122.55 |
| 3795 | | 05-18 | CNB 8119 | | Security Systems | Repairs & Maintenance | | 59.99 | 13,062.56 |
| 3796 | | 05-18 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 5,043.91 | | 18,106.47 |
| 3797 | | 05-18 | CNB 8119 | | Citi Card | See Below | | 1,120.84 | 16,985.63 |
| 3798 | | 05-18 | CNB 8119 | | Barclay Card | See Below | | 60.46 | 16,925.17 |
| 3799 | | 05-18 | CNB 8119 | | AMEX | See Below | | 8,573.25 | 8,351.92 |
| 3800 | | 05-18 | CNB 8119 | | Toyota Financial | Auto: Lease | | 446.55 | 7,905.37 |
| 3801 | | 05-18 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 6,543.92 | | 14,449.29 |
| 3802 | | 05-18 | CNB 8119 | 138 | Jennifer Randazza | Auto: Lease | | 5,964.80 | 8,484.49 |
| 3803 | | | | | | | | | |
| 3804 | | | TD 4809 | | Balance 04/30/18 | | | | 3,952.11 |
| 3805 | | 05-18 | TD 4809 | | Currency Rate Adjustment | Bank Fees | | 45.60 | 3,906.51 |
| 3806 | | | | | | | | | |
| 3807 | | 05-18 | JEN CITI | | Star Nursery | Repairs & Maintenance | | 24.88 | |
| 3808 | | 05-18 | JEN CITI | | Target | Household | | 22.43 | |
| 3809 | | 05-18 | JEN CITI | | Dunkin | Dining | | 9.37 | |
| 3810 | | 05-18 | JEN CITI | | Victorias Secret | Clothing | | 30.31 | |
| 3811 | | 05-18 | JEN CITI | | Sprouts Farmers Market | Groceries | | 94.26 | |
| 3812 | | 05-18 | JEN CITI | | Natalie Levy | Personal | | 31.25 | |
| 3813 | | 05-18 | JEN CITI | | Netflix | Entertainment | | 10.99 | |
| 3814 | | 05-18 | JEN CITI | | Microsoft | Office Expense | | 0.50 | |
| 3815 | | 05-18 | JEN CITI | | Nevada Ballet Theater | Activities | | 45.00 | |
| 3816 | | 05-18 | JEN CITI | | Amazon | Household | | (147.90) | |
| 3817 | | 05-18 | JEN CITI | | DS Services | Dining | | 62.38 | |
| 3818 | | 05-18 | JEN CITI | | Amazon | Household | | (17.22) | |
| 3819 | | 05-18 | JEN CITI | | Justice | Clothing | | 9.18 | |
| 3820 | | 05-18 | JEN CITI | | Amazon | Household | | 147.90 | |
| 3821 | | 05-18 | JEN CITI | | Justice | Clothing | | 16.68 | |
| 3822 | | 05-18 | JEN CITI | | Target | Household | | 230.00 | |
| 3823 | | 05-18 | JEN CITI | | Office Depot | Office Expense | | 11.79 | |
| 3824 | | 05-18 | JEN CITI | | Sprouts Farmers Market | Groceries | | 29.69 | |
