Jessica R. MacGregor, Esq., Ca Bar No. 168777
*(Pro Hac Vice Pending)*
Long & Levit LLP
465 California Street, 5th Floor
San Francisco, CA  94104
Telephone:  415-397-2222
Facsimile: 415-397-6392
Email:  jmacgregor@longlevit.com

Lawrence A. Jacobson, Esq., Ca Bar No. 057393
*(Pro Hac Vice Pending)*
Cohen and Jacobson, LLP
66 Bovet Road, Suite 285
San Mateo, CA  94402
Telephone:  650-261-6280
Facsimile: 650-368-6221
Email:  laj@cohenandjacobson.com

*Attorneys for JAMS, Inc. and Stephen Haberfeld*

Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: 702-228-7590
Facsimile: 702-892-0122
E-Mail:  bkfilings@s-mlaw.com

*Local Counsel for JAMS, Inc. and Stephen Haberfeld*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-15-14956-ABL |
| MARC JOHN RANDAZZA, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

1.      I caused to be served the following documents:

    a.    Opposition To Order To Show Cause Why Stephen Haberfeld And Jams, Inc. Should Not

        Be Compelled To Comply With The Order Approving Settlement Agreement And/Or Held

        In Contempt And Sanctioned For Willful Violations Of The Automatic Stay [ECF No.

        245];

    b.    Declaration Of Jessica R. MacGregor [ECF No. 246].

2.      I served the above-named document(s) by the following means to the persons as listed below:

■      a.      **By ECF System (Both Documents On 07/12/2018):**

JENNIFER WILLIS ARLEDGE on behalf of Creditor BANK OF AMERICA NA

jennifer.arledge@wilsonelser.com, EfileLasVegas@wilsonelser.com

OGONNA M. BROWN on behalf of Creditor CLAY DOUGLASS

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Motion to disqualify

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1   obrown@nevadafirm.com,

2   apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@neva

3   dafirm.com

4   ARTHUR CARVALHO, JR. on behalf of Creditor EXCELSIOR MEDIA CORP.

5   acarvalho@lhcllp.com

6   ARTHUR CARVALHO, JR. on behalf of Creditor LIBERTY MEDIA HOLDINGS, LLC

7   acarvalho@lhcllp.com

8   JAMES D. GREENE on behalf of Counter-Defendant EXCELSIOR MEDIA CORP.

9   jgreene@greeneinfusolaw.com,

10  fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

11  JAMES D. GREENE on behalf of Creditor EXCELSIOR MEDIA CORP.

12  jgreene@greeneinfusolaw.com,

13  fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

14  JAMES D. GREENE on behalf of Creditor LIBERTY MEDIA HOLDINGS, LLC

15  jgreene@greeneinfusolaw.com,

16  fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

17  JAMES D. GREENE on behalf of Plaintiff EXCELSIOR MEDIA CORP.

18  jgreene@greeneinfusolaw.com,

19  fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

20  JAMES D. GREENE on behalf of Plaintiff LIBERTY MEDIA HOLDINGS, LLC

21  jgreene@greeneinfusolaw.com,

22  fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

23  VAUGHN MICHAEL GREENWALT on behalf of Creditor EXCELSIOR MEDIA CORP.

24  Vaughn.greenwalt@viacom.com

25  VAUGHN MICHAEL GREENWALT on behalf of Creditor LIBERTY MEDIA HOLDINGS, LLC

26  Vaughn.greenwalt@viacom.com

27  VAUGHN MICHAEL GREENWALT on behalf of Plaintiff EXCELSIOR MEDIA CORP.

28  Vaughn.greenwalt@viacom.com

Motion to disqualify

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  VAUGHN MICHAEL GREENWALT on behalf of Plaintiff LIBERTY MEDIA HOLDINGS, LLC

2  Vaughn.greenwalt@viacom.com

3  ZACHARIAH LARSON on behalf of Debtor MARC JOHN RANDAZZA

4  mary@lzklegal.com,

5  mzirzow@lzklegal.com;carey@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com

6  ZACHARIAH LARSON on behalf of Plaintiff MARC J RANDAZZA

7  mary@lzklegal.com,

8  mzirzow@lzklegal.com;carey@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com

9  JEANETTE E. MCPHERSON on behalf of Interested Party JAMS, INC

10  bkfilings@s-mlaw.com

11  JEANETTE E. MCPHERSON on behalf of Interested Party STEPHEN E HABERFELD

12  bkfilings@s-mlaw.com

13  VERNON A NELSON, JR on behalf of Creditor BANK OF AMERICA NA

14  vnelson@nelsonlawfirmlv.com, Mail@nelsonlawfirmlv.com

15  U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov

16  TIMOTHY R. WHEELER on behalf of Creditor BANK OF AMERICA NA

17  timothy.wheeler@wilsonelser.com, daniel.flores@wilsonelser.com

18  MATTHEW C. ZIRZOW on behalf of Counter-Claimant MARC JOHN RANDAZZA

19  mzirzow@lzklegal.com,

20  carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com

21  MATTHEW C. ZIRZOW on behalf of Debtor MARC JOHN RANDAZZA

22  mzirzow@lzklegal.com,

23  carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com

24  MATTHEW C. ZIRZOW on behalf of Defendant MARC JOHN RANDAZZA

25  mzirzow@lzklegal.com,

26  carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com

27  MATTHEW C. ZIRZOW on behalf of Plaintiff MARC J RANDAZZA

28  mzirzow@lzklegal.com,

Motion to disqualify

3

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com

2  MATTHEW C. ZIRZOW on behalf of Plaintiff MARC JOHN RANDAZZA

3  mzirzow@lzklegal.com,

4  carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com

5  ☐    b.    **By United States mail, postage fully prepaid**:

6  ☐    c.    **By First Class International Mail, postage fully prepaid on:**

7  ☐    d.    **By Personal Service**

8        I personally delivered the document(s) to the persons at these addresses:

9        ☐    For a party represented by an attorney, delivery was made by handing the document(s)

10  to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in

11  charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

12        ☐    For a party, delivery was made by handing the document(s) to the party or by leaving

13  the document(s) at the person's dwelling house or usual place of abode with someone of suitable age

14  and discretion residing there.

15  ☐    e.    **By direct email (as opposed to through the ECF System)**

16        Based upon the written agreement to accept service by email or a court order, I caused

17  the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within

18  a reasonable time after the transmission, any electronic message or other indication that the

19  transmission was unsuccessful.

20  ☐    f.    **By fax transmission**

21        Based upon the written agreement of the parties to accept service by fax transmission

22  or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was

23  reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

24  **I declare under penalty of perjury that the foregoing is true and correct.**

25  Signed on:    July 17, 2018

26  Taylor Jorgensen                    /s/ Taylor Jorgensen
   (Name of Declarant)              (Signature of Declarant)

27

28

4

Motion to disqualify