_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 02, 2018

Jessica R. MacGregor, Esq., Ca Bar No. 168777
*(Pro Hac Vice)*
Long & Levit LLP
465 California Street, 5th Floor
San Francisco, CA 94104
Telephone: 415-397-2222
Facsimile: 415-397-6392
Email: jmacgregor@longlevit.com

Lawrence A. Jacobson, Esq., Ca Bar No. 057393
*(Pro Hac Vice)*
Cohen and Jacobson, LLP
66 Bovet Road, Suite 285
San Mateo, CA 94402
Telephone: 650-261-6280
Facsimile: 650-368-6221
Email: laj@cohenandjacobson.com

*Attorneys for JAMS, Inc. and Stephen Haberfeld*

Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: 702-228-7590
Facsimile: 702-892-0122
E-Mail: bkfilings@s-mlaw.com

*Local Counsel for JAMS, Inc. and Stephen Haberfeld*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-15-14956-ABL |
|---|---|
| MARC JOHN RANDAZZA, | Chapter 11 |
| Debtor. | **ORDER REGARDING ORDER TO SHOW CAUSE WHY STEPHEN HABERFELD AND JAMS, INC. SHOULD NOT BE COMPELLED TO COMPLY WITH THE ORDER APPROVING SETTLEMENT AGREEMENT AND/OR HELD IN CONTEMPT AND SANCTIONED FOR WILLFUL VIOLATIONS OF THE AUTOMATIC STAY** |
| | Hearing Date: July 31, 2018<br>Hearing Time: 1:30 p.m. |

1   The Order To Show Cause Why Stephen Haberfeld And Jams, Inc. Should Not Be
2   Compelled To Comply With The Order Approving Settlement Agreement And/Or Held In
3   Contempt And Sanctioned For Willful Violations Of The Automatic Stay ("OSC") having come
4   before this Court on July 31, 2018; Marc John Randazza (the "Debtor") appearing by and through
5   his counsel, Matthew Zirzow, Esq. of Larson Zirzow & Kaplan, LLC, JAMS, Inc. ("JAMS") and
6   Hon. Stephen E. Haberfeld (Ret.) ("Judge Haberfeld") (JAMS and Haberfeld collectively referred
7   to herein as the "JAMS Parties") appearing by and through their counsel Jessica MacGregor, Esq.
8   of Long & Levit, Lawrence Jacobson, Esq. of Cohen and Jacobson, LLP, and Jeanette E.
9   McPherson, Esq. of Schwartzer & McPherson Law Firm; the Court having reviewed the pleadings
10  on file and having heard the argument and proposals of the Debtor and the JAMS Parties; and in
11  full resolution of the OSC and for good cause shown, it is hereby
12      ORDERED that to effectuate the Court's order approving the settlement between the
13  Debtor and the Excelsior Parties, the Court further orders that the Interim Arbitration Award
14  issued in the Arbitration is hereby deemed vacated and dismissed; and
15      ORDERED that the automatic stay be and is hereby modified to authorize and allow
16  JAMS and Stephen Haberfeld to terminate the arbitration proceeding and close its file with no
17  other action to be taken; and
18      ORDERED that the parties to the OSC, the Debtor and the JAMS Parties, shall bear their
19  own attorneys' fees and costs; and
20      ORDERED that nothing in this order shall be deemed a finding of contempt; and
21      ORDERED that the court reserves jurisdiction over the interpretation and enforcement of
22  this order; and
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Order re OSC

2

1  ORDERED that upon entry of this Order, the hearing scheduled for September 4, 2018 at
2  9:30 a.m. regarding the OSC shall be vacated.

3  Submitted by:

4  /s/ Jessica R. MacGregor
Jessica R. MacGregor, Esq.
5  Long & Levit LLP

6      -and-

7  Lawrence A. Jacobson, Esq.
Cohen and Jacobson, LLP

8  *Attorneys for JAMS, Inc. and Stephen Haberfeld*

9      -and-

10  Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm

11  *Local Counsel for JAMS, Inc. and Stephen Haberfeld*

12  **Approved**/Disapproved:

13  /s/  Matthew Zirzow
Matthew Zirzow, Esq.
14  Larson Zirzow & Kaplan, LLC

15  *Attorneys for Debtor*

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm

# # #

Order re OSC

3