Jessica R. MacGregor, Esq., Ca Bar No. 168777
*(Pro Hac Vice)*
Long & Levit LLP
465 California Street, 5th Floor
San Francisco, CA 94104
Telephone: 415-397-2222
Facsimile: 415-397-6392
Email: jmacgregor@longlevit.com

Lawrence A. Jacobson, Esq., Ca Bar No. 057393
*(Pro Hac Vice)*
Cohen and Jacobson, LLP
66 Bovet Road, Suite 285
San Mateo, CA 94402
Telephone: 650-261-6280
Facsimile: 650-368-6221
Email: laj@cohenandjacobson.com

*Attorneys for JAMS, Inc. and Stephen Haberfeld*

Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: 702-228-7590
Facsimile: 702-892-0122
E-Mail: bkfilings@s-mlaw.com

*Local Counsel for JAMS, Inc. and Stephen Haberfeld*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

MARC JOHN RANDAZZA,

Debtor.

Case No. BK-S-15-14956-ABL

Chapter 11

**NOTICE OF ENTRY OF ORDER REGARDING ORDER TO SHOW CAUSE WHY STEPHEN HABERFELD AND JAMS, INC. SHOULD NOT BE COMPELLED TO COMPLY WITH THE ORDER APPROVING SETTLEMENT AGREEMENT AND/OR HELD IN CONTEMPT AND SANCTIONED FOR WILLFUL VIOLATIONS OF THE AUTOMATIC STAY**

NOTICE IS HEREBY GIVEN that an *Order Regarding Order To Show Cause Why Stephen Haberfeld And JAMS, Inc. Should Not Be Compelled To Comply With The Order Approving Settlement Agreement And/Or Held In Contempt And Sanctioned For Willful Violations*

///

*Of The Automatic Stay* [Dkt. #261] was entered on August 2, 2018, a copy of which is attached hereto.

Dated this 3rd day of August, 2018.

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, NV  89146
*Local Counsel for JAMS, Inc. and Stephen Haberfeld*

## CERTIFICATE OF SERVICE

1. I caused to be served the following document(s):

   a. Notice Of Entry Of Order Regarding Order To Show Cause Why Stephen Haberfeld And JAMS, Inc. Should Not Be Compelled To Comply With The Order Approving Settlement Agreement And/Or Held In Contempt And Sanctioned For Willful Violations Of The Automatic Stay.

2. I served the above-named document(s) by the following means to the persons as listed below:

■ a. **By ECF System (on 8/6/2018):**

JENNIFER WILLIS ARLEDGE on behalf of Creditor BANK OF AMERICA NA

jennifer.arledge@wilsonelser.com, EfileLasVegas@wilsonelser.com

OGONNA M. BROWN on behalf of Creditor CLAY DOUGLASS

OBrown@lrrc.com

ARTHUR CARVALHO, JR. on behalf of Creditor EXCELSIOR MEDIA CORP.

acarvalho@lhcllp.com

ARTHUR CARVALHO, JR. on behalf of Creditor LIBERTY MEDIA HOLDINGS, LLC

acarvalho@lhcllp.com

JAMES D. GREENE on behalf of Counter-Defendant EXCELSIOR MEDIA CORP.

jgreene@greeneinfusolaw.com,

fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Creditor EXCELSIOR MEDIA CORP.

jgreene@greeneinfusolaw.com,

fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Creditor LIBERTY MEDIA HOLDINGS, LLC

jgreene@greeneinfusolaw.com,

fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Plaintiff EXCELSIOR MEDIA CORP.

