# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: Marc John Randazza | Case No. 15-14956 |
|---|---|
| | CHAPTER 11<br>MONTHLY OPERATING REPORT<br>(SMALL REAL ESTATE/INDIVIDUAL CASE) |

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: Jun 2018          PETITION DATE: 08/28/15

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $391,817 | $390,517 | |
| | b. Total Assets | $1,914,336 | $1,913,036 | $1,853,614 |
| | c. Current Liabilities | $235,732 | $248,844 | |
| | d. Total Liabilities | $12,589,567 | $12,602,679 | $13,879,051 |
| | | | | Cumulative |
| | | Current Month | Prior Month | (Case to Date) |
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $19,158 | $11,588 | $598,951 |
| | b. Total Disbursements | $17,858 | $20,545 | $613,855 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $1,300 | ($8,957) | ($14,904) |
| | d. Cash Balance Beginning of Month | $12,391 | $21,348 | $28,595 |
| | e. Cash Balance End of Month (c + d) | $13,691 | $12,391 | $13,691 |
| | | | | Cumulative |
| | | Current Month | Prior Month | (Case to Date) |
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $282,126 | $282,126 | |
| 6. | Post-Petition Liabilities | $235,732 | $248,844 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

| | At the end of this reporting month: | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. | Are a plan and disclosure statement on file? | | x |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes  x ;    U.S. Trustee Quarterly Fees  x  ; Check if filing is current for: Post-petition tax reporting and tax returns:  x  .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 8/10/2018

Responsible Individual: *Marc J. Randazza* (DocuSigned, FC7D2A65030B432...)

Revised 1/1/98

## BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended ___Jun 2018___

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $ 13,691 |
| 2 | Accounts receivable (net) (Brochey Note) | | $ 282,126 |
| 3 | Retainer(s) paid to professionals | | $ 94,000 |
| 4 | Other: Personal Belongings (clothing, glock) | x | $ 1,000 |
| 5 | Wedding Rings (unknown value) | | $ - |
| 6 | Copyright/Trademark | x | $ 1,000 |
| 7 | **Total Current Assets** | | $ 391,817 |
| | **Long Term Assets (Market Value)** | | |
| 8 | Real Property (residential) | x | $ 875,000 |
| 9 | Real property (rental or commercial) | | |
| 10 | Furniture, Fixtures, and Equipment | x | $ 7,595 |
| 11 | Vehicles | x | $ 67,000 |
| 12 | Partnership interests - Magnolia Holding 19, LLC (unknown value) | | $ - |
| 13 | Interest in corportations | | |
| 14 | Stocks and bonds | | |
| 15 | Interests in IRA, Keogh, other retirement plans | x | $ 526,495 |
| 16 | Other: Prepaid Tuition Programs | x | $ 46,429 |
| 17 | Randazza Legal Group, PLLC (unknown value) | | $ - |
| 18 | Marc J. Randazza P.A. (unknown value) | | $ - |
| 19 | Pending Lawsuits Mayers, Cox, Excelsior (unkown value) | | $ - |
| 20 | Possible Malpractice Claim (unknown value) | | $ - |
| 21 | Misuraca Family Trust Revocable (unknown value) | | $ - |
| 22 | Misuraca Family Trust Irrevocable (unknown value) | | $ - |
| 23 | | | $ - |
| 24 | **Total Long Term Assets** | | $ 1,522,519 |
| 25 | **Total Assets** | | $ 1,914,336 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 26 | Post-petition not delinquent (under 30 days) | | |
| 27 | Post-petition delinquent other than taxes (over 30 days) | | |
| 28 | Post-petition delinquent taxes | | |
| 29 | Accrued professional fees | | $ 235,732 |
| 30 | Other: | | |
| 31 | | | |
| 32 | **Total Current Liabilities** | | $ 235,732 |
| 33 | **Long-Term Post Petition Debt** | | |
| 34 | **Total Post-Petition Liabilities** | | $ 235,732 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 35 | Secured claims (residence) | | $ 372,869 |
| 36 | Secured claims (other) | | $ 726,179 |
| 37 | Priority unsecured claims | | $ 14,322 |
| 38 | General unsecured claims | | $ 11,240,465 |
| 39 | **Total Pre-Petition Liabilities** | | $ 12,353,835 |
| 40 | **Total Liabilities** | | $ 12,589,567 |
| | **Equity (Deficit)** | | |
| 41 | **Total Equity (Deficit)** | | $ (10,675,231) |
| 42 | **Total Liabilities and Equity (Deficit)** | | $ 1,914,336 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

## SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property |   |   |   |
| 2 | Scheduled Gross Rents |   |   |   |
|   | Less: |   |   |   |
| 3 | Vacancy Factor |   |   |   |
| 4 | Free Rent Incentives |   |   |   |
| 5 | Other Adjustments |   |   |   |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) |   |   |   |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|   |   | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | City National Bank | TD Bank |   |
| 11 | Account No. | x8119 | x4809 |   |
| 12 | Account Purpose | General Use | General Use |   |
| 13 | Balance, End of Month | $9,835 | $3,856 |   |
| 14 | Total Funds on Hand for all Accounts | $13,691 |   |   |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
For the Month Ended May 31, 2018

| # | Item | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Payroll | $ 19,158 | $ 521,015 |
| 8 | Accounts Receivable | | $ 17,874 |
| 9 | Other | | $ 5,894 |
| 10 | Transfers between accounts | | $ 49,883 |
| 11 | Insurance Claim | | $ 4,285 |
| 12 | **Total Cash Receipts** | $ 19,158 | $ 598,951 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | $ 2,114 |
| 16 | Principal Payments on Debt | $ 3,861 | $ 134,370 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | $ 9,159 |
| 29 | Real Property Taxes | | $ 17,489 |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Auto Expenses | $ 257 | $ 35,155 |
| 33 | Bank Fees | $ 78 | $ 2,454 |
| 34 | Child Support & Alimony | $ 4,627 | $ 34,506 |
| 35 | Clothing | | $ 19,519 |
| 36 | Dining & Entertainment | $ 566 | $ 39,279 |
| 37 | Fitness | $ 825 | $ 17,170 |
| 38 | Gifts | $ 301 | $ 1,623 |
| 39 | Groceries | $ 1,449 | $ 29,736 |
| 40 | Household Supplies & Furnishings | $ 421 | $ 22,330 |
| 41 | Insurance | | $ 5,530 |
| 42 | Interest Expense | $ 71 | $ 204 |
| 43 | Legal Fees & Bankruptcy Fees | $ 200 | $ 11,222 |
| 44 | Medical | $ 583 | $ 29,575 |
| 45 | Office Expenses | | $ 3,842 |
| 46 | Personal | $ 150 | $ 8,676 |
| 47 | Repairs & Maintenance | $ 1,410 | $ 60,455 |
| 48 | School & Activities | $ 350 | $ 36,792 |
| 49 | Travel | $ 1,600 | $ 7,220 |
| 50 | Utilities | $ 369 | $ 25,086 |
| 51 | Transfers between accounts | | $ 49,883 |
| 52 | Miscellaneous | $ 740 | $ 10,466 |
| 53 | **Total Cash Disbursements:** | $ 17,858 | $ 613,855 |
| 54 | **Net Increase (Decrease) in Cash** | $ 1,300 | $ (14,904) |
| 55 | **Cash Balance, Beginning of Period** | $ 12,391 | $ 28,595 |
| 56 | **Cash Balance, End of Period** | $ 13,691 | $ 13,691 |

