# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re: Marc John Randazza

Case No. 15-14956

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Jul 2018     **PETITION DATE:** 08/28/15

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in   $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $392,467 | $391,817 | |
| | b. Total Assets | $1,914,986 | $1,914,336 | $1,853,614 |
| | c. Current Liabilities | $246,352 | $235,732 | |
| | d. Total Liabilities | $12,600,187 | $12,589,567 | $13,879,051 |
| | | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $12,514 | $19,158 | $611,465 |
| | b. Total Disbursements | $11,864 | $17,858 | $625,719 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $650 | $1,300 | ($14,254) |
| | d. Cash Balance Beginning of Month | $13,691 | $12,391 | $28,595 |
| | e. Cash Balance End of Month (c + d) | $14,341 | $13,691 | $14,341 |
| | | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $282,126 | $282,126 | |
| 6. | Post-Petition Liabilities | $246,352 | $235,732 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. | Are a plan and disclosure statement on file? | | x |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes   x  ;   U.S. Trustee Quarterly Fees   x   ; Check if filing is current for: Post-petition tax reporting and tax returns:   x   .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 8/31/2018

DocuSigned by: *Marc J. Randazza*
Responsible Individual

Revised 1/1/98

**BALANCE SHEET**
**(Small Real Estate/Individual Case)**
**For the Month Ended   Jul 2018**

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $ 14,341 |
| 2 | Accounts receivable (net) (Brochey Note) | | $ 282,126 |
| 3 | Retainer(s) paid to professionals | | $ 94,000 |
| 4 | Other:  Personal Belongings (clothing, glock) | x | $ 1,000 |
| 5 | Wedding Rings (unknown value) | | $ - |
| 6 | Copyright/Trademark | x | $ 1,000 |
| 7 | **Total Current Assets** | | $ 392,467 |
| | **Long Term Assets (Market Value)** | | |
| 8 | Real Property (residential) | x | $ 875,000 |
| 9 | Real property (rental or commercial) | | |
| 10 | Furniture, Fixtures, and Equipment | x | $ 7,595 |
| 11 | Vehicles | x | $ 67,000 |
| 12 | Partnership interests - Magnolia Holding 19, LLC (unknown value) | | $ - |
| 13 | Interest in corportations | | |
| 14 | Stocks and bonds | | |
| 15 | Interests in IRA, Keogh, other retirement plans | x | $ 526,495 |
| 16 | Other:  Prepaid Tuition Programs | x | $ 46,429 |
| 17 | Randazza Legal Group, PLLC (unknown value) | | $ - |
| 18 | Marc J. Randazza P.A. (unknown value) | | $ - |
| 19 | Pending Lawsuits Mayers, Cox, Excelsior (unkown value) | | $ - |
| 20 | Possible Malpractice Claim (unknown value) | | $ - |
| 21 | Misuraca Family Trust Revocable (unknown value) | | $ - |
| 22 | Misuraca Family Trust Irrevocable (unknown value) | | $ - |
| 23 | | | $ - |
| 24 | **Total Long Term Assets** | | $ 1,522,519 |
| 25 | **Total Assets** | | $ 1,914,986 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 26 | Post-petition not delinquent (under 30 days) | | |
| 27 | Post-petition delinquent other than taxes (over 30 days) | | |
| 28 | Post-petition delinquent taxes | | |
| 29 | Accrued professional fees | | $ 246,352 |
| 30 | Other: | | |
| 31 | | | |
| 32 | **Total Current Liabilities** | | $ 246,352 |
| 33 | **Long-Term Post Petition Debt** | | |
| 34 | **Total Post-Petition Liabilities** | | $ 246,352 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 35 | Secured claims (residence) | | $ 372,869 |
| 36 | Secured claims (other) | | $ 726,179 |
| 37 | Priority unsecured claims | | $ 14,322 |
| 38 | General unsecured claims | | $ 11,240,465 |
| 39 | **Total Pre-Petition Liabilities** | | $ 12,353,835 |
| 40 | **Total Liabilities** | | $ 12,600,187 |
| | **Equity (Deficit)** | | |
| 41 | **Total Equity (Deficit)** | | $ (10,685,201) |
| 42 | **Total Liabilities and Equity (Deficit)** | | $ 1,914,986 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
|   | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|    |    | Account 1 | Account 2 | Account 3 |
|----|----|---|---|---|
| 10 | Bank | City National Bank | TD Bank | |
| 11 | Account No. | x8119 | x4809 | |
| 12 | Account Purpose | General Use | General Use | |
| 13 | Balance, End of Month | $10,450 | $3,891 | |
| 14 | Total Funds on Hand for all Accounts | $14,341 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
For the Month Ended July 31, 2018

