LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

MARC JOHN RANDAZZA,

        Debtor.

Case No: BK-S-15-14956-abl
Chapter 11

Date:  November 7, 2018
Time:  1:30 p.m.

## CERTIFICATE OF SERVICE

1. On September 13, 2018, the following documents were served:

   a. [Proposed] Disclosure Statement to Accompany Debtor's Chapter 11 Plan of Reorganization ("Disclosure Statement") — ECF No. 268

   b. [Proposed] Debtor's Chapter 11 Plan of Reorganization ("Plan") — ECF No. 269

   c. Debtor's Ex parte Motion for Order Pursuant to 11 U.S.C. § 105(d)(2)(B) and LR 3017: (I) Granting Conditional Approval of the [Proposed] Disclosure Statement to Accompany Debtor's Chapter 11 Plan of Liquidation; (II) Prescribing Notice and Solicitation of Procedures; and (III) Setting Combined Hearing on Final Approval of the Disclosure Statement and Confirmation of the Chapter 11 Plan — ECF No. 270

    d.    Certification of Matthew C. Zirzow, Esq. as Counsel to Debtor Pursuant to Local Rule 3017(b) in Support of Debtor's Ex parte Motion for Order Pursuant to 11 U.S.C. § 105(d)(2)(B) and LR 3017: (I) Granting Conditional Approval of the [Proposed] Disclosure Statement to Accompany Debtor's Chapter 11 Plan of Liquidation; (II) Prescribing Notice and Solicitation of Procedures; and (III) Setting Combined Hearing on Final Approval of the Disclosure Statement and Confirmation of the Chapter 11 Plan     ECF No. 271

2. On September 17, 2018, the following documents were served:

    a.    Order Granting Debtor's Ex Parte Motion for Order Pursuant to 11 U.S.C. § 105(d)(2)(B) and LR 3017: (I) Granting Conditional Approval of the [Proposed] Disclosure Statement to Accompany Debtor's Chapter 11 Plan of Liquidation; (II) Prescribing Notice and Solicitation of Procedures; and (III) Setting Combined Hearing on Final Approval of the Disclosure Statement and Confirmation of the Chapter 11 Plan ("<u>Disclosure Statement Order</u>")     ECF No. 274

    b.    Notice of Combined Haring on Final Approval of Disclosure Statement and Confirmation of Debtor's Chapter 11 Plan of Reorganization ("<u>Confirmation Notice</u>")     ECF No. 277

3. The above-named document(s) were served by the following means to the persons as listed below (*check all that apply*):

☒    **a.**    **ECF System:**

JENNIFER WILLIS ARLEDGE on behalf of Creditor BANK OF AMERICA NA
jennifer.arledge@wilsonelser.com, EfileLasVegas@wilsonelser.com

OGONNA M. BROWN on behalf of Creditor CLAY DOUGLASS
OBrown@lrrc.com, CBird@lrrc.com

ARTHUR CARVALHO, JR. on behalf of Creditor EXCELSIOR MEDIA CORP.
acarvalho@lhcllp.com

ARTHUR CARVALHO, JR. on behalf of Creditor LIBERTY MEDIA HOLDINGS, LLC   acarvalho@lhcllp.com

**LARSON ZIRZOW & KAPLAN, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

JAMES D. GREENE on behalf of Counter-Defendant EXCELSIOR MEDIA CORP.
jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com; kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Creditor EXCELSIOR MEDIA CORP.
jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com; kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Creditor LIBERTY MEDIA HOLDINGS, LLC
jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com; kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Plaintiff EXCELSIOR MEDIA CORP.
jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com; kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Plaintiff LIBERTY MEDIA HOLDINGS, LLC
jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com; kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

VAUGHN MICHAEL GREENWALT on behalf of Creditor EXCELSIOR MEDIA CORP.   Vaughn.greenwalt@viacom.com

VAUGHN MICHAEL GREENWALT on behalf of Creditor LIBERTY MEDIA HOLDINGS, LLC   Vaughn.greenwalt@viacom.com

