# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: Marc John Randazza

Case No. 15-14956-abl

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Aug 2018          **PETITION DATE:** 08/28/15

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $414,676 | $392,467 | |
| b. Total Assets | $1,937,195 | $1,914,986 | $1,853,614 |
| c. Current Liabilities | $512,077 | $246,352 | |
| d. Total Liabilities | $12,865,912 | $12,600,187 | $13,879,051 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $34,083 | $12,514 | $645,548 |
| b. Total Disbursements | $11,874 | $11,864 | $637,593 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $22,209 | $650 | $7,955 |
| d. Cash Balance Beginning of Month | $14,341 | $13,691 | $28,595 |
| e. Cash Balance End of Month (c + d) | $36,550 | $14,341 | $36,550 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $282,126 | $282,126 | |
| 6. **Post-Petition Liabilities** | $512,077 | $246,352 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

**At the end of this reporting month:**              **Yes**         **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)          x
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)          x
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)          x
12. Is the estate insured for replacement cost of assets and for general liability?     x
13. Are a plan and disclosure statement on file?          x
14. Was there any post-petition borrowing during this reporting period?          x

15. Check if paid: Post-petition taxes   x  ;    U.S. Trustee Quarterly Fees   x   ; Check if filing is current for: Post-petition tax reporting and tax returns:   x  .
   (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 10/11/2018

DocuSigned by: Marc J. Randazza
FC7D2A65030B432...

Revised 1/1/98

# BALANCE SHEET
### (Small Real Estate/Individual Case)
For the Month Ended   Aug 2018

| # | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $ 36,550 |
| 2 | Accounts receivable (net) (Brochey Note) | | $ 282,126 |
| 3 | Retainer(s) paid to professionals | | $ 94,000 |
| 4 | Other:  Personal Belongings (clothing, glock) | x | $ 1,000 |
| 5 | Wedding Rings (unknown value) | | $ - |
| 6 | Copyright/Trademark | x | $ 1,000 |
| 7 | **Total Current Assets** | | $ 414,676 |
| | **Long Term Assets (Market Value)** | | |
| 8 | Real Property (residential) | x | $ 875,000 |
| 9 | Real property (rental or commercial) | | |
| 10 | Furniture, Fixtures, and Equipment | x | $ 7,595 |
| 11 | Vehicles | x | $ 67,000 |
| 12 | Partnership interests - Magnolia Holding 19, LLC (unknown value) | | $ - |
| 13 | Interest in corportations | | |
| 14 | Stocks and bonds | | |
| 15 | Interests in IRA, Keogh, other retirement plans | x | $ 526,495 |
| 16 | Other:  Prepaid Tuition Programs | x | $ 46,429 |
| 17 | Randazza Legal Group, PLLC (unknown value) | | $ - |
| 18 | Marc J. Randazza P.A. (unknown value) | | $ - |
| 19 | Pending Lawsuits Mayers, Cox, Excelsior (unknown value) | | $ - |
| 20 | Possible Malpractice Claim (unknown value) | | $ - |
| 21 | Misuraca Family Trust Revocable (unknown value) | | $ - |
| 22 | Misuraca Family Trust Irrevocable (unknown value) | | $ - |
| 23 | | | $ - |
| 24 | **Total Long Term Assets** | | $ 1,522,519 |
| 25 | **Total Assets** | | $ 1,937,195 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 26 | Post-petition not delinquent (under 30 days) | | |
| 27 | Post-petition delinquent other than taxes (over 30 days) | | |
| 28 | Post-petition delinquent taxes | | |
| 29 | Accrued professional fees | | $ 246,352 |
| 30 | Other: | | $ 265,725 |
| 31 | | | |
| 32 | **Total Current Liabilities** | | $ 512,077 |
| 33 | **Long-Term Post Petition Debt** | | |
| 34 | **Total Post-Petition Liabilities** | | $ 512,077 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 35 | Secured claims (residence) | | $ 372,869 |
| 36 | Secured claims (other) | | $ 726,179 |
| 37 | Priority unsecured claims | | $ 14,322 |
| 38 | General unsecured claims | | $ 11,240,465 |
| 39 | **Total Pre-Petition Liabilities** | | $ 12,353,835 |
| 40 | **Total Liabilities** | | $ 12,865,912 |
| | **Equity (Deficit)** | | |
| 41 | **Total Equity (Deficit)** | | $ (10,928,717) |
| 42 | **Total Liabilities and Equity (Deficit)** | | $ 1,937,195 |

