## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:  Marc John Randazza

**Case No.**  _____15-14956-abl_____

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** _Oct 2018_      **PETITION DATE:** _08/28/15_

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here
   the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in  _$1_

| | **End of Current Month** | **End of Prior Month** | **As of Petition Filing** |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $393,778 | $402,978 | |
| b. Total Assets | $1,916,297 | $1,925,497 | $1,853,614 |
| c. Current Liabilities | $311,950 | $271,419 | |
| d. Total Liabilities | $12,665,785 | $12,625,254 | $13,879,051 |

| | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $10,842 | $10,842 | $667,232 |
| b. Total Disbursements | $20,042 | $22,540 | $680,175 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($9,200) | ($11,698) | ($12,943) |
| d. Cash Balance Beginning of Month | $24,852 | $36,550 | $28,595 |
| e. Cash Balance End of Month (c + d) | $15,652 | $24,852 | $15,652 |

| | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $282,126 | $282,126 | |
| 6. **Post-Petition Liabilities** | $311,950 | $271,419 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

| At the end of this reporting month: | **Yes** | **No** |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. Have any payments been made to professionals?  (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives?  (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. Are a plan and disclosure statement on file? | | x |
| 14. Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes  _x_ ;      U.S. Trustee Quarterly Fees  _x_ ;  Check if filing is current for: Post-petition
    tax reporting and tax returns:  _x_ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return
    filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.

Date:  _11/16/2018_

DocuSigned by:
_Marc J. Randazza_
R_____
FC7D2A85030B432...

Revised 1/1/98

**BALANCE SHEET**
(Small Real Estate/Individual Case)
**For the Month Ended** ___Oct 2018___

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $ 15,652 |
| 2 | Accounts receivable (net) (Brochey Note) | | $ 282,126 |
| 3 | Retainer(s) paid to professionals | | $ 94,000 |
| 4 | Other: Personal Belongings (clothing, glock) | x | $ 1,000 |
| 5 | Wedding Rings (unknown value) | | $ - |
| 6 | Copyright/Trademark | x | $ 1,000 |
| 7 | **Total Current Assets** | | $ 393,778 |
| | **Long Term Assets (Market Value)** | | |
| 8 | Real Property (residential) | x | $ 875,000 |
| 9 | Real property (rental or commercial) | | |
| 10 | Furniture, Fixtures, and Equipment | x | $ 7,595 |
| 11 | Vehicles | x | $ 67,000 |
| 12 | Partnership interests - Magnolia Holding 19, LLC (unknown value) | | $ - |
| 13 | Interest in corportations | | |
| 14 | Stocks and bonds | | |
| 15 | Interests in IRA, Keogh, other retirement plans | x | $ 526,495 |
| 16 | Other: Prepaid Tuition Programs | x | $ 46,429 |
| 17 | Randazza Legal Group, PLLC (unknown value) | | $ - |
| 18 | Marc J. Randazza P.A. (unknown value) | | $ - |
| 19 | Pending Lawsuits Mayers, Cox, Excelsior (unknown value) | | $ - |
| 20 | Possible Malpractice Claim (unknown value) | | $ - |
| 21 | Misuraca Family Trust Revocable (unknown value) | | $ - |
| 22 | Misuraca Family Trust Irrevocable (unknown value) | | $ - |
| 23 | | | $ - |
| 24 | **Total Long Term Assets** | | $ 1,522,519 |
| 25 | **Total Assets** | | $ 1,916,297 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 26 | Post-petition not delinquent (under 30 days) | | |
| 27 | Post-petition delinquent other than taxes (over 30 days) | | |
| 28 | Post-petition delinquent taxes | | |
| 29 | Accrued professional fees | | $ 311,950 |
| 30 | Other: | | |
| 31 | | | |
| 32 | **Total Current Liabilities** | | $ 311,950 |
| 33 | **Long-Term Post Petition Debt** | | |
| 34 | **Total Post-Petition Liabilities** | | $ 311,950 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 35 | Secured claims (residence) | | $ 372,869 |
| 36 | Secured claims (other) | | $ 726,179 |
| 37 | Priority unsecured claims | | $ 14,322 |
| 38 | General unsecured claims | | $ 11,240,465 |
| 39 | **Total Pre-Petition Liabilities** | | $ 12,353,835 |
| 40 | **Total Liabilities** | | $ 12,665,785 |
| | **Equity (Deficit)** | | |
| 41 | **Total Equity (Deficit)** | | $ (10,749,488) |
| 42 | **Total Liabilities and Equity (Deficit)** | | $ 1,916,297 |

