LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA,<br><br>          Debtor. | Case No.: BK-S-15-14956-abl<br>Chapter 11 |

**NOTICE OF: (I) OCCURRENCE OF EFFECTIVE DATE OF DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION; AND (II) BAR DATE FOR FILING APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE CLAIMS**

NOTICE IS HEREBY GIVEN that all conditions precedent to the effectiveness of the Debtor's *Chapter 11 Plan of Reorganization* (the "Plan"), as confirmed by the *Order Confirming Debtor's Chapter 11 Plan of Reorganization, and Approving Disclosure Statement to Accompany Chapter 11 Plan on a Final Basis* [ECF No. 300] entered by the Court on November 13, 2018, have been met and the Effective Date of the Plan shall be **November 27, 2018**.[1]

. . .

. . .

. . .

---

[1] All capitalized terms not otherwise defined herein shall have the meanings set forth in the Plan.

NOTICE IS FURTHER GIVEN THAT the Administrative Claim Bar Date for filing applications for allowance of Administrative Claims against Debtor, including claims under 11 U.S.C. § 503(b), and all final applications for allowance and payment of Professional Fees, shall be **December 27, 2018,** being thirty (30) days after the Effective Date.

Dated: November 27, 2018.

By: /s/ Matthew C. Zirzow
LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzklegal.com
850 E. Bonneville Ave.

Attorneys for Debtor

2