NVB 3022.1 (Rev. 12/16)

LARSON ZIRZOW & KAPLAN, LLC
MATTHEW C. ZIRZOW, ESQ., NV Bar No. 222
E-mail: mzirzow@lzklegal.com
850 E. Bonneville Ave., Las Vegas, Nevada 89101
Tel: (702) 382-1170 / Fax: (702) 382-1169
Attorneys for Reorganized Debtors

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:

MARC JOHN RANDAZZA

Debtor(s).

BK- S-15-14956-abl
Chapter 11

DEBTOR'S CERTIFICATE OF COMPLIANCE WITH CONDITIONS RELATED TO ENTRY OF INDIVIDUAL CHAPTER 11 DISCHARGE

Hearing Date: N/A
Hearing Time: N/A

The debtor, MARC JOHN RANDAZZA, in the above captioned chapter 11 case hereby certifies as follows:

1. The debtor has made all payments under the plan.

2. Compliance with 11 U.S.C. Section 1141(d)(5)(C):

☑ The debtor has not claimed an exemption under 11 U.S.C. Section 522(b)(3) in an amount in excess of $160, 375 in property of the kind described in 11 U.S.C. Section 522(p)(1); or

☐ The debtor has claimed an exemption under 11 U.S.C. Section 522(b)(3) in an amount in excess of $160, 375 in property of the kind described in 11 U.S.C. Section 522(p)(1) but there is no pending proceeding in which the Debtor may be found guilty of a felony of a kind described in 11 U.S.C. Section 522(q)(1)(A) or found liable for a debt of the kind described in 11 U.S.C. Section 522(q)(1)(B).

3.  Certification regarding completion of financial management course:

☑   Completion of Official Bankruptcy Form B423 "Certification About a Financial Management Course" is not required because one or both of the statements apply:

   Statement 1:   The confirmed plan does not provide for the liquidation of all or substantially all of the property of the estate; or

   Statement 2:   The debtor is engaging in business after consummation of the plan.

☐   Completion of Official Bankruptcy Form B423 "Certification About a Financial Management Course" is required because **both** of the following statements apply:

   Statement 1:   The confirmed plan provides for the liquidation of all or substantially all of the property of the estate; and

   Statement 2:   The debtor does not engage in business after consummation of the plan.

I declare under penalty of perjury that the information provided in this Certificate is true and correct.

Date: January 24, 2019     /s/ Marc John Randazza

                                                           Debtor

                                                           Joint Debtor

This form needs to be filed on the docket. A copy of this form needs to be attached as an exhibit to the motion for entry of discharge, and noticed to all creditors.

3