UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

MARC JOHN RANDAZZA,

Debtor.

CASE NO.: BK-S-15-14956-abl

For the quarter ending: 03/27/2019

The revested debtor hereby submits the following post-confirmation report for this calendar quarter:

1. Date of entry of order confirming plan: 11/13/2018

|  | 1/1/19 thru 2/28/19 | Estimated 3/1/19 thru 3/27/19 |
|---|---|---|
| 2. Cash balance at beginning of quarter: | $26,257.05 | $18,358.96 |
| Total receipts during quarter: | $156,232.20 | $8,662.00 |
| Total disbursements during quarter (per Plan): | $164,130.29 | $13,000.00 |
| Cash balance at end of quarter: | $18,358.96 | $14,020.96 |
| 3. Payments made pursuant to the Plan this quarter: |  |  |
| Class 1 - Specialized Home Loan Servicing Claim | $7,721.26 | $3,860.63 |
| Class 4 - Excelsior Parties Claims | $28,000.00 |  |
| Class 5 - Jennifer Randazza Claims | $23,089.06 | $4,593.80 |
| Class 6 - General Unsecured Claims (None Required) |  |  |
| Total payments to be made pursuant to the Plan: | $58,810.32 | $8,454.43 |
| Cumulative paid to date: | $62,670.95 | $71,125.38 |
| Balance remaining to be made under the Plan: | Classes 1 and 5 |  |

| As of the end of this reporting period | Yes | No |
|---|---|---|
| 4. Are all payments required by the confirmed plan current at this time? | X |  |
| 5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? |  | X |
| 6. Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6) and the Plan? | X |  |
| 7. Have all motions, contested matters, and adversary proceedings been resolved? (If no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.) | X |  |
| 8. Has the order confirming the Plan become nonappealable? | X |  |

| | | |
|---|---|---|
| 9. | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? (If no, please explain.) | X |
| 10. | Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan? | N/A |
| 11. | Does any property remain to be transferred pursuant to the Plan? (If yes, identify each such property and the anticipated date of transfer pursuant to the Plan.) | N/A |
| 12. | Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan? | X |
| 13. | Anticipated date of motion for final decree: | Filed on 2/11/19 and hearing set for 3/27/19 |

I declare under penalty of perjury that the statements set forth above are true and accurate.

Dated: March 12, 2019.

/s/ Marc J. Randazza
Responsible Individual (signature)

Current Address:
c/o Randazza Legal Group
2764 Lake Sahara Dr., Suite 109
Las Vegas, NV 89117