NVB 5075–5 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

MARC JOHN RANDAZZA
   aka MARCO RANDAZZA

Debtor(s)

BK−15−14956−abl
CHAPTER 11

ORDER ENTERING
FINAL DECREE

It appearing that this Court's continuing jurisdiction is no longer necessary and that the case has been fully administered,

**IT IS ORDERED** that a Final Decree is entered closing this case without prejudice to the reopening of this case for further administration.

Dated: 4/11/19

*Mary A. Schott*

Mary A. Schott
Clerk of Court