NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−15−14956−abl |
| | CHAPTER 11 |
| MARC JOHN RANDAZZA | |
|   aka MARCO RANDAZZA | |
| | NOTICE OF DOCKETING |
| Debtor(s) | ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *339* – Ex Parte Motion to Reopen Chapter 11 Case for Judgment Creditor to Obtain Order Pursuant to NRS 21.310. Fee Amount $1167. with Certificate of Service Filed by RONALD D. GREEN on behalf of MARC JOHN RANDAZZA (GREEN, RONALD) |
| Filed On: | 1/8/21 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Bankruptcy Debtor(s)
    * Case Number(s)

Dated: 1/11/21

Mary A. Schott
Clerk of Court

For additional information, please visit the court's web site at **https://www.nvb.uscourts.gov**