Randazza Legal Group, PLLC
Ronald D. Green (NV Bar No. 7360)
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: 702-420-2001
ecf@randazza.com

Attorney for Reorganized Debtor

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA,<br><br>        Debtor. | Case No.: BK-S-15-14956-abl<br>Chapter 11 |

**NOTICE OF NON-OPPOSITION TO AMENDED *EX-PARTE* MOTION TO REOPEN CASE FOR JUDGMENT CREDITOR TO OBTAIN ORDER PURSUANT TO NRS 21.310**

PLEASE TAKE NOTICE that on April 1, 2021, Reorganized Debtor Marc J. Randazza filed an Amended *Ex-Parte* Motion to Reopen Case for Judgment Creditor to Obtain Order Pursuant to NRS 21.310 (ECF 342), and no opposition thereto has been filed as of this date.

Dated: May 3, 2021.

Respectfully submitted,

/s/ Ronald D. Green
Ronald D. Green (NV. Bar No. 7360)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
<ecf@randazza.com>

Attorney for Reorganized Debtor

## CERTIFICATE OF SERVICE

On May 3, 2021, I served the foregoing document by the following means to the persons as listed below:

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

<savvybroker@yahoo.com>
<crystal@crystalcox.com>
<ReverendCrystalCox@gmail.com>

Additionally, I caused the document(s) to be sent to the persons at the addresses listed below via United States mail, postage fully prepaid:

CRYSTAL L. COX
C/O ELIOT BERNSTEIN
2753 NORTHWEST 34TH STREET,
BOCA RATON, FL 33434

CRYSTAL L. COX
P.O. BOX 2027
PORT TOWNSEND, WA 98368

Crystal L. Cox
1000 DRUMLIN LANE
PO BOX 1610
EUREKA, MT 59917

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 3, 2021.

/s/ Trey A. Rothell
Employee,
Randazza Legal Group, PLLC