RANDAZZA LEGAL GROUP, PLLC
Ronald D. Green (NV Bar No. 7360)
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: 702-420-2001
ecf@randazza.com

Attorney for Reorganized Debtor

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

In re:

MARC JOHN RANDAZZA,

          Debtor.

Case No.: BK-S-15-14956-abl
Chapter 11

Date:    March 16, 2022
Time:    1:30 p.m.

**NOTICE OF HEARING RE: AMENDED *EX-PARTE* MOTION TO REOPEN CASE FOR JUDGMENT CREDITOR TO OBTAIN ORDER PURSUANT TO NRS 21.310**

NOTICE IS HEREBY GIVEN that an *Amended Ex-Parte Motion to Reopen Case for Judgment Creditor to Obtain Order Pursuant to NRS 21.310* was filed on April 1, 2021 by Reorganized Debtor Marc J. Randazza. The Motion seeks the following relief: reopening this case in order to move this Court for an order in an adversary proceeding entitled *Marc John Randazza v. Crystal Cox*, Adv. No. 16-1111-abl, pursuant to NRS 21.310 to reach certain property and interests of Defendant Crystal Cox that cannot be seized by the writ of execution. Any opposition must be filed pursuant to Local Rule 9014.

NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion no later than 14 days preceding the hearing date for the motion, unless an exception applies (see Local Rule

9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you must file a WRITTEN response to this pleading with the court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may refuse to allow you to speak at the scheduled hearing; and
>
> • The court may rule against you without formally calling the matter at the hearing

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Courtroom 1, Las Vegas, Nevada 89101 on March 16, 2022 at the hour of 1:30 p.m.

Dated: February 8, 2022.           Respectfully submitted,

/s/ Ronald D. Green
Ronald D. Green (NV. Bar No. 7360)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
<ecf@randazza.com>

Attorney for Reorganized Debtor

**CERTIFICATE OF SERVICE**

On February 8, 2022, I served the foregoing document by the following means to the persons as listed below:

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

<savvybroker@yahoo.com>
<crystal@crystalcox.com>
<ReverendCrystalCox@gmail.com>

Additionally, I caused the document(s) to be sent to the persons at the addresses listed below via United States mail, postage fully prepaid:

CRYSTAL L. COX
C/O ELIOT BERNSTEIN
2753 NORTHWEST 34TH STREET,
BOCA RATON, FL 33434

CRYSTAL L. COX
P.O. BOX 2027
PORT TOWNSEND, WA 98368

CRYSTAL L. COX
P.O. BOX 2087
PORT TOWNSEND, WA 98368

Crystal L. Cox
1000 DRUMLIN LANE
PO BOX 1610
EUREKA, MT 59917

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2022.

/s/ Trey A. Rothell
Employee,
Randazza Legal Group, PLLC