| 3825 | | 05-18 | JEN CITI | | Marshalls | Household | | 65.98 | |
| 3826 | | 05-18 | JEN CITI | | Amazon | Household | | 39.53 | |
| 3827 | | 05-18 | JEN CITI | | Amazon | Entertainment | | 17.99 | |
| 3828 | | 05-18 | JEN CITI | | Netflix | Entertainment | | 10.99 | |
| 3829 | | 05-18 | JEN CITI | | Lowes | Repairs & Maintenance | | 6.66 | |
| 3830 | | 05-18 | JEN CITI | | Amazon | Household | | 49.08 | |
| 3831 | | 05-18 | JEN CITI | | Amazon | Household | | 40.91 | |
| 3832 | | 05-18 | JEN CITI | | Amazon | Household | | 17.22 | |
| 3833 | | 05-18 | JEN CITI | | Reconcile | Miscellaneous | | 260.99 | |
| 3834 | | | | | | | | | |
| 3835 | | 05-18 | JOHN BARCLAY | | Wynn Valet | Auto: Parking | | 15.00 | |
| 3836 | | 05-18 | JOHN BARCLAY | | DMV | Auto: Service | | 14.99 | |
| 3837 | | 05-18 | JOHN BARCLAY | | Stop n Shop | Groceries | | 47.69 | |
| 3838 | | 05-18 | JOHN BARCLAY | | Reconcile | Miscellaneous | | (17.22) | |
| 3839 | | | | | | | | | |
| 3840 | | 05-18 | JOHN AMEX | | Dave & Busters | Dining | | 109.75 | |
| 3841 | | 05-18 | JOHN AMEX | | Life Time Fitness | Fitness | | 45.00 | |
| 3842 | | 05-18 | JOHN AMEX | | Life Café | Dining | | 107.97 | |
| 3843 | | 05-18 | JOHN AMEX | | Life Time Fitness | Fitness | | (45.00) | |
| 3844 | | 05-18 | JOHN AMEX | | Itunes | Entertainment | | 2.99 | |
| 3845 | | 05-18 | JOHN AMEX | | Life Time Fitness | Fitness | | 119.08 | |
| 3846 | | 05-18 | JOHN AMEX | | Royal Blue Pools | Repairs & Maintenance | | 86.25 | |
| 3847 | | 05-18 | JOHN AMEX | | Affordable Dental | Medical | | 164.29 | |
| 3848 | | 05-18 | JOHN AMEX | | Paris 6 Bistro | Dining | | 260.19 | |
| 3849 | | 05-18 | JOHN AMEX | | Sensations Video | Entertainment | | 156.08 | |
| 3850 | | 05-18 | JOHN AMEX | | Starbucks | Dining | | 3.70 | |
| 3851 | | 05-18 | JOHN AMEX | | Itunes | Entertainment | | 20.99 | |
| 3852 | | 05-18 | JOHN AMEX | | Dolphin Stadium | Dining | | 15.00 | |
| 3853 | | 05-18 | JOHN AMEX | | Dolphin Stadium | Dining | | 40.00 | |
| 3854 | | 05-18 | JOHN AMEX | | Itunes | Entertainment | | 14.99 | |
| 3855 | | 05-18 | JOHN AMEX | | Sister Cleaning | Household | | 86.75 | |