jgreene@greeneinfusolaw.com,

1. fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
2. JAMES D. GREENE on behalf of Plaintiff LIBERTY MEDIA HOLDINGS, LLC
3. jgreene@greeneinfusolaw.com,
4. fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
5. VAUGHN MICHAEL GREENWALT on behalf of Creditor EXCELSIOR MEDIA CORP.
6. Vaughn.greenwalt@viacom.com
7. VAUGHN MICHAEL GREENWALT on behalf of Creditor LIBERTY MEDIA HOLDINGS,
8. LLC
9. Vaughn.greenwalt@viacom.com
10. VAUGHN MICHAEL GREENWALT on behalf of Plaintiff EXCELSIOR MEDIA CORP.
11. Vaughn.greenwalt@viacom.com
12. VAUGHN MICHAEL GREENWALT on behalf of Plaintiff LIBERTY MEDIA HOLDINGS,
13. LLC
14. Vaughn.greenwalt@viacom.com
15. ZACHARIAH LARSON on behalf of Debtor MARC JOHN RANDAZZA
16. mary@lzklegal.com,
17. mzirzow@lzklegal.com;carey@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com
18. ZACHARIAH LARSON on behalf of Plaintiff MARC J RANDAZZA
19. mary@lzklegal.com,
20. mzirzow@lzklegal.com;carey@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com
21. JEANETTE E. MCPHERSON on behalf of Interested Party JAMS, INC
22. bkfilings@s-mlaw.com
23. JEANETTE E. MCPHERSON on behalf of Interested Party STEPHEN E HABERFELD
24. bkfilings@s-mlaw.com
25. VERNON A NELSON, JR on behalf of Creditor BANK OF AMERICA NA
26. vnelson@nelsonlawfirmlv.com, Mail@nelsonlawfirmlv.com
27. U.S. TRUSTEE - LV - 11
28.

| | |
|---|---|
| 1 | USTPRegion17.lv.ecf@usdoj.gov |
| 2 | TIMOTHY R. WHEELER on behalf of Creditor BANK OF AMERICA NA |
| 3 | timothy.wheeler@wilsonelser.com, daniel.flores@wilsonelser.com |
| 4 | MATTHEW C. ZIRZOW on behalf of Counter-Claimant MARC JOHN RANDAZZA |
| 5 | mzirzow@lzklegal.com, |
| 6 | carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com |
| 7 | MATTHEW C. ZIRZOW on behalf of Debtor MARC JOHN RANDAZZA |
| 8 | mzirzow@lzklegal.com, |
| 9 | carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com |
| 10 | MATTHEW C. ZIRZOW on behalf of Defendant MARC JOHN RANDAZZA |
| 11 | mzirzow@lzklegal.com, |
| 12 | carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com |
| 13 | MATTHEW C. ZIRZOW on behalf of Plaintiff MARC J RANDAZZA |
| 14 | mzirzow@lzklegal.com, |
| 15 | carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com |
| 16 | MATTHEW C. ZIRZOW on behalf of Plaintiff MARC JOHN RANDAZZA |
| 17 | mzirzow@lzklegal.com, |
| 18 | carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com |

19 ☐   b.   **By United States mail, postage fully prepaid**:

20 ☐   c.   **By Personal Service**

21    ☐   I personally delivered the document(s) to the persons at these addresses:

22    ☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

25    ☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

☐     d.     **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     e.     **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     f.     **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: August 6, 2018

Taylor N. Jorgensen                         /s/ Taylor N. Jorgensen
(Name of Declarant)                             (Signature of Declarant)

Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 02, 2018

Jessica R. MacGregor, Esq., Ca Bar No. 168777
*(Pro Hac Vice)*
Long & Levit LLP
465 California Street, 5th Floor
San Francisco, CA 94104
Telephone: 415-397-2222
Facsimile: 415-397-6392
Email: jmacgregor@longlevit.com

Lawrence A. Jacobson, Esq., Ca Bar No. 057393
*(Pro Hac Vice)*
Cohen and Jacobson, LLP
66 Bovet Road, Suite 285
San Mateo, CA 94402
Telephone: 650-261-6280
Facsimile: 650-368-6221
Email: laj@cohenandjacobson.com