Revised 1/1/98

## Check Register
### Marc Randazza

| Date | Month | Account | Check # | Payee | Category | Deposits | Checks/ Purchases | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| | | CNB 8119 | | Balance 05/31/18 | | | | 8,484.49 |
| 06/04/18 | 06-18 | CNB 8119 | | NV Energy South | Utilities | | 368.54 | 8,115.95 |
| 06/04/18 | 06-18 | CNB 8119 | | Specialized Loan | Mortgage | | 3,860.63 | 4,255.32 |
| 06/05/18 | 06-18 | CNB 8119 | | Security Systems | Repairs & Maintenance | | 59.99 | 4,195.33 |
| 06/06/18 | 06-18 | CNB 8119 | | Citicard | Child Support | | 121.09 | 4,074.24 |
| 06/08/18 | 06-18 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 13,124.54 | | 17,198.78 |
| 06/11/18 | 06-18 | CNB 8119 | | Lawn Service | Repairs & Maintenance | | 800.00 | 16,398.78 |
| 06/12/18 | 06-18 | CNB 8119 | | Citicard | Child Support | | 133.65 | 16,265.13 |
| 06/22/18 | 06-18 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 6,033.27 | | 22,298.40 |
| 06/22/18 | 06-18 | CNB 8119 | | Melinda Smith | Gifts | | 301.00 | 21,997.40 |
| 06/25/18 | 06-18 | CNB 8119 | | Citicard | Child Support | | 76.85 | 21,920.55 |
| 06/25/18 | 06-18 | CNB 8119 | | Barclay Card | See Below | | 4,343.74 | 17,576.81 |
| 06/25/18 | 06-18 | CNB 8119 | | AMEX | See Below | | 7,118.38 | 10,458.43 |
| 06/27/18 | 06-18 | CNB 8119 | | Cathy Brochey | Miscellaneous | | 623.00 | 9,835.43 |
| | | TD 4809 | | Balance 05/31/18 | | | | 3,906.51 |
| | 06-18 | TD 4809 | | Currency Rate Adjustment | Bank Fees | | 50.67 | 3,855.84 |
| | 06-18 | JOHN BARCLAY | | DMV.com | Auto: Service | | 14.99 | |
| | 06-18 | JOHN BARCLAY | | Stop N Shop | Groceries | | 47.69 | |
| | 06-18 | JOHN BARCLAY | | McCarran Airport Parking | Auto: Parking | | 2.00 | |
| | 06-18 | JOHN BARCLAY | | Walgreens | Medical | | 191.67 | |
| | 06-18 | JOHN BARCLAY | | Aria Htl Valet | Auto: Parking | | 24.00 | |
| | 06-18 | JOHN BARCLAY | | Albertsons | Groceries | | 67.85 | |
| | 06-18 | JOHN BARCLAY | | Mt Charleston Lodge | Dining | | 66.20 | |
| | 06-18 | JOHN BARCLAY | | Daily Kitchen | Dining | | 46.97 | |
| | 06-18 | JOHN BARCLAY | | Daily Kitchen | Dining | | 2.17 | |
| | 06-18 | JOHN BARCLAY | | Chevron | Auto: Fuel | | 61.56 | |
| | 06-18 | JOHN BARCLAY | | King & I | Dining | | 12.77 | |
| | 06-18 | JOHN BARCLAY | | In N Out Burger | Dining | | 15.70 | |
| | 06-18 | JOHN BARCLAY | | Albertsons | Groceries | | 144.33 | |
| | 06-18 | JOHN BARCLAY | | Sparks Family Medicine | Medical | | 25.00 | |
| | 06-18 | JOHN BARCLAY | | Whole Foods | Groceries | | 300.32 | |
| | 06-18 | JOHN BARCLAY | | Albertsons | Groceries | | 34.40 | |
| | 06-18 | JOHN BARCLAY | | Austin Airport | Auto: Parking | | 20.30 | |
| | 06-18 | JOHN BARCLAY | | In N Out Burger | Dining | | 3.90 | |
| | 06-18 | JOHN BARCLAY | | In N Out Burger | Dining | | 22.25 | |
| | 06-18 | JOHN BARCLAY | | Tide Dry Cleaners | Miscellaneous | | 24.76 | |
| | 06-18 | JOHN BARCLAY | | Walgreens | Medical | | 350.99 | |
| | 06-18 | JOHN BARCLAY | | Whole Foods | Groceries | | 299.61 | |
| | 06-18 | JOHN BARCLAY | | Whole Foods | Groceries | | 262.61 | |
| | 06-18 | JOHN BARCLAY | | Jetblue | Travel | | 1,051.96 | |
| | 06-18 | JOHN BARCLAY | | Chevron | Auto: Fuel | | 67.40 | |
| | 06-18 | JOHN BARCLAY | | CVS | Medical | | 7.76 | |
| | 06-18 | JOHN BARCLAY | | Espression Café | Dining | | 2.96 | |
| | 06-18 | JOHN BARCLAY | | Pho Vegas | Dining | | 19.42 | |
| | 06-18 | JOHN BARCLAY | | CVS | Medical | | 7.76 | |
| | 06-18 | JOHN BARCLAY | | Whole Foods | Groceries | | 292.17 | |
| | 06-18 | JOHN BARCLAY | | Still Smoking | Entertainment | | 106.57 | |
| | 06-18 | JOHN BARCLAY | | Chevron | Auto: Fuel | | 61.78 | |
| | 06-18 | JOHN BARCLAY | | Hash House a Go Go | Dining | | 85.32 | |
| | 06-18 | JOHN BARCLAY | | Exxonmobil | Auto: Fuel | | 3.38 | |
| | 06-18 | JOHN BARCLAY | | McCarran Airport Parking | Auto: Parking | | 2.00 | |
| | 06-18 | JOHN BARCLAY | | Jetblue | Travel | | 548.20 | |
| | 06-18 | JOHN BARCLAY | | Tri Pham | Miscellaneous | | 50.00 | |
| | 06-18 | JOHN BARCLAY | | Reconcile | Miscellaneous | | (4.98) | |
| | 06-18 | JOHN AMEX | | EZ Pool Service | Repairs & Maintenance | | 430.00 | |
| | 06-18 | JOHN AMEX | | Life Time Fitness | Fitness | | 119.08 | |