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Payroll | $ 12,514 | $ 533,529 |
| 8 | Accounts Receivable | | $ 17,874 |
| 9 | Other | | $ 5,894 |
| 10 | Transfers between accounts | | $ 49,883 |
| 11 | Insurance Claim | | $ 4,285 |
| 12 | **Total Cash Receipts** | $ 12,514 | $ 611,465 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | $ 2,114 |
| 16 | Principal Payments on Debt | $ 3,861 | $ 138,231 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | $ 9,159 |
| 30 | Other Taxes | | $ 17,489 |
| 31 | Other Cash Outflows: | | |
| 32 | Auto Expenses | $ 174 | $ 35,329 |
| 33 | Bank Fees | $ (35) | $ 2,419 |
| 34 | Child Support & Alimony | | $ 34,506 |
| 35 | Clothing | $ 379 | $ 19,898 |
| 36 | Dining & Entertainment | $ 1,495 | $ 40,774 |
| 37 | Fitness | | $ 17,170 |
| 38 | Gifts | $ 42 | $ 1,665 |
| 39 | Groceries | $ 292 | $ 30,028 |
| 40 | Household Supplies & Furnishings | | $ 22,330 |
| 41 | Insurance | | $ 5,530 |
| 42 | Interest Expense | $ 49 | $ 253 |
| 43 | Legal Fees & Bankruptcy Fees | | $ 11,222 |
| 44 | Medical | $ 264 | $ 29,839 |
| 45 | Office Expenses | | $ 3,842 |
| 46 | Personal | | $ 8,676 |
| 47 | Repairs & Maintenance | $ 2,560 | $ 63,015 |
| 48 | School & Activities | | $ 36,792 |
| 49 | Travel | $ 668 | $ 7,888 |
| 50 | Utilities | $ 1,979 | $ 27,065 |
| 51 | Transfers between accounts | | $ 49,883 |
| 52 | Miscellaneous | $ 136 | $ 10,602 |
| 53 | **Total Cash Disbursements:** | $ 11,864 | $ 625,719 |
| 54 | **Net Increase (Decrease) in Cash** | $ 650 | $ (14,254) |
| 55 | **Cash Balance, Beginning of Period** | $ 13,691 | $ 28,595 |
| 56 | **Cash Balance, End of Period** | $ 14,341 | $ 14,341 |