VAUGHN MICHAEL GREENWALT on behalf of Plaintiff EXCELSIOR MEDIA CORP.   Vaughn.greenwalt@viacom.com

VAUGHN MICHAEL GREENWALT on behalf of Plaintiff LIBERTY MEDIA HOLDINGS, LLC   Vaughn.greenwalt@viacom.com

JEANETTE E. MCPHERSON on behalf of Interested Party JAMS, INC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Interested Party STEPHEN E HABERFELD
bkfilings@s-mlaw.com

VERNON A NELSON, JR on behalf of Creditor BANK OF AMERICA NA
vnelson@nelsonlawfirmlv.com, Mail@nelsonlawfirmlv.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

TIMOTHY R. WHEELER on behalf of Creditor BANK OF AMERICA NA
timothy.wheeler@wilsonelser.com, daniel.flores@wilsonelser.com

3

4. On September 19, 2018, the Disclosure Statement (with a copy of the Plan), Disclosure Statement Order, Confirmation Notice, and the Class 4 Ballot, were served to the following:

☒ **a.** **United States mail, postage fully prepaid**:

EXCELSIOR MEDIA CORPORATION
C/O GREENE INFUSO, LLP
ATTN: JAMES D. GREENE, ESQ.
3030 SOUTH JONES BLVD., SUITE 101
LAS VEGAS, NV 89146

5. On September 19, 2018, the Disclosure Statement (with a copy of the Plan), Disclosure Statement Order, Confirmation Notice, and the Class 5 Ballot, were served to the following:

☒ **a.** **United States mail, postage fully prepaid**:

JENNIFER RANDAZZA
1957 CAPE COD LANDING DR.
LAS VEGAS, NV 89135

6. On September 19, 2018, the Disclosure Statement (with a copy of the Plan), Disclosure Statement Order, Confirmation Notice, and a Class 6 Ballot, were served to the following:

☒ **a.** **United States mail, postage fully prepaid**:

To the parties on the matrix attached as **Exhibit 1**.

7. On September 19, 2018, the Disclosure Statement (with a copy of the Plan), Disclosure Statement Order, and Confirmation Notice, were served to the following:

☒ **a.** **United States mail, postage fully prepaid**:

To the parties on the matrix attached as **Exhibit 2**.

☐ **b** **Personal Service**:

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

**LARSON ZIRZOW & KAPLAN, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

4

☐     For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☒     **c.**     **On September 20, 2018, by direct email to the following**:

Based upon the written agreement of the parties to accept service by email or a court order, I caused the Disclosure Statement (with a copy of the Plan), Disclosure Statement Order, and Confirmation Notice, to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Crystal L. Cox:     savvybroker@yahoo.com
                                  crystal@crystalcox.com
                                  reverendcrystal@gmail.com

☐     **d.**     **By fax transmission**:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     **e.**     **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: September 20, 2018.

| Trish Huelsman | */s/ Trish Huelsman* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

LARSON ZIRZOW & KAPLAN, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

# EXHIBIT 1

EXHIBIT 1

**Class 6:**

AMEX
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA  19355-0701

BARCLAYS BANK DELAWARE
ATTN: BANKR.DEPT/MANAGING AGENT
125 S WEST ST
WILMINGTON, DE 19801

CENTURY LINK
ATTN: BANKR.DEPT/MANAGING AGENT
P.O. BOX 2961
PHOENIX, AZ 85062-2961

GOODSELL & OLSEN, LLP
ATTN: DANIEL V. GOODSELL
10155 W. TWAIN AVE., STE. 100
LAS VEGAS, NV 89147

HUTCHISON & STEFFEN ATTORNEYS
ATTN: MARK A. HUTCHISON, ESQ.
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NV 89145