NOTE:
Indicate the method used to estimate the market value of assets (e g , appraisals; familiarity with comparable market prices, etc ) and the date the value was determined

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|    |                                    | **Property 1** | **Property 2** | **Property 3** |
|----|------------------------------------|---------------:|---------------:|---------------:|
| 1  | **Description of Property**        |                |                |                |
| 2  | **Scheduled Gross Rents**          |                |                |                |
|    | Less:                              |                |                |                |
| 3  | Vacancy Factor                     |                |                |                |
| 4  | Free Rent Incentives               |                |                |                |
| 5  | Other Adjustments                  |                |                |                |
| 6  | **Total Deductions**               | $0             | $0             | $0             |
| 7  | **Scheduled Net Rents**            | $0             | $0             | $0             |
| 8  | **Less: Rents Receivable (2)**     |                |                |                |
| 9  | **Scheduled Net Rents Collected (2)** | $0          | $0             | $0             |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|    |                                      | **Account 1**        | **Account 2** | **Account 3** |
|----|--------------------------------------|---------------------:|--------------:|--------------:|
| 10 | **Bank**                             | City National Bank   | TD Bank       |               |
| 11 | **Account No.**                      | x8119                | x4809         |               |
| 12 | **Account Purpose**                  | General Use          | General Use   |               |
| 13 | **Balance, End of Month**            | $32,674              | $3,876        |               |
| 14 | **Total Funds on Hand for all Accounts** | $36,550          |               |               |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### For the Month Ended August 31, 2018