NOTE:
Indicate the method used to estimate the market value of assets (e g , appraisals; familiarity with comparable market prices, etc ) and the date the value was determined

Revised 1/1/98

## SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | **Description of Property** | | | |
| 2 | **Scheduled Gross Rents** | | | |
|   | **Less:** | | | |
| 3 | **Vacancy Factor** | | | |
| 4 | **Free Rent Incentives** | | | |
| 5 | **Other Adjustments** | | | |
| 6 | **Total Deductions** | $0 | $0 | $0 |
| 7 | **Scheduled Net Rents** | $0 | $0 | $0 |
| 8 | **Less:  Rents Receivable (2)** | | | |
| 9 | **Scheduled Net Rents Collected (2)** | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|   |   | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 10 | **Bank** | City National Bank | TD Bank | |
| 11 | **Account No.** | x8119 | x4809 | |
| 12 | **Account Purpose** | General Use | General Use | |
| 13 | **Balance, End of Month** | $11,791 | $3,861 | |
| 14 | **Total Funds on Hand for all Accounts** | $15,652 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### For the Month Ended October 31, 2018

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Payroll | $ 10,842 | $ 589,296 |
| 8 | Accounts Receivable | | $ 17,874 |
| 9 | Other | | $ 5,894 |
| 10 | Transfers between accounts | | $ 49,883 |
| 11 | Insurance Claim | | $ 4,285 |
| 12 | **Total Cash Receipts** | $ 10,842 | $ 667,232 |
| **Cash Disbursements** | | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | $ 2,114 |
| 16 | Principal Payments on Debt | $ 3,861 | $ 149,814 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | $ 9,159 |
| 30 | Other Taxes | | $ 17,489 |
| 31 | Other Cash Outflows: | | |
| 32 | Auto Expenses | $ 151 | $ 36,750 |
| 33 | Bank Fees | $ 516 | $ 2,963 |
| 34 | Cable/Internet | | $ 112 |
| 35 | Child Support & Alimony | $ 7,520 | $ 50,683 |
| 36 | Clothing | $ 303 | $ 20,201 |
| 37 | Dining & Entertainment | $ 1,311 | $ 45,318 |
| 38 | Fitness | $ 928 | $ 18,951 |
| 39 | Gifts | | $ 1,665 |
| 40 | Groceries | $ 561 | $ 31,002 |
| 41 | Household Supplies & Furnishings | $ 344 | $ 23,498 |
| 42 | Insurance | $ 2,589 | $ 8,119 |
| 43 | Interest Expense | | $ 556 |
| 44 | Legal Fees & Bankruptcy Fees | $ 1,400 | $ 13,022 |
| 45 | Medical | | $ 31,894 |
| 46 | Office Expenses | | $ 5,886 |
| 47 | Personal | $ 25 | $ 8,771 |
| 48 | Repairs & Maintenance | $ 220 | $ 66,363 |
| 49 | School & Activities | $ 266 | $ 37,110 |
| 50 | Travel | $ 9 | $ 9,863 |
| 51 | Utilities | $ 705 | $ 28,804 |
| 52 | Transfers between accounts | | $ 49,883 |
| 53 | Miscellaneous | $ (667) | $ 10,185 |
| 54 | **Total Cash Disbursements:** | $ 20,042 | $ 680,175 |
| 55 | **Net Increase (Decrease) in Cash** | $ (9,200) | $ (12,943) |
| 56 | **Cash Balance, Beginning of Period** | $ 24,852 | $ 28,595 |
| 57 | **Cash Balance, End of Period** | $ 15,652 | $ 15,652 |