Case 15-14956-abl    Doc 232    Entered 06/11/18 17:11:46    Page 6 of 15
DocuSign Envelope ID: B875ED36-151B-40CB-A9B4-810575423107

**Check Register**
**Marc Randazza**

| | Date | Month | Account | Check # | Payee | Category | Deposits | Checks/Purchases | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3856 | | 05-18 | JOHN AMEX | | Albertsons | Groceries | | 88.97 | |
| 3857 | | 05-18 | JOHN AMEX | | Chevron | Auto: Fuel | | 54.13 | |
| 3858 | | 05-18 | JOHN AMEX | | Itunes | Entertainment | | 24.99 | |
| 3859 | | 05-18 | JOHN AMEX | | Life Café | Dining | | 22.05 | |
| 3860 | | 05-18 | JOHN AMEX | | Itunes | Entertainment | | 34.99 | |
| 3861 | | 05-18 | JOHN AMEX | | Life Café | Dining | | 57.29 | |
| 3862 | | 05-18 | JOHN AMEX | | Sushi Loca | Dining | | 128.41 | |
| 3863 | | 05-18 | JOHN AMEX | | KING & I #2 | Dining | | 17.27 | |
| 3864 | | 05-18 | JOHN AMEX | | Albertsons | Groceries | | 101.19 | |
| 3865 | | 05-18 | JOHN AMEX | | Chevron | Auto: Fuel | | 60.05 | |
| 3866 | | 05-18 | JOHN AMEX | | Life Café | Dining | | 9.67 | |
| 3867 | | 05-18 | JOHN AMEX | | Life Time Fitness | Fitness | | 360.25 | |
| 3868 | | 05-18 | JOHN AMEX | | KING & I #2 | Dining | | 12.77 | |
| 3869 | | 05-18 | JOHN AMEX | | Life Café | Dining | | 9.67 | |
| 3870 | | 05-18 | JOHN AMEX | | Life Café | Dining | | 152.72 | |
| 3871 | | 05-18 | JOHN AMEX | | LUCKY MINI MART | Miscellaneous | | 3.99 | |
| 3872 | | 05-18 | JOHN AMEX | | Florida Arte | Child Support | | 2,000.00 | |
| 3873 | | 05-18 | JOHN AMEX | | Florida Arte | Child Support | | 2,521.34 | |
| 3874 | | 05-18 | JOHN AMEX | | Sister Cleaning | Household | | 86.75 | |
| 3875 | | 05-18 | JOHN AMEX | | ATIREGAL CINEMAS | Entertainment | | 64.20 | |
| 3876 | | 05-18 | JOHN AMEX | | Fandango | Entertainment | | 49.20 | |
| 3877 | | 05-18 | JOHN AMEX | | RED ROBIN | Dining | | 30.14 | |
| 3878 | | 05-18 | JOHN AMEX | | Summerlin Centre 5 | Entertainment | | 28.00 | |
| 3879 | | 05-18 | JOHN AMEX | | Fandango | Entertainment | | (44.70) | |
| 3880 | | 05-18 | JOHN AMEX | | Sprouts Farmers Mkt | Groceries | | 84.40 | |
| 3881 | | 05-18 | JOHN AMEX | | Culinary Academy of LV | Dining | | 38.00 | |
| 3882 | | 05-18 | JOHN AMEX | | Life Café | Dining | | 2.00 | |
| 3883 | | 05-18 | JOHN AMEX | | Public School | Education | | 67.70 | |
| 3884 | | 05-18 | JOHN AMEX | | Flowershopnetwork | Gifts | | 143.06 | |
| 3885 | | 05-18 | JOHN AMEX | | Sister Cleaning | Household | | 86.75 | |
| 3886 | | 05-18 | JOHN AMEX | | Sprouts Farmers Mkt | Groceries | | 29.85 | |
| 3887 | | 05-18 | JOHN AMEX | | Bulwark Exterminating | Repairs & Maintenance | | 74.50 | |
| 3888 | | 05-18 | JOHN AMEX | | Excel Karate | Activities | | 75.00 | |
| 3889 | | 05-18 | JOHN AMEX | | Town Center Coffee | Dining | | 5.78 | |
| 3890 | | 05-18 | JOHN AMEX | | From You Flowers | Gifts | | 46.98 | |
| 3891 | | 05-18 | JOHN AMEX | | Albertsons | Groceries | | 113.06 | |
| 3892 | | 05-18 | JOHN AMEX | | Chevron | Auto: Fuel | | 53.18 | |
| 3893 | | 05-18 | JOHN AMEX | | Excel Karate | Activities | | 50.00 | |
| 3894 | | 05-18 | JOHN AMEX | | Itunes | Entertainment | | 7.99 | |
| 3895 | | 05-18 | JOHN AMEX | | Cosmo Self Parking | Auto: Parking | | 7.00 | |
| 3896 | | 05-18 | JOHN AMEX | | SEQUENCEINC | Legal Fees | | 200.00 | |
| 3897 | | 05-18 | JOHN AMEX | | MARQUEE LAS VEGAS | Entertainment | | 48.00 | |
| 3898 | | 05-18 | JOHN AMEX | | BINION'S BARS - LAS VEGAS, NV | Dining | | 37.25 | |
| 3899 | | 05-18 | JOHN AMEX | | SAHARA COFFEE BEAN | Dining | | 3.84 | |
| 3900 | | 05-18 | JOHN AMEX | | SAHARA COFFEE BEAN | Dining | | 9.31 | |
| 3901 | | 05-18 | JOHN AMEX | | SLMS | Medical | | 10.00 | |
| 3902 | | 05-18 | JOHN AMEX | | Sparks Family Medicine | Medical | | 25.00 | |
| 3903 | | 05-18 | JOHN AMEX | | Walgreens | Medical | | 2.26 | |
| 3904 | | 05-18 | JOHN AMEX | | Dim Sum Café | Dining | | 16.53 | |
| 3905 | | 05-18 | JOHN AMEX | | Sister Cleaning | Household | | 86.75 | |
| 3906 | | 05-18 | JOHN AMEX | | Itunes | Entertainment | | 2.99 | |
| 3907 | | 05-18 | JOHN AMEX | | Itunes | Entertainment | | 34.99 | |
| 3908 | | 05-18 | JOHN AMEX | | Reconcile | Miscellaneous | | 149.71 | |