*Attorneys for JAMS, Inc. and Stephen Haberfeld*

Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: 702-228-7590
Facsimile: 702-892-0122
E-Mail: bkfilings@s-mlaw.com

*Local Counsel for JAMS, Inc. and Stephen Haberfeld*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. BK-S-15-14956-ABL |
| MARC JOHN RANDAZZA, | Chapter 11 |
| Debtor. | **ORDER REGARDING ORDER TO SHOW CAUSE WHY STEPHEN HABERFELD AND JAMS, INC. SHOULD NOT BE COMPELLED TO COMPLY WITH THE ORDER APPROVING SETTLEMENT AGREEMENT AND/OR HELD IN CONTEMPT AND SANCTIONED FOR WILLFUL VIOLATIONS OF THE AUTOMATIC STAY** |
| | Hearing Date: July 31, 2018<br>Hearing Time: 1:30 p.m. |

Order re OSC

1

1  The Order To Show Cause Why Stephen Haberfeld And Jams, Inc. Should Not Be
2  Compelled To Comply With The Order Approving Settlement Agreement And/Or Held In
3  Contempt And Sanctioned For Willful Violations Of The Automatic Stay ("OSC") having come
4  before this Court on July 31, 2018; Marc John Randazza (the "Debtor") appearing by and through
5  his counsel, Matthew Zirzow, Esq. of Larson Zirzow & Kaplan, LLC, JAMS, Inc. ("JAMS") and
6  Hon. Stephen E. Haberfeld (Ret.) ("Judge Haberfeld") (JAMS and Haberfeld collectively referred
7  to herein as the "JAMS Parties") appearing by and through their counsel Jessica MacGregor, Esq.
8  of Long & Levit, Lawrence Jacobson, Esq. of Cohen and Jacobson, LLP, and Jeanette E.
9  McPherson, Esq. of Schwartzer & McPherson Law Firm; the Court having reviewed the pleadings
10 on file and having heard the argument and proposals of the Debtor and the JAMS Parties; and in
11 full resolution of the OSC and for good cause shown, it is hereby

12  ORDERED that to effectuate the Court's order approving the settlement between the
13 Debtor and the Excelsior Parties, the Court further orders that the Interim Arbitration Award
14 issued in the Arbitration is hereby deemed vacated and dismissed; and

15  ORDERED that the automatic stay be and is hereby modified to authorize and allow
16 JAMS and Stephen Haberfeld to terminate the arbitration proceeding and close its file with no
17 other action to be taken; and

18  ORDERED that the parties to the OSC, the Debtor and the JAMS Parties, shall bear their
19 own attorneys' fees and costs; and

20  ORDERED that nothing in this order shall be deemed a finding of contempt; and

21  ORDERED that the court reserves jurisdiction over the interpretation and enforcement of
22 this order; and

23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Order re OSC

2

1  ORDERED that upon entry of this Order, the hearing scheduled for September 4, 2018 at
2  9:30 a.m. regarding the OSC shall be vacated.

3  Submitted by:

4  /s/ Jessica R. MacGregor
   Jessica R. MacGregor, Esq.
5  Long & Levit LLP

6      -and-

7  Lawrence A. Jacobson, Esq.
   Cohen and Jacobson, LLP

8  *Attorneys for JAMS, Inc. and Stephen Haberfeld*

9      -and-

10 Jeanette E. McPherson, Esq.
   Schwartzer & McPherson Law Firm

11 *Local Counsel for JAMS, Inc. and Stephen Haberfeld*

12 **Approved**/Disapproved:

13 /s/ Matthew Zirzow
   Matthew Zirzow, Esq.
14 Larson Zirzow & Kaplan, LLC

15 *Attorneys for Debtor*

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐  The court waived the requirement of approval under LR 9021(b)(1).

☐  No party appeared at the hearing or filed an objection to the motion.

☒  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm

###

Order re OSC

3