**Check Register**
**Marc Randazza**

| Date | Month | Account | Check # | Payee | Category | Deposits | Checks/Purchases | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| | 06-18 | JOHN AMEX | | Life Café | Dining | | 22.70 | |
| | 06-18 | JOHN AMEX | | Sister Cleaning | Household | | 86.75 | |
| | 06-18 | JOHN AMEX | | Itunes | Entertainment | | 14.99 | |
| | 06-18 | JOHN AMEX | | Itunes | Entertainment | | 54.98 | |
| | 06-18 | JOHN AMEX | | Life Spa | Personal | | 150.00 | |
| | 06-18 | JOHN AMEX | | Life Time Fitness | Fitness | | 10.00 | |
| | 06-18 | JOHN AMEX | | Sister Cleaning | Household | | 86.75 | |
| | 06-18 | JOHN AMEX | | Itunes | Entertainment | | 6.99 | |
| | 06-18 | JOHN AMEX | | Life Café | Dining | | 11.03 | |
| | 06-18 | JOHN AMEX | | Life Café | Dining | | (10.27) | |
| | 06-18 | JOHN AMEX | | Life Time Fitness | Fitness | | 325.95 | |
| | 06-18 | JOHN AMEX | | Mark J Leamy | Activities | | 350.00 | |
| | 06-18 | JOHN AMEX | | Itunes | Entertainment | | 49.99 | |
| | 06-18 | JOHN AMEX | | Florida Arte | Child Support | | 2,000.00 | |
| | 06-18 | JOHN AMEX | | Florida Arte | Child Support | | 2,294.97 | |
| | 06-18 | JOHN AMEX | | Sister Cleaning | Household | | 78.75 | |
| | 06-18 | JOHN AMEX | | Itunes | Entertainment | | 7.99 | |
| | 06-18 | JOHN AMEX | | Life Café | Dining | | 6.18 | |
| | 06-18 | JOHN AMEX | | Sequence Inc. | Legal Fees | | 200.00 | |
| | 06-18 | JOHN AMEX | | Sister Cleaning | Household | | 168.75 | |
| | 06-18 | JOHN AMEX | | Itunes | Entertainment | | 2.99 | |
| | 06-18 | JOHN AMEX | | Late Fee | Bank Fees | | 27.00 | |
| | 06-18 | JOHN AMEX | | Freedom Fitness | Fitness | | 360.00 | |
| | 06-18 | JOHN AMEX | | Interest Charge on Purchases | Interest | | 71.14 | |
| | 06-18 | JOHN AMEX | | Itunes | Entertainment | | 14.99 | |
| | 06-18 | JOHN AMEX | | Life Time Fitness | Fitness | | 10.00 | |
| | 06-18 | JOHN AMEX | | EZ Pool Service | Repairs & Maintenance | | 120.00 | |
| | 06-18 | JOHN AMEX | | Reconcile | Miscellaneous | | 46.68 | |

7/24/2018                                                            Online Banking : Account Activity