Revised 1/1/98

**Check Register**
**Marc Randazza**

| Date | Month | Account | Check # | Payee | Category | Deposits | Checks/ Purchases | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| | | CNB 8119 | | Balance 06/30/18 | | | | 9,835.43 |
| 07/05/18 | 07-18 | CNB 8119 | | Security Systems | Repairs & Maintenance | | 59.99 | 9,775.44 |
| 07/05/18 | 07-18 | CNB 8119 | | Specialized Loan | Mortgage | | 3,860.63 | 5,914.81 |
| 07/06/18 | 07-18 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 5,485.07 | | 11,399.88 |
| 07/06/18 | 07-18 | CNB 8119 | | NV Energy South | Utilities | | 478.70 | 10,921.18 |
| 07/19/18 | 07-18 | CNB 8119 | | Las Vegas Valley | Utilities | | 1,500.00 | 9,421.18 |
| 07/20/18 | 07-18 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 7,029.12 | | 16,450.30 |
| 07/27/18 | 07-18 | CNB 8119 | | Barclaycard | See Below | | 6,000.00 | 10,450.30 |
| | | TD 4809 | | Balance 06/30/18 | | | | 3,855.84 |
| 07/31/18 | 07-18 | TD 4809 | | Currency Rate Adjustment | Bank Fees | 35.47 | | 3,891.31 |
| | 07-18 | JOHN BARCLAY | | Whole Foods | Groceries | | 292.17 | |
| | 07-18 | JOHN BARCLAY | | Still Smoking | Entertainment | | 106.57 | |
| | 07-18 | JOHN BARCLAY | | Chevron | Auto: Fuel | | 61.78 | |
| | 07-18 | JOHN BARCLAY | | Hash House a Go Go | Dining | | 85.32 | |
| | 07-18 | JOHN BARCLAY | | Exxonmobil | Auto: Fuel | | 3.38 | |
| | 07-18 | JOHN BARCLAY | | Mccaran Airport Parking | Auto: Parking | | 2.00 | |
| | 07-18 | JOHN BARCLAY | | Jetblue | Travel | | 548.20 | |
| | 07-18 | JOHN BARCLAY | | Tri Pham | Dining | | 50.00 | |
| | 07-18 | JOHN BARCLAY | | In N Out Burger | Dining | | 9.36 | |
| | 07-18 | JOHN BARCLAY | | Sushi Loca | Dining | | 145.94 | |
| | 07-18 | JOHN BARCLAY | | In N Out Burger | Dining | | 14.45 | |
| | 07-18 | JOHN BARCLAY | | Lucky Brand | Clothing | | 250.81 | |
| | 07-18 | JOHN BARCLAY | | Lululemon | Clothing | | 127.74 | |
| | 07-18 | JOHN BARCLAY | | Interest | Interest | | 49.05 | |
| | 07-18 | JOHN BARCLAY | | Jetblue | Travel | | 35.00 | |
| | 07-18 | JOHN BARCLAY | | Short & Main | Dining | | 142.84 | |
| | 07-18 | JOHN BARCLAY | | Caffe Sicilia | Dining | | 13.50 | |
| | 07-18 | JOHN BARCLAY | | Fiesta Shows | Entertainment | | 75.00 | |
| | 07-18 | JOHN BARCLAY | | Drift Café | Dining | | 38.00 | |
| | 07-18 | JOHN BARCLAY | | Passage to India | Dining | | 47.43 | |
| | 07-18 | JOHN BARCLAY | | Exxonmobil | Auto: Fuel | | 50.52 | |
| | 07-18 | JOHN BARCLAY | | Diesel Painting | Repairs & Maintenance | | 2,500.00 | |
| | 07-18 | JOHN BARCLAY | | Dunkin | Dining | | 9.24 | |
| | 07-18 | JOHN BARCLAY | | Fiesta Shows | Entertainment | | 35.00 | |
| | 07-18 | JOHN BARCLAY | | Pilot House | Dining | | 65.44 | |
| | 07-18 | JOHN BARCLAY | | Gulf Oil | Auto: Fuel | | 4.99 | |
| | 07-18 | JOHN BARCLAY | | Drift Café | Dining | | 19.00 | |
| | 07-18 | JOHN BARCLAY | | Virgilios Italian | Dining | | 8.00 | |
| | 07-18 | JOHN BARCLAY | | Caffe Sicilia | Dining | | 5.00 | |
| | 07-18 | JOHN BARCLAY | | CK Pearl | Dining | | 78.27 | |
| | 07-18 | JOHN BARCLAY | | Match | Entertainment | | 1.99 | |
| | 07-18 | JOHN BARCLAY | | Match | Entertainment | | 1.99 | |
| | 07-18 | JOHN BARCLAY | | Caffe Sicilia | Dining | | 12.00 | |
| | 07-18 | JOHN BARCLAY | | Ristorante Fiore | Dining | | 54.94 | |
| | 07-18 | JOHN BARCLAY | | Isabella Stewart Garde | Entertainment | | 15.00 | |
| | 07-18 | JOHN BARCLAY | | Gift at the Gardner | Gifts | | 42.45 | |
| | 07-18 | JOHN BARCLAY | | Sherrys Corner | Dining | | 106.30 | |
| | 07-18 | JOHN BARCLAY | | Exxonmobil | Auto: Fuel | | 51.52 | |
| | 07-18 | JOHN BARCLAY | | Legal C-Bar | Dining | | 210.30 | |
| | 07-18 | JOHN BARCLAY | | Jetblue | Travel | | 85.00 | |
| | 07-18 | JOHN BARCLAY | | Sebatians Pizza | Dining | | 15.38 | |
| | 07-18 | JOHN BARCLAY | | Lahey | Medical | | 250.00 | |
| | 07-18 | JOHN BARCLAY | | Shakespeares Pub | Dining | | 59.99 | |
| | 07-18 | JOHN BARCLAY | | CVS | Medical | | 13.85 | |
| | 07-18 | JOHN BARCLAY | | Shiners Saloon | Dining | | 68.24 | |
| | 07-18 | JOHN BARCLAY | | Reconcile | Miscellaneous | | 137.05 | |