INTERNAL REVENUE SERVICE
110 CITY PARKWAY M/S 5028 LVG
LAS VEGAS, NV 89106

KAIN SPIELMAN, P.A.
ATTN: BANKR.DEPT/MANAGING AGENT
900 SOUTHEAST THIRD AVENUE
SUITE 205
FORT LAUDERDALE, FL 33316

LAS VEGAS VALLEY WATER DISTRICT
ATTN: BANKR.DEPT/MANAGING AGENT
1001 S. VALLEY VIEW BLVD.
LAS VEGAS, NV 89153

CLARK COUNTY WATER RECLAMATION
ATTN: BANKR.DEPT/MANAGING AGENT
PO BOX 98526
LAS VEGAS, NV 89193-8526

LAW OFFICES OF CLYDE DEWITT
ATTN: CLYDE DEWITT
410 S. RAMPART BLVD., #420
LAS VEGAS, NV 89145

LUKE CHARLES LIROT, PA
ATTN: LUKE CHARLES LIROT, ESQ.
2240 BELLEAIR RD., SUITE 190
CLEARWATER, FL 33764

NORTHWEST TERRITORY MINT
/ROSS HANSEN
ATTN: BANKR.DEPT/MANAGING AGENT
80 EAST AIRPACK VISTA BLVD
DAYTON, NV 89403

NV ENERGY
ATTN: BANKR.DEPT/MANAGING AGENT
PO BOX 30150
RENO, NV 89520

SOUTHWEST GAS CORPORATION
ATTN: BANKR.DEPT/MANAGING AGENT
PO BOX 98890
LAS VEGAS, NV 89150

WALTERS LAW GROUP
ATTN: LARRY WALTERS, ESQ.
195 W. PINE AVENUE
LONGWOOD, FL 32750-4104

WEIDE & MILLER, LTD.
ATTN: F. CHRISTOPHER AUSTIN, ESQ.
7251 W. LAKE MEAD BLVD., SUITE 530
LAS VEGAS, NV 89128

# EXHIBIT 2

EXHIBIT 2

**MISC./NON SOLICITING:**

SPECIALIZED LOAN SERVICE
ATTN: BANKR.DEPT/MANAGING AGENT
8742 LUCENT BLVD STE 300
HIGHLANDS RANCH, CO 80129

SPECIALIZED LOAN SERVICING
ATTN: BANKR.DEPT/MANAGING AGENT
P.O. BOX 60535
CITY OF INDUSTRY, CA 91716-0535

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PKWY
P.O. BOX 551220
LAS VEGAS, NV 89155

DEPT. OF EMPLOYMENT, TRAINING &
REHAB EMPLOY. SECURITY DIV.
500 EAST THIRD STREET
CARSON CITY, NV 89713

NEVADA DEPT. OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON AVENUE #1300
LAS VEGAS, NV 89101

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PKWY
BOX 551401
LAS VEGAS, NV 89155