|    |                                                       | Actual Current Month | Cumulative (Case to Date) |
|----|-------------------------------------------------------|---------------------|---------------------------|
|    | **Cash Receipts**                                     |                     |                           |
| 1  | Rent/Leases Collected                                 |                     |                           |
| 2  | Cash Received from Sales                              |                     |                           |
| 3  | Interest Received                                     |                     |                           |
| 4  | Borrowings                                            |                     |                           |
| 5  | Funds from Shareholders, Partners, or Other Insiders  |                     |                           |
| 6  | Capital Contributions                                 |                     |                           |
| 7  | Payroll                                               | $ 34,083            | $ 567,612                 |
| 8  | Accounts Receivable                                   |                     | $ 17,874                  |
| 9  | Other                                                 |                     | $ 5,894                   |
| 10 | Transfers between accounts                            |                     | $ 49,883                  |
| 11 | Insurance Claim                                       |                     | $ 4,285                   |
| 12 | **Total Cash Receipts**                               | $ 34,083            | $ 645,548                 |
|    | **Cash Disbursements**                                |                     |                           |
| 13 | Selling                                               |                     |                           |
| 14 | Administrative                                        |                     |                           |
| 15 | Capital Expenditures                                  |                     | $ 2,114                   |
| 16 | Principal Payments on Debt                            | $ 3,861             | $ 142,092                 |
| 17 | Interest Paid                                         |                     |                           |
|    | Rent/Lease:                                           |                     |                           |
| 18 |     Personal Property                                 |                     |                           |
| 19 |     Real Property                                     |                     |                           |
|    | Amount Paid to Owner(s)/Officer(s)                    |                     |                           |
| 20 |     Salaries                                          |                     |                           |
| 21 |     Draws                                             |                     |                           |
| 22 |     Commissions/Royalties                             |                     |                           |
| 23 |     Expense Reimbursements                            |                     |                           |
| 24 |     Other                                             |                     |                           |
| 25 | Salaries/Commissions (less employee withholding)      |                     |                           |
| 26 | Management Fees                                       |                     |                           |
|    | Taxes:                                                |                     |                           |
| 27 |     Employee Withholding                              |                     |                           |
| 28 |     Employer Payroll Taxes                            |                     |                           |
| 29 |     Real Property Taxes                               |                     | $ 9,159                   |
| 30 |     Other Taxes                                       |                     | $ 17,489                  |
| 31 | Other Cash Outflows:                                  |                     |                           |
| 32 |     Auto Expenses                                     |                     | $ 35,329                  |
| 33 |     Bank Fees                                         | $ 15                | $ 2,434                   |
| 34 |     Child Support & Alimony                           | $ 4,427             | $ 38,933                  |
| 35 |     Clothing                                          |                     | $ 19,898                  |
| 36 |     Dining & Entertainment                            | $ 416               | $ 41,190                  |
| 37 |     Fitness                                           | $ 119               | $ 17,289                  |
| 38 |     Gifts                                             |                     | $ 1,665                   |
| 39 |     Groceries                                         |                     | $ 30,028                  |
| 40 |     Household Supplies & Furnishings                  |                     | $ 22,330                  |
| 41 |     Insurance                                         |                     | $ 5,530                   |
| 42 |     Interest Expense                                  | $ 4                 | $ 257                     |
| 43 |     Legal Fees & Bankruptcy Fees                      | $ 200               | $ 11,422                  |
| 44 |     Medical                                           |                     | $ 29,839                  |
| 45 |     Office Expenses                                   |                     | $ 3,842                   |
| 46 |     Personal                                          |                     | $ 8,676                   |
| 47 |     Repairs & Maintenance                             | $ 2,254             | $ 65,269                  |
| 48 |     School & Activities                               |                     | $ 36,792                  |
| 49 |     Travel                                            |                     | $ 7,888                   |
| 50 |     Utilities                                         | $ 509               | $ 27,574                  |
| 51 |     Transfers between accounts                        |                     | $ 49,883                  |
| 52 |     Miscellaneous                                     | $ 69                | $ 10,671                  |
| 53 | **Total Cash Disbursements:**                         | $ 11,874            | $ 637,593                 |
| 54 | **Net Increase (Decrease) in Cash**                   | $ 22,209            | $ 7,955                   |
| 55 | **Cash Balance, Beginning of Period**                 | $ 14,341            | $ 28,595                  |
| 56 | **Cash Balance, End of Period**                       | $ 36,550            | $ 36,550                  |