Revised 1/1/98

**Check Register**
**Marc Randazza**

| | Date | Month | Account | Check # | Payee | Category | Deposits | Checks/ Purchases | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4258 | | | CNB 8119 | | Balance 09/30/18 | | | | 20,925.29 |
| 4259 | | 10-18 | CNB 8119 | | Specialized Loan | Mortgage | | 3,860.63 | 17,064.66 |
| 4260 | | 10-18 | CNB 8119 | | NV Energy South | Utilities | | 465.67 | 16,598.99 |
| 4261 | | 10-18 | CNB 8119 | | Security Systems | Repairs & Maintenance | | 59.99 | 16,539.00 |
| 4262 | | 10-18 | CNB 8119 | | Jennifer Randazza/ Citi Card | Child Support | | 568.30 | 15,970.70 |
| 4263 | | 10-18 | CNB 8119 | | AMEX | See Below | | 1,000.00 | 14,970.70 |
| 4264 | | 10-18 | CNB 8119 | | Barclay Card | See Below | | 11,815.54 | 3,155.16 |
| 4265 | | 10-18 | CNB 8119 | | Summerlin South | Utilities | | 192.00 | 2,963.16 |
| 4266 | | 10-18 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 5,421.03 | | 8,384.19 |
| 4267 | | 10-18 | CNB 8119 | 1115 | Lawn Care | Repairs & Maintenance | | 160.00 | 8,224.19 |
| 4268 | | 10-18 | CNB 8119 | | Southwest Gas | Utilities | | 47.07 | 8,177.12 |
| 4269 | | 10-18 | CNB 8119 | 9025 | US Trustee | Bankruptcy Fees | | 1,200.00 | 6,977.12 |
| 4270 | | 10-18 | CNB 8119 | | Barclay Card | See Below | | 48.92 | 6,928.20 |
| 4271 | | 10-18 | CNB 8119 | | Jennifer Randazza/ Citi Card | Child Support | | 492.07 | 6,436.13 |
| 4272 | | 10-18 | CNB 8119 | 1052 | Skating Lessons | Activities | | 60.00 | 6,376.13 |
| 4273 | | 10-18 | CNB 8119 | 1114 | Court | Miscellaneous | | 6.50 | 6,369.63 |
| 4274 | | 10-18 | CNB 8119 | | Deposit Randazza Legal Group | Payroll | 5,421.02 | | 11,790.65 |
| 4275 | | | | | | | | | |
| 4276 | | | TD 4809 | | Balance 09/30/18 | | | | 3,926.78 |
| 4277 | | 10-18 | TD 4809 | | Currency Rate Adjustment | Bank Fees | | 65.87 | 3,860.91 |
| 4278 | | | | | | | | | |
| 4279 | | 10-18 | JOHN AMEX | | Sequence Inc. | Legal Fees | | 200.00 | |
| 4280 | | 10-18 | JOHN AMEX | | Itunes | Entertainment | | 34.99 | |
| 4281 | | 10-18 | JOHN AMEX | | Itunes | Entertainment | | 74.99 | |
| 4282 | | 10-18 | JOHN AMEX | | Crosbys Marketplace | Groceries | | 144.59 | |
| 4283 | | 10-18 | JOHN AMEX | | Itunes | Entertainment | | 2.99 | |
| 4284 | | 10-18 | JOHN AMEX | | Itunes | Entertainment | | 49.98 | |