06/4/2018                                              Online Banking : Account Activity

# CHECKING ACCOUNT, *8119

**All completed transactions from 04/30/2018 to 06/01/2018**

| Date | Number | Description | Withdrawals | Deposits | Balance |
| --- | --- | --- | --- | --- | --- |
| 05/30/2018 | 138 | CHECK | 5,964.80 | | 8,484.49 |
| 05/25/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 0057XZ | | 6,543.92 | 14,449.29 |
| 05/21/2018 | | PREAUTHORIZED DEBIT TOYOTA FINANCIAL RETAIL_PAY WEB JENNIFER RANDA 42118 | 446.55 | | 7,905.37 |
| 05/17/2018 | | PREAUTHORIZED DEBIT AMEX EPAYMENT ACH PMT WEB JENNIFER RANDA W0096 | 8,573.25 | | 8,351.92 |
| 05/17/2018 | | PREAUTHORIZED DEBIT BARCLAYCARD US CREDITCARD WEB JOHN RANDAZZA | 60.46 | | 16,925.17 |
| 05/14/2018 | | PREAUTHORIZED DEBIT CITI CARD ONLINE PAYMENT WEB JENNIFER L RAN 623386 | 1,120.84 | | 16,985.63 |
| 05/11/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 9397XZ | | 5,043.91 | 18,106.47 |
| 05/07/2018 | | PREAUTHORIZED DEBIT SECURITY SYSTEMS MEMBER PAY PPD JENNIFER RANDA N | 59.99 | | 13,062.56 |
| 05/03/2018 | | PREAUTHORIZED DEBIT SPECIALIZED LOAN BILL PAYMT PPD RANDAZZA MARC 0 | 3,860.63 | | 13,122.55 |
| 05/03/2018 | | PREAUTHORIZED DEBIT CENTURYLINK SPEEDPAY TEL 131055012 | 412.39 | | 16,983.18 |

**TD Bank x4809**

|  | CAD | USD | Rate |
|---|---|---|---|
| 04/30/18 Balance per schedule | 5,066.81 | | |
| 05/31/18 Balance | 5,066.81 | **$ 3,906.51** | 0.771 |

TD Home | Apply | 🔒 **MARC JOHN RANDAZZA** | Logout | Site Search

# Accounts

Help | Print

**My Inbox:** Unread messages (0) | New statements (0) | New epost Bills (0) | Finish an application

### My Personal Summary

| | |
|---|---|
| Banking: | $5,066.81 |
| **Total:** | **CDN $5,066.81** |

| Banking | Balance | Download |
|---|---|---|
| **TD ALL-INCLUSIVE BANKING PLAN -** | $5,066.81 | ☐ |
| Banking total: | CDN **$5,066.81** | |

### Credit Cards, Loans & Mortgages

You currently have no TD Credit Cards, Loans or Mortgages. Apply for credit today. **Apply for Credit**

### Investments

You currently have no TD Investments. Purchase an Investment today. **Purchase an Investment**

[Spreadsheet (.CSV) ▾]  [ Download ]

All transactions to the close of the previous BUSINESS day will be downloaded except for credit card activity.
Please note: We have discovered a temporary issue that occurs while you are downloading your credit card activity to your preferred version of accounting software. This may cause some transactions to appear more than once. We are working to correct this issue and apologize for any inconvenience. It's important for you to verify your information and remove any duplicate entries. Recently posted credit card payments may not be included in your download.
Supported versions of software downloads.