# CHECKING ACCOUNT, *8119

**All completed transactions from 06/01/2018 to 07/31/2018**

| Date | Number | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 06/27/2018 | 1128 | CHECK | 623.00 | | 9,835.43 |
| 06/25/2018 | | PREAUTHORIZED DEBIT AMEX EPAYMENT ACH PMT WEB JENNIFER RANDA W2842 | 7,118.38 | | 10,458.43 |
| 06/25/2018 | | PREAUTHORIZED DEBIT BARCLAYCARD US CREDITCARD WEB JOHN RANDAZZA | 4,343.74 | | 17,576.81 |
| 06/25/2018 | | PREAUTHORIZED DEBIT CITI CARD ONLINE PAYMENT WEB JENNIFER L RAN 316078 | 76.85 | | 21,920.55 |
| 06/22/2018 | 1131 | CHECK | 301.00 | | 21,997.40 |
| 06/22/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 3287XZ | | 6,033.27 | 22,298.40 |
| 06/12/2018 | | PREAUTHORIZED DEBIT CITI CARD ONLINE PAYMENT WEB JENNIFER L RAN 451893 | 133.65 | | 16,265.13 |
| 06/11/2018 | 1130 | CHECK | 800.00 | | 16,398.78 |
| 06/08/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 4767XZ | | 13,124.54 | 17,198.78 |
| 06/06/2018 | | PREAUTHORIZED DEBIT CITI CARD ONLINE PAYMENT WEB JENNIFER L RAN 193471 | 121.09 | | 4,074.24 |
| 06/05/2018 | | PREAUTHORIZED DEBIT SECURITY SYSTEMS MEMBER PAY PPD JENNIFER RANDA N | 59.99 | | 4,195.33 |
| 06/04/2018 | | PREAUTHORIZED DEBIT SPECIALIZED LOAN BILL PAYMT PPD RANDAZZA MARC 0 | 3,860.63 | | 4,255.32 |
| 06/04/2018 | | PREAUTHORIZED DEBIT NV ENERGY SOUTH NPC PYMT WEB MARC RANDAZZA 805433 | 368.54 | | 8,115.95 |

TD Home | Apply | MARC JOHN RANDAZZA | Logout | Site Search

# Accounts

Help | Print

**My Inbox:** Unread messages (0) | New statements (0) | New epost Bills (0) | Finish an application

### My Personal Summary

| | |
|---|---|
| Banking: | $5,066.81 |
| **Total:** | **CDN $5,066.81** |

| Banking | | Balance | Download |
|---|---|---|---|
| **TD ALL-INCLUSIVE BANKING PLAN -** | 4809 | $5,066.81 | ☐ |
| | Banking total: | CDN **$5,066.81** | |

**Credit Cards, Loans & Mortgages**

You currently have no TD Credit Cards, Loans or Mortgages. Apply for credit today. **Apply for Credit**

**Investments**

You currently have no TD Investments. Purchase an Investment today. **Purchase an Investment**

[Spreadsheet (.CSV) ▼]  [Download]

All transactions to the close of the previous BUSINESS day will be downloaded except for credit card activity.
Please note: We have discovered a temporary issue that occurs while you are downloading your credit card activity to your preferred version of accounting software. This may cause some transactions to appear more than once. We are working to correct this issue and apologize for any inconvenience. It's important for you to verify your information and remove any duplicate entries. Recently posted credit card payments may not be included in your download.
Supported versions of software downloads.

Legal Notes

Print

DocuSign Envelope ID: 1766A115-A109-44C4-8A44-5A1B68336E3F

**TD Bank x4809**

|  | CAD | USD | Rate |
|---|---|---|---|
| 05/31/18 Balance per schedule | 5,066.81 | | |
| 06/30/18 Balance | 5,066.81 | $ 3,855.84 | 0.761 |

DocuSign Envelope ID: 1766A115-A109-44C4-8A44-5A1B68336E3F

Transactions                                    https://www.barclaycardus.com/servicing/jserv/transaction/activity?...