DocuSign Envelope ID: B647BE29-7B7A-41CD-9C77-6FFEB81A0F7C

Online Banking : Account Activity

# CHECKING ACCOUNT, *8119

All completed transactions from 07/01/2018 to 08/31/2018

| Date | Number | Description | Withdrawals | Deposits | Balance |
| --- | --- | --- | --- | --- | --- |
| 08/17/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 8427XZ | | 5,485.07 | 12,064.49 |
| 08/09/2018 | | PREAUTHORIZED DEBIT AMEX EPAYMENT ACH PMT WEB JENNIFER RANDA A6952 | 5,429.71 | | 6,579.42 |
| 08/06/2018 | | PREAUTHORIZED DEBIT NV ENERGY SOUTH NPC PYMT WEB MARC RANDAZZA 805433 | 508.82 | | 12,009.13 |
| 08/06/2018 | | PREAUTHORIZED DEBIT SECURITY SYSTEMS MEMBER PAY PPD JENNIFER RANDA N | 59.99 | | 12,517.95 |
| 08/03/2018 | | PREAUTHORIZED DEBIT SPECIALIZED LOAN BILL PAYMT PPD RANDAZZA MARC 0 | 3,860.63 | | 12,577.94 |
| 08/03/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 1797XZ | | 5,988.27 | 16,438.57 |
| 07/27/2018 | | PREAUTHORIZED DEBIT BARCLAYCARD US CREDITCARD WEB JOHN RANDAZZA | 6,000.00 | | 10,450.30 |
| 07/20/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 2387XZ | | 7,029.12 | 16,450.30 |
| 07/19/2018 | | PREAUTHORIZED DEBIT LAS VEGAS VALLEY BILL PAYMT PPD RANDAZZA MARC 79 | 1,500.00 | | 9,421.18 |
| 07/06/2018 | | PREAUTHORIZED DEBIT NV ENERGY SOUTH NPC PYMT WEB MARC RANDAZZA 805433 | 478.70 | | 10,921.18 |
| 07/06/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 2507XZ | | 5,485.07 | 11,399.88 |
| 07/05/2018 | | PREAUTHORIZED DEBIT SPECIALIZED LOAN BILL PAYMT PPD RANDAZZA MARC 0 | 3,860.63 | | 5,914.81 |
| 07/05/2018 | | PREAUTHORIZED DEBIT SECURITY SYSTEMS MEMBER PAY PPD JENNIFER RANDA N | 59.99 | | 9,775.44 |

DocuSign Envelope ID: B647BE29-7B7A-41CD-9C77-6FFEB81A0F7C

**TD Bank x4809**

|  | CAD | USD | Rate |  |
|---|---|---|---|---|
| 06/30/18 Balance per schedule | 5,066.81 |  |  |  |
| 07/31/18 Balance | 5,066.81 | $ 3,891.31 | 0.768 | $ 35.47 |

TD Home    Apply    MARC JOHN RANDAZZA    Logout    Site Search

# Accounts

Help | Print

**My Inbox:** Unread messages (0) | New statements (0) | New epost Bills (0) | Finish an application

### My Personal Summary

| | |
|---|---|
| Banking: | $5,066.81 |
| **Total:** | **CDN $5,066.81** |

| Banking | | Balance | Download |
|---|---|---|---|
| TD ALL-INCLUSIVE BANKING PLAN - | 4809 | $5,066.81 | ☐ |
| | Banking total: | CDN **$5,066.81** | |

### Credit Cards, Loans & Mortgages

You currently have no TD Credit Cards, Loans or Mortgages. Apply for credit today. **Apply for Credit**

### Investments

You currently have no TD Investments. Purchase an Investment today. **Purchase an Investment**

[Spreadsheet (.CSV)] [Download]

All transactions to the close of the previous BUSINESS day will be downloaded except for credit card activity.
Please note: We have discovered a temporary issue that occurs while you are downloading your credit card activity to your preferred version of accounting software. This may cause some transactions to appear more than once. We are working to correct this issue and apologize for any inconvenience. It's important for you to verify your information and remove any duplicate entries. Recently posted credit card payments may not be included in your download.
Supported versions of software downloads.