ACCTCORP OF SOUTHERN NEVADA
ATTN: MANAGING AGENT
4955 S DURANGO DR STE 177
LAS VEGAS, NV 89113

MARC J. RANDAZZA, P.A.
2 S. BISCAYNE BLVD.
SUITE NUMBER 2600
MIAMI, FL 33131

BRIAN L. TANNEBAUM, ESQ.
BAST AMRON
SUNTRUST INTERNATIONAL CENTER
ONE S.E. THIRD AVE., STE. 1400
MIAMI, FL 33131

IMPERIUM INSURANCE COMPANY
ATTN: MANAGING AGENT
800 GESSNER ST., SUITE 600
HOUSTON, TX 70024

HIIG PRO CLAIMS
89 HEADQUARTERS PLAZA
SUITE 355 (NORTH TOWER)
MORRISTOWN, NJ 07960

YORK PROFESSIONAL LIABILITY GROUP
ONE WHITEHALL ST., 14TH FLOOR
NEW YORK, NY 10004

CATHY & DENNIS BROCHEY
10653 AGATE KNOLL LANE
LAS VEGAS, NEVADA 89135

GHANDI DEETER BLACKHAM
ATTN: NEDDA GHANDI, ESQ.
725 S. 8TH ST.
LAS VEGAS, NV 89101

KINSALE INSURANCE COMPANY
ATTN: MANAGING AGENT
6802 PARAGON PLACE, SUITE 350
RICHMOND, VA 23230

BLACK & LOBELLO
ATTN: JOHN D. JONES, ESQ.
10777 W. TWAIN AVE #300
LAS VEGAS, NV 89135

HAMILTON LAW
ATTN: RYAN A. HAMILTON, ESQ.
5125 S. DURANGO DR., SUITE C
LAS VEGAS, NV 89113

LIPSON NEILSON, P.A.
ATTN: JOSEPH GARIN, ESQ.
9900 COVINGTON CROSS DRIVE, # 120
LAS VEGAS, NV 89144

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: MANAGING AGENT
633 W 5TH STREET, SUITE 4000
LOS ANGELES, CA 90071

LONG & LEVIT LLP
ATTN: JESSICA R. MACGREGOR, ESQ.
465 CALIFORNIA STREET, 5TH FLOOR
SAN FRANCISCO, CA 94104

COHEN AND JACOBSON, LLP
ATTN: LAWRENCE A. JACOBSON, ESQ.
66 BOVET ROAD, SUITE 285
SAN MATEO, CA 94402

STEPHEN HABERFELD
C/O JAMS, INC.
1925 CENTURY PARK EAST, SUITE 1400
LOS ANGELES, CA 90067

JAMS, INC.
ATTN: STEPHEN HABERFELD
1925 CENTURY PARK EAST, SUITE 1400
LOS ANGELES, CA 90067

AMICA MUTUAL INSURANCE COMPANY
ATTN: MANAGING AGENT
P.O. BOX 9690
PROVIDENCE, RI 02940-9690

TRACY COENEN, CPA, CFF
310 EAST BUFFALO STREET
MILWAUKEE, WI 53202

AMICA MUTUAL INSURANCE COMPANY
ATTN: STERLING B. SMITH
2075 W. PINNACLE PEAK ROAD, SUITE 110
PHOENIX, AZ 85027-1219

FRANCHISE TAX BOARD
BANKRUPTCY SECTION, MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

WESTERN LITIGATION
ATTN: BARBARA SERAFINI
1900 W. LOOP SOUTH, SUITE 1500
HOUSTON, TX 77027

CALIFORNIA DEPARTMENT OF TAX AND
FEE ADMINISTRATION
ACCOUNT INFORMATION GROUP, MIC: 29
P.O. BOX 942879
SACRAMENTO, CA 94279-0029