Revised 1/1/98

**Check Register**
Marc Randazza

| | Date | Month | Account | Check # | Payee | Category | Deposits | Checks/ Purchases | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4058 | | | CNB 8119 | | Balance 07/31/18 | | | | 10,450.30 |
| 4059 | 08/03/18 | 08-18 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 5,988.27 | | 16,438.57 |
| 4060 | 08/03/18 | 08-18 | CNB 8119 | | Specialized Loan | Mortgage | | 3,860.63 | 12,577.94 |
| 4061 | 08/06/18 | 08-18 | CNB 8119 | | Security Systems | Repairs & Maintenance | | 59.99 | 12,517.95 |
| 4062 | 08/06/18 | 08-18 | CNB 8119 | | NV Energy South | Utilities | | 508.82 | 12,009.13 |
| 4063 | 08/09/18 | 08-18 | CNB 8119 | | AMEX | See Below | | 5,429.71 | 6,579.42 |
| 4064 | 08/17/18 | 08-18 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 5,485.07 | | 12,064.49 |
| 4065 | 08/30/18 | 08-18 | CNB 8119 | | Barclay Card | See Below | | 2,000.00 | 10,064.49 |
| 4066 | 08/31/18 | 08-18 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 5,985.07 | | 16,049.56 |
| 4067 | 08/31/18 | 08-18 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 16,624.09 | | **32,673.65** |
| 4068 | | | | | | | | | |
| 4069 | | | TD 4809 | | Balance 07/31/18 | | | | 3,891.31 |
| 4070 | | 08-18 | TD 4809 | | Currency Rate Adjustment | Bank Fees | | 15.20 | **3,876.11** |
| 4071 | | | | | | | | | |
| 4072 | | 08-18 | JOHN AMEX | | LifeTIme Fitness | Fitness | | 118.95 | |
| 4073 | | 08-18 | JOHN AMEX | | EZ Pool Service | Repairs & Maintenance | | 120.00 | |
| 4074 | | 08-18 | JOHN AMEX | | Floridaarte (Jennifer Randazza) | Child Support | | 196.60 | |
| 4075 | | 08-18 | JOHN AMEX | | Floridaarte (Jennifer Randazza) | Child Support | | 2,000.00 | |
| 4076 | | 08-18 | JOHN AMEX | | Floridaarte (Jennifer Randazza) | Child Support | | 2,230.00 | |
| 4077 | | 08-18 | JOHN AMEX | | iTunes | Entertainment | | 59.98 | |
| 4078 | | 08-18 | JOHN AMEX | | iTunes | Entertainment | | 59.98 | |
| 4079 | | 08-18 | JOHN AMEX | | iTunes | Entertainment | | 29.99 | |
| 4080 | | 08-18 | JOHN AMEX | | iTunes | Entertainment | | 7.99 | |
| 4081 | | 08-18 | JOHN AMEX | | iTunes | Entertainment | | 39.99 | |
| 4082 | | 08-18 | JOHN AMEX | | Sequence Inc. | Legal Fees | | 200.00 | |
| 4083 | | 08-18 | JOHN AMEX | | iTunes | Entertainment | | 34.99 | |
| 4084 | | 08-18 | JOHN AMEX | | iTunes | Entertainment | | 49.98 | |
| 4085 | | 08-18 | JOHN AMEX | | iTunes | Entertainment | | 2.99 | |
| 4086 | | 08-18 | JOHN AMEX | | Bulwark Exterminating | Repairs & Maintenance | | 74.50 | |
| 4087 | | 08-18 | JOHN AMEX | | iTunes | Entertainment | | 54.98 | |
| 4088 | | 08-18 | JOHN AMEX | | Interest | Interest Expense | | 3.80 | |
| 4089 | | 08-18 | JOHN AMEX | | iTunes | Entertainment | | 14.99 | |
| 4090 | | 08-18 | JOHN AMEX | | iTunes | Entertainment | | 59.98 | |
| 4091 | | 08-18 | JOHN AMEX | | Reconcile | Miscellaneous | | 70.02 | |
| 4092 | | | | | | | | | |
| 4093 | | 08-18 | JOHN BARCLAY | | DIESEL PAINTING (part) | Repairs & Maintenance | | 2,000.00 | |

## CHECKING ACCOUNT, *8119

**All completed transactions from 08/01/2018 to 09/30/2018**

| Date | Number | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 08/31/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 6287XZ | | 16,624.09 | 32,673.65 |
| 08/31/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 3817XZ | | 5,985.07 | 16,049.56 |
| 08/30/2018 | | PREAUTHORIZED DEBIT BARCLAYCARD US CREDITCARD WEB JOHN RANDAZZA | 2,000.00 | | 10,064.49 |
| 08/17/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 8427XZ | | 5,485.07 | 12,064.49 |
| 08/09/2018 | | PREAUTHORIZED DEBIT AMEX EPAYMENT ACH PMT WEB JENNIFER RANDA A6952 | 5,429.71 | | 6,579.42 |
| 08/06/2018 | | PREAUTHORIZED DEBIT NV ENERGY SOUTH NPC PYMT WEB MARC RANDAZZA 805433 | 508.82 | | 12,009.13 |
| 08/06/2018 | | PREAUTHORIZED DEBIT SECURITY SYSTEMS MEMBER PAY PPD JENNIFER RANDA N | 59.99 | | 12,517.95 |
| 08/03/2018 | | PREAUTHORIZED DEBIT SPECIALIZED LOAN BILL PAYMT PPD RANDAZZA MARC 0 | 3,860.63 | | 12,577.94 |
| 08/03/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 1797XZ | | 5,988.27 | 16,438.57 |