| 4285 | | 10-18 | JOHN AMEX | | Prime Video | Entertainment | | 9.99 | |
| 4286 | | 10-18 | JOHN AMEX | | Renewal Membership Fee | Bank Fees | | 450.00 | |
| 4287 | | 10-18 | JOHN AMEX | | Itunes | Entertainment | | 14.99 | |
| 4288 | | 10-18 | JOHN AMEX | | Reconcile | Miscellaneous | | 17.48 | |
| 4289 | | | | | | | | | |
| 4318 | | | | | | | | | |
| 4319 | | 10-18 | JOHN Barclay | | Target | Household | | 189.05 | |
| 4320 | | 10-18 | JOHN Barclay | | Target | Household | | 69.01 | |
| 4321 | | 10-18 | JOHN Barclay | | R.W. SHATTUCK & CO INC | Miscellaneous | | 286.85 | |
| 4322 | | 10-18 | JOHN Barclay | | HALE STREET TAVERN 140 | Dining | | 70.62 | |
| 4323 | | 10-18 | JOHN Barclay | | ALLIE'S BEACH STR | Dining | | 38.64 | |
| 4324 | | 10-18 | JOHN Barclay | | CROSBY'S MARKETPLACE | Groceries | | 87.50 | |
| 4325 | | 10-18 | JOHN Barclay | | MARSHALLS #0001 | Household | | 86.35 | |
| 4326 | | 10-18 | JOHN Barclay | | DICK'S CLOTHING&SPORTI | Clothing | | 31.86 | |
| 4327 | | 10-18 | JOHN Barclay | | GNC #01599 | Groceries | | 25.15 | |
| 4328 | | 10-18 | JOHN Barclay | | LASER QUEST | Entertainment | | 60.00 | |
| 4329 | | 10-18 | JOHN Barclay | | HONEYCOMB | Dining | | 5.88 | |
| 4330 | | 10-18 | JOHN Barclay | | HONEYCOMB | Dining | | 28.94 | |
| 4331 | | 10-18 | JOHN Barclay | | Dunkin | Dining | | 6.49 | |
| 4332 | | 10-18 | JOHN Barclay | | MANCHESTER ESSEX REGIO | School | | 205.50 | |
| 4333 | | 10-18 | JOHN Barclay | | RISTORANTE FIORE | Dining | | 18.00 | |
| 4334 | | 10-18 | JOHN Barclay | | PHILLIPS 66 - MANCHEST | Auto: Fuel | | 47.54 | |
| 4335 | | 10-18 | JOHN Barclay | | PHILLIPS 66 - MANCHEST | Auto: Fuel | | 19.41 | |
| 4336 | | 10-18 | JOHN Barclay | | MA MAISON | Dining | | 188.73 | |
| 4337 | | 10-18 | JOHN Barclay | | Starbucks | Dining | | 6.64 | |
| 4338 | | 10-18 | JOHN Barclay | | MGH PARKING CRP | Auto: Parking | | 24.00 | |
| 4339 | | 10-18 | JOHN Barclay | | NORTH SQUARE OYSTER | Dining | | 76.18 | |
| 4341 | | 10-18 | JOHN Barclay | | Dunkin | Dining | | 6.62 | |
| 4342 | | 10-18 | JOHN Barclay | | SEA LEVEL OYSTER BAR | Dining | | 29.75 | |
| 4343 | | 10-18 | JOHN Barclay | | CAFFE SICILIA | Dining | | 8.00 | |
| 4344 | | 10-18 | JOHN Barclay | | CAFFE SICILIA | Dining | | 7.00 | |