Legal Notes

Print



 Citi® / AAdvantage® Executive World Elite™ Mastercard®-6192

| | | | | |
|---|---|---|---|---|
| Current Balance | $ 0.00 | Minimum Amount Due Jun. 13, 2018 | $ 0.00 | **Total Available Miles:** |
| Next statement closes | Jun. 15, 2018 | | | **37,263** |
| Available Revolving Credit: | $ 14,465.00 | Last Statement Balance May. 15, 2018 | -$ 147.90 | |

Transactions - May. 01, 2018 - May. 31, 2018

| Date | Description | Amount |
|---|---|---|
| May. 30, 2018 | STAR NURSERY 1009 LAS VEGAS NV | $ 24.88 |
| May. 30, 2018 | TARGET 00012070 LAS VEGAS NV | $ 22.43 |
| May. 30, 2018 | DUNKIN #346571 Q35 LAS VEGAS NV | $ 9.37 |
| May. 28, 2018 | VICTORIA'S SECRET #164 LAS VEGAS NV | $ 30.31 |
| May. 28, 2018 | SPROUTS FARMERS MARK LAS VEGAS NV | $ 94.26 |
| May. 25, 2018 | SQU*SQ *NATALIE LEVY Las Vegas NV | $ 31.25 |
| May. 25, 2018 | NETFLIX.COM NETFLIX.COM CA | $ 10.99 |
| May. 25, 2018 | MICROSOFT *ACCOUNT 8006427676 WA | $ 0.50 |
| May. 24, 2018 | NEVADA BALLET THEATRE LAS VEGAS NV | $ 45.00 |
| May. 13, 2018 | AMAZON MKTPLACE PMTS W WWW.AMAZON.CO WA | -$ 147.90 |
| May. 12, 2018 | ONLINE PAYMENT, THANK YOU | -$ 1,120.84 |
| May. 10, 2018 | DS SERVICES STANDARD C ATLANTA GA | $ 62.38 |
| May. 08, 2018 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | -$ 17.22 |
| May. 07, 2018 | JUSTICE WEB 866-246-58 866-246-5822 OH | $ 9.18 |
| May. 07, 2018 | AMAZON MKTPLACE PMTS W WWW.AMAZON.CO WA | $ 147.90 |
| May. 04, 2018 | JUSTICE #0603 LAS VEGAS NV | $ 16.68 |
| May. 04, 2018 | TARGET 00012070 LAS VEGAS NV | $ 230.00 |



 Citi® / AAdvantage® Executive World Elite™ Mastercard®-6192

| | | | | |
|---|---|---|---|---|
| Current Balance | $ 0.00 | Minimum Amount Due May. 13, 2018 | $ 0.00 | **Total Available Miles:** 36,290 |
| Next statement closes | May. 15, 2018 | | | |
| Available Revolving Credit: | $ 14,500.00 | Last Statement Balance Apr. 16, 2018 | $ 0.00 | |

## Transactions - Apr. 01, 2018 - Apr. 30, 2018

| Date | Description | Amount |
|---|---|---|
| Apr. 29, 2018 | OFFICE DEPOT #2198 LAS VEGAS NV | $ 11.79 |
| Apr. 27, 2018 | SPROUTS FARMERS MARK LAS VEGAS NV | $ 29.69 |
| Apr. 26, 2018 | MARSHALLS #873 LAS VEGAS NV | $ 65.98 |
| Apr. 26, 2018 | AMAZON.COM AMZN.COM/BI AMZN.COM/BILL WA | $ 39.53 |
| Apr. 26, 2018 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $ 17.99 |
| Apr. 25, 2018 | NETFLIX.COM NETFLIX.COM CA<br>Recurring Charge | $ 10.99 |
| Apr. 25, 2018 | LOWES #01836* LAS VEGAS NV | $ 6.66 |
| Apr. 24, 2018 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $ 49.08 |
| Apr. 24, 2018 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $ 40.91 |
| Apr. 24, 2018 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $ 17.22 |

| WYNN VALET & SELF PARK | $15.00 |
|---|---|
| Apr 12th, 2018 | 15 TrueBlue® points |