## Posted transactions

**Keywords**

**Purchased by**

All cardmembers

**From**: 5/1/18    **To**: 07/26/18    **Category**: All categories

[Search]

| | | |
|---|---|---|
| **DMV.COM** <br> May 5th, 2018 | $14.99 <br> 15 TrueBlue® points | |
| **Payment Received** <br> May 16th, 2018 | -$60.46 | |
| **STOP N SHOP #4** <br> May 17th, 2018 | $47.69 <br> 48 TrueBlue® points | |
| **MCCARRAN AIRPT PARKING** <br> May 17th, 2018 | $2.00 <br> 2 TrueBlue® points | |
| **WALGREENS #4137** <br> May 17th, 2018 | $191.67 <br> 192 TrueBlue® points | |
| **ARIA HTL VALET** <br> May 17th, 2018 | $24.00 <br> 24 TrueBlue® points | |
| **ALBERTSONS 4004** <br> May 18th, 2018 | $67.85 <br> 136 TrueBlue® points | |
| **MT CHARLESTON LODGE** <br> May 19th, 2018 | $66.20 <br> 132 TrueBlue® points | |
| **DAILY KITCHEN** <br> May 21st, 2018 | $46.97 <br> 94 TrueBlue® points | |
| **DAILY KITCHEN** <br> May 21st, 2018 | $2.17 <br> 4 TrueBlue® points | |

DocuSign Envelope ID: 1766A115-A109-44C4-8A44-5A1B68336E3F

Transactions

https://www.barclaycardus.com/servicing/jserv/transaction/activity?...

Posted transactions

| Keywords | | Purchased by |
|---|---|---|
| | | All cardmembers |

| From | To | Category |
|---|---|---|
| 5/1/18 | 07/26/18 | All categories |

Search

| | |
|---|---|
| **CHEVRON 0352069**<br>May 22nd, 2018 | **$61.56**<br>62 TrueBlue® points |
| **KING & I #2**<br>May 22nd, 2018 | **$12.77**<br>26 TrueBlue® points |
| **IN N OUT BURGER 080**<br>May 22nd, 2018 | **$15.70**<br>31 TrueBlue® points |
| **ALBERTSONS 0460**<br>May 22nd, 2018 | **$144.33**<br>289 TrueBlue® points |
| **SPARKS FAMILY MEDICINE**<br>May 22nd, 2018 | **$25.00**<br>25 TrueBlue® points |
| **WHOLEFDS FTA 10174**<br>May 26th, 2018 | **$300.32**<br>601 TrueBlue® points |
| **ALBERTSONS 3016**<br>May 28th, 2018 | **$34.40**<br>69 TrueBlue® points |
| **AUSTIN AIRPORT-F&B**<br>May 29th, 2018 | **$20.30**<br>41 TrueBlue® points |
| **IN N OUT BURGER 331**<br>May 31st, 2018 | **$3.90**<br>8 TrueBlue® points |
| **IN N OUT BURGER 331**<br>May 31st, 2018 | **$22.25**<br>45 TrueBlue® points |

DocuSign Envelope ID: 1766A115-A109-44C4-8A44-5A1B68336E3F

Transactions                                               https://www.barclaycardus.com/servicing/jserv/transaction/activity?...

## Posted transactions

**Keywords**

**Purchased by**
All cardmembers

**From:** 5/1/18

**To:** 07/26/18

**Category:** All categories

[Search]

| | |
|---|---|
| TIDE DRY CLEANERS | $24.76 |
| Jun 1st, 2018 | 25 TrueBlue® points |
| WALGREENS #4137 | $350.99 |
| Jun 2nd, 2018 | 351 TrueBlue® points |
| WHOLEFDS FTA 10174 | $299.61 |
| Jun 2nd, 2018 | 599 TrueBlue® points |
| WHOLEFDS FTA 10174 | $262.62 |
| Jun 3rd, 2018 | 525 TrueBlue® points |
| JETBLUE 27921022213402 | $1,061.96 |
| Jun 4th, 2018 | 6,372 TrueBlue® points |
| CHEVRON 0304087 | $67.40 |
| Jun 6th, 2018 | 67 TrueBlue® points |
| CVS/PHARMACY #08780 | $7.76 |
| Jun 6th, 2018 | 8 TrueBlue® points |
| SQ *SQ *ESPRESSION CAF | $2.96 |
| Jun 7th, 2018 | 6 TrueBlue® points |
| PHO VEGAS | $19.42 |
| Jun 8th, 2018 | 39 TrueBlue® points |
| CVS/PHARMACY #08780 | $7.76 |
| Jun 15th, 2018 | 8 TrueBlue® points |

DocuSign Envelope ID: 1766A115-A109-44C4-8A44-5A1B68336E3F

Transactions    https://www.barclaycardus.com/servicing/jserv/transaction/activity?...