Legal Notes

Print

DocuSign Envelope ID: B647BE29-7B7A-41CD-9C77-6FFEB81A0F7C

Transactions                                          https://www.barclaycardus.com/servicing/jserv/transaction/activity?...

## Posted transactions

| Keywords | | Purchased by |
|---|---|---|
|  | | All cardmembers |

| From | To | Category |
|---|---|---|
| 5/1/18 | 07/26/18 | All categories |

[Search]

| | | |
|---|---|---|
| **WHOLEFDS FTA 10174**<br>Jun 15th, 2018 | $292.17<br>584 TrueBlue® points | ⊕ |
| **STILL SMOKING**<br>Jun 16th, 2018 | $106.57<br>107 TrueBlue® points | ⊕ |
| **CHEVRON 0304087**<br>Jun 17th, 2018 | $61.78<br>62 TrueBlue® points | ⊕ |
| **HASH HOUSE A GO GO**<br>Jun 17th, 2018 | $85.32<br>171 TrueBlue® points | ⊕ |
| **EXXONMOBIL 98710213**<br>Jun 17th, 2018 | $3.38<br>3 TrueBlue® points | ⊕ |
| **MCCARRAN AIRPT PARKING**<br>Jun 17th, 2018 | $2.00<br>2 TrueBlue® points | ⊕ |
| **JETBLUE 27921032590471**<br>Jun 19th, 2018 | $548.20<br>3,289 TrueBlue® points | ⊕ |
| **SQUARE *SQ *TRI PHAM**<br>Jun 20th, 2018 | $50.00<br>50 TrueBlue® points | ⊕ |
| **IN N OUT BURGER 331**<br>Jun 22nd, 2018 | $9.36<br>19 TrueBlue® points | ⊕ |
| **Payment Received**<br>Jun 24th, 2018 | -$4,343.74 | ⊕ |

DocuSign Envelope ID: B647BE29-7B7A-41CD-9C77-6FFEB81A0F7C

Transactions                                    https://www.barclaycardus.com/servicing/jserv/transaction/activity?...

## Posted transactions

| Keywords | Purchased by |
|---|---|
|  | All cardmembers |

| From | To | Category |
|---|---|---|
| 5/1/18 | 07/26/18 | All categories |

Search

| | | |
|---|---|---|
| SUSHI LOCA<br>Jun 25th, 2018 | $145.94<br>292 TrueBlue® points | ⊕ |
| IN N OUT BURGER 331<br>Jun 25th, 2018 | $14.45<br>29 TrueBlue® points | ⊕ |
| LUCKY BRAND #42650<br>Jun 25th, 2018 | $250.81<br>251 TrueBlue® points | ⊕ |
| LULULEMON SUMMERLIN<br>Jun 25th, 2018 | $127.74<br>128 TrueBlue® points | ⊕ |
| INTEREST CHARGE-PURCHASES<br>Jun 26th, 2018 | $49.05 | ⊕ |
| JETBLUE 27926002808196<br>Jun 26th, 2018 | $35.00<br>210 TrueBlue® points | ⊕ |
| Short & Main<br>Jun 27th, 2018 | $142.84<br>286 TrueBlue® points | ⊕ |
| CAFFE SICILIA<br>Jun 27th, 2018 | $13.50<br>27 TrueBlue® points | ⊕ |
| FIESTA SHOWS<br>Jun 27th, 2018 | $75.00<br>75 TrueBlue® points | ⊕ |
| DRIFT CAFE<br>Jun 28th, 2018 | $38.00<br>76 TrueBlue® points | ⊕ |

DocuSign Envelope ID: B647BE29-7B7A-41CD-9C77-6FFEB81A0F7C

Transactions                                                                 https://www.barclaycardus.com/servicing/jserv/transaction/activity?...