| | | |
|---|---|---|
| CHIEF COUNSEL, LEGAL DEPARTMENT<br>DEPT. OF UNEMPLOYMENT ASSISTANCE<br>COMMONWEALTH OF MASSACHUSETTS<br>19 STANIFORD STREET, 1ST FLOOR<br>BOSTON, MA 02114-2502 | CALIFORNIA DEPT. OF TAX/ FEE ADMIN.<br>SPECIAL OPERATIONS BANKRUPTCY<br>TEAM, MIC: 74<br>P.O. BOX 942879<br>SACRAMENTO, CA 94279-0074 | OFFICE OF THE ATTORNEY GENERAL<br>COMMONWEALTH OF MASSACHUSETTS<br>ONE ASHBURTON PLACE, 18TH FLOOR<br>BOSTON, MA 02108 |
| MIAMI-DADE COUNTY TAX COLLECTOR<br>BANKRUPTCY PARALEGAL UNIT<br>200 N.W. SECOND AVENUE, SUITE 430<br>MIAMI, FL 33128 | MASSACHUSETTS DEPT. OF REVENUE<br>BANKRUPTCY UNIT<br>P.O. BOX 9564<br>BOSTON, MA 02114-9564 | INDIAN RIVER COUNTY TAX COLL.<br>ATTN: CHARLES W. SEMBLER<br>925 14TH LANE<br>P.O. BOX 1509<br>VERO BEACH, FL 32961 |
| HIGHLANDS COUNTY TAX COLLECTOR<br>540 SOUTH COMMERCE AVENUE<br>SEBRING, FL 33870 | CLERK OF THE COURTS<br>MIAMI-DADE COUNTY, FLORIDA<br>P.O. BOX 13267<br>MIAMI, FL 33101 | MICHIGAN DEPARTMENT OF TREASURY<br>TAX POLICY DIVISION<br>ATTN: LITIGATION LIAISON<br>2ND FLOOR, AUSTIN BUILDING<br>430 WEST ALLEGAN STREET<br>LANSING, MICHIGAN 48922 |
| OKLAHOMA TAX COMMISSION<br>OFFICE OF GENERAL COUNSEL<br>BANKRUPTCY SECTION<br>120 N. ROBINSON, STE. 2000W<br>OKLAHOMA CITY, OK 73102 | PALM BEACH COUNTY TAX COLLECTOR<br>ATTN: HON. ANNE M. GANNON, CFC<br>P.O. BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | CONNECTICUT DEPT. OF REVENUE<br>BANKR. DIVISION - COLLECTIONS UNIT<br>450 COLUMBUS BLVD., SUITE ONE<br>HARTFORD, CT 06103 |
| CONNECTICUT DEPT. OF REVENUE<br>C/O OFFICE OF ATTORNEY GENERAL<br>BANKRUPTCY DIVISION<br>55 ELM STREET<br>HARTFORD, CT 06106 | TENNESSEE DEPT. OF REVENUE<br>C/O TENNESSEE ATTORNEY GENERAL<br>BANKRUPTCY DIVISION<br>POB 20207<br>NASHVILLE, TN 37202-0207 | BROWN WHITE & OSBORN ATTORNEYS<br>ATTN: KEN WHITE<br>300 E. STATE STREET, SUITE 300<br>REDLANDS, CA 92373 |
| BANK OF AMERICA, N.A.<br>C/O WILSON ELSER MOSKOWITZ ET AL.<br>ATTN: MANAGING AGENT<br>300 SOUTH 4TH STREET – 11TH FLOOR<br>LAS VEGAS, NV 89101-6014 | MARIO GUADARRAMA<br>16 ROSE CIRCLE, APT. B<br>NORTH LAS VEGAS, NV 89030 | SUPERIOR BUILDERS INC.<br>ATTN: BANKR.DEPT/MANAGING AGENT<br>758 EZZAT STREET<br>HENDERSON, NV 89052 |
| CLAY DOUGLASS<br>C/O LEWIS ROCA ROTHBERGER ET AL<br>3993 HOWARD HUGHES PKWY, #600<br>LAS VEGAS, NV 89169 | AARON BLUESTEIN<br>5860 SATSUMA AVENUE<br>NORTH HOLLYWOOD, CA 91601 | AMICA MUTUAL INSURANCE COMPANY<br>C/O PATTON & KIRALY, P.C.<br>ATTN: W. RANDOLPH PATTON, ESQ.<br>3016 W. CHARLESTON BLVD., SUITE 195<br>LAS VEGAS, NV 89102 |
| BROWN WHITE & OSBORN ATTORNEYS<br>ATTN: KEN WHITE<br>333 SOUTH HOPE STREET, 40TH FLOOR<br>LOS ANGELES, CA 90071 | CITIBANK<br>ATTN: BANKR.DEPT/MANAGING AGENT<br>DEPT/MANAGING AGENT<br>P.O. BOX 6241<br>SIOUX FALLS, SD 57117 | CHAMPION MOVERS, LLC<br>ATTN: BANKR.DEPT/MANAGING AGENT<br>4420 ANDREWS ST., STE. C<br>NORTH LAS VEGAS, NV 89081 |
| COMENITYCAPITAL/VIRGAM<br>ATTN: BANKR.DEPT/MANAGING AGENT<br>3100 EASTON SQUARE PL<br>COLUMBUS, OH 43219 | JASON GIBSON<br>C/O LITTLER MENDELSON<br>ATTN: WENDY M. KRINCEK<br>& ETHAN D. THOMAS<br>3960 HOWARD HUGHES PKWY., #300<br>LAS VEGAS, NV 89169 | JIM SCHUTT<br>C/O MICHAEL TAFICANTE, ESQ.<br>GRANT FRIDKIN PEARSON<br>5551 RIDGEWOOD DRIVE, SUITE 501<br>NAPLES, FL 34108 |
| MAGNOLIA HOLDING 19 L.L.C.<br>ATTN: RONALD GREEN, MANAGER<br>2764 LAKE SAHARA DR.<br>LAS VEGAS, NV 89117 | MCYDSNB<br>ATTN: BANKR.DEPT/MANAGING AGENT<br>9111 DUKE BLVD<br>MASON, OH 45040 | RONALD D. GREEN, ESQ.<br>RANDAZZA LEGAL GROUP<br>2764 LAKE SAHARA DR.<br>LAS VEGAS, NV 89117 |