DocuSign Envelope ID: DD786C67-2861-4A42-91E7-3CB383513E97

**TD Bank x4809**

|  | CAD | USD | Rate |
|---|---|---|---|
| 07/31/18 Balance per schedule | 5,066.81 | | |
| 08/31/18 Balance | 5,066.81 | **$ 3,876.11** | 0.765 |

DocuSign Envelope ID: DD786C67-2861-4A42-91E7-3CB383513E97

TD Home | Apply | 🔒 MARC JOHN RANDAZZA | Logout | Site Search

# Accounts

Help | Print

**My Inbox:** Unread messages (0) | New statements (0) | New epost Bills (0) | Finish an application

### My Personal Summary

| | |
|---|---|
| Banking: | $5,066.81 |
| **Total:** | **CDN $5,066.81** |

| BANKING | | Balance | Download |
|---|---|---|---|
| TD ALL-INCLUSIVE BANKING PLAN - | 4809 | $5,066.81 | ☐ |
| | Banking total: | CDN $5,066.81 | |

### Credit Cards, Loans & Mortgages

You currently have no TD Credit Cards, Loans or Mortgages. Apply for credit today. **Apply for Credit**

### Investments

You currently have no TD Investments. Purchase an Investment today. **Purchase an Investment**

[Spreadsheet (.CSV) ▼]  [Download]

All transactions to the close of the previous BUSINESS day will be downloaded except for credit card activity.
Please note: We have discovered a temporary issue that occurs while you are downloading your credit card activity to your preferred version of accounting software. This may cause some transactions to appear more than once. We are working to correct this issue and apologize for any inconvenience. It's important for you to verify your information and remove any duplicate entries. Recently posted credit card payments may not be included in your download.
Supported versions of software downloads.

Legal Notes

Print

DocuSign Envelope ID: DD786C67-2861-4A42-91E7-3CB383513E97



**Transaction Details**
Prepared for
John C Randazza
Account Number
XXXX-XXXXXX-41003

Delta Reserve / July 1, 2018 to September 30, 2018

| Date | Description | Amount |
| --- | --- | --- |
| Jul 01 2018 | LifeTimeFitness.COM - 888-430-6432, MN | $118.95 |
| Jul 03 2018 | IN *EZ POOL SERVICE, LLC - LAS VEGAS, NV | $120.00 |
| Jul 05 2018 | PAYPAL *FLORIDAARTE - 4029357733, NV | $196.60 |
| Jul 05 2018 | PAYPAL *FLORIDAARTE - 4029357733, NV | $2,000.00 |
| Jul 05 2018 | PAYPAL *FLORIDAARTE - 4029357733, NV | $2,230.00 |
| Jul 05 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $59.98 |
| Jul 08 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $59.98 |
| Jul 11 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $29.99 |
| Jul 12 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $7.99 |
| Jul 12 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $39.99 |
| Jul 13 2018 | PAYPAL *SEQUENCE INC. - 4029357733, WI | $200.00 |
| Jul 13 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $34.99 |
| Jul 14 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $49.98 |
| Jul 17 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $2.99 |
| Jul 19 2018 | Bulwark Exterminating - 8774285927, AZ | $74.50 |
| Jul 20 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $54.98 |
| Jul 24 2018 | Interest Charge on Purchases | $3.80 |
| Jul 24 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $14.99 |
| Jul 27 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $59.98 |

Posted transactions

Keywords

Purchased by

All cardmembers

From

5/1/18

To

07/26/18

Category

All categories

Search



INT*IN *DIESEL PAINTIN    $2,500.00
Jul 10th, 2018    2,500 TrueBlue® points