**Check Register**
**Marc Randazza**

| | Date | Month | Account | Check # | Payee | Category | Deposits | Checks/ Purchases | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4345 | | 10-18 | JOHN Barclay | | R.W. SHATTUCK & CO INC | Miscellaneous | | (286.85) | |
| 4346 | | 10-18 | JOHN Barclay | | SALEM FLATBREAD LLC | Dining | | 66.83 | |
| 4347 | | 10-18 | JOHN Barclay | | LEDGER | Dining | | 50.70 | |
| 4348 | | 10-18 | JOHN Barclay | | MANCHESTER FITNESS MAC | Fitness | | 50.43 | |
| 4349 | | 10-18 | JOHN Barclay | | Short & Main | Dining | | 39.10 | |
| 4350 | | 10-18 | JOHN Barclay | | Solo Italiano | Dining | | 164.60 | |
| 4351 | | 10-18 | JOHN Barclay | | BURGER KING #1997  Q07 | Dining | | 11.32 | |
| 4352 | | 10-18 | JOHN Barclay | | BAYSIDE AMERICAN CAFE | Dining | | 79.80 | |
| 4353 | | 10-18 | JOHN Barclay | | LUCKY BRAND #43335 | Clothing | | 105.77 | |
| 4354 | | 10-18 | JOHN Barclay | | LULULEMON KITTERY OUTL | Clothing | | 20.05 | |
| 4355 | | 10-18 | JOHN Barclay | | 7-Eleven | Auto: Fuel | | 60.30 | |
| 4356 | | 10-18 | JOHN Barclay | | ESSEN | Dining | | 4.98 | |
| 4357 | | 10-18 | JOHN Barclay | | Dunkin | Dining | | 15.60 | |
| 4358 | | 10-18 | JOHN Barclay | | AC HOTEL PORTLAND DOWN | Miscellaneous | | 26.00 | |
| 4359 | | 10-18 | JOHN Barclay | | BRAVO BY THE SEA | Dining | | 15.00 | |
| 4360 | | 10-18 | JOHN Barclay | | SHAWS #3591 | Clothing | | 71.06 | |
| 4361 | | 10-18 | JOHN Barclay | | CKE*BLACK ARROW     2 | Dining | | 33.83 | |
| 4362 | | 10-18 | JOHN Barclay | | JENNIFERS HAIR STUDIO | Personal | | 25.00 | |
| 4363 | | 10-18 | JOHN Barclay | | CAFFE SICILIA | Dining | | 5.00 | |
| 4364 | | 10-18 | JOHN Barclay | | Dunkin | Dining | | 10.04 | |
| 4365 | | 10-18 | JOHN Barclay | | MANCHESTER FITNESS MAC | Fitness | | 788.40 | |
| 4366 | | 10-18 | JOHN Barclay | | AMI*AMICA INSURANCE | Insurance | | 2,589.00 | |
| 4367 | | 10-18 | JOHN Barclay | | CAFFE SICILIA | Dining | | 6.00 | |
| 4368 | | 10-18 | JOHN Barclay | | Mom's Kitchen | Dining | | 19.19 | |
| 4369 | | 10-18 | JOHN Barclay | | Whole Foods | Groceries | | 303.69 | |
| 4370 | | 10-18 | JOHN Barclay | | BOBBLES AND LACE NEWBU | Clothing | | 74.00 | |
| 4371 | | 10-18 | JOHN Barclay | | DOLCE  FEDDO GELATO | Dining | | 7.37 | |
| 4372 | | 10-18 | JOHN Barclay | | JOAN C. ATKINS | Miscellaneous | | 170.00 | |
| 4373 | | 10-18 | JOHN Barclay | | Dunkin | Dining | | 1.95 | |
| 4374 | | 10-18 | JOHN Barclay | | Dunkin | Dining | | 11.67 | |
| 4375 | | 10-18 | JOHN Barclay | | SPRINGDALE | Travel | | 9.49 | |
| 4376 | | 10-18 | JOHN Barclay | | BUFFALO WILD WINGS | Dining | | 28.04 | |
| 4377 | | 10-18 | JOHN Barclay | | Floridaarte (Jennifer Randazza) | Child Support | | 2,230.00 | |
| 4378 | | 10-18 | JOHN Barclay | | Floridaarte (Jennifer Randazza) | Child Support | | 2,000.00 | |
| 4379 | | 10-18 | JOHN Barclay | | MANCHESTER FITNESS MAC | Fitness | | 89.00 | |
| 4380 | | 10-18 | JOHN Barclay | | Floridaarte (Jennifer Randazza) | Child Support | | 2,230.00 | |
| 4381 | | 10-18 | JOHN Barclay | | Reconcile | Miscellaneous | | (885.61) | |