DocuSign Envelope ID: B875ED36-151B-40CB-A9B4-810575423107
6/4/2018

Transactions

## Posted transactions

**Keywords**

**Purchased by**

All cardmembers

**From**  04/30/18

**To**  06/01/18

**Category**  All categories

Search

| | | |
|---|---|---|
| DMV.COM | $14.99 | ⊕ |
| May 5th, 2018 | 15 TrueBlue® points | |
| Payment Received | -$60.46 | ⊕ |
| May 16th, 2018 | | |
| STOP N SHOP #4 | $47.69 | ⊕ |
| May 17th, 2018 | 48 TrueBlue® points | |

https://w

Case 15-14956-abl    Doc 232    Entered 06/11/18 17:11:46    Page 14 of 15
DocuSign Envelope ID: B875ED36-151B-40CB-A9B4-810575423107

Page 1 of 3



**Transaction Details**
Prepared for
John C Randazza
Account Number
XXXX-XXXXXX-41003

**Delta Reserve / April 15, 2018 to June 11, 2018**

| Date | Description | Amount |
|---|---|---:|
| Apr 15 2018 | DAVE & BUSTER'S #94 - 888-300-1515, NV | $109.75 |
| Apr 16 2018 | LIFE TIME FITNESS - 888-430-6432, MN | $45.00 |
| Apr 17 2018 | LIFE CAFE - LAS VEGAS, NV | $107.97 |
| Apr 17 2018 | LIFE TIME FITNESS 19 - LAS VEGAS, NV | -$45.00 |
| Apr 17 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $2.99 |
| Apr 18 2018 | LIFE TIME FITNESS - 888-430-6432, MN | $119.08 |
| Apr 19 2018 | ROYAL BLUE POOLS LLC 0000 - LAS VEGAS, NV | $86.25 |
| Apr 20 2018 | AFFORDABLE DENTAL II 0130 - LAS VEGAS, NV | $164.29 |
| Apr 20 2018 | PARIS 6 BISTRO - MIAMI BEACH, FL | $260.19 |
| Apr 20 2018 | SENSATIONSVIDEO 333999476800001 - MIAMI BEACH, FL | $156.08 |
| Apr 20 2018 | STARBUCKS STORE 0829 - MIAMI, FL | $3.70 |
| Apr 20 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $20.99 |
| Apr 21 2018 | DOLPHIN STADIUM CONC 61831 65000000461 - MIAMI, FL | $15.00 |
| Apr 21 2018 | DOLPHIN STADIUM REST 61831 65000000461 - MIAMI, FL | $40.00 |
| Apr 24 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $14.99 |
| Apr 25 2018 | SISTER CLEANING SERVICES 0684 - LAS VEGAS, NV | $86.75 |
| Apr 26 2018 | ALBERTSONS STORE 0046 - LAS VEGAS, NV | $88.97 |
| Apr 26 2018 | CHEVRON 0377696/CHEVRON - LAS VEGAS, NV | $54.13 |
| Apr 27 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $24.99 |
| Apr 28 2018 | LIFE CAFE - LAS VEGAS, NV | $22.05 |
| Apr 28 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $34.99 |
| Apr 29 2018 | LIFE CAFE - LAS VEGAS, NV | $57.29 |
| Apr 29 2018 | SUSHI LOCA 0268 - LAS VEGAS, NV | $128.41 |
| Apr 30 2018 | KING & I #2 000912200147421 - LAS VEGAS, NV | $17.27 |
| May 01 2018 | ALBERTSONS STORE 3021 - LAS VEGAS, NV | $101.19 |
| May 01 2018 | CHEVRON 0352069/CHEVRON - LAS VEGAS, NV | $60.05 |
| May 01 2018 | LIFE CAFE - LAS VEGAS, NV | $9.67 |
| May 01 2018 | LifeTimeFitness.COM - 888-430-6432, MN | $360.25 |
| May 02 2018 | KING & I #2 000912200147421 - LAS VEGAS, NV | $12.77 |
| May 02 2018 | LIFE CAFE - LAS VEGAS, NV | $9.67 |
| May 02 2018 | LIFE CAFE - LAS VEGAS, NV | $152.72 |
| May 02 2018 | LUCKY MINI MART 0000 - LAS VEGAS, NV | $3.99 |
| May 02 2018 | PAYPAL *FLORIDAARTE - 4029357733, NV | $2,000.00 |
| May 02 2018 | PAYPAL *FLORIDAARTE - 4029357733, NV | $2,521.34 |
| May 02 2018 | SISTER CLEANING SERVICES 0684 - LAS VEGAS, NV | $86.75 |
| May 03 2018 | ATIREGAL CINEMAS - SANTA MONIC, CA | $64.20 |
| May 03 2018 | FANDANGO.COM - FANDANGO.COM, CA | $49.20 |
| May 03 2018 | RED ROBIN - LAS VEGAS, NV | $30.14 |
| May 03 2018 | SUMMERLIN CENTRE 5 SUMMERLIN CENTR - LAS VEGAS, NV | $28.00 |
| May 04 2018 | FANDANGO.COM - FANDANGO.COM, CA | -$44.70 |
| May 07 2018 | SPROUTS FARMERS MKT - LAS VEGAS, NV | $84.40 |