## Posted transactions

| | |
|---|---|
| **Keywords** | **Purchased by** |
| | All cardmembers |
| **From** | **To** | **Category** |
| 5/1/18 | 07/26/18 | All categories |

Search

| | |
|---|---|
| WHOLEFDS FTA 10174 | $292.17 |
| Jun 15th, 2018 | 584 TrueBlue® points |
| STILL SMOKING | $106.57 |
| Jun 16th, 2018 | 107 TrueBlue® points |
| CHEVRON 0304087 | $61.78 |
| Jun 17th, 2018 | 62 TrueBlue® points |
| HASH HOUSE A GO GO | $85.32 |
| Jun 17th, 2018 | 171 TrueBlue® points |
| EXXONMOBIL 98710213 | $3.38 |
| Jun 17th, 2018 | 3 TrueBlue® points |
| MCCARRAN AIRPT PARKING | $2.00 |
| Jun 17th, 2018 | 2 TrueBlue® points |
| JETBLUE 27921032590471 | $548.20 |
| Jun 19th, 2018 | 3,289 TrueBlue® points |
| SQUARE *SQ *TRI PHAM | $50.00 |
| Jun 20th, 2018 | 50 TrueBlue® points |



**Transaction Details**
Prepared for
John C Randazza
Account Number
XXXX-XXXXXX-41003

**Delta Reserve / May 18, 2018 to August 1, 2018**

| Date | Description | Amount |
|---|---|---|
| May 18 2018 | IN *EZ POOL SERVICE, LLC - LAS VEGAS, NV | $430.00 |
| May 18 2018 | LIFE TIME FITNESS - 888-430-6432, MN | $119.08 |
| May 20 2018 | LIFE CAFE - LAS VEGAS, NV | $22.70 |
| May 23 2018 | SISTER CLEANING SERVICES 0684 - LAS VEGAS, NV | $86.75 |
| May 24 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $14.99 |
| May 27 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $54.98 |
| May 28 2018 | LIFE SPA 193 - LAS VEGAS, NV | $150.00 |
| May 29 2018 | LifeTimeFitness.COM - 888-430-6432, MN | $10.00 |
| May 30 2018 | SISTER CLEANING SERVICES 0684 - LAS VEGAS, NV | $86.75 |
| May 30 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $6.99 |
| May 31 2018 | LIFE CAFE - LAS VEGAS, NV | $11.03 |
| Jun 01 2018 | LIFE CAFE - LAS VEGAS, NV | -$10.27 |
| Jun 01 2018 | LifeTimeFitness.COM - 888-430-6432, MN | $325.95 |
| Jun 01 2018 | PAYPAL *MARKJLEAMY - 4029357733, NV | $350.00 |
| Jun 02 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $49.99 |
| Jun 05 2018 | PAYPAL *FLORIDAARTE - 4029357733, NV | $2,000.00 |
| Jun 05 2018 | PAYPAL *FLORIDAARTE - 4029357733, NV | $2,294.97 |
| Jun 07 2018 | SISTER CLEANING SERVICES 0684 - LAS VEGAS, NV | $78.75 |
| Jun 07 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $7.99 |
| Jun 12 2018 | LIFE CAFE - LAS VEGAS, NV | $6.18 |
| Jun 13 2018 | PAYPAL *SEQUENCEINC - 4029357733, WI | $200.00 |
| Jun 15 2018 | SISTER CLEANING SERVICES 0684 - LAS VEGAS, NV | $168.75 |
| Jun 17 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $2.99 |
| Jun 18 2018 | LATE FEE | $27.00 |
| Jun 19 2018 | FREEDOM FITNESS 650000009885214 - MAGNOLIA, MA | $360.00 |
| Jun 22 2018 | Interest Charge on Purchases | $71.14 |
| Jun 24 2018 | ONLINE PAYMENT - THANK YOU | -$7,118.38 |
| Jun 24 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $14.99 |
| Jun 25 2018 | LifeTimeFitness.COM - 888-430-6432, MN | $10.00 |
| Jun 27 2018 | IN *EZ POOL SERVICE, LLC - LAS VEGAS, NV | $120.00 |
| Jul 01 2018 | LifeTimeFitness.COM - 888-430-6432, MN | $118.95 |
| Jul 03 2018 | IN *EZ POOL SERVICE, LLC - LAS VEGAS, NV | $120.00 |