## Posted transactions

| | |
|---|---|
| **Keywords** | **Purchased by** |
| | All cardmembers |
| **From** **To** | **Category** |
| 5/1/18       07/26/18 | All categories |

Search

| | |
|---|---|
| PASSAGE TO INDIA | $47.43 |
| Jun 28th, 2018 | 95 TrueBlue® points |
| EXXONMOBIL 97535835 | $50.52 |
| Jun 28th, 2018 | 51 TrueBlue® points |
| INT*IN *DIESEL PAINTIN | $2,500.00 |
| Jun 29th, 2018 | 2,500 TrueBlue® points |
| DUNKIN #354410 Q35 | $9.24 |
| Jun 29th, 2018 | 18 TrueBlue® points |
| FIESTA SHOWS | $35.00 |
| Jun 29th, 2018 | 35 TrueBlue® points |
| PILOT HOUSE | $65.44 |
| Jun 29th, 2018 | 131 TrueBlue® points |
| GULF OIL 92060002 | $4.99 |
| Jul 1st, 2018 | 5 TrueBlue® points |
| DRIFT CAFE | $19.00 |
| Jul 1st, 2018 | 38 TrueBlue® points |
| VIRGILIO'S ITALIAN | $8.00 |
| Jul 5th, 2018 | 16 TrueBlue® points |
| CAFFE SICILIA | $5.00 |
| Jul 5th, 2018 | 10 TrueBlue® points |

DocuSign Envelope ID: B647BE29-7B7A-41CD-9C77-6FFEB81A0F7C

Transactions

https://www.barclaycardus.com/servicing/jserv/transaction/activity?...

## Posted transactions

**Keywords**

**Purchased by**
All cardmembers

**From**
5/1/18

**To**
07/26/18

**Category**
All categories

Search

| | |
|---|---|
| C.K. PEARL  <br>Jul 5th, 2018 | $78.27  <br>157 TrueBlue® points |
| WMV*MATCH.COM  <br>Jul 5th, 2018 | $1.99  <br>2 TrueBlue® points |
| WMV*MATCH.COM  <br>Jul 6th, 2018 | $1.99  <br>2 TrueBlue® points |
| CAFFE SICILIA  <br>Jul 6th, 2018 | $12.00  <br>24 TrueBlue® points |
| RISTORANTE FIORE  <br>Jul 7th, 2018 | $54.94  <br>110 TrueBlue® points |
| ISABELLA STEWART GARDE  <br>Jul 7th, 2018 | $15.00  <br>15 TrueBlue® points |
| GIFT AT THE GARDNER  <br>Jul 7th, 2018 | $42.45  <br>42 TrueBlue® points |
| SQ *SQ *SHERRY'S CORNE  <br>Jul 7th, 2018 | $106.30  <br>213 TrueBlue® points |
| EXXONMOBIL 97535835  <br>Jul 8th, 2018 | $51.52  <br>52 TrueBlue® points |
| LEGAL C-BAR LYNNFIELD  <br>Jul 8th, 2018 | $210.30  <br>421 TrueBlue® points |

Transactions                                              https://www.barclaycardus.com/servicing/jserv/transaction/activity?...

## Posted transactions

**Keywords**

**Purchased by**

All cardmembers

**From**    **To**    **Category**

5/1/18    07/26/18    All categories

Search

| | | |
|---|---|---|
| JETBLUE 27906199737636 | $85.00 | |
| Jul 8th, 2018 | 510 TrueBlue® points | |
| SEBASTIANS PIZZA | $15.38 | |
| Jul 8th, 2018 | 31 TrueBlue® points | |
| LAHEY GLOUCESTER U | $250.00 | |
| Jul 9th, 2018 | 250 TrueBlue® points | |
| SHAKESPEARES PUB | $59.99 | |
| Jul 9th, 2018 | 120 TrueBlue® points | |
| CVS/PHARMACY #10888 | $13.85 | |
| Jul 10th, 2018 | 14 TrueBlue® points | |
| SHINERS SALOON - TX | $68.24 | |
| Jul 10th, 2018 | 136 TrueBlue® points | |