| | | |
|---|---|---|
| **TONY COE**<br>**C/O SAUNDERS**<br>**1865 INTERNATIONAL LTD.**<br>**38-40 GLOUCESTER ROAD**<br>**LONDON SW7 4QU** | ARIZONA STATE BAR<br>ATTN: MANAGING AGENT<br>4201 N. 24TH STREET, STE. 100<br>PHOENIX, AZ  85016 | INTERNAL REVENUE SERVICES<br>P.O. BOX 7346<br>PHILADELPHIA, PA  19101-7346 |
| CALIFORNIA STATE BAR<br>ATTN: MANAGING AGENT<br>180 HOWARD ST.<br>SAN FRANCISCO, CA  94105 | GENTILE CRISTALLI ET AL.<br>ATTN: DOMINIC GENTILE, ESQ.<br>TIVOLI VILLAGE<br>410 S. RAMPART BLVD., STE. 420<br>LAS VEGAS, NV  89145 | BANK OF AMERICA, N.A.<br>C/O WILSON ELSER<br>ATTN: TIME WHELLER ESQ.<br>200 COMPUS DR.<br>FLORHAM PARK, NJ  07932-0668 |
| STATE BAR OF FLORIDA<br>ATTN: MANAGING AGENT<br>651 E. JEFFERSON ST., FL  32399 | STATE BAR OF NEVADA<br>ATTN: STANLEY HUNTERTON<br>3100 W. CHARLESTON BLVD., #100<br>LAS VEGAS, NV  89102 | MASSACHUSETTS STATE BAR<br>ATTN: MANAGING AGENT<br>20 EST ST.<br>BOSTON, MA  0211-1204 |
| JAMES M. DEVOY, IV., ESQ.<br>CO DEVOY LAW, P.C.<br>2575 MONTESSOURI ST., #201<br>LAS VEGAS, NV  89117 | PAUL BERGER, ESQ.<br>C/O HURRICANE LAW GROUP<br>9126 NAPOLI CT., APT. 202<br>NAPLES, FL  34113-8050 | B&B PROTECTOR DBA<br>PROFESSIONAL LIABILITY BROKERS<br>ATTN: MANAGING AGENT<br>655 N. FRANKLIN ST., #1800<br>TAMPA BAY, FL  33602 |
| CRYSTAL L. COX<br>P.O. BOX 2027<br>PORT TOWNSEND, WA  98368 | GREENSHIRE OFFICE CENTER, LLC<br>ATTN: DOUG GRAMBIG, MANAGER<br>3625 TOWN CENTER DR.<br>LAS VEGAS, NV  89135 | LAW OFFICES OF APRIL S. GOODWIN P.A.<br>ATTN: APRIL GOODWIN, ESQ.<br>801 W. BAY DR., #429B<br>LARGO, FL 3370 |
| LANG, HANIGAN & CARVALHO, LLP<br>ATTN: ARTHUR CARVALHO, JR., ESQ.<br>21550 OXNARD ST., #760<br>WOODLAND HILLS, CA  91367 | JOHN H. COTTON & ASSOCIATES<br>ATTN: JOHN COTTON,ESQ.<br>4900 W. SAHARA AVE., #200<br>LAS VEGAS, NV  89117 | BROWNSTEIN HYATT<br>ATTN: MITCHELL LANG, ESQ.<br>100 N. CITY PKWY, #1600<br>LAS VEGAS, NV  89106 |