# CHECKING ACCOUNT, *8119

**All completed transactions from 10/01/2018 to 10/31/2018**

| Date | Number | Description | Withdrawals | Deposits | Balance |
|------|--------|-------------|-------------|----------|---------|
| 10/26/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 6967XZ | | 5,421.02 | 11,790.65 |
| 10/25/2018 | 1114 | CHECK | 6.50 | | 6,369.63 |
| 10/24/2018 | 1052 | CHECK | 60.00 | | 6,376.13 |
| 10/24/2018 | | PREAUTHORIZED DEBIT CITI CARD ONLINE PAYMENT WEB JENNIFER L RAN 440417 | 492.07 | | 6,436.13 |
| 10/24/2018 | | PREAUTHORIZED DEBIT BARCLAYCARD US CREDITCARD WEB JOHN RANDAZZA | 48.92 | | 6,928.20 |
| 10/17/2018 | 9025 | CHECK | 1,200.00 | | 6,977.12 |
| 10/16/2018 | | PREAUTHORIZED DEBIT SOUTHWEST GAS APP PPD RANDAZZA 1006 | 47.07 | | 8,177.12 |
| 10/15/2018 | 1115 | CHECK | 160.00 | | 8,224.19 |
| 10/12/2018 | | PREAUTHORIZED CREDIT RANDAZZA LEGAL G DIRECT DEP PPD RANDAZZA,MARC 9137XZ | | 5,421.03 | 8,384.19 |
| 10/10/2018 | | PREAUTHORIZED DEBIT SUMMERLIN SOUTH DIR DEBIT PPD RANDAZZA, MARC @ @ 212136 2053 12 | 192.00 | | 2,963.16 |
| 10/09/2018 | | PREAUTHORIZED DEBIT BARCLAYCARD US CREDITCARD WEB JOHN RANDAZZA | 11,815.54 | | 3,155.16 |
| 10/09/2018 | | PREAUTHORIZED DEBIT AMEX EPAYMENT ACH PMT WEB JENNIFER RANDA W6194 | 1,000.00 | | 14,970.70 |
| 10/09/2018 | | PREAUTHORIZED DEBIT CITI CARD ONLINE PAYMENT WEB JENNIFER L RAN 775111 | 568.30 | | 15,970.70 |
| 10/05/2018 | | PREAUTHORIZED DEBIT SECURITY SYSTEMS MEMBER PAY PPD JENNIFER RANDA N | 59.99 | | 16,539.00 |
| 10/04/2018 | | PREAUTHORIZED DEBIT NV ENERGY SOUTH NPC PYMT WEB MARC RANDAZZA 805433 | 465.67 | | 16,598.99 |
| 10/03/2018 | | PREAUTHORIZED DEBIT SPECIALIZED LOAN BILL PAYMT PPD RANDAZZA MARC 0 | 3,860.63 | | 17,064.66 |

DocuSign Envelope ID: CB4521B3-5BFD-4E31-AE17-C4155E97C3A7

TD Home | Apply | 🔒 MARC JOHN RANDAZZA | [Logout] | Site Search

# Accounts

Help | Print

**My Inbox:** Unread messages (0) | New statements (0) | New epost Bills (0) | Finish an application

### My Personal Summary

| | |
|---|---|
| Banking: | $5,066.81 |
| **Total:** | **CDN $5,066.81** |

| Banking | | Balance | Download |
|---|---|---|---|
| **TD ALL-INCLUSIVE BANKING PLAN** - | 4809 | $5,066.81 | ☐ |
| | Banking total: | CDN **$5,066.81** | |

**Credit Cards, Loans & Mortgages**

You currently have no TD Credit Cards, Loans or Mortgages. Apply for credit today. **Apply for Credit**

**Investments**

You currently have no TD Investments. Purchase an Investment today. **Purchase an Investment**

[Spreadsheet (.CSV) ▾]  [Download]

All transactions to the close of the previous BUSINESS day will be downloaded except for credit card activity.
Please note: We have discovered a temporary issue that occurs while you are downloading your credit card activity to your preferred version of accounting software. This may cause some transactions to appear more than once. We are working to correct this issue and apologize for any inconvenience. It's important for you to verify your information and remove any duplicate entries. Recently posted credit card payments may not be included in your download.
Supported versions of software downloads.

**Legal Notes**

Print

DocuSign Envelope ID: CB4521B3-5BFD-4E31-AE17-C4155E97C3A7

**TD Bank x4809**

| | | CAD | USD | Rate |
|---|---|---|---|---|
| 09/30/18 | Balance per schedule | 5,066.81 | | |
| 10/31/18 | Balance | 5,066.81 | **$ 3,860.91** | 0.762 |