Case 15-14956-abl    Doc 232    Entered 06/11/18 17:11:46    Page 15 of 15
DocuSign Envelope ID: B875ED36-151B-40CB-A9B4-810575423107

Page 2 of 3



**Transaction Details**
Prepared for
John C Randazza
Account Number
XXXX-XXXXXX-41003

Delta Reserve / April 15, 2018 to June 11, 2018

| Date | Description | Amount |
|---|---|---|
| May 08 2018 | CULINARY ACADEMY OF LA 411496 - LAS VEGAS, NV | $38.00 |
| May 08 2018 | LIFE CAFE - LAS VEGAS, NV | $2.00 |
| May 08 2018 | PUBLIC SCHOOL - LAS VEGAS, NV | $67.70 |
| May 09 2018 | FLOWERSHOPNETWORK.COM 084870006350796 - 877-3767363, AR | $143.06 |
| May 09 2018 | SISTER CLEANING SERVICES 0684 - LAS VEGAS, NV | $86.75 |
| May 09 2018 | SPROUTS FARMERS MKT - LAS VEGAS, NV | $29.85 |
| May 10 2018 | Bulwark Exterminating - 8774285927, AZ | $74.50 |
| May 10 2018 | EXCEL KARATE KRAV 0244 - LAS VEGAS, NV | $75.00 |
| May 10 2018 | TOWN CENTER COFFEE 542929809660137 - LAS VEGAS, NV | $5.78 |
| May 11 2018 | FROM YOU FLOWERS - 800-838-8853, CT | $46.98 |
| May 12 2018 | ALBERTSONS STORE 3016 - LAS VEGAS, NV | $113.06 |
| May 12 2018 | CHEVRON 0209894/CHEVRON - LAS VEGAS, NV | $53.18 |
| May 12 2018 | EXCEL KARATE KRAV 0244 - LAS VEGAS, NV | $50.00 |
| May 12 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $7.99 |
| May 13 2018 | COSMO SELF PARKING 0000 - LAS VEGAS, NV | $7.00 |
| May 13 2018 | PAYPAL *SEQUENCEINC - 4029357733, WI | $200.00 |
| May 14 2018 | MARQUEE LAS VEGAS - LAS VEGAS, NV | $48.00 |
| May 15 2018 | BINION'S BARS - LAS VEGAS, NV | $37.25 |
| May 15 2018 | SAHARA COFFEE BEAN 542929808660161 - LAS VEGAS, NV | $3.84 |
| May 15 2018 | SAHARA COFFEE BEAN 542929808660161 - LAS VEGAS, NV | $9.31 |
| May 15 2018 | SLMS 00-08032483375 - LAS VEGAS, NV | $10.00 |
| May 15 2018 | SPARKS FAMILY MEDICINE LT 00-080233396 - LAS VEGAS, NV | $25.00 |
| May 15 2018 | WALGREENS - LAS VEGAS, NV | $2.26 |
| May 16 2018 | DIM SUM CAFE 0000 - LAS VEGAS, NV | $16.53 |
| May 16 2018 | ONLINE PAYMENT - THANK YOU | -$8,573.25 |
| May 17 2018 | SISTER CLEANING SERVICES 0684 - LAS VEGAS, NV | $86.75 |
| May 17 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $2.99 |
| May 17 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $34.99 |