## Transaction Details

Prepared for
John C Randazza
Account Number
XXXX-XXXXXX-41003

**Delta Reserve / July 1, 2018 to September 30, 2018**

| Date | Description | Amount |
|------|-------------|--------|
| Sep 13 2018 | PAYPAL *SEQUENCE INC. - 4029357733, WI | $200.00 |
| Sep 13 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $34.99 |
| Sep 14 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $74.99 |
| Sep 17 2018 | CROSBY'S MARKETPLACE-MAN 0000000002738 - MANCHESTER, MA | $144.59 |
| Sep 17 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $2.99 |
| Sep 17 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $49.98 |
| Sep 18 2018 | PRIME VIDEO - 888-802-3080, WA | $9.99 |
| Sep 23 2018 | RENEWAL MEMBERSHIP FEE | $450.00 |
| Sep 24 2018 | WWW.ITUNES.COM/BILL - CUPERTINO, CA | $14.99 |

## Posted transactions

| WHOLEFDS LNF #10452 | $303.69 | ⊕ |
| Sep 24th, 2018 | 607 TrueBlue® points | |

| BOBBLES AND LACE NEWBU | $74.00 | ⊕ |
| Sep 24th, 2018 | 74 TrueBlue® points | |

| DOLCE FEDDO GELATO | $7.37 | ⊕ |
| Sep 24th, 2018 | 15 TrueBlue® points | |

| SQU*SQ *JOAN C. ATKINS | $170.00 | ⊕ |
| Sep 24th, 2018 | 170 TrueBlue® points | |

| MOM'S KITCHEN | $19.19 | ⊕ |
| Sep 22nd, 2018 | 38 TrueBlue® points | |

| CAFFE SICILIA | $6.00 | ⊕ |
| Sep 22nd, 2018 | 12 TrueBlue® points | |

| AMI*AMICA INSURANCE | $2,589.00 | ⊕ |
| Sep 22nd, 2018 | 2,589 TrueBlue® points | |

| DUNKIN #308615 Q35 | $10.04 | ⊕ |
| Sep 21st, 2018 | 20 TrueBlue® points | |

| CAFFE SICILIA | $5.00 | ⊕ |
| Sep 21st, 2018 | 10 TrueBlue® points | |

| MANCHESTER FITNESS MAC | $788.40 | ⊕ |
| Sep 21st, 2018 | 788 TrueBlue® points | |

| CKE*BLACK ARROW 2 | $33.83 | ⊕ |
| Sep 20th, 2018 | 68 TrueBlue® points | |

| JENNIFERS HAIR STUDIO | $25.00 | ⊕ |
| Sep 20th, 2018 | 25 TrueBlue® points | |

| SHAWS #3591 | $71.06 | ⊕ |
| Sep 19th, 2018 | 142 TrueBlue® points | |

| BRAVO BY THE SEA | $15.00 | ⊕ |
| Sep 18th, 2018 | 30 TrueBlue® points | |

DocuSign Envelope ID: CB4521B3-5BED-4F31-AF17-C4155E97C3A7

| | | |
|---|---|---|
| DUNKIN #308615 Q35 | $15.60 | ⊕ |
| Sep 17th, 2018 | 31 TrueBlue® points | |
| ESSEN | $4.98 | ⊕ |
| Sep 17th, 2018 | 10 TrueBlue® points | |
| AC HOTEL PORTLAND DOWN | $26.00 | ⊕ |
| Sep 17th, 2018 | 26 TrueBlue® points | |
| 7-ELEVEN 32532 | $60.30 | ⊕ |
| Sep 16th, 2018 | 60 TrueBlue® points | |
| LUCKY BRAND #43335 | $105.77 | ⊕ |
| Sep 16th, 2018 | 106 TrueBlue® points | |
| LULULEMON KITTERY OUTL | $20.05 | ⊕ |
| Sep 16th, 2018 | 20 TrueBlue® points | |
| BAYSIDE AMERICAN CAFE | $79.80 | ⊕ |
| Sep 16th, 2018 | 160 TrueBlue® points | |
| Solo Italiano | $164.60 | ⊕ |
| Sep 15th, 2018 | 329 TrueBlue® points | |
| BURGER KING #1997 Q07 | $11.32 | ⊕ |
| Sep 15th, 2018 | 23 TrueBlue® points | |
| Short & Main | $39.10 | ⊕ |
| Sep 14th, 2018 | 78 TrueBlue® points | |
| MANCHESTER FITNESS MAC | $50.43 | ⊕ |
| Sep 14th, 2018 | 50 TrueBlue® points | |
| TST* LEDGER | $50.70 | ⊕ |
| Sep 14th, 2018 | 101 TrueBlue® points | |
| SALEM FLATBREAD LLC | $66.83 | ⊕ |
| Sep 13th, 2018 | 134 TrueBlue® points | |
| R.W. SHATTUCK & CO INC | -$286.85 | ⊕ |
| Sep 13th, 2018 | -287 TrueBlue® points | |
| SEA LEVEL OYSTER BAR | $29.75 | ⊕ |
| Sep 13th, 2018 | 60 TrueBlue® points | |

DocuSign Envelope ID: CB4521B3-5BED-4E31-AF17-C4155E97C3A7

| | | |
|---|---|---|
| CAFFE SICILIA | $8.00 | ⊕ |
| Sep 13th, 2018 | 16 TrueBlue® points | |
| CAFFE SICILIA | $7.00 | ⊕ |
| Sep 13th, 2018 | 14 TrueBlue® points | |
| DUNKIN #354410 Q35 | $6.62 | ⊕ |
| Sep 12th, 2018 | 13 TrueBlue® points | |
| Payment Received | -$11,213.51 | ⊕ |
| Sep 12th, 2018 | | |
| NORTH SQUARE OYSTER | $76.18 | ⊕ |
| Sep 11th, 2018 | 152 TrueBlue® points | |
| STARBUCKS STORE 07450 | $6.64 | ⊕ |
| Sep 11th, 2018 | 13 TrueBlue® points | |
| PHILLIPS 66 - MANCHEST | $19.41 | ⊕ |
| Sep 11th, 2018 | 19 TrueBlue® points | |
| MGH PARKING CRP | $24.00 | ⊕ |
| Sep 11th, 2018 | 24 TrueBlue® points | |
| MA MAISON | $188.73 | ⊕ |
| Sep 11th, 2018 | 377 TrueBlue® points | |
| PHILLIPS 66 - MANCHEST | $47.54 | ⊕ |
| Sep 10th, 2018 | 48 TrueBlue® points | |
| RISTORANTE FIORE | $18.00 | ⊕ |
| Sep 9th, 2018 | 36 TrueBlue® points | |
| DUNKIN #308615 Q35 | $6.49 | ⊕ |
| Sep 9th, 2018 | 13 TrueBlue® points | |
| MANCHESTER ESSEX REGIO | $205.50 | ⊕ |
| Sep 9th, 2018 | 206 TrueBlue® points | |
| TST* HONEYCOMB | $5.88 | ⊕ |
| Sep 9th, 2018 | 12 TrueBlue® points | |
| TST* HONEYCOMB | $28.94 | ⊕ |
| Sep 9th, 2018 | 58 TrueBlue® points | |

DocuSign Envelope ID: CB4521B3-5BED-4F31-AF17-C4155E97C3A7

| | |
|---|---|
| DICK'S CLOTHING&SPORTI | $31.86 |
| Sep 8th, 2018 | 32 TrueBlue® points |
| MARSHALLS #0001 | $86.35 |
| Sep 8th, 2018 | 86 TrueBlue® points |
| GNC #01599 | $25.15 |
| Sep 8th, 2018 | 25 TrueBlue® points |
| LASER QUEST | $60.00 |
| Sep 8th, 2018 | 60 TrueBlue® points |
| CROSBY'S MARKETPLACE | $87.50 |
| Sep 7th, 2018 | 175 TrueBlue® points |
| TST* ALLIE'S BEACH STR | $38.64 |
| Sep 7th, 2018 | 77 TrueBlue® points |
| HALE STREET TAVERN 140 | $70.62 |
| Sep 6th, 2018 | 141 TrueBlue® points |
| R.W. SHATTUCK & CO INC | $286.85 |
| Sep 6th, 2018 | 287 TrueBlue® points |
| TARGET 00012666 | $69.01 |
| Sep 6th, 2018 | 138 TrueBlue® points |
| TARGET 00011874 | $189.05 |
| Sep 6th, 2018 | 378 TrueBlue® points |